MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 162090)
GREGG P. YATES (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

ORIGINAL
FILED

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NXP SEMICONDUCTORS USA, INC.,
a Delaware corporation,

                    Plaintiff,

          v.

LSI CORPORATION d/b/a LSI LOGIC
CORPORATION, a Delaware corporation,

                    Defendant.

Case No. **CV 08 0775**

**COMPLAINT FOR DECLARATORY JUDGMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff NXP SEMICONDUCTORS USA, INC. ("NXP") alleges as follows:

## PARTIES

1.    Plaintiff NXP is a Delaware corporation with its principal place of business at 1109 McKay Drive, San Jose, California 95131. NXP is qualified and duly authorized to conduct business in the State of California.

2.    On information and belief, defendant LSI CORPORATION d/b/a LSI LOGIC CORPORATION ("LSI") is a Delaware corporation with its principal place of business at 1621 Barber Lane, Milpitas, California 95035.

## JURISDICTION AND VENUE

3.    This is an action arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1338(a).

4.    This Court has personal jurisdiction over defendant LSI because LSI has its principal place of business in the Northern District of California, and therefore has sufficient contacts with the State of California to satisfy the requirements of due process and Rule 4(k)(2) of the Federal Rules of Civil Procedure.

5.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) & (c).

## INTRADISTRICT ASSIGNMENT

6.    Under Local Rule 3-2(c), this action for declaratory judgment as to the patents at issue shall be assigned on a district-wide basis, notwithstanding the fact that a substantial part of the events that give rise to the claims alleged herein occurred in Santa Clara County, in the San Jose Division of this Court.

## GENERAL ALLEGATIONS

7.    On or about July 1, 1987, Koninklijke Philips Electronics, N.V. ("Philips"), a Dutch corporation, and American Telephone & Telegraph Company ("AT&T"), entered into a Patent License Agreement ("PLA"). In the PLA, Philips and AT&T broadly granted to each other a license to the other's patents that were filed between July 1, 1987 and July 1, 1994. The PLA referred to this time frame as the "Limited Period." A true and correct copy of the PLA is

attached hereto as Exhibit 1.

8.     In November 1995, Philips and AT&T modified and extended the PLA.  Among other things, Philips and AT&T extended the Limited Period from July 1, 1994 to December 31, 1996.  Philips and AT&T referred to this as the "Extended Period."  Moreover, Philips and AT&T agreed that the license granted to Philips in the PLA "may be sublicensed to any future divested present business of Philips . . . to the extent applicable to those products and services sold by the future divested business which are substantially similar to products and services sold by it prior to its divestiture."  A true and correct copy of the agreement extending and modifying the PLA is attached hereto as Exhibit 2.

9.     In 2006, Philips transferred its semiconductor business to NXP B.V., the parent company of NXP.  As part of the transaction, Philips sublicensed to NXP B.V. and NXP the license granted to Philips in the PLA.

10.     In communications with NXP, LSI has asserted rights to certain patents.  LSI asserted that it is the assignee of certain patents in semiconductor and other technology, some of which originally issued to AT&T or its related companies.  LSI is claiming rights under the following patents:

(A)     U.S. Patent No. 5,373,180 (the "'180 patent"), filed on September 14, 1993 and issued on December 13, 1994, entitled "Planar Isolation Technique for Integrated Circuits."  A true and correct copy of the '180 patent is attached to this Complaint as Exhibit 3.

(B)     U.S. Patent No. 5,227,335 (the "'335 patent"), filed on April 30, 1990 and issued on July 30, 1993, entitled "Tungsten Metallization."  A true and correct copy of the '335 patent is attached to this Complaint as Exhibit 4.

(C)     U.S. Patent No. 5,599,739 (the "'739 patent"), filed on Dec. 30, 1994 and issued on February 4, 1997, entitled "Barrier Layer Treatments for Tungsten Plug."  A true and correct copy of the '739 patent is attached to this Complaint as Exhibit 5.

(D)     U.S. Patent No. 5,149,672 (the "'672 patent"), filed on August 29, 1991 and issued on September 22, 1992, entitled "Process for Fabricating Integrated Circuits

1    Having Shallow Junctions." A true and correct copy of the '672 patent is attached

2    to this Complaint as Exhibit 6.

3    (E)    U.S. Patent No. 5,022,958 (the "'958 patent"), filed on June 27, 1990 and issued

4    on June 11, 1991, entitled "Method of Etching for Integrated Circuits with

5    Planarized Dielectric." A true and correct copy of the '958 patent is attached to

6    this Complaint as Exhibit 7.

7    (F)    U.S. Patent No. 6,153,543 (the "'543 patent"), filed on August 9, 1999 and issued

8    on November 28, 2000, entitled "High Density Plasma Passivation Layer and

9    Method of Application." A true and correct copy of the '543 patent is attached to

10    this Complaint as Exhibit 8.

11    (G)    U.S. Patent No. 4,914,500 (the "'500 patent"), filed on December 4, 1987 and

12    issued on April 3, 1990, entitled "Method for Fabricating Semiconductor Devices

13    Which Include Sources and Drains Having Metal-Containing Material Regions,

14    and the Resulting Devices." A true and correct copy of the '500 patent is attached

15    to this Complaint as Exhibit 9.

16    (H)    U.S. Patent No. 4,919,748 (the "'748 patent"), filed on June 30, 1989 and issued

17    on April 24, 1990, entitled "Method for Tapered Etching." A true and correct

18    copy of the '748 patent is attached to this Complaint as Exhibit 10.

19    (I)    U.S. Patent No. 5,600,182 (the "'182 patent"), filed on January 24, 1995 and

20    issued on February 4, 1997, entitled "Barrier Metal Technology for Tungsten Plug

21    Interconnection." A true and correct copy of the '182 patent is attached to this

22    Complaint as Exhibit 11.

23    (J)    U.S. Patent No. 5,844,928 (the "'928 patent"), filed provisionally on February 27,

24    1996 and issued on December 1, 1998, entitled "Laser Driver with Temperature

25    Sensor on an Integrated Circuit." A true and correct copy of the '928 patent is

26    attached to this Complaint as Exhibit 12.

27    (K)    U.S. Patent No. 5,909,149 (the "'149 patent"), filed on August 29, 1997 and issued

28    on June 1, 1999, entitled "Multiband Phase Locked Loop Using a Switched

1    Voltage Controlled Oscillator." A true and correct copy of the '149 patent is

2    attached to this Complaint as Exhibit 13.

3    (L)    U.S. Patent No. 6,163,184 (the "'184 patent"), filed on December 9, 1998 and

4    issued on December 19, 2000, entitled "Phase Locked Loop (PLL) Circuit." A

5    true and correct copy of the '184 patent is attached to this Complaint as Exhibit 14.

6    (M)    U.S. Patent No. 5,827,777 (the "'777 patent"), filed Sept. 24, 1996 and issued on

7    October 27, 1998, entitled "Method of Making a Barrier Metal Technology for

8    Tungsten Plug Interconnection." A true and correct copy of the '777 patent is

9    attached to this Complaint as Exhibit 15.

10    11.    LSI has asserted that NXP, by its manufacture, offers for sale, and/or sales of

11    semiconductor and other products, infringes and/or has infringed the aforementioned patents.

12    Since early 2007, LSI has communicated with NXP on numerous occasions regarding its belief

13    that the aforementioned patents are valid and that NXP is infringing or has infringed those

14    patents. Moreover, LSI has demanded that NXP enter into another license agreement regarding

15    the patents. These communications have created an apprehension in NXP that LSI intends to sue

16    if NXP refuses to enter into such a license.

17    12.    NXP disputes LSI's positions with respect to the aforementioned patents. Namely,

18    NXP disputes that the claims of the aforementioned patents are valid. NXP also disputes that its

19    conduct infringes any of the aforementioned patents, or any valid and enforceable claim of any of

20    these patents.

21    13.    An actual and justiciable controversy exists between NXP and LSI concerning

22    whether NXP infringes any valid claim of the LSI patents. NXP now seeks a declaratory

23    judgment that the claims of the LSI patents are invalid and/or that NXP does not infringe any

24    valid claim of the LSI patents.

## FIRST CLAIM FOR RELIEF

(Declaratory Relief Regarding Meaning of PLA)

27    14.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1

28    through 13 of this Complaint.

15.     An actual controversy has arisen and now exists between NXP and LSI concerning their rights and duties under the PLA, as amended and modified.  LSI contends that NXP is infringing the patents identified above.  NXP contends that, for patents filed during the Extended Period, any use of the patented methods or technology by NXP is licensed and therefore noninfringing.

16.     NXP desires a judicial determination of the rights and duties of the parties under the PLA, as modified and amended.  NXP seeks a declaration that any use by it of the methods or technology claimed in patents that were filed by AT&T or its related companies during the Extended Period is licensed and therefore noninfringing.

## SECOND CLAIM FOR RELIEF

(Non-Infringement of United States Patent No. 5,373,180)

17.     NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

18.     NXP is not directly infringing, contributorily infringing, or actively inducing others to infringe as alleged by LSI any valid and enforceable claim of the '180 patent as properly construed.

## THIRD CLAIM FOR RELIEF

(Invalidity of United States Patent No. 5,227,335)

19.     NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

20.     The claims of the '335 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## FOURTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 5,599,739)

21.     NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

22.     The claims of the '739 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## FIFTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 5,022,958)

23.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

24.    The claims of the '958 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## SIXTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 6,153,543)

25.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

26.    The claims of the '543 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## SEVENTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 4,914,500)

27.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

28.    The claims of the '500 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## EIGHTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 4,919,748)

29.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

30.    The claims of the '748 patent are invalid under the patent laws of the United States, as codified in Title 35 of the United States Code.

## NINTH CLAIM FOR RELIEF

(Invalidity of United States Patent No. 5,600,182)

31.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1 through 13 of this Complaint.

1      32.    The claims of the '182 patent are invalid under the patent laws of the United

2  States, as codified in Title 35 of the United States Code.

3  **TENTH CLAIM FOR RELIEF**

4  (Invalidity of United States Patent No. 5,844,928)

5      33.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1

6  through 13 of this Complaint.

7      34.    The claims of the '928 patent are invalid under the patent laws of the United

8  States, as codified in Title 35 of the United States Code.

9  **ELEVENTH CLAIM FOR RELIEF**

10 (Invalidity of United States Patent No. 5,909,149)

11     35.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1

12 through 13 of this Complaint.

13     36.    The claims of the '149 patent are invalid under the patent laws of the United

14 States, as codified in Title 35 of the United States Code.

15 **TWELFTH CLAIM FOR RELIEF**

16 (Invalidity of United States Patent No. 6,163,184)

17     37.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1

18 through 13 of this Complaint.

19     38.    The claims of the '184 patent are invalid under the patent laws of the United

20 States, as codified in Title 35 of the United States Code.

21 **THIRTEENTH CLAIM FOR RELIEF**

22 (Invalidity of United States Patent No. 5,827,777)

23     39.    NXP realleges and incorporates by reference the allegations stated in paragraphs 1

24 through 13 of this Complaint.

25     40.    The claims of the '777 patent are invalid under the patent laws of the United

26 States, as codified in Title 35 of the United States Code.

27 **PRAYER FOR RELIEF**

28     WHEREFORE, NXP prays that this Court:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

A.    As to the First Claim for Relief, enter a declaratory judgment that the PLA, as amended and modified, authorizes any alleged use by NXP of the technology claimed in the asserted LSI patents that were filed during the Extended Period.

B.    As to the Second Claim for Relief,

(1)    enter a declaratory judgment that the manufacture, use, sale, or offer for sale of NXP's product(s) does not infringe any valid and enforceable claim of the '180 patent; and

(2)    enter a declaratory judgment that the manufacture, use, sale, or offer for sale of NXP's product(s) does not constitute an inducement to infringe or contributory infringement of any valid and enforceable claim of the '180 patent;

C.    As to the Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, and Thirteenth Claims for Relief, enter a declaratory judgment declaring that the claims of each of the LSI patents are invalid;

D.    Declare this case exceptional under 35 U.S.C. § 285 and award NXP its reasonable attorneys' fees, expenses and costs incurred in this action

E.    Grant NXP such other action and further relief as this Court may deem just and proper, or that NXP may be entitled to as a matter of law or equity.

Dated: February 1, 2008

MORGAN, LEWIS & BOCKIUS LLP


By  _____
Brett M. Schuman
Attorneys for Plaintiff

1

## DEMAND FOR JURY TRIAL

2
NXP hereby requests a trial by jury.

3

4
Dated: February 1, 2008                              MORGAN, LEWIS & BOCKIUS LLP

5

6

7
By _____

8
Brett M. Schuman
Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7656382.6                              10          COMPLAINT FOR DECLARATORY JUDGMENT

# EXHIBIT 1

PHILIPS 051587-021288

PATENT LICENSE AGREEMENT

among

AMERICAN TELEPHONE AND TELEGRAPH COMPANY,

N.V. PHILIPS' GLOEILAMPENFABRIEKEN

and

U.S. PHILIPS CORPORATION

Effective as of July 1, 1987

PHILIPS 051587-021288

## PATENT LICENSE AGREEMENT

Effective as of July 1, 1987, AMERICAN TELEPHONE AND TELEGRAPH COMPANY, a New York corporation (AT&T), having an office at 550 Madison Avenue, New York, New York 10022, United States of America; and N.V. PHILIPS' GLOEILAMPENFABRIEKEN, a limited company of the Kingdom of the Netherlands (NV PHILIPS), having an office at Eindhoven, Netherlands, and U.S. PHILIPS CORPORATION, a Delaware corporation (US PHILIPS), having an office at 580 White Plains Road, Tarrytown, New York 10591, United States of America (hereinafter, NV PHILIPS and US PHILIPS are sometimes referred to, individually or collectively, as "PHILIPS") agree as follows*:

## ARTICLE I - GRANTS OF LICENSES

1.01 (a) AT&T grants to PHILIPS, under AT&T's PATENTS, nonexclusive and nontransferable licenses to make, have made, use, lease, sell, import and otherwise dispose of (and practice methods and processes for the use of) any or all products and services of the kinds which are furnished or used by PHILIPS or any of its present RELATED COMPANIES in the operation of the business in which it is engaged on the effective date of this Agreement.

(b) PHILIPS grants to AT&T, under PHILIPS' PATENTS, nonexclusive, nontransferable and royalty-free licenses to make, have made, use, lease, sell, import and otherwise dispose of (and practice methods and processes for the use of) any or all products and services of the kinds which are furnished or used by AT&T or any of its present RELATED COMPANIES in the operation of the business in which it is engaged on the effective date of this Agreement.

(c) The licenses include the right to grant sublicenses, within the scope of the licenses granted, to a party's RELATED COMPANIES for so long as they remain its RELATED COMPANIES. However, any such sublicenses to any RELATED COMPANY specified in Sections 2.02(a)(vi) and (xi) and in Section 2.02(b) shall be limited to products which are SEMICONDUCTOR PRODUCTS and shall not include any license under any patent covering circuitry and/or systems (other than merely covering the function of a single semiconductor circuit element, such as a Charge Coupled

---

* Any term in capital letters which is defined in the Definitions Appendix shall have the meaning specified therein.

PHILIPS 051587-021288

Device), whether or not wholly or partly embodied in such SEMICONDUCTIVE PRODUCT. Moreover, the licenses granted herein under the patents of any such RELATED COMPANY shall also be similarly limited.

(d) All licenses granted under any AT&T PATENT or PHILIPS' PATENT shall, notwithstanding the expiration of the LIMITED PERIOD, continue for the entire unexpired term of such patent or, for patents falling within subsection (ii) of the definition of AT&T's PATENTS or PHILIPS' PATENTS, for as much of such term as the grantor has the right to grant such licenses.

1.02 Each party warrants that, upon execution hereof by it and as of the effective date hereof, there are no commitments or restrictions which will limit the licenses and rights which are purported to be granted by it, except as specified in Appendix A.

1.03 Licenses and rights, the grant of which hereunder by any grantor, or the exercise of which by any grantee or by its sublicensees hereunder, would make such grantor or any of its RELATED COMPANIES liable to others than its RELATED COMPANIES and its or their employees for royalties or other payments, shall be granted hereunder to such grantee only upon such grantee's agreement in writing to assume its fair share of such royalties or other payments for such grant. For the purposes of this Section 1.03, NV PHILIPS and US PHILIPS, and their RELATED COMPANIES, shall be deemed to be RELATED COMPANIES of one another.

1.04 There are jurisdictions (not including the United States) which require the express consent of all inventors or their assignees to the grant of licenses or rights under patents issued in such jurisdictions for joint inventions. Each party gives such consent and agrees to obtain such consent from its RELATED COMPANIES, its employees and its RELATED COMPANIES' employees, and shall use all reasonable efforts to obtain such consent from third parties, as required to make full and effective any such licenses or rights respecting any joint invention granted to the grantee hereunder by such party.


ARTICLE II - RELATED COMPANIES

2.01 (a) AT&T and Philips Telecommunications B.V., a Netherlands Besloten Vennootschap (APT), is deemed a RELATED COMPANY of AT&T so long as at least fifty percent (50%) of the (i) shares or other securities entitled to vote for election of directors (or other managing authority) of APT are controlled by AT&T, either directly or indirectly, or (ii) equity interest in

- 2 -

PHILIPS 051587-021288

APT is owned and controlled by AT&T, either directly or indirectly.

(b) APT is also deemed a RELATED COMPANY of NV PHILIPS so long as at least fifty percent (50%) of the (i) shares or other securities entitled to vote for election of directors (or other managing authority) of APT are controlled by NV PHILIPS, either directly or indirectly, or (ii) equity interest in APT is owned and controlled by NV PHILIPS, either directly or indirectly.

2.02 (a) RELATED COMPANIES of NV PHILIPS shall also include the following companies (i) only so long as NV PHILIPS controls, directly or indirectly, not less than the specified percentage of stock of such company entitled to vote for election of directors (or other managing authority), and (ii) provided a Letter of Subjection from such company, in the form annexed hereto as Appendix B, is executed and delivered to both AT&T and NV PHILIPS prior to January 1, 1989.

| | Company | Percentage of Stock (%) |
|---|---|---|
| (i) | Associated Electronic Products (Nigeria) Ltd., a Nigerian corporation, and its SUBSIDIARIES. | 40 |
| (ii) | BTS – Broadcast Television Systems GmbH, a German corporation, and its SUBSIDIARIES. | 30 |
| (iii) | Grundig A.G., a German corporation, and its SUBSIDIARIES. | 31.6 |
| (iv) | Han Wha Domestic Appliances Co., a corporation of the Republic of Korea, and its SUBSIDIARIES. | 49 |
| (v) | Hua Fei Colour Display Systems Company, Ltd., a company of the People's Republic of China, and its SUBSIDIARIES. | 30 |
| (vi) | Matsushita Electronics Corporation, a Japanese corporation, and its SUBSIDIARIES. | 35 |
| (vii) | Nihon Micro Motor Co., Ltd., a Japanese corporation, and its SUBSIDIARIES. | 49 |
| (viii) | Peico Electronics and Electricals, Ltd., a corporation of India, and its SUBSIDIARIES. | 39.7 |

- 3 -

PHILIPS 051587-021288

| | | |
|---|---|---|
| (ix) | FNN Corporation, a Japanese corporation, and its SUBSIDIARIES. | 40 |
| (x) | Telecomunicaciones y Sistemas Profesionales S.A. de C.V. (S.P.), a Mexican corporation, and its SUBSIDIARIES. | 49 |
| (xi) | Taiwan Semiconductor Manufacturing Company, a corporation of the Republic of China, and its SUBSIDIARIES. | 27.5 |

(b) RELATED COMPANIES of AT&T shall also include the following company (i) only so long as AT&T controls, directly or indirectly, not less than the specified percentage of stock of such company entitled to vote for election of directors (or other managing authority), and (ii) provided a Letter of Subjection, in the form annexed hereto as Appendix C, is executed and delivered to both AT&T and NV PHILIPS prior to January 1, 1989.

| Company | Percentage of Stock (%) |
|---|---|
| (i) Gold Star Semiconductor, Ltd., a corporation of the Republic of Korea, and its SUBSIDIARIES. | 44 |

### ARTICLE III- ROYALTIES

3.01 (a) NV PHILIPS shall pay AT&T semiannually during the LIMITED PERIOD, at the address specified in Section 6.04, a royalty of one hundred and seventy-five thousand United States dollars (US $175,000.00), payable within thirty (30) days after the end of each semiannual period of the LIMITED PERIOD ending on June 30th or December 31st, commencing with the semiannual period during which this Agreement becomes effective.

(b) Overdue payments shall be subject to a late payment charge calculated at an annual rate of three percent (3%) over the prime rate (as posted in New York City) during delinquency.

### ARTICLE IV - ACQUISITIONS

4.01 (a) The parties recognize that during the LIMITED PERIOD, any party or any of its RELATED COMPANIES might acquire a company, or the business or any portion of such business of any company or other entity, the gross receipts of which company, entity, business or portion, in the year prior to the date of

- 4 -

PHILIPS 051587-021288

such acquisition, might be greater than two hundred and fifty million United States dollars (US $250,000,000.00).

(b) If PHILIPS or any of its RELATED COMPANIES makes any acquisition of the kind described in Section 4.01(a), PHILIPS shall give written notice to AT&T of such acquisition within forty-five (45) days thereof. Similarly, if AT&T or any of its RELATED COMPANIES makes any acquisition of the kind described in Section 4.01(a), AT&T shall give written notice to NV PHILIPS within forty-five (45) days thereof. If any such notice is received by AT&T or NV PHILIPS, then AT&T and NV PHILIPS shall begin negotiating with each other, on or about July 1, 1994, as to an appropriate adjustment, if any, in royalties paid or payable hereunder. If no agreement regarding such adjustment is made by January 1, 1995, the matter shall be settled by arbitration in New York City, United States of America, pursuant to the rules of the American Arbitration Association.

## ARTICLE V - TERMINATION

5.01 (a) In the event of a breach of this Agreement by PHILIPS, AT&T may, in addition to any other remedies that it may have, at any time terminate all licenses and rights granted by it by not less than four (4) months' written notice to NV PHILIPS specifying such breach, unless within the period of such notice all breaches specified shall have been remedied.

(b) In the event of a breach of this Agreement by AT&T, NV PHILIPS may, in addition to any other remedies that it may have, at any time terminate all licenses and rights granted by PHILIPS by not less than four (4) months' written notice to AT&T specifying such breach, unless within the period of such notice all breaches specified shall have been remedied.

5.02 (a) If a company ceases to be a RELATED COMPANY of any party, licenses and rights granted hereunder with respect to patents of such company having a first filing date or convention date prior to the date of such cessation shall not be affected by such cessation.

(b) Any termination of licenses and rights of any party under the provisions of this Article V shall not affect such party's licenses, rights and obligations with respect to any product or service made or furnished prior to such termination, and shall not affect any other party's licenses and rights (and obligations related thereto, if any) hereunder.

- 5 -

PHILIPS 051587-021288

### ARTICLE VI - MISCELLANEOUS PROVISIONS

6.01 No party nor any of its SUBSIDIARIES makes any representations, extends any warranties of any kind, assumes any responsibility or obligations whatever, or confers any right by implication, estoppel or otherwise, other than the licenses, rights and warranties herein expressly granted.

6.02 (a) No party shall assert any claim for infringement of any patent licensed hereunder against any customer of another party, or any of its RELATED COMPANIES, or any subsequent vendee, with respect to any product in the form first furnished to such customer.

(b)  The provisions of paragraph (a) of this Section 6.02 do not extend to any claim for infringement of (i) a combination of a product licensed hereunder to a party or its RELATED COMPANY with another item not licensed hereunder to such party or its RELATED COMPANY, or (ii) any product which is used for manufacturing or testing an item in accordance with a method or process claim of any patent licensed hereunder.

6.03 The parties hereto have entered into this Agreement in contemplation of personal performance by each other and intend that the licenses and rights granted to a party not be extended to entities other than such party's RELATED COMPANIES without the other parties' express written consent.  All of a party's right, title and interest in this Agreement and any licenses and rights granted to it hereunder may be assigned to any direct or indirect successor to the business of such party as the result of any internal reorganization, which successor shall thereafter be deemed substituted as the party hereto, effective upon such assignment; but neither this Agreement nor any licenses or rights hereunder shall be otherwise assignable or transferable (in insolvency proceedings or otherwise) by any party without the express written consent of the other parties.

6.04 Any notice or other communication hereunder shall be sufficiently given when sent by certified mail addressed to NV PHILIPS at P.O. Box 218, 5600 MD, Eindhoven, Netherlands, with a copy to US PHILIPS at its office specified above, or addressed to AT&T at 10 Independence Boulevard, P.O. Box 4911, Warren, New Jersey 07060-0911, United States of America (to the attention of Contract Administrator, Intellectual Property Licensing and Management Organization).  Changes in such addresses may be specified by written notice.

6.05 NV PHILIPS shall pay any tax (and any related interest or penalty), however designated, imposed as a result of the existence or operation of this Agreement, including any tax which

PHILIPS 051587-021288

NV PHILIPS is required to withhold or deduct from payments to
AT&T, except (i) any such tax imposed upon AT&T or any of its
SUBSIDIARIES in the Netherlands if such tax is allowable as a
credit against United States income taxes of AT&T or any of its
SUBSIDIARIES; and (ii) any income tax imposed upon AT&T or any of
its SUBSIDIARIES by the United States or any governmental entity
within the United States proper (the fifty (50) states and the
District of Columbia).  To assist AT&T in obtaining the credit
identified in (i) of this Section 6.05, NV PHILIPS shall furnish
AT&T with such evidence as may be required by United States
taxing authorities to establish that any such tax has been paid.

6.06 There may be jurisdictions in which a party hereto may
have, as a consequence of this Agreement, rights against
infringers of another party's patents licensed hereunder.  Each
party hereby waives any such right it may have by reason of any
third party's infringement or alleged infringement of any such
patents.

6.07 There are jurisdictions in which the owner of an
invention is entitled to compensation, damages or other monetary
award for another's unlicensed manufacture, sale, lease, use or
importation involving such invention prior to the date of
issuance of a patent for such invention but on or after a certain
earlier date (the invention's "protection commencement date").
For the purposes of this Agreement, an invention which has a
protection commencement date in any such jurisdiction shall be
deemed to have had a patent issued therefor in such jurisdiction
on such date.

6.08 Each party agrees to register or cause to be registered,
to the extent required by applicable law, and without expense to
any other party or any of its RELATED COMPANIES, this Agreement
and any agreements wherein sublicenses are granted by it under
the patents of another party.  Each party hereby waives any and
all claims or defenses, arising by virtue of the absence of such
registration, that might otherwise limit or affect its
obligations to any other party.

6.09 Except as otherwise provided in Article VII, this
Agreement sets forth the entire agreement and understanding
between the parties as to the subject matter hereof and merges
all prior discussions between them.  No party shall be bound by
any warranties, understandings or representations with respect
to such subject matter other than as expressly provided herein,
in prior written agreements, or in a writing signed with or
subsequent to execution hereof by an authorized representative
of the party to be bound thereby.

PHILIPS 051587-021288

6.10 The construction and performance of this Agreement shall be governed by the law of the State of New York, United States of America.

## ARTICLE VII - PRIOR LICENSE AGREEMENT

7.01 (a) AT&T Technologies, Inc. (formerly Western Electric Company, Incorporated), a wholly owned SUBSIDIARY of AT&T, and NV PHILIPS, US PHILIPS and NORTH AMERICAN PHILIPS CORPORATION, a Delaware corporation, are parties to a July 1, 1980 Patent License Agreement (Prior License Agreement) relating to various products.

(b) Royalty obligations (and any reports related thereto) under the Prior License Agreement with respect to Magnetic Single Wall Domain Assemblages (as defined in the Prior License Agreement) made, sold, leased or put into use on or after July 1, 1987 shall be governed by this Agreement.

(c) Except as otherwise provided in paragraph (b) of this Section 7.01, no licenses, rights or obligations under the Prior License Agreement are affected by this Agreement.

## ARTICLE VIII - LETTER OF ASSENT

8.01 This Agreement is subject to the execution and delivery of a Letter of Assent from N.V. GEMEENSCHAPPELIJK BEZIT VAN AANDEELEN PHILIPS' GLOEILAMPENFABRIEKEN, a limited company of the Kingdom of the Netherlands (BEZIT), in the form annexed hereto as Appendix D.

## ARTICLE IX - TRUSTS

9.01 In the event that one or more SUBSIDIARIES of NV PHILIPS shall cease to be a SUBSIDIARY of NV PHILIPS and shall become a SUBSIDIARY of a Trustee under a deed of trust with NV PHILIPS and BEZIT which upon the occurrence of one or more events (as specified in said deed of trust) is to provide for the continuance of the business of such SUBSIDIARY, then, effective as of the date such SUBSIDIARY became a SUBSIDIARY of such Trustee, such SUBSIDIARY shall be deemed to continue as a SUBSIDIARY of NV PHILIPS, provided, however, that such Trustee executes and delivers to AT&T a Letter of Subjection in the form annexed hereto as Appendix E and, provided further, NV PHILIPS and BEZIT assent to such execution and delivery, as provided for in Appendix E. If NV PHILIPS or BEZIT is unable to assent

- 8 -

PHILIPS 051587-021288

because of the occurrence of one or more of such events, then such Letter of Subjection shall be effective without such assent.

## ARTICLE X - RELEASES

10.01 AT&T, for itself and its present SUBSIDIARIES, hereby releases PHILIPS and its present SUBSIDIARIES and all purchasers and users of products of the kinds herein licensed as of the effective date hereof to PHILIPS, from all claims, demands and rights of action which AT&T or any of its present SUBSIDIARIES may have on account of any infringement or alleged infringement of any patent issued in any country of the world by reason of the manufacture or any past or future use, lease, sale or importation of any of such products which, prior to the effective date hereof, were manufactured by or for, or used, furnished or imported by PHILIPS, its present SUBSIDIARIES or any of them.

10.02 PHILIPS, for itself and its present SUBSIDIARIES, hereby releases AT&T and its present SUBSIDIARIES, and all purchasers and users of products of the kinds herein licensed as of the effective date hereof to AT&T, from all claims, demands and rights of action which PHILIPS or any of its present SUBSIDIARIES may have on account of any infringement or alleged infringement of any patent issued in any country of the world by reason of the manufacture or any past or future use, lease, sale or importation of any of such products which, prior to the effective date hereof, were manufactured by or for, or used, furnished or imported by, AT&T, its present SUBSIDIARIES or any of them.

- 9 -

PHILIPS 051587—021288

IN WITNESS WHEREOF, each of the parties has caused this
Agreement to be executed in triplicate originals by its duly
authorized representatives on the respective dates entered below.

AMERICAN TELEPHONE AND TELEGRAPH COMPANY

By............................................
       Vice President, Engineering,
   Manufacturing and Production Planning

Date..........................................

N.V. PHILIPS' GLOEILAMPENFABRIEKEN

By............................................

Title.........................................

Date..........................................

U.S. PHILIPS CORPORATION

By.... *Thomas A. Brody* ......

Title.... *Vice President* ......

Date.... *February 18, 1988* ......

PHILIPS 051587-021288

DEFINITIONS APPENDIX

AT&T's PATENTS means all patents (including utility models but excluding design patents and design registrations) issued in any or all jurisdictions of the world for INVENTIONS

    (i)   which are owned (either solely or jointly with others) or controlled at any time during the LIMITED PERIOD by AT&T or any of its RELATED COMPANIES, or

    (ii) with respect to which any such company shall at any time during the LIMITED PERIOD otherwise have the right to grant the licenses and rights which are herein granted by AT&T (but only to the extent of such company's rights);

provided, however, that for purposes of this definition, INVENTIONS shall be deemed not to include any invention made by any employee of any company which is exclusively engaged in the performance of contracts with the United States Government or an agency or department thereof.

INVENTION means any invention covered by any application for patent having a first filing date or convention date in any jurisdiction prior to the termination of the LIMITED PERIOD.

LIMITED PERIOD means the period commencing on the effective date of this Agreement and having a duration of seven (7) years.

PHILIPS' PATENTS means all patents (including utility models but excluding design patents and design registrations) issued in any or all jurisdictions of the world for INVENTIONS

    (i)   which are owned (either solely or jointly with others) or controlled at any time during the LIMITED PERIOD by PHILIPS or any of its RELATED COMPANIES, or

    (ii) with respect to which any such company shall at any time during the LIMITED PERIOD otherwise have the right to grant the licenses and rights which are herein granted by PHILIPS (but only to the extent of such company's right).

RELATED COMPANY of a company means (a) a SUBSIDIARY of a company; (b) a corporation or other legal entity (i) fifty percent (50%) of whose shares or other securities entitled to vote for election of directors (or other managing authority) is

PHILIPS 051587-021288

now or hereafter controlled by such company, either directly or
indirectly, or (ii) fifty percent (50%) of the equity interest in
which is now or hereafter owned or controlled by such company,
either directly or indirectly; but any such corporation or other
legal entity shall be deemed to be a RELATED COMPANY of such
company, (iii) only so long as such control or ownership and
control exists, and (iv) a Letter of Subjection, in the form
annexed hereto as Appendix B (in the case of a RELATED COMPANY
of PHILIPS) or Appendix C (in the case of a RELATED COMPANY of
AT&T), is executed and delivered to both AT&T and NV PHILIPS; and
(c) any other company so designated in a writing executed by both
AT&T and NV PHILIPS.  Such writing shall establish the effective
date of such other company's becoming a RELATED COMPANY and may
provide limitations upon the sublicenses which may be granted to
such other company pursuant to Section 1.01(c).

SEMICONDUCTOR PRODUCT means a device consisting primarily of
a body (which may be in the form of a layer), or of a unitary
structure of bodies which have been produced in this structure
simultaneously and/or commonly, of a single semiconductor
material or a plurality of semiconductor materials and a
plurality of electrodes associated therewith, and including, if
present, in and/or upon said body or bodies layers and/or regions
and/or additional circuit elements in the form of layers, which
layers and/or regions may be in single or multiple form and may
consist also of materials other than semiconductor material.

SUBSIDIARY of a company means a corporation or other legal
entity the majority of whose shares or other securities entitled
to vote for election of directors (or other managing authority)
is now or hereafter controlled by such company, either directly
or indirectly, but any such corporation or other legal entity
shall be deemed to be a SUBSIDIARY of such company only as long
as such control exists.

(ii)

Commitments or restrictions exist with respect to the following PHILIPS' PATENTS:

1. U.S. Patent No. 4,389,893, issued June 28, 1983 for Precision Ultrasound Attenuation Measurement, and foreign patents which are counterparts thereof.

2. Patents of North American Philips Corporation, a Delaware corporation, and its RELATED COMPANIES, relating to circuit breakers and related devices, which are exclusively licensed to Sanken-Airpax Co., Ltd., a Japanese corporation, pursuant to a June 1, 1984 agreement and amendments thereto, including any substitute agreement therefor.

3. Patents regarding video game devices licensed to The Magnavox Company, a Delaware corporation, by Sanders Associates, Inc., a Delaware corporation.

APPENDIX A

<u>Letter of Subjection (AT&T)</u>

AMERICAN TELEPHONE AND TELEGRAPH COMPANY (AT&T)
550 Madison Avenue
New York, New York  10022
United States of America

N.V. PHILIPS' GLOEILAMPENFABRIEKEN (NV PHILIPS)
P.O. Box 218, 5600 MD
Eindhoven, Netherlands

Gentlemen:

    With reference to the July 1, 1987 Patent License Agreement
among you and U.S. Philips Corporation, a copy of which is attached
hereto, we agree (i) to be included in such Agreement as a RELATED
COMPANY (as defined in such Agreement) of AT&T, subject to all the
rights and obligations of such Agreement applicable to such RELATED
COMPANY, and (ii) to do all things necessary to empower AT&T to
perform its obligations under such Agreement insofar as they relate
to us or to our SUBSIDIARIES (as defined in such Agreement).

                    Very truly yours,

                    .......................................

                    By.....................................

                    Title..................................

APPENDIX C

Letter of Assent (Bezit)

AMERICAN TELEPHONE AND TELEGRAPH COMPANY
550 Madison Avenue
New York, New York 10022
United States of America

Gentlemen:

We have examined the proposed July 1, 1987 Patent License
Agreement among you, N.V. PHILIPS' GLOEILAMPENFABRIEKEN (NV
PHILIPS) and U.S. PHILIPS CORPORATION (US PHILIPS).

With respect thereto we hereby confirm that the sole objects
of our company are to acquire and hold shares in the limited
company, NV PHILIPS, to exercise the right to vote and to do all
such other acts and things in respect of said shares, and
everything connected therewith in the widest sense, as may be
conducive to the proper continuity of the collectivity of
business enterprises, in the Netherlands and elsewhere, which are
carried on by NV PHILIPS and the companies in which it directly
or indirectly participates. Accordingly, our company does not
and will not own, or have any rights in, any patents.

In consideration of said Agreement and of One United States
Dollar (US $1.00) and other good and valuable consideration, the
receipt of which is hereby acknowledged, we hereby agree to do
all things necessary to empower NV PHILIPS and US PHILIPS to
perform their obligations under said Agreement insofar as they
relate to us or to our SUBSIDIARIES.

Very truly yours,

N.V. GEMEENSCHAPPELIJK BEZIT VAN AANDEELEN
PHILIPS' GLOEILAMPENFABRIEKEN

By.....................................

Title.................................

APPENDIX D

Letter of Subjection (Trustee)

AMERICAN TELEPHONE AND TELEGRAPH COMPANY
550 Madison Avenue
New York, New York 10022
United States of America

Gentlemen:

   With reference to Article IX of the July 1, 1987 Patent License
Agreement among you, N.V. PHILIPS' GLOEILAMPENFABRIEKEN (NV PHILIPS)
and U.S. PHILIPS CORPORATION, a copy of which is attached hereto, we
agree (i) that (identify corporation, here) shall be deemed to
continue as a SUBSIDIARY of NV PHILIPS, subject to all the rights
and obligations of such Agreement applicable to a SUBSIDIARY of NV
PHILIPS, and (ii) to do all things necessary to empower NV PHILIPS
to perform its obligations under such Agreement insofar as they
relate to SUBSIDIARIES of NV PHILIPS.

                         Very truly yours,


                         ....................................
                         As Trustee under a Deed of Trust, dated
                         _____, with N.V. PHILIPS'
                         GLOEILAMPENFABRIEKEN and N.V.
                         GEMEENSCHAPPELIJK BEZIT VAN AANDEELEN
                         PHILIPS' GLOEILAMPENFABRIEKEN

                         By...................................

                         Title................................

                         Date.................................


ASSENT:

N.V. PHILIPS' GLOEILAMPENFABRIEKEN     N.V. GEMEENSCHAPPELIJK
                                       BEZIT VAN AANDEELEN
                                       PHILIPS' GLOEILAMPENFABRIEKEN

By...............................      By.........................

Title............................      Title......................

Date.............................      Date.......................



                         APPENDIX E

PHILIPS

American Telephone and
Telegraph Company
550 Madison Avenue
New York, N.Y. 10022
U.S.A.

afd. dept. abt./ref. zeichen

| onderw. re conc. betr. | dootkiesnummer  in-drafting acces intern dir.  durchwahl | datum. date |

(040) 7

February 18, 1988

Dear Sirs,

With reference to the Patent License Agreement effective July 1,
1987 between our respective companies, we would hereby like to
confirm that each of us has agreed that with respect to research
projects with third parties in which any of us or our
SUBSIDIARIES (as defined in the Agreement) may now or hereafter
participate, each party accepts the obligation to use all
reasonable efforts to obtain licensing rights in favor of the
other party with respect to patent rights arising from
inventions made by employees of each party or its SUBSIDIARIES
in the course of their activities in the context of such
programs. In particular, AT&T shall make such efforts with
respect to its participation in the Sematech program.

Assuming your agreement to the foregoing, we would kindly
request you to sign the attached copy of this letter and return
same to us by way of your confirmation.

Yours sincerely,

N.V. Philips' Gloeilampenfabrieken


J.H.M. Paulussen
General Secretary

READ AND AGREED:
American Telephone and
Telegraph Company

By: _____

Title: _VICE PRESIDENT_

Date: _2/18/88_

telegr.: Philips Eindhoven
telex: 35000 phic nt
tel.centrale nat.    (040) 79 11 11
tel.zentr. exch. int. +31 40 79 11 11

Handelsregister Eindhoven no. 1910

2822 100 05002

# EXHIBIT 2

16868 A



Michael R. Greene
Vice President, Intellectual Property
& Licensing Counsel

Suite 2000
150 Allen Road
Liberty Corner, NJ 07938
Tel      908-903-6200
Fax      908-903-6316

Mr. Jan Galama
Philips Electronics, N.V.
P. O. Box 218
5600 MD Eindhoven
The Netherlands

Re:  Patent License Agreement between N.V. Philips' Gloeilampenfabrieken, U.S. Philips
Corporation (collectively 'PHILIPS') and American Telephone and Telegraph Company (AT&T
Corp.) Effective July 1, 1987 ("the Agreement")

Dear Mr. Galama:

Any term in capital letters which is defined in the Definitions Appendix of the Agreement shall
retain the meaning specified therein; provided however, the LIMITED PERIOD shall be
extended from July 1, 1994 to December 31, 1996 (the "EXTENDED PERIOD").

Based upon recent discussions between our companies concerning modifying the Agreement
the following is proposed:

1.    AT&T Corp. recently announced that it is restructuring itself to conduct its business
in the form of three separate legal entities.  These three entities will include a
services company, an equipment company, and AT&T Global Information Solutions
(GIS).  AT&T Corp. shareholders will hold shares in each of these entities.  It is
possible that either PHILIPS or any of these three entities may at some time in the
future wish to divest all or part of its business.

Thus, we wish to clarify the licenses, rights and obligations under the Agreement of
PHILIPS, the three entities, and any future divested present business.  First,
although each of the three entities will have its own patent portfolio, PHILIPS will
have the same licenses and rights (and any corresponding obligations) after the
restructuring (including INVENTIONS originating from the three entities through
the EXTENDED PERIOD) as it would have had under the Agreement and this
Letter Agreement from AT&T Corp. if the restructuring had not occurred.  Second,
the three entities will have the same licenses and rights (and any corresponding
obligations) after restructuring (including INVENTIONS originating from PHILIPS
through the EXTENDED PERIOD) that AT&T Corp. had under the Agreement and
this Letter Agreement prior to such restructuring.  Third, the licenses and rights granted
in the Agreement may be sublicensed to any future divested present business of
PHILIPS or of the three entities by the divesting company.  Such sublicenses may be
granted and retained only while the future divested business operates as a separately
identifiable business and not for an existing or other acquired business of a third party
acquiring the future divested business and only to the extent applicable to those

2

products and services sold by the future divested business which are substantially similar to products and services sold by it prior to its divestiture.

2.      Payments due under the EXTENDED PERIOD shall be governed by Section 3.01(a) of the Agreement. AT&T Corp. waives any right to late payment charges due under Section 3.01 (b) if PHILIPS remits prior to January 31, 1996 any payments due under the EXTENDED PERIOD.

3.      AT&T Corp. and PHILIPS acknowledge and agree that all obligations of Section 4.01(b) of the Agreement have been met.

4.      AT&T Corp. and PHILIPS acknowledge and agree that through various corporate reorganizations and changes in corporate names, the undersigned are signing as and/or on behalf of the parties named in the Agreement.

All other relevant provisions of the Agreement relating to payments to AT&T Corp. shall apply.

If you agree with the foregoing, please so indicate by signing and dating this Letter Agreement in the spaces provided below, and returning it to us.

Very truly yours,

AT&T CORP.

By  _M R Greene_____
M. R. Greene
Vice President, Intellectual Proper & Licensing Counsel

Date  _11-29-95_____


ACCEPTED AND AGREED TO:


PHILIPS ELECTRONICS, N. V.

By  _____

Title  _Senior Vice-President Corp. Pat & Tradem._

Date  _Nov. 20, 1995_____

# EXHIBIT 3

US005373180A

# United States Patent [19]

## Hillenius et al.

[11] Patent Number: **5,373,180**

[45] Date of Patent: **Dec. 13, 1994**

[54] **PLANAR ISOLATION TECHNIQUE FOR INTEGRATED CIRCUITS**

[75] Inventors: **Steven J. Hillenius; William T. Lynch**, both of Summit; **Lalita Manchanda**, New Providence; **Mark R. Pinto**, Morristown; **Sheila Vaidya**, Watchung, all of N.J.

[73] Assignee: **AT&T Corp.**, Murray Hill, N.J.

[21] Appl. No.: **121,082**

[22] Filed: **Sep. 14, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 833,575, Feb. 10, 1992, abandoned, which is a continuation of Ser. No. 387,478, Jul. 28, 1989, abandoned.

[51] Int. Cl.⁵ ............................................. H01L 27/04
[52] U.S. Cl. .................................. **257/357**; 257/397; 257/508; 257/514; 257/520; 257/622
[58] Field of Search ........................... 357/49, 55, 50; 257/357, 397, 508, 514, 520, 622

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,571,819  2/1986  Rogers et al. ........................ 257/520

4,825,278  4/1989  Hillenius ................................. 357/53
5,045,904  9/1991  Kobayashi et al. .................... 357/50

### OTHER PUBLICATIONS

VSLI Technology, 2nd ED, Edited by S. M. Sze, 1988.
Sze, supra, Chapter 11.
Sze, supra, Chapter 6.
Sze, supra, Chapter 5.

*Primary Examiner*—Edward Wojciechowicz
*Attorney, Agent, or Firm*—Bruce S. Schneider

[57] **ABSTRACT**

Through the use of a specifically configured buried dielectric region, devices with strict design rules, e.g., design rules of 0.9 micrometers and less, are significantly improved. In particular, the recessed dielectric region, e.g., field oxide, separating device areas in an integrated circuit, either has a buried conducting shield surrounding the periphery of the oxide or has a configuration such that the upper surface of the dielectric is no more than 20 nm below the upper surface of the silicon forming the device active region. By insuring a suitable configuration, parasitic capacitance resulting in slower operation is considerably reduced while leakage currents are maintained at an acceptable level.

**15 Claims, 3 Drawing Sheets**



**U.S. Patent**          Dec. 13, 1994          Sheet 1 of 3          5,373,180

### FIG. 1



### FIG. 2



### FIG. 3





FIG. 4A

FIG. 4B

FIG. 4

FIG. 4C

FIG. 4D



FIG. 5A

51

FIG. 5

FIG. 5B

51      65

5,373,180

**1**

## PLANAR ISOLATION TECHNIQUE FOR INTEGRATED CIRCUITS

This application is a continuation of application Ser. No. 07/833,575, filed on Feb. 10, 1992, now abandoned, which is a continuation of Ser. No. 07/387,478, filed on Jul. 28, 1989 (now abandoned).

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to semiconductor devices and, in particular, semiconductor devices employing large area oxides such as field oxides.

2. Art Background

In a variety of electronic devices, relatively large areas, e.g. 20 to 90 percent of the device surface area of dielectric material, are employed to isolate one device active region from another and/or to prevent electric fields in one region from adversely affecting active devices in another region. Examples of such large oxide regions are the field oxide in MOS technology as well as the field oxide isolation region in bipolar technology. In the former case, typical configurations are shown in FIG. 1, where 10 and 11 are the respective drains of field effect transistors 8 and 9, while 12 and 13 are the sources and 15 and 16 are the gates of these transistors.

Interconnection between gates must be configured so that the electrical conductors producing these connections do not adversely affect device operation and such that the operation of one field effect transistor does not adversely interfere with the operation of another. Typically, these desires are satisfied by a field oxide 17. This field oxide is usually thermally grown to a sufficient thickness-generally in the range 100 to 1000 nm—to prevent electric fields generated from runners that connect gates and junctions by traversing the region over the field oxide from producing a charge inverted region under the oxide. This inversion allows leakage currents to flow under the field oxide region between transistors. Similarly, in bipolar technology, a large oxide is employed typically for the same reason.

As design rules become stricter, i.e., as design rules decrease from 1 μm to 0.6 μm and finer, the large non-planarities associated with the large area dielectric regions produce significant processing difficulties. For example, a photoresist deposited on a non-planar surface generally assumes substantially the same contour as that surface. Thus, images focused on the photoresist, although in focus at one point on the resist surface, will be out of focus in the other regions of the resist surface that are not co-planar with the first. Thus, lithographic resolution is degraded.

Additionally, when etching a non-planar surface, further difficulties occur. As gate material in region 4 is etched and cleared, there remains a portion typically denominated a stringer, which must also be removed by further etching after the gate material has been removed from surfaces 20 and 21. However, this removal exposes surfaces 20 and 21 to further etching and therefore possible degradation. As a result, non-planarities for strict design rules are preferably avoided.

Attempts have been made to limit non-planarities introduced by large area dielectrics through the thinning of the dielectric, e.g. oxide, employed. These attempts have yielded unsatisfactory results. In particular, with thin dielectrics, such as thin field oxides, electric fields produced in the overlying electrical runners

**2**

strongly affect the silicon underlying the oxide. The result of this interaction is two-fold. Capacitance increases which yields a decrease in device speed. Additionally, voltages through the runner must be limited so that the region 2 is not sufficiently inverted to produce substantial leakage currents, e.g., $10^{-7}$ to $10^{-9}$ amps between devices 8 and 9. Attempts to compensate for the effects of a thinned field oxide by increasing dopant levels in the substrate also lead to increased junction capacitance. As a result, although non-planarities associated with the field oxide cause undesirable effects, improvement has not been possible.

### SUMMARY OF THE INVENTION

By employing a large area dielectric, e.g., field oxide, formed in a trench that meets specific geometric requirements, the isolation purposes of the dielectric are maintained while planarity and its associated benefits are obtained. In particular, either buried conducting region(s), 30, that are essentially coextensive with the oxide sidewall should be formed as shown in FIG. 3, or in the absence of these region(s), the surface of the field oxide should be no less than 20 nm above the surface of the silicon in which the active region is defined as shown in FIG. 2 and the dopant level in the silicon active region to a depth of at least 1000 Å from the surface should be at least $10^{17}$ atoms/cm³ at the silicon/field oxide interface.

Various methods are possible for producing the desired configuration. In one embodiment, a trench is formed in the active region. The surface of the trench is oxidized, a layer of polysilicon is deposited, field oxide is deposited over the polysilicon in the trench and then etched back to the desired geometric configuration.

### BRIEF DESCRIPTION OF THE DRAWING(S)

FIG. 1 is illustrative of typical configurations employed in the art; FIGS. 2 and 3 are illustrative of configurations involved in the invention; and FIGS. 4a–4d and 5a–5b are illustrative of fabrication procedures involved in the invention.

### DETAILED DESCRIPTION

As discussed, a trench-filled large area dielectric with a specific configuration allows production of an essentially planar region while avoiding stray capacitance or undesired depletion effects. (In the context of this invention the term trench-filled is not used to denote fabrication sequence but merely to indicate appearance after fabrication is complete. Thus, for example, it is possible to form the device by building the field oxide region, and then surrounding it by an active region or by first etching a trench and filling the trench with the appropriate field oxide region. Additionally, a trench field oxide is a field oxide having less oxide above the substrate surface than field oxide below this surface.) The particular geometries required are shown in FIGS. 2 and 3. The conducting region should be essentially coextensive with the sidewall. In FIG. 3 a buried conducting region 30 between dielectric regions 34 and 35 is present. In this configuration the conducting region generally should have a cross-section in the range 20 nm to 200 nm measured along the direction perpendicular to the trench sidewall at the midpoint between the lowest point of the trench and the upper major surface of the silicon. Regions thinner than 20 nm are difficult to produce without pin holes or voids, while regions thicker than 200 nm tend to undesirably increase capaci-

5,373,180

3

tance to the gate runner and/or require a significantly deeper trench.

Typically, the resistivity of the region should be less than 0.1 ohm-cm. Resistivities more than 0.1 ohm-cm lead to the possibility of transitory charge accumulation and poor contact to the substrate. The resistivity, when the conducting region is polysilicon, is generally adjusted by introducing n- or p-type dopants such as boron, arsenic, antimony and/or phosphorus. (N-type dopants are typically used over an N-tub and p-type dopants over a p-tub.) Typically dopant concentrations in the range $10^{16}$ to $10^{21}$ cm$^3$ yield the desired resistivity. The presence of the conducting region along the sidewall is significant. Presence of this region along the trench bottom has a less significant effect and is not essential because the field produced by the electrical conductors does not cause leakage between active devices when there is a conductor region at the sidewalls. Thus, presence of a conducting region along the trench bottom, although often desirable, is not essential.

The thickness of the oxide, 35, between the buried conductive layer and the trench walls should typically be in the range 10 to 50 nm. Additionally, the top edge, 39, of the conducting region 30 should preferably be oxidized to avoid shorting between the conducting region and the gate interconnect. If a buried conducting region is employed, the upper region 34 of the field oxide should be sufficiently thick to avoid excessive parasitic capacitance in the gate interconnect, e.g. should not contribute more than 10% to parasitic capacitance. In practice, the conductive region is electrically connected such as at 37 to the tub region so that the conducting layer is maintained at the tub potential. This connection is made by techniques such as etching of the thin oxide between the tub and the conducting region using standard lithographic techniques followed by formation of the conductive layer including the interconnection. In a CMOS device this connection is made preferably to 1) the p tub or to 2) both the p tub and n tub. Additionally, if connection is made to both tubs the conducting region should be broken (shown in phantom at 90 in FIG. 3).

In the embodiment shown in FIG. 2 a buried conductive region is not employed. The surface of dielectric in this embodiment should be carefully controlled. To produce the desirable results associated with the invention, the surface 41 of the dielectric, e.g., field oxide, should be no less than 20 nm above the surface 22 of the active region and the dopant level in the silicon active region to a depth of at least 1000 Å from the surface should be at least $10^{17}$ atoms/cm$^3$ at the silicon/field oxide interface. (Above, as used in this context, means measured from the silicon surface in the direction of the overlying oxide. The active region is any region containing an active device such as a capacitor, transistor, diode and resistor.) Since substantial non-planarities are not desirable, it is advantageous to not substantially exceed the 20 nm step requirement.

In either embodiment the dielectric region, 21 or 34, should have a thickness generally in the range 100 nm to 1000 nm. Thicknesses less than 100 nm lead to excessive capacitance, while thicknesses greater than 1000 nm lead to difficulties in maintaining planarity. Suitable materials for the dielectric region, e.g., field oxide, are thermal oxides, spin-on oxides and deposited oxides such as chemical vapor deposited oxides.

A convenient procedure for producing the embodiment shown in FIG. 3 is illustrated in FIG. 4. In this

4

procedure a trench 40 is etched in the desired location. For CMOS applications, typically the trench is positioned between the active devices within a tub and/or positioned between tubs 43 and 44. In the latter case, as previously discussed, it is possible to etch an opening in the electrical conductor at the bottom of the field oxide. This objective is achieved in one embodiment by conventional photolithography or by depositing a dielectric, e.g. oxide or nitride, along the trench sidewalls over the conductor by a process described in Sze, supra, Chapter 11. This dielectric is then used as a mask for etching all of the conductor at the trench bottom or is used to convert the conductor through processes such as oxidation to an insulator. The photolithography mask used to etch openings in the conductor between tubs at the bottom of the field oxide need not be employed if a silicon region containing no active devices, surrounded by field oxide, and overlying the boundary region between p and n tubs is present. This silicon region is definable during the original trench etching. In this configuration the conductive region need not be present at the sidewalls of the silicon region having no active devices.

Generally, the depth of the trench should be in the range 100 nm to 1000 nm. Trenches shallower than 100 nm lead to excessive capacitance while trenches deeper than 1000 nm are inconvenient to etch. A dielectric material is then formed on the exposed surfaces 52 and 53. Generally, this material is a dielectric, or combination of dielectrics, such as a thermal oxide, deposited oxide, or a deposited dielectric, e.g. silicon nitride formed as described in VLSI Technology: 2nd Edition, Edited by S. M. Sze, McGraw Hill, 1988, Chapter 3. Surface 43 and 44 should also be protected by a dielectric such as the same dielectric that is found on the surface 52 and 53.

A layer of polysilicon 45 as shown at 4B, having the thickness previously described, is then deposited onto the oxide. Suitable procedures for depositing the polysilicon are chemical vapor deposition and sputter deposition as described in Sze, supra, Chapter 6. It is also possible to electrically connect the buried conducting region to a tub region by a process such as described in U.S. Pat. No. 4,825,278 dated Apr. 25, 1989, which is hereby incorporated by reference. The dielectric material, 48, is then deposited as shown in 4C. A convenient method for producing this dielectric is by using spin-on glasses as described in U.S. Patent application Ser. No. 161,876, filed Feb. 29, 1988 (Smolinsky and Ryan which is hereby incorporated by reference). A sufficient thickness of dielectric should be deposited so that the surface in region 48 is higher than the surface of the polysilicon in region 45.

To planarize closely spaced features, a sacrificial layer sufficiently thick to planarize the oxide layer is then deposited. This sacrificial layer is advantageously photoresist material. The photoresist material is then etched utilizing plasma-assisted procedures and plasma compositions such as described in Sze, supra, Chapter 5. Etching is continued until sufficient oxide is removed to yield the configuration shown in FIG. 4D. The exposed polysilicon over the active region is removed, for example, by conventional reactive ion etching while retaining the polysilicon along the sidewalls and bottom of the field oxide area. The edge of the exposed polysilicon region at the top of the sidewall is then passivated, for example, by thermal oxidation.

5,373,180

5

In one advantageous approach to planarize widely spaced features, the field oxide layer of thickness approximately equal to the trench depth is deposited, e.g. by means of chemical vapor deposition, and photoresist or other radiation definable material is deposited on the oxide layer. This material is then delineated by conventional techniques. The pattern of delineation is carefully chosen. In particular, the pattern is the negative of the trench mask and this negative pattern is reduced on all edges by a distance of at least the thickness of the deposited oxide. (If after this reduction, two edges are separated by less than the lithographically minimum resolvable dimension, they are eliminated from the defined pattern.)

After this delineation the unmasked oxide is etched until the underlying polysilicon is exposed in the area overlying the active region. (The polysilicon acts as an etch stop for common etchants such as a chlorofluorocarbon based plasmas used to etch the oxide. Therefore, overetching is not a problem.) The result of this oxide etch is the production of notches in the field oxide. These notches have tapered edges along the trench faces and nearly vertical edges defined by the mask edges. These notches are relatively small. The widths of the resulting notches, measured at their top, vary depending on trench dimension from a minimum width equal to the oxide thickness to a maximum width equal to the minimum resolvable dimension of the lithographic tool plus two oxide thicknesses. Typically, therefore, for an oxide thickness of 0.5 $\mu$m and a minimum resolvable dimension of 1 $\mu$m, the widths at the top of the notches range from approximately 0.5 $\mu$m to approximately 2.0 $\mu$m. The widths at the bottom of the notches range from approximately zero to 1.0 $\mu$m. At least one edge of each notch is tapered. Therefore after removal of the masking material a second deposition of oxide easily fills these notches without leaving voids or producing a significant nonplanarity in the resulting surface. Etching of this surface therefore easily produces a planar field oxide even for extremely large area field oxide regions. The polysilicon layer overlying the active region once again acts as a convenient etch stop and as a protector of the active regions. It is possible to remove the exposed polysilicon layer and to process the then exposed active area to produce active devices and interconnects. The removal of the exposed polysilicon also results in a desirable extension of the field oxide region extending above the plane of the active area.

In an alternative procedure, before etching to obtain the configuration shown in FIG. 4A, an etch stop 51 such as silicon nitride (or silicon nitride over an oxide) is blanket deposited and simultaneously etched with the underlying silicon leaving the configuration shown in 5A. An oxide is then produced along the trench walls by thermal oxidation. Subsequently, a polysilicon region and the dielectric region are formed by deposition. The field oxide region and the exposed polysilicon are then etched back as shown in 5B to expose the nitride region 51. It is possible to then remove and passivate the edge 65 of the polysilicon by means of selective polysilicon etching and subsequent oxidation. (Subsequent nitride removal is also possible.) This alterative procedure for producing a buried conductive region has the advantage of ensuring that the field oxide layer extends above the silicon surface and the conducting layer is protected by an oxide.

As previously discussed, another embodiment involves forming a continuous field oxide over the surface

6

of the substrate, etching regions in this continuous field oxide for the active regions, forming the sidewall conducting regions, and then using selective epitaxial processes to form the active region of silicon in the previously etched areas.

To produce the configuration of the second embodiment shown in FIG. 2, a similar procedure is utilized, except a deposition of a conductive polysilicon layer is omitted. Subsequent processing to produce the desired device is well-known. Examples of this processing are described in reviews such as Sze, supra, Chapter 11.

The use of a buried conductive region in a planar large area oxide is also useful in bipolar technology to prevent inversion below field oxide regions. The procedure described for forming such a region is essentially the same as those discussed in conjunction with CMOS processing.

The following example is illustrative of of procedures involved in the invention.

EXAMPLE

A silicon substrate (major surface in the 100 crystallographic plane) was processed. A thermal oxide 350 Å in thickness was grown on both major surfaces of the substrate using an oxygen ambient and a temperature of approximately 900° C. A silicon nitride layer approximately 2000 Å in thickness was deposited on the thermally grown oxides utilizing low pressure chemical vapor deposition including a $SiH_2Cl_2 + NH_3$ gas flow. A thin layer of oxide was then formed on the nitride through thermal oxidation at 900° C. in oxygen. Regions were opened in a positive acting, near ultraviolet resist spun onto the active side of the wafer. These openings were at locations where the field oxide ultimately was to be formed. The exposure and development of the resist was done by conventional lithographic techniques. The uncovered regions of the thin oxide and underlying nitride were then etched utilizing a conventional reactive ion etching procedure with the plasma gas including 10 sccm of Freon 23 ($CHF_3$)and 90 sccm of $O_2$. Etching through the nitride took approximately 4.2 minutes and an overetch was employed to ensure complete clearing. After etching the resist was removed.

Using the patterned silicon nitride as a mask, trenches were etched into the silicon wafer. The trench etching was done utilizing a plasma gas including 85 sccm of $CFCl_3$ 16 sccm of $Cl_2$ and 90 sccm of Ar. The etching was continued until a depth of 5000 Å was reached. The exposed surfaces of the trench were then oxidized in steam at 900° C. for 8 minutes. This oxidation produced an oxide layer approximately 500 Å in thickness. To produce a clean, undamaged surface the grown oxide was removed by immersing the wafer in a 30 to 1 aqueous HF solution. An oxide was again grown on the trench walls utilizing an oxygen ambient and a temperature of 900° C. The oxidation was continued until an oxide thickness of 250 Å was obtained. The grown oxide was then cleaned by immersing for 30 seconds in a 100 to 1 aqueous HF solution.

Immediately after cleaning, 1000 Å of polysilicon was deposited by utilizing a low pressure chemical vapor deposition technique with silane as the precursor gas. A 200 Å thick silicon dioxide layer was formed on the polysilicon surface by oxidizing in oxygen at 900° C. A 5000 Å layer of undoped silicon dioxide was then deposited by subjecting the wafer at a temperature of 750° C. to an atmosphere of tetraethoxysilane together with

5,373,180

7

a dry $N_2$ flow. All the silicon dioxide, except on the sidewalls of the trench, was removed by subjecting the wafer to a reactive ion etching atmosphere including 75 sccm of $CHF_3$ and 12 sccm of $O_2$ for 12.5 min with a short overetch. Utilizing the remaining silicon dioxide as a mask, the exposed regions of the polysilicon were removed utilizing a plasma struck in molecular chlorine. The etching was continued until the polysilicon was removed. To form the field oxide region, 1 $\mu$m of silicon dioxide was deposited utilizing the tetraethoxysilane low pressure chemical vapor deposition process previously described. The structure was then planarized by polishing using simultaneous mechanical and chemical polishing.

Cross-sectional transmission electron microscopy of the resulting structure showed an essentially planar substrate having a buried field oxide and a conducting region separated from the trench sidewalls by a thin oxide.

We claim:

1. A semiconductor device comprising 1) a substrate, 2) first and second active regions and (3) a region of dielectric material, said dielectric material positioned and configured to limit interaction of charge or electric field through said substrate CHARACTERIZED IN THAT said dielectric material occupies a trench between said first and second active regions and an electrically conductive region is present in said dielectric material along the sidewalls of said trench adjacent said active regions wherein said conductive region is less than about 200 nm in thickness measured along the direction perpendicular to said sidewall at the midpoint between the lowest point of said trench and the upper major surface of said substrate and said conductive region is separated from said active region by a portion of said dielectric material and wherein said conductive region it is maintained at essentially the same potential as said substrate.

2. The device of claim 1 wherein said device comprises an integrated circuit including field effect transistors in said active regions.

8

3. The device of claim 1 wherein said device comprises an integrated circuit including bipolar transistors in said active regions.

4. The device of claim 1 wherein said dielectric material comprises a silicon oxide.

5. The device of claim 4 wherein said conductive region comprises silicon.

6. The device of claim 1 wherein said conductive region comprises silicon.

7. The device of claim 6 including means for maintaining the potential of said conducting region essentially equal to the potential of said substrate.

8. The device of claim 1 wherein the surface of said active regions are essentially coplanar with the surface of said region of dielectric material.

9. The device of claim 1 wherein said semiconductor comprises silicon.

10. A device comprising 1) a substrate, 2) first and second active regions comprising silicon, 3) a region of dielectric material, said dielectric material positioned and configured to limit interaction of charge or electric field through said substrate and 4) transistors in said first and second active regions, said transistors comprising a gate, source, and drain CHARACTERIZED IN THAT said dielectric material occupies a trench between said first and second active region, the surface of said region of dielectric material extends at least 200Å above the plane of the surface of said active region, directly underneath said gate crosses said dielectric material and in that the dopant level in said silicon active regions to a depth of 1000Å from the surface of said active region at the silicon/field oxide interface is at least $10^{17}$ atoms/$cm^3$.

11. The device of claim 10 wherein said device comprises an integrated circuit including field effect transistor in said active regions.

12. The device of claim 10 wherein said device comprises an integrated circuit including bipolar transistors in said active regions.

13. The device of claim 10 wherein said dielectric material comprises a silicon oxide.

14. The device of claim 13 wherein said conductive region comprises silicon.

15. The device of claim 10 wherein said conductive region comprises silicon.

*  *  *  *  *

# EXHIBIT 4

US005227335A

# United States Patent [19]

## Holschwandner et al.

[11] **Patent Number:** **5,227,335**

[45] **Date of Patent:** **Jul. 13, 1993**

[54] **TUNGSTEN METALLIZATION**

[75] Inventors: **Lowell H. Holschwandner,** Fountain Hill; **Virendra V. S. Rana,** South Whitehall Township, Lehigh County, both of Pa.

[73] Assignee: **AT&T Bell Laboratories,** Murray Hill, N.J.

[21] Appl. No.: **517,973**

[22] Filed: **Apr. 30, 1990**

### Related U.S. Application Data

[63] Continuation of Ser. No. 338,473, Apr. 14, 1989, abandoned, which is a continuation of Ser. No. 929,043, Nov. 10, 1986, abandoned.

[51] Int. Cl.⁵ ........................................... H01L 21/283
[52] U.S. Cl. ................................... 437/192; 437/190; 437/194; 437/246
[58] Field of Search ............... 437/192, 190, 245, 246, 437/194

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,697,343 | 10/1972 | Cuomo et al. | 437/962 |
| 4,394,678 | 7/1983 | Winchell et al. | 357/68 |
| 4,650,696 | 3/1987 | Raby | 427/89 |
| 4,666,737 | 5/1987 | Gimpelson et al. | 427/89 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1955716 | 5/1971 | Fed. Rep. of Germany | 437/192 |
| 0211269 | 12/1982 | Japan | 437/192 |

### OTHER PUBLICATIONS

Wittmer, M., J. Vac. Sci. Technol. A2(2), Apr.-Jun., 1984, pp. 273–279.
Mehta, S., et al., "Blanket CVD Tungsten . . . ", Jun. 9–10, 1986, V-MIC. Conf., pp. 418–435.
Higelin, G. , et al., "A Contact Filling . . . ", Jun. 9–10, 1986, V-MIC Conf., pp. 443–449.
Smith; G., et al., "Comparison of Two Contact Plug . . . ", Jun. 9–10, 1986, V-MIC Conf., pp. 403–410.
Brols, D., et al., "CVD Tungsten . . . " Solid State Technology, Apr. 1984, pp. 313–314.
"Tungsten-on-Conducting Nitride . . . " IBM Technical Disc. Bull., vol. 31, No. 3, Aug. 1988, pp. 477–478.
Saraswat, K., et al., "Selective VCD of Tungsten . . . ", Procs. Second Int. Symp. VLSI, vol. 84–7, 1984, pp. 409–419.
Miller, N., et al., "Hot Wall CVD Tungsten . . . ", Solid State Technology, Dec. 1980, pp. 79–81.
Nicollet, M. A., "Diffusion Barriers . . . ", Thin Solid Films, vol. 52, 1978, pp. 415–432.
Wittmer, M., Appl. Phys Lett., 36(6), Mar. 15, 1980, pp. 456–458.
Rosser, P. J., et al., Mat. Res. Soc. Symp. Proc. vol. 37, 1985 Material Research Society, pp. 607–612.

*Primary Examiner*—T. N. Quach
*Attorney, Agent, or Firm*—Richard D. Laumann

[57] **ABSTRACT**

The adhesion of tungsten to an underlying dielectric layer is improved by the use of a thin glue layer of either TiN or Al.

**11 Claims, 2 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



5,227,335

1

# TUNGSTEN METALLIZATION

This application is a continuation of application Ser. No. 338,473, filed on Apr. 14, 1989, abandoned, which is a continuation of application Ser. No. 929,043, filed on Nov. 10, 1986, abandoned.

## TECHNICAL FIELD

This invention relates generally to metallizations used in semiconductor devices, and particularly to devices having such metallizations which use tungsten.

## BACKGROUND OF THE INVENTION

As the complexity of integrated circuits continues to increase, the dimensions of the components of the integrated circuits continue to decrease. Not only do device dimensions decrease, but the dimensions of the interconnects, that is, the lines and windows used to connect devices decrease. The windows are often termed vias by those skilled in the art. It is noted that the term window is sometimes applied only to the openings to the source, gate, or drain electrodes while the term via is applied to the opening between levels in multilevel metal structures. Vias may be conveniently visualized as cylinders which are filled with a metal so that, e.g., devices located on different metallization levels can be electrically connected. As it is difficult to completely fill a small diameter cylinder with sputtered Al, a metal commonly used in integrated circuit metallizations, a heating step is frequently used to cause an overlying dielectric layer to flow into a portion of the via. The heating step creates a more easily filled conical shape. The conical shape is, of course, truncated at the bottom so that an electrical contact can be formed to the underlying conductor.

As smaller devices typically use relatively shallower junction depths do larger devices, the use of high temperature thermal processing to taper the vias by causing a dielectric material to flow eventually becomes impossible as the via dimensions decrease. Consequently, the vias that must be filled with metal not only have a high aspect ratio, that is, a high ratio of height to width, but their walls are also substantially vertical. Aluminum is difficult to deposit uniformly in such vias and poor step coverage results for conventional deposition techniques such as sputtering. This not only leads to possible discontinuities in the metal coverage but also makes planarization of the surface, frequently required for subsequent processing such as second level metallization, very difficult.

Al metallizations suffer from several drawbacks. Al has a low electromigration resistance and is susceptible to hillock formation. Also, because of its low melting point and tendency to react with Si, severe limitations are placed on the maximum temperature that can be used in post-metallization processing.

Accordingly, alternatives to aluminum have been sought for at least portions of the metallization. One commonly contemplated alternative metal is low pressure chemical vapor deposition (LPCVD) tungsten. LPCVD tungsten is a desirable alternative because it has a conformal step coverage. LPCVD tungsten also offers advantages for use as interconnects. Besides having conformal step coverage, it has high electromigration resistance, resistance to hillock formation and high temperature stability. Although many methods of depositing LPCVD tungsten have been proposed, they

2

are all included within two generic categories which are conveniently termed selective and blanket.

Selective deposition typically relies upon the reaction of a gas, such as tungsten hexafluoride, with substrates, such as silicon, to leave tungsten on the silicon surface. Selective deposition is also possible on metals and silicides. A carrier gas, such as hydrogen, is commonly used. Tungsten hexafluoride does not react with other materials, such as a surrounding dielectric region of silicon dioxide, and in theory, tungsten is deposited only on the silicon surface. However, selective deposition is difficult to obtain in practice in the thicknesses which are needed to fill deep vias because of the loss of selectivity. This probably arises because some tungsten hexafluoride reacts with the hydrogen carrier gas thus forming HF as well as nucleating W. HF reacts with and etches the $SiO_2$, which is obviously an undesirable result.

With blanket deposition, tungsten is deposited over the entire surface and then etched back so that tungsten ideally remains only in the vias or as, for example, interconnects. While this process is conceptually simple, tungsten does not adhere well to silicon dioxide and practical problems arise. For example, after the deposition has been completed, the tungsten film may simply peel off the silicon dioxide which is also an obviously undesirable result.

The use of a glue layer has been proposed to overcome the adhesion problem just discussed. A glue layer is a layer of material deposited prior to the tungsten and which has good adhesion both to the underlying dielectric layer and to the tungsten. Several substances have been proposed for glue layers. For example, the use of both elemental metals, such as Ti, and metallic silicides, such as $WSi_2$, has been proposed. See, for example, Comparison of Two Contact Plug Techniques for Use with Planarized Oxide and A Contact Filling Process with CVD-Tungsten for Multilevel Metallization Systems, Proceedings of the V-MIC Conference, pp. 403–410, and pp. 443–449, Jun. 9–10, 1986, respectively. A common feature of the approaches adopted by these references is the use of relatively thick glue layers. Thicknesses of approximately 100 nm or more were used. It should be noted that the thickness of the Ti layer in the former reference is not explicitly given. However, FIG. 3 illustrates a plug after etching has been completed. It is evident that there is severe overetching of the glue layer which would not be visible if a thin glue layer had been used.

However, the use of a thick glue layer is undesirable because during the etch back step, severe undercutting of the tungsten layer occurs if, as is often the case, the glue layer etches more rapidly than does the tungsten. The undercutting may make subsequent processing very difficult. For example, voids may be left in the oxide and in subsequent metallizations after metal deposition.

Of course, the glue layer material should be electrically conducting. Only metals or silicides have been proposed as glue layer materials because of the rapid film growth in these materials. However, the use of some metals, such as aluminum, has not been seriously considered because a thick aluminum layer may cause spiking due to its rapid diffusion into the underlying material. Other conducting compounds have not yet been proposed as glue layers.

5,227,335

3

## SUMMARY OF THE INVENTION

We have found that tungsten can be blanket deposited with good adhesion over a dielectric covering a portion of a silicon surface by first depositing a film comprising either Al or a conducting nitride such as TiN as a glue layer. The glue layer film may be deposited, through openings in the dielectric, directly on the silicon or on a conducting material, such as a silicide, overlying the silicon. Of course, the glue layer is also deposited on the dielectric. Both TiN and Al films provide good adhesion down to thicknesses as small as approximately 3 nm. The minimum thickness is determined primarily by the requirement that the entire wafer surface be covered adequately. The thinner glue layers are generally preferred as they minimize any problems that might be caused by either spiking of deposited metal or undercutting during reactive sputter etching (RSE). However, if interaction of W with the substrate is to be prevented, a thicker layer of TiN may be used. To prevent spiking, the Al layer is typically less than 25 nm thick although the maximum thickness will be determined by device design and processing parameters. Uses other than plugs are contemplated. In particular, interconnects and gate structures are also contemplated.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a schematic representation of a exemplary metallization according to this invention;

FIG. 2 is a schematic representation of a via filled with tungsten after the etching step has been completed; and

FIGS. 3 and 4 are schematic representations useful in explaining interconnects according to this invention.

For reasons of clarity, the elements of the devices depicted are not drawn to scale.

## DETAILED DESCRIPTION

Our invention will be described by reference to FIG. 1 which is a schematic representation of a tungsten metallization according to this invention. Depicted are silicon layer 1, dielectric region 3, glue layer 5 and tungsten metallization 7. As can be seen, the glue layer and metallization extend into a via 9. The glue layer covers the interior surface of the via as well as the underlying silicon layer 1. The glue layer also covers the dielectric region 3. It will be readily appreciated that the individual components of the integrated circuit are not depicted for reasons of clarity.

The vias are formed by conventional VLSI processing steps which deposit, pattern and etch the dielectric, etc. These steps are well known to those skilled in the art and need not be described in detail. The dielectric region depicted comprises SiO$_2$ although it will be appreciated by those skilled in the art that other dielectric materials may be used. For example, B and P doped SiO$_2$ and Si$_3$N$_4$ might be used. It will also be appreciated that although layer 1 is described as silicon, other conducting materials might be used. For example, conducting silicides might be used. Such silicides are formed on the silicon surface. Thus, while the glue layer is described as being deposited over a silicon surface, the presence of other materials between the glue layer and the silicon surface is contemplated.

The glue layer is expediently deposited by well known techniques such as sputtering. The glue layer comprises at least one material selected from the group

4

consisting of Al and conducting nitrides such as TiN. It will be appreciated that minor amounts of other materials may be present in the glue layer. For example, either or both Si and Cu may be present in Al. These materials are metallurgically stable with respect to the tungsten film. Good adhesion, as evidenced by an inability to remove the film by pulling on an attached adhesive tape, is obtained down to glue layer thicknesses of approximately 3 nm.

The native oxides on TiN and Al$_2$O$_3$ are thin. Although the successful use of Al might seem surprising in view of its strong susceptibility to oxide formation, it is believed that during the tungsten deposition most of the aluminum oxide present is removed although residues of non-conductive fluorides may remain. To prevent spiking, the Al layer should be less than approximately 25 nm thick. However, as will be readily appreciated by those skilled in the art, a precise maximum thickness cannot be given as it depends on several factors. These factors include the desired junction depth and the post Al deposition processing parameters. Given these factors, one skilled in the art can readily determine the maximum Al thickness.

The thinness of the glue layer is surprising but it must be noted, in retrospect, that pinholes in the glue layer need not be a significant problem. That is, the presence of some pinholes will not necessarily adversely affect the adhesive properties sought. It must also be remembered that, within the vias, pinholes are not significant as the electrical contact will still be formed if W goes through a pinhole at the bottom of the via provided that there is no chemical interaction with the substrate. For example, W interaction with, e.g., TiS$_2$, is not a problem. However, pinholes may be a problem for the W/Si interface although the interaction of W with a small amount of silicon can generally be tolerated. No adverse results occurs if the W touches the dielectric through a pinhole.

The growth of W films on the nitrides is surprising because it is hypothesized there are no displacement reactions which provide W nuclei for further film growth, i.e., the nitrides do not reduce WF$_6$. The Ti-N bonds are sufficiently strong so that the interaction of Ti with WF$_6$ is not energetically favored. The growth of W films on the nitrides is believed to occur by the reduction of WF$_6$ with H$_2$, solely. Upon exposure to WF$_6$ and H$_2$, H and F atoms react and nucleate W on the surface. After the resulting islands coalesce, the growth rate of films is similar to the rates on Si or Al coated surfaces. The disadvantage of using a displacement reaction is that fluorides are formed at the interface.

FIG. 2 depicts a via after etching. Conventional etching techniques can be used for the etching steps. It should be remembered that the tungsten layer is typically overetched to guarantee its complete removal from areas not covered with resist in case there are non-uniformities in layer thickness. The overetch not only removes the tungsten but removes the thin glue layer contacting layer 1 without the need for any additional etching chemistry.

The absence of significant amounts of O and F at the W/TiN interface makes TiN ideally suited for use as a glue layer with etch-back plugs and interconnects.

The use of a thin layer also minimizes undercutting problems. It is apparent that a relatively planar surface is obtained in preparation for further processing. It should be noted that at most only a very thin layer of Al contacts the Si. This eliminates or minimizes the

5,227,335

5

possibility of spiking which occurs with thicker A1 films.

Other uses for our deposition process are contemplated. For example, it may be used to form interconnects or gate structures. The strong adhesion provided by thin glue layers is useful for patterning W interconnects. FIG. 3 is useful in explaining interconnect fabrication. Numerals identical to those used in FIG. 1 represent identical elements. Also depicted is patterned resist 11. To form interconnects, the tungsten and glue layers depicted are etched and the resist removed to yield the structure shown in FIG. 4. An A1 layer under W interconnects should provide low resistance contacts. The use of A1 is particularly suited for upper levels in multilevel metallization schemes where junction spiking is not a consideration. Also, it is suitable for very thin A1 glue layer on Si contacts, as well as silicided junctions, where junction spiking may not occur.

What is claimed is:

1. A method of fabricating an integrated circuit comprising the steps of:

patterning a dielectric layer to form holes which expose the underlying material, said exposed underlying material comprises an electrically conducting material;

depositing a glue layer covering said dielectric and said exposed underlying material;

6

depositing a tungsten layer by chemical vapor deposition, said tungsten layer covering said glue layer on said dielectric and said exposed material;

CHARACTERIZED IN THAT said glue layer comprises at least one member selected from the group consisting of conducting nitrides.

2. A method as recited in claim 1 in which said material comprises said silicon surface.

3. A method as recited in claim 1 in which said material comprises a metallic silicide.

4. A method as recited in claim 1 further comprising etching said tungsten and said glue layer to form a planar surface of said dielectric and said tungsten in said hole, said tungsten being etched before said glue layer.

5. A method as recited in claim 4 in which said conducting nitride consists essentially of TiN.

6. A method as recited in claim 1 in which said dielectric comprises silicon dioxide.

7. A method as recited in claim 1 in which said W layer is deposited by low pressure chemical vapor deposition.

8. A method as recited in claim 7 in which said deposition uses $WF_6$ and $H_2$.

9. A method as recited in claim 8 in which said glue layer comprises a conducting nutride.

10. A method as recited in claim 8 in which said conducting nitride comprises TiN.

11. A method as recited in claim 1 further comprising the step of patterning said tungsten and said glue layer.

* * * * *

# EXHIBIT 5

US005599739A

# United States Patent [19]

## Merchant et al.

[11] **Patent Number:** 5,599,739

[45] **Date of Patent:** Feb. 4, 1997

[54] **BARRIER LAYER TREATMENTS FOR TUNGSTEN PLUG**

[75] Inventors: **Sailesh M. Merchant**, Orlando, Fla.; **Arun K. Nanda**, Austin; **Pradip K. Roy**, Orlando, both of Tex.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **366,867**

[22] Filed: **Dec. 30, 1994**

[51] Int. Cl.$^6$ ................................................ **H01L 21/443**

[52] U.S. Cl. ...................... **437/190**; 437/192; 437/246

[58] Field of Search ........................................ 437/192, 246, 437/190

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,532,702 | 8/1985 | Gigante et al. . |
| 4,782,380 | 11/1988 | Shankar et al. ........................ 357/71 |
| 4,804,560 | 2/1989 | Shioya et al. . |
| 5,143,861 | 9/1992 | Turner . |
| 5,164,330 | 11/1992 | Davis et al. . |
| 5,164,333 | 11/1992 | Schwalke et al. .............. 437/200 |
| 5,175,126 | 12/1992 | Ho et al. ............................. 437/190 |
| 5,183,782 | 2/1993 | Onishi et al. . |
| 5,200,360 | 4/1993 | Bradbury et al. . |
| 5,202,579 | 4/1993 | Fujii et al. . |

| | | |
|---|---|---|
| 5,232,871 | 8/1993 | Ho ........................................... 437/190 |
| 5,232,873 | 8/1993 | Geva et al. . |
| 5,233,223 | 8/1993 | Murayama . |
| 5,244,534 | 9/1993 | Yu et al. . |
| 5,260,232 | 11/1993 | Muroyama et al. . |
| 5,312,775 | 5/1994 | Fujii et al. . |
| 5,327,011 | 7/1994 | Iwamatsu . |
| 5,332,691 | 7/1994 | Kinoshita et al. .............. 437/192 |
| 5,397,742 | 3/1995 | Kim ...................................... 437/190 |
| 5,407,698 | 4/1995 | Emesh . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 5152292 | 6/1993 | Japan . |
| 5-347272 | 12/1993 | Japan .......................... H01L 21/28 |
| 5-326517 | 12/1993 | Japan .......................... H01L 21/3205 |
| 6-275624 | 9/1994 | Japan .......................... H01L 21/3205 |

*Primary Examiner*—Robert Kunemund
*Assistant Examiner*—Matthew Whipple

[57] **ABSTRACT**

Tungsten plugs are formed by passivating a substrate having a contact hole with SiH$_4$, forming a nucleation layer on the passivated substrate by reducing WF$_6$ with SiH$_4$ at relatively low pressures and depositing tungsten to substantially fill the contact hole by reducing WF$_6$ with H$_2$ at relatively high pressures. Alternatively, rapid thermal annealing is used to cure pinhole defects in a titanium nitride layer on a substrate to avoid the formation of unwanted tungsten volcanoes.

**34 Claims, 4 Drawing Sheets**



FORM CONTACT HOLE IN INSULATOR LAYER SUBSTRATE TO EXPOSE UNDERLYING CONDUCTIVE LAYER

APPLY Ti & TiN LAYERS TO SUBSTRATE

HEAT TO ACHIEVE RAPID THERMAL ANNEALING OF Ti/TiN LAYERS

PASSIVATION WITH SiH$_4$

TUNGSTEN DEPOSITION BY SILANE REDUCTION OF WF$_6$

TUNGSTEN DEPOSITION BY HYDROGEN REDUCTION OF WF$_6$

*FIG. 1A*
*(PRIOR ART)*



*FIG. 1B*
*(PRIOR ART)*



*FIG. 1C*
*(PRIOR ART)*



*FIG. 2*



FORM CONTACT HOLE IN SUBSTRATE

APPLY Ti & TiN LAYERS TO SUBSTRATE

PASSIVATION WITH SiH$_4$

NUCLEATION WITH WSi$_x$

TUNGSTEN DEPOSITION BY SILANE REDUCTION OF WF$_6$

TUNGSTEN DEPOSITION BY HYDROGEN REDUCTION OF WF$_6$

*FIG. 3*



FORM CONTACT HOLE IN INSULATOR LAYER SUBSTRATE TO EXPOSE UNDERLYING CONDUCTIVE LAYER

APPLY Ti & TiN LAYERS TO SUBSTRATE

HEAT TO ACHIEVE RAPID THERMAL ANNEALING OF Ti/TiN LAYERS

PASSIVATION WITH SiH$_4$

TUNGSTEN DEPOSITION BY SILANE REDUCTION OF WF$_6$

TUNGSTEN DEPOSITION BY HYDROGEN REDUCTION OF WF$_6$

Case 5:08-cv-00775-JW    Document 1-3    Filed 02/01/2008    Page 12 of 31

## FIG. 4A



## FIG. 4B



Case 5:08-cv-00775-JW    Document 1-3    Filed 02/01/2008    Page 13 of 31

FIG. 4C



FIG. 4D



5,599,739

**1**

# BARRIER LAYER TREATMENTS FOR TUNGSTEN PLUG

## BACKGROUND

### 1. Technical Field

This disclosure relates generally to the manufacture of semiconductor devices having a multilayer interconnection structure. More specifically, this disclosure relates to novel methods of making tungsten plugs in such devices.

### 2. Background of Related Art

In the manufacture of a conventional tungsten plug or stud, a substrate 101 has a contact hole 110 formed therein as shown in FIG. 1A. A titanium layer 112 and a titanium nitride layer 114 are sequentially deposited on the substrate. Near the top edge 115 of contact hole 110, layers 112 and 114 are normally quite thin. Tungsten is then deposited, for example via chemical vapor deposition, to fill contact hole 110. Depending on the position of the substrate within the device, the structure shown in FIG. 1A can be used to produce a tungsten plug at the window level or a tungsten plug at the via level.

Tungsten deposition by CVD involves the use of tungsten hexafluoride, and subjects the coated substrate to fluorine and hydrofluoric acid. Diffusion of fluorine gas through pinhole defects in titanium nitride layer 114 causes excessive tungsten growth at the location of the defect.

Specifically, as shown in FIG. 1B, rupture in titanium nitride layer 114 may occur, particularly at the top edge 115 of contact hole 110. Where such ruptures occur, volcanoes 125 are formed which are areas of thick tungsten growth compared to tungsten layer produced within the contact hole 110 and the portion 122 of the tungsten layer produced on the surface of the substrate 101. Hole 110 may not be completely filled with tungsten if growth is sufficiently rapid to cover the opening of the contact hole and thereby partially or completely block any further tungsten deposition within the hole. However, even where the contact hole is completely filled by a tungsten plug 130, a large tungsten growth 126 is formed, the thickness of which far exceeds the thickness of the portion 122 of the tungsten layer on the surface of substrate 101, as shown in FIG. 1C. Ultimately, the device may have to be discarded due to the presence of the volcanoes. Where it is possible to salvage the device, additional steps must be taken to remove growth 126 from the surface of the device, adding to the cost of producing the device.

It would be desirable to provide a tungsten plug by a method which does not produce volcanoes or undesired tungsten growths on the surface of the device.

## SUMMARY

Novel techniques for forming tungsten plugs are disclosed herein which avoid the formation of volcanoes and unwanted, excessive tungsten growths on the surface of the substrate.

In one aspect, it has been discovered that by carefully controlling the chemistry during chemical vapor deposition of tungsten, the integrity of the titanium nitride layer is preserved and the formation of volcanoes is avoided. Specifically, tungsten plugs are formed at the window or via level in accordance with one aspect of this disclosure by passivating a substrate having a contact hole formed therein by contacting the substrate with silane gas. A nucleation or seed layer of $WSi_x$ is then applied to the passivated substrate

**2**

by reducing tungsten hexafluoride with silane. In particularly useful embodiments, the ratio of silane to tungsten hexafluoride is in the ratio of 4:1 to 6:1 and pressures of 1 Torr or less are used during formation of the nucleation or seed layer. Tungsten is then deposited to at least substantially fill the contact hole. In a particularly useful embodiment, tungsten is deposited by reducing tungsten hexafluoride with hydrogen gas using pressures of 20 Torr or greater.

In another aspect, it has been discovered that tungsten plugs can be formed at the via level without the growth of volcanoes by subjecting a substrate coated with a titanium layer and then a titanium nitride layer to rapid thermal annealing to cure pinhole defects in the titanium and titanium nitride layers prior to passivation, nucleation and deposition steps.

## BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments are described herein with reference to the drawings, wherein:

FIGS. 1A–1C are schematic representations of structures at various stages during the formulation of tungsten plugs (either at the window level or at the via level) using conventional, prior art techniques;

FIG. 2 is a flow diagram showing the steps for forming a tungsten plug (at the window or via level) in accordance with a method disclosed herein;

FIG. 3 is a flow diagram showing the steps for forming a tungsten plug at the via level in accordance with another method disclosed herein; and

FIGS. 4A–4D are schematic representations of structures at various stages during the formulation of a tungsten plug in accordance with the methods of this disclosure.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Two different novel via filling processes are disclosed herein. One method includes the formation of a $WSi_x$ nucleation layer on a substrate prior to tungsten deposition. The other method involves rapid thermal annealing of a titanium nitride layer on a substrate prior to tungsten deposition. The deposition of a $WSi_x$ nucleation layer and rapid thermal annealing of the titanium nitride layer are steps in two separate via filling processes which can be successfully used to prevent volcano formation. It should be understood that the two process steps can, if desired, be used together in a single via filling process.

FIG. 2 is a flow diagram summarizing the steps in one method of forming a tungsten plug in accordance with this disclosure. First, a contact hole is formed in the insulator layer of a substrate to expose a portion of a conductive layer or active layer of the device on which the insulator layer has been deposited. Next, titanium and titanium nitride layers are applied to the substrate. The coated substrate is then optionally subjected to rapid thermal annealing. Next, the coated substrate is passivated by contact with $SiH_4$. Then a nucleation or seed layer of $WSi_x$ is applied by silane reduction of tungsten hexafluoride at a relatively low pressure, followed by tungsten deposition by silane reduction of tungsten hexafluoride. Finally, the contact hole is at least substantially filled with tungsten by hydrogen reduction of tungsten hexafluoride at relatively high pressures.

The steps of another method in accordance with this disclosure, is shown in the flow diagram of FIG. 3. The method of FIG. 3 is particularly useful in forming a tungsten

5,599,739

3

plug at the via level and does not include the step of depositing a WSi$_x$ nucleation layer. Rather, the method represented in FIG. 3 includes the step of thermal annealing to cure pinhole defects in the titanium nitride layer. The conditions for performing the various steps set forth in FIGS. 2 and 3 are set forth below and will be explained by reference to FIGS. 4A–D.

Referring to FIG. 4A, a substrate useful in forming a layered semiconductor device is shown wherein a first conductive layer 10 has an insulator layer 20 formed thereon. Insulator layer 20 can be made from any typical and well-known dielectric material used in wafer fabrication, but is preferably PETEOS.SiO$_2$.

A contact hole 25 extending down to the first conductive layer 10 is formed in insulator layer 20 using known photolithographic techniques. Since the contact hole extends down to a conductive layer, it will be appreciated by those skilled in the art that the structure shown in FIGS. 4A–D is used to form a tungsten plug at the via level. It should be understood, however, that tungsten plugs can also be formed at the window level using the methods disclosed herein. Preferably, the method shown in FIG. 3 is used to form tungsten plugs at the via level.

A titanium film 30 is deposited on the exposed surfaces. Titanium film 30 can be applied, for example, using a vacuum deposition technique, e.g., sputtering (with or without collimation). The thickness of titanium film can be in the range of about 50 Å to about 750 Å, preferably 500–600 Å.

A titanium nitride (TiN) film 40 is then deposited on all exposed surfaces of titanium film 30. Titanium nitride film 40 can be formed using any known technique such as a reactive sputtering process (with or without collimation) wherein sputtering is carried out in Ar+N$_2$ atmosphere using a Ti target. The thickness of titanium nitride film 40 can be in the range of about 50 Å to about 1500 Å, preferably from 600 Å to about 1200 Å. TiN film 40 serves as an adhesion layer, facilitating deposition of tungsten onto the substrate.

Prior to beginning the tungsten deposition process, rapid thermal annealing (RTA) of the titanium/titanium nitride coated substrate can be carried out. RTA can be accomplished by exposing the coated substrate to temperatures of 450° to 550° C. for a period of time ranging from 5 to 60 seconds. The particular time and temperature employed will vary based on a number of factors including the thickness of the titanium and titanium nitride layers. In a particularly useful embodiment, substrates containing titanium nitride layers less than 600 Å thick can be annealed at 550° C. for 20 seconds. While not wishing to be bound to any theory, it is believed that RTA tends to cure pinhole defects in the titanium nitride layer, thereby reducing the likelihood of volcano growth during tungsten deposition. For the process shown in FIG. 2, annealing is an optional step.

The TiN surface is then passivated by bringing silane (SiH$_4$) gas into contact with the TiN surface. Specifically, the Ti/TiN coated substrate is placed within a vacuum chamber and silane is introduced into the chamber at a flow rate ranging from 75 to 300 standard cubic centimeters per minute ("SCCM") for anywhere from 25 to 150 seconds. Preferably, the passivation process produces a discontinuous monolayer of silicon on the titanium nitride layer. The passivated, coated substrate is shown in FIG. 4B.

After passivation, a nucleation layer is formed by performing WF$_6$ reduction by SiH$_4$ at relatively low pressures. During the nucleation step, the flow of silane into the chamber is in the range of 75 to 300 SCCM and the flow of WF$_6$ into the chamber is in the range 35 to 300 SCCM.

4

Preferably, the ratio of SiH$_4$:WF$_6$ flow rates is from about 6:1 to 4:1. Hydrogen (H$_2$) gas is also introduced into the chamber during nucleation at a rate of from 1000 to 6000 SCCM, preferably from 1500 to 3000 SCCM. The duration of the nucleation step is from 10 to 150 seconds at pressure ranging from 0.1 to 1.0 Torr. The temperature is during nucleation should be maintained between about 400°–450° C., preferably 420°–430° C. The nucleation step is believed to provide a WSi$_x$ seed layer 50 on the passivated TiN surface (See FIG. 4C). While seed layer 50 is shown in FIG. 4C as a continuous layer, it should be understood that seed layer 50 can be a discontinuous layer applied to the TiN adhesion layer 40. Preferably, the thickness of seed layer 50 is up to 30 Å, more preferably 2.5 Å to 25 Å. In the process of FIG. 3, the step of forming a WSi$_x$ nucleation layer need not be performed.

Simply by adjusting the relative flow rates of SiH$_4$ and WF$_6$, tungsten deposition can be initiated. The conditions suitable for tungsten deposition by silane reduction of tungsten hexafluoride are known to those skilled in the art.

Rapid deposition of tungsten is then achieved by WF$_6$ reduction with H$_2$ at a relatively high total pressure. To achieve tungsten deposition, H$_2$ is introduced into the chamber at flow rates of from 6000 to 7500 SCCM, preferably 6500 to 7000 SCCM, and WF$_6$ is introduced into the chamber at flow rates of 300 to 500 SCCM, preferably, about 400 SCCM. The total pressure during this deposition step is in the range 10 Torr to 100 Torr, preferably 20–50 Torr, most preferably 25–35 Torr.

Tungsten deposition is continued for a period of time sufficient to substantially fill the contact hole. In particularly useful embodiments, the tungsten deposition is continued until the contact hole is completely filled with a tungsten plug 60 and a substantially even layer 70 of tungsten is deposited on the upper surface of the structure as shown in FIG. 4D. Upon deposition of tungsten plug 60, seed layer 50 may no longer be noticeable. While not wishing to be bound to any theory, it is believed that the WSi$_x$ seed layer is converted to metallic tungsten during the H$_2$ reduction.

It will be understood that various modifications may be made to the embodiments disclosed herein. For example, while this disclosure has been presented in terms of a portion of a specific structure, it will be appreciated that the methods disclosed herein can be practiced on any type of device where it is necessary to make electrical contact to regions or layers under one or more insulator layers. Therefore, the above description should not be construed as limiting, but merely as exemplifications of preferred embodiments. Those skilled in the art will envision other modifications within the scope and spirit of the claims appended hereto.

What is claimed is:

1. A method of forming a tungsten plug comprising:

providing a substrate having a contact hole formed therein;

applying an adhesion layer of titanium nitride to at least a portion of the substrate;

contacting the substrate with SiH$_4$ to passivate the titanium nitride surface of the substrate;

reducing WF$_6$ with SiH$_4$ at a pressure of 1 Torr or less in the presence of the passivated substrate to form a nucleation layer on the passivated substrate; and

reducing WF$_6$ with H$_2$ at a pressure of at least 10 Torr to deposit tungsten to at least substantially fill the contact hole.

2. A method as in claim 1, wherein the layer of titanium nitride is at least about 600 Å thick.

5,599,739

5

3. A method as in claim 1, wherein the step of reducing $WF_6$ with $SiH_4$ is conducted at a pressure less than about 0.5 Torr.

4. A method as in claim 1, wherein the step of reducing $WF_6$ with $H_2$ is conducted at a pressure of at least about 10 Torr.

5. A method as in claim 1, wherein the step of reducing $WF_6$ with $H_2$ is conducted at a pressure of at least 25 Torr.

6. A method as in claim 1, wherein the steps of reducing $WF_6$ with $SiH_4$ and reducing $WF_6$ with $H_2$ are both conducted at temperatures greater than about 400° C.

7. A method as in claim 1, further comprising the step of annealing the adhesion layer prior to passivation.

8. A method as in claim 7, wherein the annealing is conducted at a temperature ranging from 450° C. to 550° C. for a time ranging from 5 seconds to about 60 seconds.

9. A method of forming a tungsten plug comprising:

placing a substrate within a chamber, the substrate comprising a conductive layer, an insulator layer formed on the conductive layer, the insulator layer having a contact hole formed therein, the contact hole extending through the insulator layer and exposing a portion of the conductive layer;

applying an adhesion layer Of titanium nitride to at least a portion of the substrate;

introducing $SiH_4$ gas into the chamber to passivate the titanium nitride layer of the substrate;

introducing $SiH_4$ gas and $WF_6$ gas into the chamber, whereby $WF_6$ is reduced thereby nucleating the passivated substrate;

depositing tungsten to at least substantially fill the contact hole.

10. A method as in claim 9, wherein the layer of titanium nitride is at least about 600 Å thick.

11. A method as in claim 9, further comprising the step of annealing the adhesion layer prior to the step of introducing $SiH_4$ gas into the chamber.

12. A method as in claim 11, wherein the annealing step comprises heating the coated substrate to a temperature between about 450° C. and about 550° C. for a period of time from 5 seconds to about 60 seconds.

13. A method as in claim 9, wherein the step of introducing $SiH_4$ and $WF_6$ gas into the chamber comprises introducing $SiH_4$ into the chamber at a flow rate of about 75 SCCM to about 300 SCCM and introducing $WF_6$ into the chamber at a flow rate of about 35 SCCM to about 300 SCCM.

14. A method as in claim 9, wherein the step of introducing $SiH_4$ gas and $WF_6$ gas comprises introducing $SiH_4$ gas and $WF_6$ gas in a ratio of about 4:1 to about 6:1.

15. A method as in claim 9, wherein the pressure within the chamber during the step of introducing $SiH_4$ and $WF_6$ does not exceed about 1 Torr.

16. A method as in claim 9, wherein the pressure within the chamber during the step of introducing $H_2$ gas and $WF_6$ gas is at least about 20 Torr.

17. A method of forming a tungsten plug comprising:

providing a coated substrate, the coated substrate comprising a conductive layer, an insulator layer formed on the conductive layer, a contact hole formed through the insulator layer to expose a portion of the conductive layer, a layer of titanium coating at least a portion of the insulator layer and the exposed portion of the conductive layer and a layer of titanium nitride applied to the titanium layer;

passivating the coated substrate by contacting the layer of titanium nitride with silane;

6

depositing a nucleation layer on the passivated, coated substrate by reducing tungsten hexafluoride with silane at a pressure of about 1 Torr or less in the presence of the passivated, coated substrate, the ratio of silane to tungsten hexafluoride being in the range of 4:1 to 6:1 during the deposition of the nucleation layer; and

depositing tungsten to at least substantially fill the contact hole by reducing tungsten hexafluoride with hydrogen gas a pressure of at least about 20 Torr.

18. A method as in claim 17, wherein the layer of titanium nitride is at least about 600 Å thick.

19. A method as in claim 17, wherein the step of reducing $WF_6$ with $SiH_4$ is conducted at a pressure less than about 0.5 Torr.

20. A method as in claim 17, wherein the step of reducing $WF_6$ with $H_2$ is conducted at a pressure of at least about 10 Torr.

21. A method as in claim 17, wherein the step of reducing $WF_6$ with $H_2$ is conducted at a pressure of at least 25 Torr.

22. A method as in claim 17, wherein the steps of reducing $WF_6$ with $SiH_4$ and reducing $WF_6$ with $H_2$ are both conducted at temperatures greater than about 400° C.

23. A method as in claim 17, further comprising the step of annealing the layer of titanium nitride prior to passivation.

24. A method as in claim 23, wherein the annealing is conducted at a temperature ranging from 450° C. to 550° C. for a time ranging from 5 seconds to about 60 seconds.

25. A method as in claim 17, wherein the layer of titanium nitride is applied to the substrate by a reactive sputtering process with collimation.

26. A method as in claim 17, wherein the layer of titanium nitride is applied to the substrate by a reactive sputtering process without collimating.

27. A method of forming a tungsten plug at the via level comprising:

providing a coated substrate, the coated substrate comprising a conductive layer, an insulator layer formed on the conductive layer, a contact hole formed through the insulator layer to expose a portion of the conductive layer, a layer of titanium coating at least a portion of the insulator layer and the exposed portion of the conductive layer and a layer of titanium nitride applied to the titanium layer;

heating the coated substrate to achieve rapid thermal annealing of the layers of titanium and titanium nitride by exposing the substrate to a temperature in the range of 450° to 550° C. for a period of time between 5 and 60 seconds; and

depositing tungsten to at least substantially fill the contact hole.

28. A method as in claim 27, further comprising the step of passivating the coated substrate by contacting the annealed layer of titanium nitride with silane.

29. A method as in claim 28, further comprising the step of depositing a nucleation layer on the passivated, coated substrate by reducing tungsten hexafluoride with silane.

30. A method as in claim 27, wherein the step of depositing tungsten comprises reducing tungsten hexafluoride with hydrogen gas.

31. A method of forming a tungsten plug at the via level comprising:

providing a coated substrate, the coated substrate comprising a conductive layer, an insulator layer formed on the conductive layer, a contact hole formed through the insulator layer to expose a portion of the conductive layer, a layer of titanium coating at least a portion of the

5,599,739

7

insulator layer and the exposed portion of the conductive layer and a layer of titanium nitride applied to the titanium layer;

heating the coated substrate to achieve rapid thermal annealing of the layers of titanium and titanium nitride;

passivating the coated substrate by contacting the annealed layer of titanium nitride with silane;

depositing a nucleation layer on the passivated, coated substrate by reducing tungsten hexafluoride with silane; and depositing tungsten to at least substantially fill the contact hole.

**32.** A method as in claim **31**, wherein the step of heating comprises exposing the substrate to a temperature in the range of 450° to 50° C. for a period of time between 5 and 60 seconds.

**33.** A method as in claim **31**, wherein the step of depositing tungsten comprises reducing tungsten hexafluoride with hydrogen gas.

8

**34.** A method of forming a tungsten plug comprising:

providing a substrate having a contact hole formed therein;

applying an adhesion layer of titanium nitride to at least a portion of the substrate prior to passivation;

contacting the substrate with $SiH_4$ to passivate the titanium nitride surface of the substrate;

reducing $WF_6$ with $SiH_4$ in the presence of the passivated substrate to form a nucleation layer on at least the passivated titanium nitride surface of the substrate; and depositing tungsten to at least substantially fill the contact hole.

\* \* \* \* \*

# EXHIBIT 6

US005149672A

# United States Patent [19]

## Lifshitz et al.

[11] **Patent Number:** 5,149,672

[45] **Date of Patent:** Sep. 22, 1992

[54] **PROCESS FOR FABRICATING INTEGRATED CIRCUITS HAVING SHALLOW JUNCTIONS**

[76] Inventors: **Nadia Lifshitz,** 1591 Longhill Rd., Millington, N.J. 07946; **Ronald J. Schutz,** 14 Upper Warren Way, Warren, N.J. 07060

[21] Appl. No.: **754,361**

[22] Filed: **Aug. 29, 1991**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 617,464, Nov. 19, 1990, which is a continuation of Ser. No. 226,917, Aug. 1, 1988, abandoned.

[51] Int. Cl.⁵ .......................................... H01L 21/44
[52] U.S. Cl. .............................. **437/189;** 437/192; 437/190; 437/194; 148/DIG. 20
[58] Field of Search ............... 437/189, 192, 190, 194; 148/DIG. 20, DIG. 26

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 3,887,993 | 6/1975 | Okada et al. | 437/160 |
| 4,486,946 | 12/1984 | Jopke, Jr. et al. | 437/177 |
| 4,597,167 | 7/1986 | Moriya et al. | 437/187 |
| 4,624,864 | 11/1986 | Hartmann | 437/193 |
| 4,845,050 | 7/1989 | Kim et al. | 437/192 |

**FOREIGN PATENT DOCUMENTS**

| 267730 | 5/1988 | European Pat. Off. | 437/192 |
| 0181571 | 10/1984 | Japan | 437/189 |
| 0219945 | 9/1987 | Japan | 437/192 |
| 2181456 | 4/1987 | United Kingdom | |

**OTHER PUBLICATIONS**

N. E. Miller and I. Beinglass, *Solid State Technol.,* 25(12) 85 (1982).

E. K. Broadbent and C. L. Ramiller, *J. Electrochem. Soc.,* 131, 1427 (1984).

E. K. Broadbent and W. T. Stacy, *Solid State Technol.,* 49(12), 51 (1985).

M. L. Green and R. A. Levy, *Semicon East 1985 Technical Proceedings,* 57 (1985).

M. L. Green and R. A. Levy, *J. Electrochem. Soc.,* 132, 1243 (1985).

G. E. Georgiou, et al., *Tungsten and Other Refractory*

*Metals for VLSI Applications II,* E. K. Broadbent, Editor, p. 225, MRS, Pittsburgh, Pa. (1987).

N. Lifshitz et al. *Tungsten and Other Refractory Metals for VLSI Applications III,* V. A. Wells, Editor, p. 225, MRS, Pittsburgh, Pa. 1988.

*VLSI Technology,* 2nd Edition, edited by S. M. Sze, McGraw–Hill, 1988, p. 364.

*Materials Research Society Symposia Proceedings,* 18, 89 (1982).

P. B. Ghate, et al, *Thin Solid Films,* 53, 117 (1978).

M. Maenpaa, et al, *Proceedings of the Symposium on Thin Film Interfaces and Interactions,* 80–2, 316 (1980).

M. L. Hammond, *Introduction to Chemical Vapor Deposition,* Solid State Technology, Dec. 1979, p. 61.

J. F. O'Hanlon, *A User's Guide to Vacuum Technology,* Wiley, New York, 1980, (Table of Contents).

*Handbook of Thin Film Technology,* S. M. Sze, ed. Maissel and Clang McGraw–Hill, New York, 1970.

Sze, supra, Chapters 4, 9.

Rana et al., "Thin layers of TiN and Al as glue layers for blanket tungsten deposition", 1987 Material Research Soc., pp. 187–195.

VLSI Science & Technology—1984, Proc. of 2nd Int. Symp. on VLSI Science and Technology May 6–11, 1984, Electrochem. Soc., Pennington, N.J., pp. 404–419.

*Primary Examiner*—Brian E. Hearn
*Assistant Examiner*—Tuan Nguyen

[57] **ABSTRACT**

For integrated circuit devices with strict design rules, junctions defining the source and drain are typically more shallow than 0.25 μm and are made through vias having an aspect ratio greater than 1.1. Suitable electrical contact to such a shallow junction is quite difficult. To ensure an appropriate contact, an adhesion barrier layer such as titanium nitride or an alloy of titanium and tungsten is first deposited. Tungsten is then deposited under conditions which produce a self-limiting effect in a prototypical deposition on silicon. Additionally, these tungsten deposition conditions are adjusted to higher rather than lower deposition temperatures. Subsequent deposition of aluminum if desired, completes the contact.

**6 Claims, 1 Drawing Sheet**





**U.S. Patent**                    Sep. 22, 1992                    **5,149,672**

### FIG. 1



### FIG. 2



5,149,672

**1**

## PROCESS FOR FABRICATING INTEGRATED CIRCUITS HAVING SHALLOW JUNCTIONS

This application is a continuation of application Ser. No. 07/617,464, filed on Nov. 19, 1990 which is a continuation of Ser. No. 07/226,917, filed Aug. 1, 1988 (now abandoned).

### BACKGROUND OF THE INVENTION

1. Technical Field

This invention relates to integrated circuit manufacture and, in particular, manufacture of integrated circuits having shallow junctions.

2. Art Background

In the manufacture of integrated circuits, electrical contact to junctions such as the source and drain of field effect transistors is required. For these devices desirable electrical properties include a junction contact resistance less than 10 ohms and a junction leakage current less than $10^{-7}$ amps/cm$^2$. Complexities inherent in strict design rules make satisfaction of these requirements significantly more difficult. (The device design rule is the smallest lateral dimension for all features within the device circuit.) For example, since the source and drain junctions are typically no deeper than 0.25 μm at submicrons design rules, any undesirable chemical reaction with the junction induced by the fabrication process quickly destroys it. Additionally, electrical contact is made through an opening in an overlying dielectric to the underlying junction region, e.g., drain or source junction region. Typically, as a consequence of strict design rules, this opening (via) has a high aspect ratio, i.e., greater than 1.1. (Aspect ratio is defined as the thickness of the dielectric at the junction divided by the effective diameter of the via at the junction, i.e., the diameter of a circle having the same area as the via at the junction.) To contact the junction through a high aspect ratio opening requires deposition of a conductive material that conforms to or fills the opening so that the conducting cross-section in the via is adequate to maintain an acceptably low current density and contact resistance. Thus, in summary, to ensure a suitable contact, undesirable chemical reaction with the junction should be avoided while a coating that conforms to or fills the via should be produced.

Generally, it is desirable to utilize aluminum as the electrically conductive contact material because of its high conductivity, etchability, excellent adhesion to silicon oxide, and nominal cost. However, direct deposition of aluminum to produce a suitable coating in a via that has an aspect ratio greater than 1.1 has not been reported. Thus, the simplicity and desirable characteristics of direct aluminum deposition is not available.

Other contact materials have been investigated. For example, the deposition of tungsten by a low pressure chemical vapor deposition (LPCVD) technique has been reported. (See, for example, N. E. Miller and I. Beinglass, *Solid State Technol.*, 25 (12), 85 (1982), E. K. Broadbent and C. L. Ramiller, *J. Electrochem. Soc.*, 131, 1427 (1984), and E. K. Broadbent and W. T. Stacy, *Solid State Technol.*, 49(12), 51 (1985). This technique has the advantage of allowing deposition into vias that have aspect ratios greater than 1.1. However, there is a substantial undesirable interaction between the junction (including a silicide overlying the silicon) and chemical entities introduced during deposition of the tungsten. (See, for example, M. L. Green and R. A. Levy, *Semi-*

**2**

*con East 1985 Technical Proceedings,*57 (1985), M. L. Green and R. A. Levy, *J. Electrochem. Soc.*, 132, 1243 (1985), G. E. Georgiou et al, *Tungsten and Other Refractory Metals for VLSI Applications II*, E. K. Broadbent, Editor, page 225, MRS, Pittsburgh, PA, 1987, and N. Lifshitz et al, *Tungsten and Other Refractory Metals for VLSI Applications* III, V. A. Wells, Editor, page 225, MRS, Pittsburgh, PA, 1988.) Under certain conditions this interaction is self limiting. That is, the amount of junction silicon consumed during the deposition reaches a maximum value that depends on the reaction conditions. Despite this self-limiting effect, the damage produced is still too extensive for junctions, such as source and drain junctions, shallower than 0.25 μm. Additionally, the adhesion between the deposited tungsten material and the dielectric material, e.g., silicon dioxide, is not entirely desirable. Thus, although tungsten under appropriate conditions produces a conformal coating, this coating still produces a device with unacceptable characteristics.

### SUMMARY OF THE INVENTION

It is possible through the use of specific expedients to utilize a deposition of tungsten from tungsten hexafluoride to form an acceptable shallow junction contact through a high aspect ratio via. In particular, before tungsten deposition a layer that promotes adhesion between tungsten and silicon dioxide should be deposited. Suitable layers include titanium nitride and alloys of titanium and tungsten. These layers are perceived as barriers to diffusion of tungsten entities. Nevertheless, unless the subsequent tungsten deposition using tungsten hexafluoride is done under appropriate conditions, suitable electrical properties are not obtained.

A self-limiting reaction during deposition from tungsten hexafluoride is required despite the presence of a material considered a barrier to tungsten diffusion. Even more surprisingly, appropriate conditions for tungsten deposition are discernible utilizing a controlled experiment involving silicon without such a barrier layer, and improved yield is generally obtained at higher, rather than the expected lower, deposition temperatures.

Appropriate conditions for tungsten deposition are determined by reference to results achieved when deposition is done directly on a prototypical silicon substrate implanted with the same total dose used in the device ultimately to be manufactured. The deposition for producing the desired contact to a shallow junction is performed under conditions that produce a suitable self-limiting effect when deposition is induced on a silicon substrate. The tungsten deposition further 1) should be performed in a temperature range between 250° C. and 600° C. and 2) in this range an appropriate temperature should preferably be determined by noting the self-limiting thickness as deposition temperatures increase.

After a suitable tungsten deposition has been performed, it is possible, if desired, to increase the thickness of the metallization by depositing an overlying metal, such as aluminum directly on all the deposited material or onto the deposited material remaining after removal of tungsten on lateral surfaces. The combination of an adhesion layer, a tungsten layer deposited under appropriate conditions, and, if desired, an overlying metal layer, such as aluminum, produces juctions having a contact resistance less than 10 ohms, and a junction leakage current less than $10^{-7}$ amps/cm$^2$.

5,149,672

3

## BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1 and 2 illustrate properties involved in the invention.

## DETAILED DESCRIPTION

The processing of integrated circuits has been extensively discussed in the literature. Suitable conditions for producing structures having shallow junctions, i.e., junctions shallower than 0.25 μm, with overlying dielectric regions are discussed, for example, in *VLSI Technology*, 2nd Edition, edited by S. M. Sze, McGraw-Hill, 1988, page 364. Conventional methods are suitable for making the via through the overlying dielectric region. Generally, techniques such as reactive ion etching or plasma etching are utilized. The inventive process is useful for making contact through a via having an aspect ratio greater than 1.1 to any shallow junction including transistor source and drain—structures typically including a silicide region overlying a silicon region.

A layer is first deposited to ensure adequate adhesion between subsequently deposited layers and the dielectric. For dielectrics such as a silicon oxide, e.g., silicon dioxide, an appropriate adhesion layer includes compositions previously believed to be barriers to diffusion of tungsten entities. These compositions encompass materials such as titanium nitride or titanium/tungsten alloys. Conventional methods of depositing these layers are acceptable. Typically, processes such as magnetron sputtering for titanium nitride and for tungsten/titanium alloys as described in *Materials Research Society Symposia Proceedings*, 18, 89 (1982) and by P. B. Ghate et al, *Thin Solid Films*, 53, 117 (1978) respectively are useful. Generally, the adhesion layer should have a thickness (measured on large scale device surfaces) in the range 100 to 1500 Å. Layers thinner than 100 Å are not desirable because they lack reliable continuity, while thicknesses greater than 1500 Å are not desirable because they unacceptably complicate subsequent processing such as etching. The composition and structure of suitable titanium nitride or titanium/tungsten alloys are extensively described in papers such as M. Maenpaa et al, *Proceedings of the Symposium on Thin Film Interfaces and Interactions*, 80-2, 316 (1980).

Tungsten is then deposited by LPCVD using a precursor composition including tungsten hexafluoride and a reducing agent such as hydrogen. The conditions utilized for this deposition are important. Generally, the deposition substrate should be heated to temperatures in the range 250° C. to 600° C. Temperatures less than 250° C. lead to inadequate deposition rates while temperatures greater than 600° C. lead to undesirable interdiffusions in the structure being formed and/or in other device structures present on the wafer being processed. The precise conditions suitable for the tungsten deposition vary with reactor design. Appropriate conditions are determined by performing a control sample in the desired deposition apparatus utilizing 1) a precursor composition including only tungsten hexafluoride and argon and 2) a bare silicon prototype wafer that has been subjected to an implant dose equivalent to the total implant dose that is ultimately to be employed in the device. Conditions should be chosen such that a self-limiting effect with a self-limiting thickness smaller than the junction thickness is achieved on the silicon prototype wafer in the 250° C. to 600° C. temperature range. (The self-limiting effect is characterized by a tungsten

4

formation rate at 10 minutes that is less than 10% of the initial equilibrium rate. The self-limiting thickness is the tungsten thickness under these conditions achieved at 10 minutes.) For example, when a hot wall, e.g., tube reactor (see, M. L. Hammond, *Introduction to Chemical Vapor Deposition*, Solid State Technology, Dec. 1979, p. 61), is employed with tungsten hexafluoride and argon, the self-limiting thickness vs. temperature is shown in FIG. 1. Similarly, when a cold wall reactor (see, Hammond Supra) is utilized in the temperature range 250° C. to 600° C. no self-limiting effect is observed and thus under these conditions this reactor should not be employed. (A proposed mechanism for this phenomenon is that the presence of hot elemental tungsten induces the desired self limitation. The self-limiting effect does not occur in the absence of hot (above 400° C.) tungsten, e.g., where in-situ generation of tungsten does not occur or where hot elemental tungsten is not otherwise introduced. Indeed, the presence of a substantial amount of elemental tungsten on the wafer before deposition decreases the self-limiting thickness.)

Within the desired temperature range generally one extremum in self limiting thickness is observed. Beyond the extremum the higher the temperature, typically, the smaller the self-limiting thickness. This is contrary to what typically would be expected from general trends of increased reactivity and diffusion with higher temperatures. A temperature should be chosen so that the self-limiting thickness is less than the junction depth and so that the deposition rate is adequate. Typically, beyond this junction thickness limit, the thinner the self-limiting thickness the higher the device yield. The temperature should preferably be chosen such that the device yield of working test junctions decreases no more than 10% compared to the yield obtained for the same junction having a via aspect ratio of 0.75 and with a contact of only aluminum. (A test junction is an identical structure to the junction being contacted in the device but with no surrounding device structures and with suitable leads or contact pads for making electrical measurements.) If a range of temperatures yields approximately the same self-limiting thickness on the prototype wafer, the lowest of these temperatures should preferably be employed for device fabrication since lower temperature processing is generally preferred. However, temperatures below the self-limiting thickness extremum (and above 250° C.) although no precluded yield slower deposition and are not preferred.

The determination of suitable temperatures for a given deposition procedure is exemplified in FIG. 1. To increase yield, it is desirable to perform the inventive fabrication processes at temperatures of approximately 425° C. where the self-limiting thickness is at a relatively minimum value. Since the self-limiting thickness does not decrease significantly, in this example, above 425° C. and since for processing reasons unrelated to self-limiting thickness it is generally desirable to deposit at lower temperatures, 425° C. is a preferred temperature for this example.

In one embodiment, deposition of tungsten is performed in a hot wall reactor utilizing a gas composition including a tungsten hexafluoride flow in the range 40 to 200 sccm and a reducing gas, e.g., hydrogen flow, in the range 500 to 2000 sccm with a total pressure in the range 0.2 to 1 Torr. (The addition of other gases is not precluded.) The thickness of the deposited tungsten should typically be in the range from 2000 Å to 0.6 times the via effective diameter. Thicknesses less than

5,149,672

| 5 | 6 |

2000 Å yield unacceptably high contact resistance or current densities while thicknesses greater than 0.6 times the via effective diameter lead to difficulties in subsequent processing. In any case, the maximum thickness of the final metallized region should not be greater than the minimum lateral dimension of a metallized region in the device.

It is possible, if desired, to deposit a further metallic material. It has been found advantageous to utilize aluminum as this material. Aluminum deposition such as magnetron sputtering described in J. F. O'Hanlon, *A User's Guide to Vacuum Technology*, Wiley, N.Y., 1980 and *Handbook of Thin Film Technology*, S. M. Sze, ed. Maissel and Glang, McGraw-Hill, New York, 1970 is typically employed. Total metal thickness should not exceed the limit discussed above. The final metallic contact is then patterned to produce the desired device configuration by conventional lithographic processes such as described in Sze, supra, Chapter 4.

The following examples are illustrative of conditions useful in the inventive process.

EXAMPLE 1

Sixteen wafers having a 3500 Å thick thermal $SiO_2$ dielectric with vias of various sizes were processed. The active junctions were first formed on the wafers by depositing 300 Å of cobalt using a sputtering process as described in Sze, supra, Chapter 9. The cobalt was sintered at 450° C. for 90 minutes to form cobalt monosilicide in the vias. Elemental cobalt present on the $SiO_2$ was selectively removed by immersing the wafer in a 16:1:1:2 by volume mixture of phosphoric acid, nitric acid, glacial acetic acid and dionized water. This monosilicide was implanted with arsenic using an ion implanter with a 100 KeV acceleration voltage and a total dose of $5 \times 10^{15}$ cm$^{-2}$. Cobalt disilicide was formed by annealing the wafers at 700° C. in argon for 30 minutes. (For another description of this process see Hillenius et al., Abstract 10-5, IEDM 1986.) The implanted arsenic was then driven into the silicon substrate at 800° C. for 120 minutes in hydrogen. Subsequently, a 1 μm thick silicon dioxide layer was deposited by LPCVD in a tetraethoxysilane environment. The conditions utilized for this deposition were a deposition substrate temperature of 730° C. and gas flow of 480 SCCM of $N_2$ together with the vapor pumped from over liquid TEOS to yield a total chamber pressure of 580 mTorr. Holes having various aspect ratios ranging from 1.25 to 0.2 were then formed through the silicon dioxide to the underlying cobalt silicide using standard lithographic techniques and a reactive ion etching procedure. Approximately 1000 Å of titanium nitride was deposited on the wafers by the magnetron sputtering. This procedure was performed with 1) a substrate temperature of 80° C., 2) RF voltage of 150 V and a DC power of 2 KW and 3) a 10:1 by volume flow of Ar and $N_2$ yielding a total pressure of $2.2 \times 10^{-2}$ Torr.

The 16 wafers were positioned in the deposition boat, of a hot wall reactor. The boat had provision for holding 40 parallel wafers in a vertical plane. The wafers being processed were positioned in slots number 5 through 21 spaced approximately 1 cm apart and the remaining spaces were occupied with unprocessed silicon wafers having a tungsten coating. A nitrogen flow of 1000 sccm was established in a reactor heated to 300° C. and the boat was put in the deposition position. The nitrogen flow was discontinued and the reactor was evacuated to a pressure of approximately 15 mTorr.

The reactor was then brought to a temperature of 325° C. and maintained at this temperature for 15 minutes for thermal stabilization. A flow of 100 sccm of $WF_6$ and 1000 sccm of hydrogen was introduced to produce a total pressure of 0.2 Torr. This flow was then continued until between 1000 and 2000 Å were deposited on the wafers being processed. After the first deposition, the placement of the wafers in positions 5 through 21 were reversed under nitrogen and a second deposition of tungsten was initiated under the same deposition conditions as the first tungsten deposition. Deposition was continued until the total deposited tungsten thickness was approximately 2500 Å. (The reversal of wafers was done to average any thickness nonuniformities due to the loading effect. Final thicknesses varied no more than 5% between wafers.) The total deposition time was approximately 40 minutes.

Approximately 1 micron of aluminum was magnetron sputtered onto the wafers using an initial cleaning by inducing backsputtering in an RF plasma and then magnetron sputtering in 7 mTorr of Ar at room temperature. The deposited aluminum was then annealed in a tube furnace at 450° C. using a hydrogen ambient. This aluminum layer was patterned to make electrical connections suitable for testing the junctions. The properties of the resulting p-n junctions were measured by applying a reverse bias of 3.5 volts on the device array. (Each wafer had 98 devices with a device occupying an area of approximately 5 μm on a side.) The electrical properties were measured with a Keithley Model 617 Electrometer and Programmable Voltage Source through an automatic wafer probe. Reverse voltage was applied for 5 seconds on each device and 10 readings of the current were taken in rapid succession. The average value was then recorded. The statistical distribution of the measured leakage current is shown in FIG. 2.

EXAMPLE 2

The same procedure as described in Example 1 was followed except the deposition took a total of 32 minutes and was performed at 375° C. The resulting electrical properties are shown in FIG. 2.

EXAMPLE 3

The procedure of Example 1 was followed except a total deposition time of 28 minutes at a temperature of 425° C. was utilized. The resulting electrical properties are shown in FIG. 2.

We claim:

1. A process for fabricating a semiconductor device comprising the steps of treating a substrate by forming a passage through a region overlying a device junction, depositing a material over at least a portion of said region to form an electrical contact to said junction together with an electrical conducting region on the surface of said overlying region and progressing towards completing said device, characterized in that said passage has an aspect ratio of at least 1.1, said junction has a depth shallower than 2500 Å, and said electrical contact and said conductive region on said surface comprises a deposition of 1) a material that presents a barrier to the solid-state diffusion of tungsten and 2) a deposition of tungsten by interaction of said substrate with a deposition comprising $WF_6$ entities and a reducing agent wherein said substrate is heated to a deposition temperature in the range 250° C. to 600° C. during said tungsten deposition wherein said deposition temperature and environment is controlled such that said

5,149,672

7

interaction is self-limiting with a self-limiting thickness less than said junction depth and wherein said deposition temperature is chosen such that the yield of said junctions decrease not more than 10% compared to the yield obtained for the same function having a via aspect ratio of 0.75 and having a contact of only aluminum.

2. The process of claim 1 wherein said reducing agent comprises hydrogen.

8

3. The process of claim 2 wherein said diffusion barrier comprises titanium nitride.

4. The process of claim 2 wherein said diffusion barrier comprises a titanium/tungsten alloy.

5. The process of claim 1 wherein said diffusion barrier comprises titanium nitride.

6. The process of claim 1 wherein said diffusion barrier comprises a titanium/tungsten alloy.

* * * * *

# EXHIBIT 7

# United States Patent [19]

## Favreau et al.

[11] Patent Number: **5,022,958**

[45] Date of Patent: **Jun. 11, 1991**

[54] **METHOD OF ETCHING FOR INTEGRATED CIRCUITS WITH PLANARIZED DIELECTRIC**

[75] Inventors: **David P. Favreau, Coopersburg; Jane A. Swiderski, Kunkletown; Daniel J. Vitkavage, Zionsville, all of Pa.**

[73] Assignee: **AT&T Bell Laboratories, Murray Hill, N.J.**

[21] Appl. No.: **544,705**

[22] Filed: **Jun. 27, 1990**

[51] Int. Cl.$^5$ ........................ **B44C 1/22; C03C 15/00; C03C 25/06**

[52] U.S. Cl. ..................................... **156/643; 156/644; 156/646; 156/651; 156/652; 156/657; 156/659.1; 437/40; 437/59; 437/200; 437/228**

[58] Field of Search ............... 156/643, 644, 646, 651, 156/652, 653, 657, 659.1, 662; 204/192.32, 192.37; 427/38, 39; 437/40, 41, 59, 200, 228

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,532,002 | 7/1985 | White | 156/652 X |
| 4,816,115 | 3/1989 | Horner et al. | 156/651 X |
| 4,832,789 | 5/1989 | Cochran et al. | 156/644 |
| 4,939,105 | 7/1990 | Langley | 156/644 X |
| 4,956,313 | 9/1990 | Cote et al. | 156/636 |
| 4,966,865 | 10/1990 | Welch et al. | 156/644 X |

*Primary Examiner*—William A. Powell
*Attorney, Agent, or Firm*—J. T. Rehberg

[57] **ABSTRACT**

An integrated circuit design and method for its fabrication are disclosed. A bilevel-dielectric is formed to cover the active regions of a transistor and raised topographic features such as a gate runner. The upper level of the dielectric is planarized to provide for easier subsequent multilevel-conductor processing. Windows are opened in the bilayer dielectric by etching through the upper level of the dielectric, stopping on the lower level of the dielectric. Then the etch procedure is continued to etch through the lower level of the dielectric.

**8 Claims, 2 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



5,022,958

1

## METHOD OF ETCHING FOR INTEGRATED CIRCUITS WITH PLANARIZED DIELECTRIC

### TECHNICAL FIELD

The present invention relates to integrated circuits in general, and more particularly to integrated circuits having planarized dielectrics and methods for their fabrication.

### BACKGROUND OF THE INVENTION

In the production of integrated circuits, it is often necessary to form openings, termed "windows" (also termed "contacts" or "vias") in one or more dielectric layers so that electrical contact may be made to underlying regions or conductors. After a window is opened, a conductive material is deposited within the window. Conductive material may also be deposited over the dielectric. The conductive layer is then lithographically patterned to form electrical conductors, often termed "runners." As integrated circuit dimensions have shrunk to below about 1 μm, it has become increasingly common to planarize the dielectric layer prior to forming the windows. The planarization process yields a flatter dielectric surface for subsequent lithographic operations which may be performed to pattern the dielectric or the subsequently-formed conductive layers. In other words, a planar surface reduces the depth of field requirements for the optical system used to expose the resist layer that defines the pattern. In addition, planarization of the first dielectric layer (i.e., the one adjacent the gate and source/drain regions) facilitates the patterning of subsequent dielectric and conductive layers in so-called multi-level metal processes.

Various techniques have been developed to planarize dielectric layers. One technique, referred to as a "resist etchback," involves depositing a resist material on the surface to be planarized. Since the resist is a liquid, its top surface assumes a flat profile regardless of underlying irregularities. A plasma etch (e.g., reactive ion etch) of the hardened resist and the underlying dielectric causes the flat surface of the resist to be transferred into the underlying dielectric since the etch rate of the resist is chosen to be similar to that of the dielectric. In another technique, a mechanical wafer polisher is used to planarize the surface of the dielectric.

Unfortunately, planarization, though desirable for the reasons mentioned above, presents certain problems in subsequent processing. After a dielectric layer has been planarized, it is necessary, as mentioned before, to open windows by etching the dielectric. Since the thickness of the planarized dielectric varies with respect to the underlying topographic features, the window etching procedure may overetch and damage certain of these underlying topographic features. For example, in a typical FET window etching process, gate runners which extend over field oxides may be damaged by etching windows which are designed to open windows to source and drain regions as well as gate runners.

### SUMMARY OF THE INVENTION

An illustrative embodiment of the present invention provides a method of fabricating an integrated circuit including steps of:
    forming a raised topographic feature upon a substrate;

2

    forming a first dielectric layer covering the raised topographic feature;
    forming a second dielectric layer covering the first dielectric layer;
    planarizing the second dielectric layer;
    selectively etching the second dielectric layer to create at least two openings, the first opening being above the topographic feature and the second opening being above the substrate, the etching process stopping in the second opening in the vicinity of the first dielectric; and then
    etching said first dielectric to extend the second opening to the substrate.

Illustratively, the etching process employed to etch the planarized second dielectric exhibits good selectivity against etching the first dielectric. Consequently, openings of various depths may be created without substantial damage to the first dielectric or to raised features which underlie the first dielectric, such as gate runners or higher level runners (which may be silicided). Thus, the invention helps to prevent removal of all of the silicide over gate runners.

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1–3 are cross-sectional views which schematically show an illustrative embodiment of the present invention.

### DETAILED DESCRIPTION

The present invention provides an integrated circuit with a planarized dielectric which may be etched without fear of severely damaging underlying structures. In an illustrative embodiment, the dielectric is a bi-layer dielectric. The lower or first dielectric layer covers the integrated circuit with a uniform thickness. The upper or second dielectric covers the first dielectric. The upper or second dielectric is planarized. Then the upper or second dielectric is etched with an etching procedure which exhibits good selectivity against the first dielectric layer. The first dielectric serves to provide a useful resource of protection to the underlying structures. Consequently, openings of various depths may be created in the second dielectric layer without significantly damaging or overetching the underlying structures beneath the lower or first dielectric. After the second dielectric layer has been etched in all desired locations, a different etching procedure is used to etch the first dielectric layer (which has a fairly uniform thickness).

Referring to FIG. 1, a section of a MOS circuit formed in a substrate is illustrated. Substrate 11 may be silicon or an epitaxial layer of silicon formed on silicon or other materials. For example, numeral 11 may also denote a doped tub region. MOSFET gate oxide 19 is covered by conductor 21 which may be, typically, polysilicon. Conductor 21 may be covered, if desired, by a silicide layer 23 which may be titanium silicide or another refractory metal silicide. Junctions 15 and 17 may be covered with silicides 25 and 27, respectively, if desired. Field oxide 13 serves to separate adjacent transistors. A gate runner including conductor 29 and silicide 21 is formed atop field oxide 13 (note that gate runner 29, 31 runs essentially perpendicular to the plane of the figure and may comprise an extension of the gate structure of another transistor located outside the plane of the figure). Although gate spacers have not been illustrated in the figure and lightly-doped-drain (LDD) junctions have not been shown either, such structures may be included if desired. Dielectric layer

5,022,958

3

33 covers the illustrated transistor and gate runner. Dielectric layer 33 is a generally conformal layer typically of silicon dioxide. Layer 33 may be deposited by the decomposition by heating of tetraethoxysilane (TEOS) gas. Other organometallic precursors known to those skilled in the art may also be used. In an illustrative embodiment, layer 33 may be formed from TEOS to a thickness of approximately 200 nm. The thickness is not critical to the practice of this invention and a wide range of thicknesses may be employed. Illustratively, a range of 180–220 nm may be employed.

Dielectric layer 35 covers dielectric layer 33. In an illustrative embodiment, dielectric layer 35 may be formed from TEOS, including approximately $4\pm\frac{1}{2}\%$ each of phosphorous and boron by weight. A variety of other precursor gases are known in the art for producing dielectrics 33 and 35 in either a doped or undoped state to any desired thickness. Typically, in applicants' investigations the thickness of layer 35 may be approximately 12,000 $\AA\pm1000$ Å before planarization.

Layer 35 is planarized. Typically, layer 35 may be planarized by the aforementioned photoresist-etchback technique, or by reactive ion etching, or by mechanical planarization or some combination of these methods. Then patterned resist material 37 is formed upon the upper surface 39 of dielectric layer 35.

It is desired to create openings through dielectrics 35 and 33 to silicides 31 and 25. (If silicides 31 and 25 are not employed, it will be assumed that it is, nevertheless, desired to create openings to conductors 29 and junction 15.) It will be noted that the distance, $d_1$, between upper surface 39 of dielectric 35 and silicide 31 is less than the distance, $d_2$, between upper surface 39 of dielectric 35 and silicide 25. It is desired to create openings to silicides 31 and 25 without risking significant damage to silicide 31 as the etching procedure continues to "dig" downward toward silicide 35. In many applications, what constitutes "significant" damage is functionally defined as the continued ability of the silicide to serve as an acceptably low resistance conductor.

The present invention provides a solution to the aforementioned dilemma as illustrated in FIGS. 2 and 3.

Turning to FIG. 2, it will be noted that dielectric 35 has been etched by an etching procedure which exhibits satisfactory selectivity against dielectric layer 33. In particular, it will be noted that the etching procedure may create some damage to upper surface 41 of dielectric 33 located above gate runner 29, 31. Some amount of penetration into layer 33 (and even into silicide 31) may be observed and tolerated. In the meantime, the etching procedure has etched downward through a considerably greater thickness of dielectric 35 towards silicide 25, stopping approximately at upper surface 43 of dielectric 33.

Turning now to FIG. 3, there is illustrated the structure of FIG. 2 after the etching process is completed. After dielectric 35 has been etched downward exposing dielectric 33, then dielectric 33 is etched downward completely exposing silicides 31 and 25. Ideally, etching of dielectric 33 may be accomplished without significantly damaging silicides 31 or 25 because the initial thickness of dielectric 33 is comparatively uniform over silicides 31 and 25.

After openings 51 and 53 have been created, they may be filled with conductive material and subsequent integrated circuit processing may continue.

In an illustrative embodiment, as mentioned before, regions 25 and 31 are titanium silicide; dielectric 33 is

4

TEOS, and dielectric 35 is BPTEOS. Applicants have found that an etch procedure for dielectric 35 which is satisfactorily selective against dielectric 33 may be performed in an AME 5000 machine (manufactured by Applied Materials, Inc., Santa Clara, CA) using 30 sccm of $CHF_3$ and 60 sccm of Ar, (optionally a small amount of $CF_4$ up to 3 sccm may also be used) at a power of 625 watts, pressure of 85 milliTorr and magnetic field of 60 Gauss. It is hypothesized that one of the reasons why the etch is selective is because it relies upon a polymeric accumulation upon surfaces 41 and 43. The polymer probably contains carbon, hydrogen and flourine originating from the $CHF_3$. After the etch procedure creates the configuration schematically depicted in FIG. 2, a contact descum procedure in pure oxygen at a flow rate of 50 sccm at 20 mTorr for 7 seconds is performed to remove the polymer which has accumulated upon surfaces 41 and 43. Then a final etch procedure is performed to create the configuration of FIG. 3 by etching through dielectric 33. The final etch procedure includes: 30 sccm of $CHF_3$, 60 sccm of Ar, and 8–12 sccm (preferably 9 sccm) of $CF_4$, at the same power, pressure, and magnetic field as before. In the illustrative embodiment just discussed, the procedure has worked well for opening 0.7 µm diameter and larger windows.

In general terms, applicants have found that the addition of $CF_4$ tends to enhance etch rates and reduce selectivity. It is hypothesized that fluorine gas is a by-product of $CF_4$ breakdown in the etch plasma. The fluorine may attack the polymer mentioned above, thus enhancing etch rate and reducing the apparent selectivity created by the polymer.

The inventive procedure may be employed at upper levels of an integrated circuit also. For example, if it is desired to make contacts to runners or other elevated topographic features while simultaneously making contact to a less elevated region or structure this invention may be employed.

Applicants have found, incidentally, that etch selectivity (at least for submicron windows) apparently depends somewhat upon aspect ratio, as well as the etch chemistry, and that, as aspect ratio increases (at least in the submicron regime), selectivity also increases. The following example illustrates the effects of aspect ratio.

Referring to FIG. 1, layer 33 may be TEOS with a thickness of 200 nm. Thickness $d_1$ may be 650 nm (i.e., 450 nm BPTEOS over 200 nm TEOS). Thickness $d_2$ may be 1100 nm (i.e., 900 nm BPTEOS over 200 nm TEOS). If an etch recipe employing significant amounts of $CF_4$ (for example, 9 sccm or so) together with $CHF_3$ and Argon, were employed at the outset (contrary to applicants' present teaching), the observed selectivity of the etch process for BPTEOS against TEOS would be 1.3 or 1.5 to 1 for both $d_1$ and $d_2$ windows. The selectivity of this recipe for TEOS against $TiSi_2$ is approximately 10 to 1.

If the $CF_4$ is dramatically reduced or eliminated, then the selectivity of the etch recipe for TEOS against $TiSi_2$ increases to nearly 25 to 1. Concurrently, the selectivity of the etch recipe for BPTEOS against TEOS is observed to depend upon aspect ratio. For thickness $d_1$ the selectivity is nearly 2 to 1. For thickness $d_2$ the selectivity increases to nearly 10 to 1.

Thus, the inventive etch process employs a two-step procedure in which an etching recipe without substantial amounts of $CF_4$ is employed first. This first step exhibits great selectivity for BPTEOS against TEOS over the source/drain region (i.e., thickness $d_2$) and at

5,022,958

| 5 | 6 |

least acceptable selectivity over the gate runner (i.e., thickness $d_1$). In practice, the first etch step is sometimes observed to penetrate the TEOS and even etch silicide 31. Typical silicide 31 thicknesses are 80 nm. The first etch step may remove as much as 27 nm of silicide. (Previous recipes employed by those skilled in the art, which include significant amounts of $CF_4$ in one-step processes over single layer dielectrics often removed as much as 70 nm or more of silicide. Complete silicide removal was often observed.)

The second etch step, which employs a significant amount of $CF_4$, is employed to completely open both windows, and thus, in particular to open the window $d_2$ without unacceptable degradation of silicide 31. In practice, the second step is frequently carried out for a period of time longer than minimally necessary (i.e., overetching is performed) so that the artisan is confident that all windows on a wafer are opened. Consequently, if the thickness of layer 33 is 200 nm, the etch may be carried out long enough to remove, on the average, 300 nm (typically one minute or so). Under these circumstances, 30 nm of silicide may be removed from both silicide 23 and runner silicide 31, leaving 80−30 nm=50 nm of silicide 25 and 80−27−30=23 nm runner silicide 31. Both remaining silicide thicknesses have been found acceptable in practice.

The present invention may find applicability in bipolar, BiCMOS, and group III-V integrated circuits.

We claim:

1. A method of fabricating an integrated circuit comprising the steps of:
forming a raised topographic feature upon a substrate
forming a first dielectric layer covering said raised topographic feature;
forming a second dielectric layer covering said first dielectric layer
characterized by the further steps of planarizing said second dielectric layer;
selectively etching said second dielectric layer to create at least first and second openings, said first opening being above said topographic feature and said second opening being above said substrate, said etching process stopping in said second opening in the vicinity of said first dielectric; and then
etching said first dielectric to extend said second opening to said substrate.

2. A method of fabricating an integrated circuit comprising the steps of:
forming a transistor including a gate and source-/drain regions;
forming at least one gate runner including a silicide overlayer thereon;
forming a first dielectric layer covering said source-/drain region and said gate runner;

forming a second dielectric covering said first dielectric layer;
planarizing said second dielectric layer;
etching through said second dielectric layer above said gate runner and said source/drain region;
said etching process not removing all of said silicide overlayer on said gate runner;
etching through said first dielectric layer to completely open windows to said runner and said source/drain region.

3. The method of claim 1 in which said first dielectric is formed from TEOS.

4. The method of claim 1 in which said second dielectric is formed from BTEOS.

5. The method of claim 1 in which said second dielectric contains boron and phosphorous each in $4\pm\frac{1}{2}$% by weight.

6. The method of claim 1 in which said second dielectric is etched employing 30 sccm±10% of $CHF_3$; 60 sccm±10% of Ar and 0-3 sccm of $CF_4$ in a plasma.

7. The method of claim 1 in which said first dielectric is etched employing 30 sccm±10% of $CHF_3$; 60 sccm±10% of Ar; and 8-12 sccm of $CF_4$ in a plasma.

8. A method of integrated circuit fabrication comprising:
forming a field oxide upon a substrate, said field oxide defining a moat upon said substrate;
forming a gate stack upon said substrate within said moat, said gate stack extending over said field oxide as a gate runner;
forming source and drain region within said substrate in said moat;
forming a refractory metal silicide upon said source, drain, gate stack and runner;
forming a layer of TEOS covering said source, drain, gate stack, and runner, the thickness of said TEOS being 200 nm±10%;
forming a layer of BPTEOS, containing $4\pm\frac{1}{2}$% by weight of boron and phosphorous over said TEOS layer, the thickness of said BPTEOS layer being 650 nm;
planarizing said BPTEOS layer by resist etchback;
depositing and patterning a photoresist material upon the said planarized BPTEOS, said photoresist having an opening above said runner and above one of said source or drain regions;
etching said BPTEOS, in a plasma, using said photoresist as a mask using 30±10% sccm of $CHF_3$; 60 sccm±10% of Ar;
performing a descum using oxygen in a plasma;
etching said TEOS in a plasma, using 30 sccm±10% of $CHF_3$; 60 sccm±10% of Ar; and 8-12 sccm of $CF_4$.

* * * * *

# EXHIBIT 8

US006153543A

# United States Patent [19]

## Chesire et al.

[11] **Patent Number:** 6,153,543

[45] **Date of Patent:** Nov. 28, 2000

[54] **HIGH DENSITY PLASMA PASSIVATION LAYER AND METHOD OF APPLICATION**

[75] Inventors: **Daniel P. Chesire; Edward P. Martin, Jr.; Leonard J. Olmer; Barbara D. Kotzias,** all of Orlando; **Rafael N. Barba,** Apopka, all of Fla.

[73] Assignee: **Lucent Technologies Inc.,** Murray Hill, N.J.

[21] Appl. No.: **09/370,422**

[22] Filed: **Aug. 9, 1999**

[51] Int. Cl.[7] ....................... **H01L 21/4763; H01L 21/31**

[52] U.S. Cl. ........................... **438/791;** 438/624; 438/787

[58] Field of Search ................................ 438/763, 787, 438/791, 624

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,716,888 | 2/1998 | Lur et al. | 438/619 |
| 5,804,259 | 9/1998 | Robles | 427/577 |
| 5,937,323 | 8/1999 | Orezyk et al. | 438/624 |
| 5,968,610 | 10/1999 | Liu et al. | 427/579 |

### OTHER PUBLICATIONS

Nguyen, S.V., "High–Density Plasma Chemical Vapor Deposition of Silicon–Based Dielectric Films for Integrated Circuits," *IBM Journal of Research & Development,* vol. 43, No. 1/2 (1998). no month.

*Primary Examiner*—John F. Niebling
*Assistant Examiner*—Alexander G. Ghyka

[57] **ABSTRACT**

A method of forming a passivation layer over features located on a top layer on a semiconductor device comprises depositing a first void-free layer of a dielectric over the top layer using high density plasma chemical vapor deposition. A second void-free layer can additionally be deposited over the first void-free layer. The first void-free layer can be formed from a silicon oxide, and the second void-free layer can be formed from a silicon nitride. The first void-free layer has a top surface that is disposed at a height higher than the features. The first void-free layer can be applied in two steps. First, the void-free layer is deposited at a D/S ratio between 3.0 and 4.0 to a depth of at least 40% of the feature's height, and then deposited at a D/S ratio of between 6.0 and 7.0.

**9 Claims, 1 Drawing Sheet**



**U.S. Patent**          Nov. 28, 2000          **6,153,543**



FIG. 1
(PRIOR ART)



FIG. 2
(PRIOR ART)



FIG. 3

6,153,543

**1**

# HIGH DENSITY PLASMA PASSIVATION LAYER AND METHOD OF APPLICATION

## CROSS-REFERENCE TO RELATED APPLICATION

Not Applicable

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH AND DEVELOPMENT

Not Applicable

## FIELD OF THE INVENTION

This invention relates to the manufacturing of semiconductors. More specifically, the invention relates to a high density plasma passivation layer and method of application that provides a cap over the top layer of a semiconductor device.

## BACKGROUND OF THE INVENTION

During the manufacturing of semiconductor devices, layers of dielectrics and metal are added onto a wafer until a final layer of metal is added, hereinafter referred to as the top metal level or layer. Over this top metal layer is typically placed a barrier, passivation or CAPS (Coat and Protective Seal) layer. This passivation layer acts to maintain the mechanical integrity of the semiconductor device, prevent mobile ion diffusion, and provide some radiation protection for the semiconductor device.

Several types of methods for applying passivation layers over a top metal layer have been used in the semiconductor industry. One such passivation level is a bi-layer in which the bottom layer is a silicon dioxide and the top layer is a silicon nitride. The silicon dioxide layer is flexible and acts as a buffer to relieve stress between the silicon nitride and the top metal layer. Thus, this bottom layer reduces the impact of the mechanisms that result in the stress void migration of the metal and also acts as a mechanical protector for the underlying structures. Although the top silicon nitride layer is more brittle, the silicon nitride layer has the advantage of being resistant to moisture and sodium penetration. Additionally, the bi-layer structure inherently eliminates the coincident occurrence of pin-hole defects.

One method of applying the silicon dioxide layer of this particular bi-layer passivation level is to use plasma enhanced chemical vapor deposition (PECVD) with tetraethylorthosilicate (TEOS) chemistry. The use of TEOS chemistry advantageously results in superior film step coverage over the patterned metal-interconnects (runners) of the top metal layer as compared to silicon nitride.

As illustrated in FIG. 1, the current methods of applying passivation layers 6 are capable of filling the gap between adjacent features 4, such as the runners, when the distance between the features is large. However, FIG. 2 illustrates a problem with current methods, including TEOS chemistry. This problem is that the gap cannot be filled as the size of features and gaps becomes smaller. These unfilled gaps subsequently become voids 8 in the passivation layer. The existence of these voids can cause reliability problems due to entrapment of gases or liquids in the voids. Also, these voids can act as stress raisers, which can result in inferior mechanical strength of the passivation layer and allow metal interconnects to stress relieve into the voids.

The inferior mechanical strength caused by the voids can be a problem when the chip is removed from the wafer and

**2**

pressed into the die assembly or other chip carrier. This pressing of the chip transmits a significant force to the passivation level of the chip. A common result of such a transmission of force is damage to the runners in the top metal layer. This damage can be even more prevalent when the runners have high aspect ratios such that the height dimension is significantly greater than the width dimension. Features having this type of aspect ratio are more susceptible to a force applied in the vertical or transverse direction, which occurs when the chip is pressed. One method of compensating for the voids has been to provide a very thick passivation level. However, a thick passivation level, besides being more costly, does not solve the problems associated with the voids.

Although the previously discussed passivation layer is one type of passivation layer used in the semiconductor industry, other passivation layers are also used. Once such passivation layer is formed from polymers or other plastic-like materials. Passivation layers formed from these plastics suffer from many problems. For example, plastic contains many organic compounds which may contaminate the semiconductor device. Some of these compounds are not stable at the temperatures required for the board solder assembly process. Also, these plastic-like materials tend to absorb excessive moisture, which can also contaminate the semiconductor device and cause device degradation and interfacial damage in a package environment.

A recently introduced process to apply oxides on semiconductor devices is high density plasma chemical vapor deposition (HDP CVD). This process is described by S. V. Nguyen, "High-Density Plasma Chemical Vapor Deposition of Silicon-Based Dielectric Films for Integrated Circuits," in *IBM Journal of Research & Development*, Vol. 43, No. ½ (1998) and is incorporated by reference herein.

HDP CVD has been used to fill and locally planarize high-aspect-ratio (i.e., up to 4:1) sub-half-micron structures. Generally with HDP CVD, ions and electrons are generated by means of an rf power source. Also, a rf biasing power source is applied to an electrode holding the wafer to create a significant ion bombardment (sputter-etching) during deposition. As such, when HDP CVD is used for gap filling, this is a technique in which deposited films are sputtered off by reactive ions and radicals during deposition.

The deposition/sputtering ratio (D/S) is a commonly used measure of the gap-filling capability of the process. This ratio is defined as:

$$D/S = (\text{net deposition rate} + \text{blanket sputtering rate})/\text{blanket sputtering rate}.$$

In general, the use of a lower D/S ratio facilitates the filling of a structure with a higher aspect ratio, but at a lower net deposition rate.

A typical HDP CVD process uses a relatively low pressure of 2–10 mTorr to achieve a high electron density ($10^{10}$–$10^{12}$ cm$^3$) and a high fractional ionization rate ($10^{-4}$ to $10^{-1}$). As a high film-deposition rate is required for most applications, the process typically uses simple initial reactant gases such as silane, silicon tetrafluoride, and oxygen. Argon is added to raise the sputter rate due to its large mass. To achieve a significant deposition rate while maintaining a reasonably high sputter-etching rate for gap-filling purposes, a significant amount of initial reactant (i.e., deposited species in the plasma) must flow through the reactor. However, the system should be kept at low pressure constantly during deposition to facilitate high sputter rates. Therefore, the vacuum system for such a system typically has a high

6,153,543

**3**

pumping capability. Also, the pumping system is generally designed to withstand the high temperature and high reactivity of the reaction by-products while removing them at a high rate. For an HDP CVD system, an advanced turbomolecular pump is generally required to achieve a suitable gap fill rate (at low pressure) and acceptable pumping reliability

As previously stated, the use of HDP CVD of silicon oxide, particularly during high rf biasing gap-fill conditions, produces simultaneous deposition and etching. This result has been used to provide void-free gap fill during the processing of semiconductor devices. Current developments in HDP CVD are working to provide void-free gap fill of high-aspect-ratio (>2:1) sub-half-micron structures. However, these techniques have generally been limited to interlevel insulation, gate conductors, and shallow-trench isolation structures and has not been used to apply a dielectric layer to a top metal layer.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide a passivation layer and method of applying the passivation layer capable of filling voids and gaps between closely spaced features such as metal runners disposed on the top metal layer of a semiconductor device.

It is another object of the invention to provide a passivation layer and method of applying the passivation layer that prevents damage of the top metal layer of a semiconductor device from moisture, mobile ions, and radiation.

It is yet another object of the invention to provide a passivation layer and method of applying the passivation layer, the passivation layer providing excellent mechanical protection against mechanical damage during the assembly and plastic encapsulation of the semiconductor device.

It is a further object of the invention to provide a passivation layer and method of applying the passivation layer that places the dominant and transverse stress gradients above the surface of the top metal layer.

These and other objects of the invention are achieved by the subject method which comprises depositing a first void-free layer of a dielectric over the top layer using high density plasma chemical vapor deposition. This passivation layer acts to protect the top layer of the semiconductor device. Additional layers, including a second void-free layer, can also be deposited over the first void-free layer to provide additional protection for the semiconductor device and the top layer.

The first void-free layer is preferably formed from a silicon oxide, and the second void-free layer is preferably formed from a silicon nitride. Also, the first void-free layer has a top surface that is disposed at a height higher than the features. By having the first void-free layer positioned above the features, cracks propagating through layers disposed on top of the first void-free layer will end at a height above the features. This advantageously keeps the stress gradient created by the crack above the level of the features.

The first void-free layer can be applied in two steps. First, the void-free layer is preferably deposited at a D/S ratio of between approximately 3.0 and 4.0 to a depth of at least 40% of the feature's height. In this manner, gaps between the features can be sufficiently filled before the second step. During the second step, the void-free layer is preferably deposited at a higher D/S ratio of between approximately 6.0 and 7.0. This higher D/S ratio allows the void-free layer to be deposited at a higher rate, which increases the thruput of the process.

## BRIEF DESCRIPTION OF THE DRAWINGS

There are shown in the drawings embodiments of the invention that are presently preferred, it being understood,

**4**

however, that the invention is not limited to the precise arrangements and instrumentalities shown.

FIG. 1 shows a prior art passivation layer deposited over a top metal layer of a semiconductor device. The semiconductor device has runners spaced apart so that the gap between the runners has a low aspect ratio.

FIG. 2 shows a prior art passivation layer deposited over a top layer of a semiconductor device. The semiconductor device has runners spaced apart so that the gap between the runners has a high aspect ratio.

FIG. 3 illustrates a passivation layer disposed over a top metal layer of a semiconductor device according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 3, a method for applying a passivation layer on a top metal layer of a semiconductor device, according to the present invention, is illustrated. The passivation layer 10 comprises a first layer 12 over a top layer 16 of the semiconductor device. The top layer 16 of a semiconductor device typically includes metal features 20 extending above the surface 22 of the top layer 16. Although the features 20 are typically constructed from electrically conductive materials, for example copper, tungsten, or aluminum, the invention is not limited in this regard. The invention can also be used to provide a passivation layer 10 over any feature 20 extending above the surface 22 of a top layer 16.

The invention is also not limited as to the size or type of feature 20 on the top layer 16 over which the passivation layer 10 will be deposited. In the semiconductor industry, a typical feature 20 disposed on the top layer 16 is a runner. Although the invention is not limited as to the type of feature over which the passivation layer 10 is deposited, feature 20 is hereinafter referred to as runner 20. Although the runners 20 vary in size, the invention is not limited as to the size of the runner 20 disposed on the top layer 16. However, runners 20 typically have a height measured in the thousands of Angstroms (Å). In a preferred embodiment, the runners 20 over which the passivation layer 10 will be deposited have a height of approximately 8000 Å.

The dimensions of the gap 18 between adjacent runners 20 are important factors in determining the likelihood of void formation, in particular the aspect ratio of the gap 18 (aspect ratio being defined as the height of the gap divided by the width of the gap). As the aspect ratio increases from <1 to >4, applying a passivation layer 10 over the top layer 16 without forming voids using current techniques becomes increasingly difficult. For example, current techniques of applying a barrier layer 10 creates voids when the gap 18 between runners 20 has a dimension of 4000 Å in width and 8000 Å in height (aspect ratio of 2.0).

The current invention is capable of filling gaps 18 having aspect ratios at least as great as 4.0. Although the absolute width of the gap 18 is currently limited by semiconductor manufacturing techniques, the invention is not limited to a minimum width of the gap 18. As manufacturing techniques reduce the minimum width of the gap 18, this invention can still be used to apply a passivation layer 10 over the top layer 16 without the formation of voids.

The passivation layer 10 can perform many functions. These functions can include, but are not limited to acting as a barrier to prevent moisture, mobile ions, and radiation from reaching the top layer 16 and also providing mechanical protection to the top metal layer 20. It is known in the art

6,153,543

5

that a passivation layer 10 with such characteristics can be made from many different materials, for example a dielectric, and this invention is not limited as to a particular material or combination of materials.

The presently preferred passivation layer 10 includes an oxide layer. Although the passivation layer 10 can be formed from other oxides, such as an aluminum oxide, the presently preferred passivation layer 10 includes a layer of a silicon oxide. Most preferably, the first layer 12 of the passivation layer 10 is formed from a silicon oxide, specifically silicon dioxide ($SiO_2$). An advantage of having the first layer 12 formed from silicon dioxide is that silicon dioxide tends to be compliant. In this manner, the first layer 12 can resist deformation caused by a force being transmitted to the first layer 12, which could otherwise cause cracks in the first layer 12 and/or damage the underlying top layers 16 and 20 of the semiconductor device.

The passivation layer 10 can also include subsequent layers disposed over the first layer 12. In a presently preferred embodiment, a second layer 14 is disposed over the first layer 12. This second layer 14 is preferably formed from a silicon nitride. Although a silicon nitride tends to be brittle, forming the second layer 14 from a silicon nitride has the advantage of providing a moisture, mobile ions, and radiation resistant barrier.

The passivation layer 10 can also be constructed with a nitride layer first and then an oxide layer. An additional nitride layer can then be deposited over the oxide layer to form an nitride-oxide-nitride structure. A oxide-nitride-oxide structure is also possible.

The first layer 12 can be formed using any process that deposits a layer of dielectric material over the top layer 16. However, the first layer 12 is preferably formed using a HDP CVD process. Advantageously, by using the HDP CVD process, gaps 18 between adjacent features, for example runners 20, in the top layer 16 of the semiconductor device can be filled without the formation of voids. Voids (as best illustrated in FIG. 2) are formed when other deposition processes, for example TEOS, are used and the aspect ratio (height to width) of the gap 22 between two adjacent features 24 is sufficiently large. However, use of the HDP CVD process can be used to fill gaps 18 having high aspect ratios between adjacent runners 20.

The invention is not limited as to the variation in D/S ratio during the application of the first layer 12. For example, the D/S ratio can remain constant during the deposition process. Alternatively, the D/S ratio can be changed multiple times during the deposition process. In a preferred embodiment of the invention, the first layer 12 is applied in two steps. During the first step, the material is deposited using the HDP CVD process and with a relatively small D/S ratio of approximately 3.0–4.0. In this manner, the gap 18 can be at least partially filled. During the second step, the remainder of the material for the first layer 12 is deposited at a higher deposition rate. Although during the second step the material is preferably deposited also using the HDP CVD process, the invention is not limited in this manner. The material could be deposited using other conventional depositing process, for example PECVD TEOS. By using the HDP CVD process for the second step but with a higher D/S ratio, the need to transfer the semiconductor device to another apparatus is advantageously eliminated.

When the HDP CVD process is used to apply the material during the second step, the preferred D/S ratio is approximately 6.0–7.0. By using a higher D/S ratio during the second step than the first step, a higher throughput can be achieved.

6

The following table illustrates the result of applying the first layer 12 using the aforementioned two-step process. This table shows the effect of varying the depth to which each step deposits the material. For each example, the total depth was approximately 8000 Å of silicon dioxide. The D/S ratio during the first step was 3.0–4.0, and the D/S ratio for the second step was 6.0–7.0. The gap 18 had dimensions of approximately 2100 Å in width and 8000 Å in height.

|  | Example 1 | Example 2 | Example 3 | D/S Ratio |
|---|---|---|---|---|
| Step 1 Thickness | 4000Å | 3000Å | 2000Å | 3.0–4.0 |
| Step 2 Thickness | 4000Å | 5000Å | 6000Å | 6.0–7.0 |
| Result | No Voids | No Voids | Voids | |

As illustrated in the table, the creation of voids in the first layer 12 was prevented when the thickness of the material deposited during the first step exceeded approximately 40% of the height of the gap. As a lower D/S ratio indicates a slower deposition rate, the throughput of the semiconductor device can be increased through the HDP CVD process by maximizing the deposition of material at the highest D/S ratio. Thus, to increase the throughput and prevent formation of voids, the presently preferred two-step process deposits the material in the first layer 12 during the first step to approximately a thickness of 40% of the height of the gap 18.

The deposition of the first layer 12 onto the top layer 16 is not limited to a particular thickness. However, in a preferred embodiment of the invention, the first layer 12 is applied to a thickness at least as great as the height of the runners 20 disposed on the top layer 16. Applying the material to a height above the runners 20 provides better mechanical protection to the runners 20. For example, if a second layer 14 was provided above the first layer 12, and a crack propagated through, the second layer 14, the crack would end at a height above the runners 20. Thus, the stress gradient created by the crack would remain above the level of the runners 20.

It should be understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the sprint and purview of this application. The invention can take other specific forms without departing from the spirit or essential attributes thereof for an indication of the scope of the invention.

What is claimed is:

1. A method of forming a passivation layer over features located on a top layer of a semiconductor device, comprising the steps of:

depositing a first void-free layer of a first dielectric over said top layer using high density plasma chemical vapor deposition at a first D/S ratio, and

depositing a second void-free layer of a second dielectric over said first void-free layer at a second D/S ratio, wherein said second D/S ratio is greater than said first D/S ratio.

2. The method according to claim 1, wherein said dielectrics are at least one selected from the group consisting of silicon dioxide and silicon nitride.

3. The method according to claim 1, wherein said first D/S ratio is between approximately 3.0 and 4.0 and the second D/S ratio is between approximately 6.0 and 7.0.

4. The method according to claim 1, wherein the sum of thickness of said void free first and second layers is between approximately 8000 Å to 12000 Å.

6,153,543

7

5. The method according to claim **1**, wherein said first layer is applied with a thickness of at least 40% of the height of said features.

6. The method according to claim **1**, further comprising the step of depositing a third void-free layer over said second void-free layer.

7. The method according to claim **6**, wherein said third void-free layer is a nitride.

8

8. The method according to claim **7**, wherein said nitride is silicon nitride.

9. The method according to claim **6**, wherein the sum of said first void-free layer thickness and second void free layer thickness is between approximately 8000 Å to 12000 Å and said third void-free layer has a thickness of between approximately 2600 Å to 3400 Å.

* * * * *

# EXHIBIT 9

# United States Patent [19]

## Liu et al.

[11] **Patent Number:** **4,914,500**

[45] **Date of Patent:** **Apr. 3, 1990**

[54] **METHOD FOR FABRICATING SEMICONDUCTOR DEVICES WHICH INCLUDE SOURCES AND DRAINS HAVING METAL-CONTAINING MATERIAL REGIONS, AND THE RESULTING DEVICES**

[75] Inventors: **Ruichen Liu**, Warren; **William T. Lynch**, Summit; **David S. Williams**, Convent Station, all of N.J.

[73] Assignee: **AT&T Bell Laboratories**, Murray Hill, N.J.

[21] Appl. No.: **128,742**

[22] Filed: **Dec. 4, 1987**

[51] Int. Cl.⁴ .................... H01L 23/54; H01L 21/441; H01L 21/461

[52] U.S. Cl. ........................................ 357/67; 357/23.3

[58] Field of Search ............................ 357/67, 23.3, 55

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,689,869 | 9/1987 | Jambotkar et al. | 357/23.3 |
| 4,697,198 | 9/1987 | Komori et al. | 357/23.3 |
| 4,769,686 | 9/1988 | Horiuchi et al. | 357/67 |

*Primary Examiner*—Rolf Hille

*Assistant Examiner*—S. V. Clark

*Attorney, Agent, or Firm*—Bernard Tiegerman

[57] **ABSTRACT**

A new method for fabricating a semiconductor device, e.g., a MOS or MES IC, as well as the resulting device, are disclosed. In accordance with the new method, a semiconductor device is formed, at least in part, by forming a material region which includes metal, e.g., elemental metal or a metal-containing compound, on a semiconductor substrate. One or more dopants are implanted into the material region, and the substrate is heated in order to diffuse the dopants out of the material region and into the substrate, thus forming a dopant-diffused substrate region, e.g., a source or drain. Significantly, the new method involves implant conditions which yield a material region-to-substrate specific contact resistance equal to or less than about $10^{-6}\Omega - cm^2$. In addition, the new method involves heating temperatures and heating times which yield a dopant-diffused substrate region having a depth, relative to the top of the material region, equal to or less than about 0.2 micrometers.

**5 Claims, 6 Drawing Sheets**



**U.S. Patent**    Apr. 3, 1990    Sheet 1 of 6    **4,914,500**

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



4,914,500

1

## METHOD FOR FABRICATING SEMICONDUCTOR DEVICES WHICH INCLUDE SOURCES AND DRAINS HAVING METAL-CONTAINING MATERIAL REGIONS, AND THE RESULTING DEVICES

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention pertains generally to methods for fabricating semiconductor devices, e.g., semiconductor integrated circuit (IC) devices, as well as the resulting devices.

### 2. Art Background

Semiconductor ICs are devices which include a plurality of electrically interconnected discrete devices formed in and on a semiconductor substrate. Included among these ICs are MOS (metal-oxide-semiconductor) and MES (metal-semiconductor) ICs. The MOS ICs typically include a plurality of MOSFETs (MOS field effect transistors), each of which includes an active surface layer of semiconductor material, e.g., silicon. Each MOSFET also includes a relatively thin gate oxide (GOX) formed on the surface of the active layer, a gate electrode of, for example, polycrystalline silicon (polysilicon), formed on the surface of the GOX, and two relatively heavily doped portions of the active layer, on opposite sides of the gate electrode, which constitute the source and drain of the MOSFET. A relatively thick (compared to the GOX) field oxide (FOX) serves to separate and electrically insulate the MOSFETs from one another. Similarly, the MES ICs typically include a plurality of MESFETs (MES field effect transistors), with the MESFETs differing from MOSFETs only in that the MESFET gate electrodes are of metal or of a metal-containing compound, e.g., a metal silicide, and directly contact the semiconductor material.

At present, in commercially available ICs, the length of the gate electrode, and thus the length of the current channel, is typically about 2 micrometers (μm), while the depth of both the source and drain is typically about 0.5 μm. However, to achieve ICs having increased packing densities (of discrete devices), it is expected that gate electrode lengths (and thus current channel lengths) will be reduced to values equal to or less than about 1 μm. Concomitantly, to avoid certain undesirable effects, usually termed short-channel effects, it is also expected that the depths of the sources and/or drains will be reduced to values equal to or less than about 0.2 μm. (The undesirable short-channel effects, referred to here, are unwanted threshold voltage shifts and source-to-drain subthreshold leakage currents which occur when the ratio of channel length to source/drain depth is relatively small, e.g., equal to or less than about 2.5. Regarding short-channel effects see, e.g., J. R. Brews et al, "Generalized guide for MOSFET miniaturization," IEEE Elect. Dev. Lett., Vol. EDL-1(1), p. 2, (1980).)

Significantly, relatively shallow sources and drains, i.e., sources and drains having depths equal to or less than about 0.2 μm, exhibit undesirably large resistances, which adversely affect device performance. To achieve relatively low source/drain resistance while employing relatively shallow sources and drains, it has been proposed that each relatively shallow source and drain be formed to include an overlying region of metal silicide, e.g., molybdenum silicide ($MoSi_2$), tungsten silicide

2

($WSi_2$), or titanium silicide ($TiSi_2$), the purpose of which is to serve as a low-resistance current shunt. In this regard, the effective (electrical) depth of a metal silicide-covered source or drain, i.e., the depth involved in source-drain-gate interactions, is the combined depth of the metal silicide region and the underlying (heavily doped) source or drain as measured relative to, and extending beneath, the surface of the active layer.

Previous attempts to fabricate ICs containing metal silicide-covered sources and drains have involved the use of conventional procedures for forming sources and drains, i.e., have involved implanting and diffusing source/drain dopant into those regions of a silicon substrate where the sources and drains are desired, followed by deposition of a metal, such as Mo, W and Ti, onto the surfaces of the underlying sources and drains. The deposited metal was then reacted with the underlying silicon of the sources and drains (thus consuming some of the silicon) to form the corresponding metal silicide. This technique has proven effective in those cases where the sources and drains initially (prior to the formation of the metal silicide) extended relatively deeply into the silicon, i.e., extended more than about 0.25 μm into the silicon. However, this technique has proven undesirable in those cases where the sources and drains initially extended only a relatively small distance into the silicon, i.e., extended by a distance equal to or less than about 0.25 μm, because, among other reasons, an undesirably large amount of source/drain silicon was consumed in forming the metal silicide, resulting in metal silicide spikes extending through, and thus short-circuiting, the source/drain p-n junctions.

A different technique for forming metal silicide-covered sources and drains is described by H. Okabayashi et al in "A New Low Resistance Shallow Junction Formation Method Using Lateral Diffusion Through Silicide," IEDM Technical Digest, pp. 670–673 (1983). In accordance with this technique, such a source or drain is formed by initially fabricating a region of molybdenum silicide ($MoSi_2$) having a thickness of, for example, 0.1 μm, on the surface of a silicon substrate. This is achieved by depositing molybdenum onto the silicon substrate and reacting the molybdenum with the underlying silicon. Then, source/drain dopant is diffused into the molybdenum silicide, from which it is diffused into the underlying silicon to form the source/drain p-n junction. That is, the molybdenum silicide-covered silicon substrate is contacted by a gaseous or solid dopant source while heated to a sufficiently high temperature and for a sufficiently long time period, e.g., 1000 degrees Centigrade (C) and 20 minutes, to effect dopant diffusion into the molybdenum silicide and then into the underlying silicon, in one step. Alternatively, the dopant is diffused into the silicon in a two-step process, the first step being to diffuse the dopant from the gaseous or solid dopant source into the molybdenum silicide (but not into silicon) by initially heating the molybdenum silicide-covered silicon substrate to a relatively low temperature, e.g., 800 degrees C. Subsequently, dopant is diffused out of the molybdenum silicide and into the silicon by heating the substrate to a substantially higher temperature, e.g., 950 or 1000 degrees C. Significantly, the one-step diffusion process yields relatively deep sources and drains, e.g., if the molybdenum silicide is 0.1 μm thick, then the source or drain extends about 1.5 μm below the upper surface of the silicide. While the two-step diffusion process yields

4,914,500

| 3 | 4 |

shallower sources and drains, they are also relatively deep, e.g., if the molybdenum silicide is 0.1 $\mu$m thick, then the source or drain extends about 0.36 $\mu$m below the upper surface of the silicide.

In yet another technique previously used to form metal silicide-covered sources and drains, a region of tungsten silicide (WSi$_2$) is initially formed on a silicon substrate, and dopant is implanted (rather than diffused) into the tungsten silicide. (See F. C. Shone et al, "Formation of 0.1 $\mu$m N+/P and P+/N Junctions by Doped Silicide Technology," IEDM Technical Digest, pp. 407–410 (1985).) Then, the implanted dopant is diffused out of the tungsten silicide and into the silicon substrate by heating the substrate, using either conventional furnace annealing techniques or rapid thermal annealing (RTA) techniques. (Regarding RTA see, e.g., T. O. Sedgwick, "Short Time Annealing", Journal of the Electrochemical Society, Vol. 130, p. 484 (1983).) Significantly (as taught in F. C. Shone et al, supra), the thickness of the tungsten silicide region is 0.2 $\mu$m, and the corresponding implant doses, heating temperatures and heating times are all (presumably) specifically tailored to this particular thickness of tungsten silicide. As a result, this particular technique only yields sources and drains having depths (as measured from the upper surface of the tungsten silicide) equal to or greater than 0.3 $\mu$m.

A variant of the above technique is described by N. Kobayashi et al in "Comparison of TiSi$_2$ and WSi$_2$ Silicided Shallow Junctions For Sub-Micron CMOSs," Digest of papers, 1986 Symposium on VLSI Technology, San Diego (1986). Here, a 0.1 $\mu$m-thick region of either tungsten silicide or titanium silicide is initially formed on a silicon substrate, source/drain dopant is implanted into the silicide and then diffused out of the silicide and into the silicon. However, in the case of tungsten silicide, and as shown in FIG. 1 of the N. Kobayashi et al journal article, the authors of the article teach implant doses, heating temperatures and heating times which yield sources and drains having depths (as measured from the upper surface of the tungsten silicide) significantly greater than 0.2 $\mu$m, e.g., depths of 0.26 $\mu$m and 0.28 $\mu$m. By contrast, in the case of titanium silicide, and as shown in FIG. 1, the authors do teach an arsenic implant dose, heating temperature and heating time which yields a source or drain having a depth (as measured from the surface of the titanium silicide) which is less than 0.2 $\mu$m, i.e., about 0.16 $\mu$m. But, as is also evident from FIG. 1, the concentration of arsenic at the titanium silicide/silicon interface is relatively low. This is highly significant because (contrary to the assertions made by the authors of the journal article) this relatively low interface concentration leads to an undesirably high specific contact resistance (R$_c$), i.e., an R$_c$ substantially higher than $10^{-6}\Omega$-cm$^2$. In fact, in the journal article, the authors indicate the desirability of implanting additional arsenic into the silicon (not into the titanium silicide) in order to increase interface arsenic concentration (presumably for the purpose of lowering R$_c$). Unfortunately, as is known, such a procedure is undesirable because the silicon substrate must then be heated to a relatively high temperature to anneal out the resulting implant damage in the silicon, which produces additional dopant diffusion and, as a consequence, relatively deep sources and drains.

Thus, those engaged in the development of IC fabrication methods have sought, thus far without success, methods for fabricating ICs having metal silicide-con-taining, relatively shallow sources and drains exhibiting R$_c$s equal to or less than about $10^{-6}\Omega$-cm$^2$.

SUMMARY OF THE INVENTION

The invention involves a new technique for forming a source or drain covered by a metal-containing material region, i.e., a region containing either an elemental metal or a metal-containing compound, such as a metal silicide. Significantly, this new technique yields a material region-covered source or drain having a depth (relative to the upper surface of the material region) equal to or less than about 0.2 $\mu$m, and exhibiting an R$_C$ equal to or less than about $10^{-6}\Omega$-cm$^2$.

In accordance with the inventive technique, a metal-containing material region having an average thickness, t, less than about 0.2 $\mu$m, is initially formed on the surface of a semiconductor substrate. Then, one or more dopants are implanted into the region, and the semiconductor substrate is heated to diffuse these dopants out of the region and into the substrate. Significantly, to produce an R$_C$ equal to or less than about $10^{-6}\Omega$-cm$^2$, the heating procedure must yield a concentration of at least one of the dopants in the substrate, immediately adjacent to the material region/substrate interface, which is equal to or greater than a minimum value, determined by the height of the Schottky potential barrier at the interface prior to substrate heating. To achieve this minimum value, it has been found that three conditions must be satisfied. The first condition is that the solid solubility of at least one of the dopants in the substrate at the temperature or temperatures employed during the heating procedure must be equal to or greater than the above minimum value. The second condition is that, for this same dopant, the ratio of the corresponding implant dose, I, to the average thickness of the material region, t, must be equal to or greater than about one-half the solid solubility (elaborated upon below) of this dopant in the material region at the heating temperature or temperatures. (In this regard, it has been determined, for example, that the arsenic implant dose employed in N. Kobayashi et al, supra, does not satisfy this second, critical requirement.) The third condition, which must be satisfied both to achieve the desired interface concentration and to achieve a useful source/drain junction, is that, for this same dopant, the total number of dopant ions implanted into the material region should be substantially larger than the number needed to form the underlying, diffused source or drain. If the necessary minimum value of the dopant concentration in the substrate, immediately adjacent to the material region/substrate interface, is denoted by C$_o$, and if the desired depth of the source/drain junction relative to the bottom of the material region is denoted by x, then the third condition is automatically satisfied provided I $\geq$ 5-C$_o$·x/2. In most instances, implant doses which satisfy the second condition also automatically satisfy the third condition. However, in the event the implant dose satisfies the second condition but is less than 5C$_o$·x/2, then the third condition will certainly be satisfied by increasing this implant dose by an amount equal to or greater than C$_o$·x/2.

The inventive technique further involves a procedure (described below) for choosing the heating temperature-time profile needed to produce a source or drain having the desired depth.

5

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is described with reference to the accompanying drawings, wherein:

FIGS. 1–8 depict the steps involved in a first embodiment of the inventive device fabrication method; and

FIGS. 9–17 depict the steps involved in a second embodiment of the inventive device fabrication method.

## DETAILED DESCRIPTION

The invention encompasses both a method for fabricating a semiconductor device, such as a MOS or MES semiconductor IC, as well as the resulting device. Significantly, the device produced in accordance with the inventive method includes at least one source or drain covered by a metal-containing material region, e.g., a region containing elemental metal, such as tungsten (W). Alternatively, the metal-containing material region includes a metal-containing compound, such as a metal silicide, e.g., cobalt silicide ($CoSi_2$), titanium silicide ($TiSi_2$), tungsten silicide ($WSi_2$), molybdenum silicide ($MoSi_2$), tantalum silicide ($TaSi_2$) or platinum silicide ($PtSi$). In addition, the depth of the material region-covered source or drain, relative to the upper surface of the material region, is equal to or less than about 0.2 μm. (The depth of a material region-covered source or drain, for purposes of the invention, is the length of a perpendicular extending from a least-squares-fit planar approximation to the upper surface of the material region to the lowest point of the interface between the source or drain and the semiconductor substrate in which the source or drain is formed. If the source or drain is, for example, of n-type conductivity, then the interface is just the locus of points where the concentration of n-type dopant in the source or drain is equal to the concentration of p-type dopant in the substrate, and vice versa. Such an interface is readily located using conventional techniques, such as secondary ion mass spectroscopy (SIMS).) Further, the specific contact resistance, $R_C$, of the material region to the underlying (diffused) source or drain is equal to or less than about $10^{-6} \Omega\text{-cm}^2$. ($R_C$ is readily measured using the conventional procedure described in K. K. Ng, "A novel technique to measure the contact resistance of a MOSFET", IEEE-Electron Devices, Vol. 34, p. 544 (1987).)

In accordance with the inventive method, the material region-covered source or drain is formed by initially forming the material region on a substrate which includes semiconductor material, e.g., silicon or gallium arsenide. Such a material region is formed, for example, by depositing the material constituting the region onto the substrate using conventional techniques, e.g., conventional sputtering techniques. Alternatively, if the material region includes, for example, a metal silicide, and if the substrate is of silicon, then the material region is readily formed, at least in part, by depositing the corresponding elemental metal onto the silicon substrate, and reacting the deposited metal with the underlying silicon to form the metal silicide. To achieve a material region-covered source or drain having a depth (as defined above) equal to or less than about 0.2 μm, then the maximum thickness, and consequently the average thickness, t, of the material region (which, in general, is of non-uniform thickness) should be less than 0.2 μm. In addition, the minimum thickness of the (non-uniformly thick) material region is preferably equal to or greater than about 0.01 μm. Minimum thicknesses less than about 0.01 μm are less desirable because,

6

among other reasons, the corresponding portion of the material region will often contain an undesirably large number of pinholes which, during implantation, permit an undesirably large amount of dopant to be implanted into the substrate rather than into the material region.

After forming the material region, one or more different dopants is implanted into the material region, and the substrate is subsequently heated to diffuse the implanted dopants out of the material region and into the substrate to form the desired source or drain. If the substrate semiconductor material is of p-type conductivity, then the implanted dopant or dopants should constitute electron donors in the substrate, and if the substrate semiconductor material is of n-type conductivity, then the dopants should constitute electron acceptors. In the case of, for example, silicon, useful donor ions include phosphorus (P) and arsenic (As) ions, while useful acceptor ions include boron (B) ions.

As discussed above, to achieve an $R_C$ equal to or less than about $10^{-6} \Omega\text{-cm}^2$, the substrate heating procedure must yield a concentration of at least one of the dopants in the substrate, immediately adjacent to the material region/substrate interface, which is equal to or greater than a minimum value determined by the height of the Schottky potential barrier at the material region/substrate interface prior to substrate heating. That is, knowing this potential barrier height implies the corresponding minimum value. In this regard, the Schottky potential barrier height at the interface between almost any metal-containing material and almost any semiconductor material is readily available in the literature, as is the corresponding minimum value of interface dopant concentration needed to produce the desired $R_C$. For example, the Schottky potential barrier height at the interface between any of a wide variety of elemental metals and, for example, n-type or p-type silicon is to be found in S. M. Sze, *Physics of Semiconductor Devices*, 2nd Edition (John Wiley and Sons, NY, 1981), p. 292. Similarly, the Schottky potential barrier height at the interface between any of a wide variety of metal silicides and n-type or p-type silicon is to be found in S. P. Murarka, *Silicides for VLSI Applications* (Academic Press, N.Y., 1983), p. 15. Further, the minimum interface dopant concentration needed to produce an $R_C$ equal to or less than about $10^{-6} \Omega\text{-cm}^2$, corresponding to almost any Schottky potential barrier height, is to be found in S. M. Sze, supra, at pp. 304–305. By way of illustration, if the material region includes, for example, cobalt silicide ($CoSi_2$), if the substrate includes p-type silicon and if one of the implanted, n-type dopants is arsenic (As), then, according to S. P. Murarka, supra, the corresponding Schottky potential barrier height is 0.64 volts (V) and, according to S. M. Sze, supra, at pp. 304–305, the corresponding minimum interface concentration of arsenic is about $1 \times 10^{20} \text{cm}^{-3}$. Similarly, if the material region includes titanium silicide ($TiSi_2$), if the substrate includes n-type silicon and if one of the implanted, p-type dopants is boron (B), then, according to S. P. Murarka, supra, the corresponding Schottky potential barrier height is 0.5 V and, according to S. M. Sze, supra, at pp. 304–305, the corresponding minimum interface concentration of boron is about $3 \times 10^{19} \text{cm}^{-3}$.

As also discussed, to achieve the dopant concentration in the substrate, immediately adjacent to the material region/substrate interface, needed to produce an $R_C$ equal to or less than about $10^{-6} \Omega\text{-cm}^2$, it has been found that three conditions must be satisfied. The first condition is that the solid solubility in the substrate of at

7

4,914,500

8

least one of the dopants, at the temperature or temperatures employed during the substrate heating procedure, must be equal to or greater than the minimum interface concentration, discussed above. Significantly, the solid solubilities of dopants in semiconductors are generally very sensitive to, and increase with, temperature. As a consequence, this first condition, in effect, imposes a minimum value, $T_{min}$, on the temperatures which may be employed during the substrate heating procedure. That is, the heating temperatures must be equal to or greater than $T_{min}$ to ensure that the solid solubility in the substrate of at least one of the dopants will be at least equal to the minimum dopant concentration in the substrate, immediately adjacent to the material region/-substrate interface, needed to achieve the desired $R_C$. In this regard, the solid solubilities of a wide variety of dopants in a wide variety of semiconductor materials, as a function of temperature, is available in the literature. (See, e.g., J. C. C. Tsai in *VLSI Technology*, edited by S. M. Sze (McGraw-Hill, N.Y., 1983), pp. 198–199.) Consequently, the $T_{min}$ needed to satisfy the first condition is readily determined. For example, the solid solubility of arsenic in silicon at 740 degrees C., 800 degrees C. and 900 degrees C. is, respectively, $1 \times 10^{20} cm^{-3}$, $1.5 \times 10^{20} cm^{-3}$ and $2 \times 10^{20} cm^{-3}$. (See J. C. C. Tsai, supra.) If arsenic is employed as an n-type dopant in p-type silicon and if the material region is of $CoSi_2$, then (as discussed above) the minimum interface concentration needed to achieve the desired $R_C$ is $1 \times 10^{20} cm^{-3}$, and consequently $T_{min}$ is 740 degrees C. Similarly, the solid solubility of boron in silicon at 800 degrees C. and at 900 degrees C. is, respectively, $3 \times 10^{19} cm^{-3}$ and $6 \times 10^{19} cm^{-3}$. If boron is employed as a p-type dopant in n-type silicon and if the material region is of $TiSi_2$, then (as also discussed above) the minimum interface concentration needed to achieve the desired $R_C$ is $3 \times 10^{19} cm^{-3}$ and consequently $T_{min}$ is 800 degrees C.

The second condition which must be satisfied is that for the at least one dopant, referred to above, the ratio of the corresponding implant dose,I, to the average thickness of the material region, t, i.e., I/t, must be equal to or greater than about one-half, and preferably greater than, the solid solubility of this dopant in the material region at the temperature or temperatures (necessarily equal to or greater than the corresponding $T_{min}$) employed during substrate heating. The solid solubility, discussed here, refers to the saturation level of the at least one dopant in the material region, including the interface between the material region and the substrate, at the temperature or temperatures employed during the substrate heating procedure. Significantly, this saturation level is sensitive to, i.e., generally increases with, temperature. In addition, this saturation level depends on the composition of the material region and on the degree of crystallinity of the material region (i.e., in the case of, for example, a polycrystalline material, dopant is often distributed both within the grains and within the grain boundaries). Further, the saturation level depends on the nature of the material region/substrate interface, i.e., on whether dopant becomes relatively highly concentrated at this interface.

In general, the solid solubility of the dopant in the material region (including the material region/substrate interface), at the temperature or temperatures employed during substrate heating, is determined empirically. That is, in accordance with the invention, a control sample of the material region, having the same average thickness, t, as the material region employed in the device, is formed (using the same technique employed in the fabrication of the device) on a semiconductor substrate (having the identical composition and structure as the substrate employed in the device). (Significantly, as explained more fully below, the area, A, of the upper surface of the control sample need not be the same as that of the material region.) The substrate bearing the control sample is placed in an evacuated furnace, i.e., a furnace where the ambient pressure has been lowered to a value of, for example, $10^{-6}$ torr. Then, a gas containing the dopant of interest is flowed into the furnace. For example, if the dopant is phosphorus, then a useful phosphorus-containing gas is $PH_3$. Similarly, if the dopant is arsenic, then a useful arsenic-containing gas is $AsH_3$, while if the dopant is boron, then a useful boron-containing gas is $B_2H_6$. (It should be noted that $PH_3$, $AsH_3$ and $B_2H_6$ are highly toxic gases, and appropriate safety precautions must be used.) In this regard, the flow rate of the dopant-containing gas should be sufficiently high so that the partial pressure of this gas is at least one hundred times that of the ambient, e.g., if ambient gas pressure is $10^{-6}$ torr, then the partial pressure of the dopant-containing gas should be at least $10^{-4}$ torr. This requirement is to ensure that the control sample is saturated (during the next step) essentially only with dopant, rather than with contaminants in the ambient. While flowing the dopant-containing gas into the furnace, the furnace is then heated to the temperature of interest, i.e., the temperature to be used during substrate heating. To achieve dopant saturation within the control sample, this temperature should be maintained for at least 1 minute, and preferably for at least 30 minutes.

After being subjected to the dopant-containing gas, the control sample is removed from the furnace, and the total number of dopant atoms, N, within the control sample, including the control sample/substrate interface, is measured using, for example, the conventional SIMS technique. The solid solubility of the dopant in the material region is just N/At. (It should be noted that the total number of atoms, N, is linearly proportional to surface area, A. As a result, control samples having identical average thicknesses, t, but different surface areas yield identical values of the solid solubility.) Consequently, to satisfy the second condition, I must be chosen so that $I/t \geq 0.5$ N/At.

Using the above empirical procedure, it has been found, for example, that if the material region consists of cobalt silicide, has an average thickness of 0.07 $\mu m$ and overlies a silicon substrate, and if the dopant is arsenic, then an implant dose of $5 \times 10^{15} cm^{-2}$ more than satisfies the second condition at a temperature of 800 degrees C. Similarly, if the material region consists of titanium silicide, has an average thickness of 0.08 $\mu m$ and overlies a silicon substrate, and if the dopant is boron, then an implant dose of $1 \times 10^{16} cm^{-2}$ more than satisfies the second condition at a temperature of 800 degrees C.

The third condition which must be satisfied, both to achieve the desired $R_C$ and to achieve a useful source/-drain junction (i.e., a junction where the ratio of forward to reverse current at, for example, a voltage of 0.5 volts and a temperature of 25 degrees C., is equal to or greater than $10^6$) is that, for the at least one dopant, the total number of dopant ions implanted into the material region should be substantially larger than the number needed to form the underlying, diffused source or drain. If the minimum value of the dopant concentration in the

4,914,500

| 9 | 10 |

substrate, immediately adjacent to the material region/-substrate interface, is denoted by $C_o$, and if the desired depth of the source/drain p-n junction relative to the bottom of the material region is denoted by x, then the third condition is automatically satisfied provided $I \geqq 5-C_o \cdot x/2$. In most instances, implant doses which satisfy the second condition also automatically satisfy the third condition. However, if the implant dose satisfies the second condition but is less than $5\ C_o \cdot x/2$, then the third condition will certainly be satisfied by increasing this implant dose by an amount equal to or greater than $C_o x/2$. In this regard, the two implant doses, given above, also satisfy the third condition.

It must be noted that the energies of the ions implanted into the metal-containing material regions are chosen so that essentially all the ions, i.e., at least 90 percent of the ions, are implanted into these regions, and not into the underlying semiconductor substrates. In this regard, it should also be noted that silicon is less dense than metal-containing material regions employed in the present invention, and thus identical ions, having identical energies, penetrate to greater depths into silicon than into the material regions. Consequently, to ensure that essentially all the ions are implanted into the material regions, the ion energies are chosen to produce corresponding penetration depths into silicon which are equal to or less than the thicknesses of the material regions. (Ion penetration depths into silicon, as a function of ion energies, are to be found in R. A. Colclaser, *Microelectronics Processing and Device Design* (Wiley and Sons, N.Y., 1980), pp. 150–153.) By way of example, when implanting arsenic ions into a region of cobalt silicide having an average thickness of 0.07 μm, using implantation energies equal to or less than 60 keV (the arsenic ion energy which results in 90 percent of the arsenic ions penetrating silicon to a depth equal to or less than 0.07 μm) ensures that essentially all the arsenic ions are implanted into the cobalt silicide. Similarly, when implanting boron ions into a region of titanium silicide having an average thickness of 0.08 μm, using implantation energies equal to or less than 10 keV (the boron ion energy which results in 90 percent of the boron ions penetrating silicon to a depth equal to or less than 0.08 μm) ensures that essentially all the boron ions are implanted into the titanium silicide.

The invention further involves an iterative technique for choosing the temperature-time profile to be used during substrate heating, to achieve the desired source/-drain depth. Here, it is assumed that the average thickness, t, of the material region is known or is specified, as is the doping level, $N_A$, of the substrate. It is also assumed that the above three conditions have been satisfied, and that as a result of substrate heating, the concentration of dopant in the substrate, immediately adjacent to the material region/substrate interface, will be equal to or greater than $C_o$, the (known) minimum value needed to achieve the desired $R_C$. Initially, for the sake of simplicity, it is further assumed that only one temperature, T, which is necessarily equal to or greater than $T_{min}$, will be employed during the heating procedure. If the variable $x'$ is used to denote the vertical position of a point within the (diffused) source or drain relative to the bottom of the material region, if $\tau$ denotes time, if $D(=D(T))$ denotes the diffusion coefficient of the dopant in the substrate, if $C(=C(x',\tau))$ denotes dopant concentration in the source or drain, and if $Co'$ denotes the desired dopant concentration immediately adjacent to the material region/substrate interface which yields an

$R_C$ equal to or less than about $10^{-6}\Omega\text{-cm}^2$, then it has been determined that C is well approximated by the formula

$$C(x',\tau) = Co' \cdot erfc(x'/2\sqrt{D\tau}), \tag{1}$$

where erfc denotes the complementary error function. At the bottom of the source or drain, where $x'$ equals x (the desired depth of the source or drain relative to the bottom of the material region), $C(x, \tau)$ is necessarily equal to $N_A$. Therefore, from Eq. (1), it follows that

$$erfc(x/2\sqrt{D\tau}) = N_A/Co'. \tag{2}$$

Because the right-hand side of Eq. (2) is a known quantity, it follows that the argument of the complementary error function in Eq. (2), i.e., $x/2\sqrt{D\tau}$, is known, e.g., is readily determined from, for example, tables of the erfc function. (See, e.g., Walter Gautschi, in *Handbook of Mathematical Functions*, Edited by M. Abramowitz and I. A. Segun (Dover, N.Y., 1968), pp. 295–318.) But x is known. In addition, D is essentially only a function of temperature and, because only a single temperature is employed during the heating procedure, D is also known, i.e., the value of D corresponding to the single temperature, T, is readily determined, for example, from tables. (See, e.g., J. C. C. Tsai, supra, at pp. 194–195.) Thus, because the value of the argument of the erfc function is known, and because the values of x and D are known, the value of $\tau$ (the heating time) is readily inferable. Consequently, in accordance with the iterative procedure, a substrate bearing an implanted control sample is heated to a temperature T for a time $\tau$, as determined above. If the resulting depth of the source or drain (relative to the bottom of the control sample) is other than desired (as determined, for example, via the SIMS technique), then the heating time and/or heating temperature is altered.

If it is desired to use a plurality of heating temperatures, $T_1, T_2, \ldots, T_n$, for a corresponding plurality of time intervals, $\tau_1, \tau_2, \ldots, \tau_n$, then it has been determined that C is well approximated by

$$C(x',\tau_1,\tau_2,\cdots\tau_n) = Co' \cdot erfc(x'/2\sqrt{D_1(T_1)\tau_1 + D_2(T_2)\tau_2 + \cdots D_n(T_n)\tau_n}), \tag{3}$$

where $D_1, D_2, \ldots, D_n$ denote the diffusion coefficients of the dopant in the substrate at temperatures $T_1, T_2, \ldots T_n$. Thus, at the bottom of the source or drain, i.e., at $x'=x$, where C is equal to $N_A$, it follows that

$$erfc(x/2\sqrt{D_1\tau_1 + D_2\tau_2 + \cdots D_n\tau_n}) = N_A/Co'. \tag{4}$$

As before, the right-hand side of Eq. (4) is known, and therefore the argument of the erfc function in Eq. (4) is readily determined. In addition, x is known and, assuming $T_1, T_2, \cdots, T_n$ are specified, $D_1, D_2, \cdots, D_n$ are thus also readily determined. Therefore, values of $\tau_1, \tau_2, \cdots, \tau_n$ are readily chosen which satisfy Eq. (4). As before, if these $\tau$ s do not yield the desired source/drain depth, then, in accordance with the iterative procedure, the $\tau$ s and/or the Ts are altered.

Using the above iterative technique, it has been found that heating a p-type silicon substrate having a doping level of $1 \times 10^{16}\text{cm}^{-3}$ and bearing the arsenic-implanted cobalt silicide region, described above, to a temperature of 800 degrees C. for 130 minutes, yields a source or drain having a depth (relative to the upper surface of the cobalt silicide) equal to 0.15 μm. Similarly, it has

**11**

been found that heating an n-type silicon substrate having a doping level of $1 \times 10^{17} cm^{-3}$ and bearing the boron-implanted titanium silicide region, described above, to a temperature of 800 degrees C. for 124 minutes, yields a source or drain having a depth (relative to the upper surface of the titanium silicide) equal to 0.2 μm.

As a pedagogic aid to a more complete understanding of the invention, the application of the inventive device fabrication method to the fabrication of an n-channel MOS IC, as well as a CMOS (complementary metal-oxide-semiconductor) IC, is described below. (For the sake of brevity, some steps, which are entirely conventional, are omitted.)

With reference to FIGS. 1–8, an n-channel MOS IC is fabricated, in accordance with one embodiment of the invention, by forming a FOX 20 (i.e., a relatively thick layer 20 of $SiO_2$) on a p-type silicon substrate 10 using, for example, conventional oxidation techniques. The doping level of the p-type dopant in the substrate 10 is, for example, $1 \times 10^{15} cm^{-3}$. In addition, the thickness of the FOX 20 is, for example, 0.35 μm.

The FOX 20 is now selectively etched using, for example, conventional lithographic and reactive ion etching (RIE) techniques, to expose regions 30 of the substrate surface, here termed GASAD (gate-and-source-and-drain) regions, where MOSFETs are to be formed. A GOX 40 (i.e., a relatively thin layer 40 of $SiO_2$) having a thickness of, for example, 0.015 μm, is formed on the surface of the GASAD regions 30 using, for example, conventional oxidation techniques.

The gate electrodes of the MOSFETs are formed by initially depositing a layer 50 of polycrystalline silicon (hereafter polysilicon) onto the GASAD regions 30, as well as onto the FOX 20. The deposition is carried out using, for example, conventional low pressure chemical vapor deposition (LPCVD) techniques, and the thickness of the deposited polysilicon is, for example, 0.3 μm. After deposition, the polysilicon is made electrically conductive by implanting an n-type dopant, such as arsenic, into the polysilicon using an implant dose of, for example, $1 \times 10^{15} cm^{-2}$, and ion energies of, for example, 80 keV.

The deposited, electrically conductive polysilicon 50 (as well as the GOXs 40) are now patterned, using conventional RIE techniques, to form a polysilicon structure overlying each GASAD region 30, as depicted in FIG. 4. Significantly, each sidewall of this structure forms an angle, α (see FIG. 4), relative to a perpendicular to the surface of the corresponding GASAD region, which is equal to or less than +15 degrees, and preferably zero degrees. (For the left sidewall of the polysilicon structure depicted in FIG. 4, the angle α is positive when measured in the clockwise direction from the perpendicular. On the other hand, for the right sidewall, this angle is positive when measured in the counter-clockwise direction.) This limitation on sidewall angle is important in relation to the formation of the silicon dioxide sidewall spacers 55, discussed below.

The device fabrication procedure, described here, results in a region of metal silicide being incorporated into the source, drain and gate electrode of each MOSFET. To preclude electrical contact between the metal silicide regions in the gate electrodes and the metal silicide regions in the sources and drains, the polysilicon portion of each gate electrode is formed to include a silicon dioxide sidewall spacer 55 (see FIG. 4) covering each polysilicon sidewall. This is achieved, for example, by depositing a layer of a silicon-and-oxygen containing

**12**

material, such as tetraethyl orthosilicate (TEOS), onto the upper and sidewall surfaces of the polysilicon structures, as well as onto the exposed surfaces of the GASAD regions and the upper and sidewall surfaces of the FOX. The deposition of TEOS is readily carried out using, for example, conventional LPCVD techniques, and the thickness of the TEOS is, for example, 0.1 μm. After being deposited, the TEOS is preferably heated to, for example, 900 degrees C. for 20 minutes in a steam atmosphere in order to densify the TEOS and, in effect, convert it to a silicon dioxide-like material. The TEOS is then anisotropically etched, using, for example, RIE, in an etchant atmosphere of, for example, $CHF_3$ and $O_2$, in order to remove the TEOS from the FOX and GASAD surfaces, as well as from the upper surfaces of the polysilicon structures. Significantly, after this etching procedure, a layer of densified TEOS having a thickness of, for example, 0.06 μm remains on the sidewalls of the polysilicon structures provided the sidewall angles satisfy the requirement, discussed above.

After the formation of the sidewall spacers 55, a layer of metal capable of reacting with silicon to form a metal silicide, such as titanium, is deposited onto the upper surface of each polysilicon structure, onto the surfaces of the sidewall spacers 55, onto the exposed surfaces of the GASAD regions (where the sources and drains are to be formed) and onto the upper and sidewall surfaces of the FOX 20. The deposition is achieved using, for example, conventional sputtering techniques, and the thickness of the deposited titanium is, for example, 0.1 μm. After deposition, the titanium-covered silicon substrate is heated, in a nitrogen ($N_2$) atmosphere, to a temperature of about 600 degrees C. for about 1 minute using conventional RTA techniques. In those places where the titanium layer contacts silicon, i.e., on the upper surfaces of the polysilicon structures as well as on the surfaces of the GASAD regions, this heating procedure results in the formation of successive layers of TiN, Ti and $TiSi_y$, where $y \geqq 2$. By contrast, in those places where the deposited titanium layer contacts silicon dioxide, i.e., the surfaces of the FOX and the sidewall spacers, the above heating procedure results in the formation of successive layers of TiN and Ti.

The layers of TiN and Ti, but not the $TiSi_y (y \geqq 2)$, are etched away using a selective wet etchant, such as a solution of $H_2SO_4:H_2O_2 (1:1)$ heated to a temperature of 90 degrees C. The remaining $TiSi_y (y \geqq 2)$, covering the upper surfaces of the polysilicon structures and the exposed surfaces of the GASAD regions, is now further reacted with the underlying silicon (in the polysilicon structures and in the silicon substrate) by heating the $TiSi_y$-covered silicon substrate, in a nitrogen atmosphere, to, for example, 800 degrees C. for 20 seconds, using conventional RTA techniques. As a result, $TiSi_2$-containing regions 60 and 70 (see FIG. 5) are formed on opposite sides of, and vertically aligned with, each $TiSi_2$-containing region 80 is formed on top of, each polysilicon structure, with each such region having a thickness of $TiSi_2$ equal to about 0.08 μm. (Each such region typically also includes a layer of TiN (a good electrical conductor), having a thickness of about 0.01 μm and overlying the $TiSi_2$.)

To form $n^+$-type sources and drains, one or more n-type dopants, e.g., arsenic ions or phosphorus ions, are implanted into the $TiSi_2$-containing regions 60 and 70. The implant dose is, of course, chosen to satisfy the three conditions, discussed above. In addition, the ion energies are chosen so that essentially all the ions are

4,914,500

## 13

implanted into the regions 60 and 70, and not into the underlying silicon.

After ion implantation, an interlevel dielectric 90 (see FIG. 6) is deposited onto the substrate. One such useful interlevel dielectric includes successive layers of un-doped TEOS and phosphorus-doped TEOS, with the former having a thickness of, for example, 0.2 $\mu$m and the latter having a thickness of, for example, 0.8 $\mu$m.

The upper surface of the deposited interlevel dielectric 90 is typically nonplanar (which is generally undersirable during subsequent processing). To induce the interlevel dielectric 90 to flow, and thus achieve surface planarity, as well as to diffuse the implanted dopants out of the TiSi$_2$-containing regions 60 and 70 and into the underlying silicon to form titanium silicide-covered sources and drains 100 and 110 (see FIG. 7), the substrate is heated. As discussed above, the temperature-time profile of the heating procedure is chosen to produce sources and drains having depths (as defined above) equal to or less than about 0.2 $\mu$m.

After the formation of the sources and drains, the interlevel dielectric is patterned (using conventional techniques) to open via holes to the sources, drains and gate electrodes. Layers of material 120, 130 and 140 (see FIG. 8) are now deposited onto the substrate and thus into the via holes extending, respectively, to the sources, drains, and gate electrodes, to serve as barriers to the (undesirable) interdiffusion of aluminum and silicon. These layers include, for example, a composite of 10 percent (by weight) titanium and 90 percent tungsten, and have thicknesses of, for example, 0.1 $\mu$m.

A layer of aluminum having a thickness of, for example, 1 $\mu$m is now deposited onto the interlevel dielectric 90, as well as onto the barrier layers 120, 130, and 140 in the via holes. Subsequent to deposition, the aluminum layer is patterned, using conventional techniques, to form interconnecting aluminum runners 150, 160 and 170 which terminate in metal contact pads.

The n-channel MOS IC is completed by a series of conventional steps which typically includes the deposition of a silicon nitride layer onto the IC to form a barrier against moisture and mechanical damage.

With reference to FIGS. 9–17, a CMOS IC is fabricated, in accordance with a second embodiment of the invention, by initially epitaxially growing a p-type silicon layer 210 (see FIG. 9) on a p$^+$-type silicon substrate 200, using conventional techniques. The doping level of the substrate 200 is, for example, $10^{19}$cm$^{-3}$ while the doping level of the epitaxially grown layer 210 is, for example, $10^{15}$cm$^{-3}$. In addition, the thickness of the epitaxially grown layer 210 is, for example, 5 $\mu$m.

Adjacent n- and p-tubs 240 and 250 are formed in the epitaxially grown layer 210 using the so-called twin-tub process described in U.S. Pat. No. 4,435,896 issued to L. C. Parrillo and R. S. Payne on Mar. 13, 1984, which is hereby incorporated by reference. That is, a layer 220 of silicon nitride (see FIG. 10), having a thickness of, for example, 0.1 $\mu$m, is initially deposited onto the upper surface of the layer 210, using conventional deposition techniques. Conventional lithographic and RIE techniques are used to remove a portion of the silicon nitride layer 220, thus exposing the silicon surface of what is to become the n-tub 240. Donor ions, e.g., phosphorus ions and arsenic ions, are implanted into the exposed silicon surface of the layer 210 (the remaining silicon nitride layer serving to shield the unexposed silicon of the layer 210 from the implant), the implant dose and energy for both phosphorus and arsenic ions being, for example,

## 14

$2 \times 10^{12}$cm$^{-2}$ and 100 keV, respectively. The silicon substrate is then heated in a steam-containing atmosphere to a temperature and for a corresponding heating time of, for example, 950 degrees C. and 140 minutes, respectively, to form a layer 230 (see FIG. 10) of silicon dioxide having a thickness of about 0.4 $\mu$m, on the surface of the n-tub.

The layer 220 of silicon nitride is now etched away with a wet etchant, such as hot H$_3$PO$_4$, and acceptor ions, e.g., boron ions, are implanted into the now exposed silicon surface of what is to become the p-tub 250. (The silicon dioxide layer 230 shields the n-tub 240 from this implant.) If boron ions are used, then the implant dose and corresponding implant energy is, for example, $2 \times 10^{12}$cm$^{-2}$ and 50 keV, respectively. The silicon substrate is then heated in a nitrogen (N$_2$) atmosphere to a temperature and for a corresponding time period of, for example, 1150 degrees C. and 120 minutes, respectively, to diffuse both the boron and phosphorus ions into the layer 210 to a depth of about 2 $\mu$m, thus forming both the n-tub 240 and p-tub 250 (see FIG. 11).

The silicon dioxide layer 230 covering the n-tub 240 is etched away with a wet etchant, such as H$_2$O:HF(7:1). A relatively thick layer 260 of silicon dioxide (see FIG. 12), having a thickness of, for example, 0.4 $\mu$m, which serves as the FOX in the CMOS IC, is now formed on the (now fully exposed) upper surface of the epitaxially grown layer 210. This is achieved by heating the silicon substrate in a high pressure steam-containing atmosphere, e.g., a steam-containing atmosphere exhibiting a pressure of 25 atmospheres, to a temperature and a corresponding heating time of, for example, 850 degrees C. and 25 minutes, respectively.

The relatively thick layer 260 of silicon dioxide is patterned, using conventional techniques, to expose GASAD regions 270 (see FIG. 12) on the surface of the p-tub 250, where n-channel MOSFETs are to be formed, and to expose GASAD regions 400 on the surface of the n-tub 240, where p-channel MOSFETs are to be formed. The silicon substrate is then heated to a temperature and for a corresponding time period of, for example, 900 degrees C. and 27 minutes, respectively, to form layers 280 of silicon dioxide on the surfaces of the GASAD regions 270, and layers 410 of silicon dioxide on the surfaces of the GASAD regions 400, the layers 280 and 410 having thickness of about 0.0125 $\mu$m and serving as the GOXs of the n-channel and p-channel MOSFETs.

The gate electrodes of the n-channel and p-channel MOSFETs are formed by initially depositing a layer of polysilicon having a thickness of, for example, 0.3 $\mu$m onto the GASAD regions 270 and 400, as well as onto the FOX 260. A photoresist is deposited onto the substrate and patterned to expose the substrate surface corresponding to the n-tub 240. Acceptor ions, e.g., boron ions, are now implanted into the polysilicon overlying the n-tub, the resist shielding the polysilicon overlying the p-tub 250 from this implant. The implant dose and implant energy are, for example, $1 \times 10^{15}$cm$^{-2}$ and 30 keV, respectively. The resist is stripped, and a second resist is deposited onto the substrate and patterned to expose the substrate surface corresponding to the p-tub 250. Donor ions, e.g., arsenic ions, are implanted into the polysilicon overlying the p-tub 250, the second resist shielding the polysilicon overlying the n-tub 240 from this second implant. The implant dose and implant energy corresponding to the donor ions are, for example, $1 \times 10^{15}$cm$^{-2}$ and 30 keV, respectively. The second

4,914,500

15

resist is stripped, and the substrate is heated in a nitrogen ($N_2$) atmosphere to a temperature and for a corresponding time period equal to, for example, 900 degrees C. and 30 minutes, respectively. As a consequence, the implanted dopants are diffused into the polysilicon, with the polysilicon overlying the n-tub 240 becoming of p-type conductivity, and the polysilicon overlying the n-tub 250 becoming of n-type conductivity.

The deposited and implanted polysilicon (as well as the underlying, relatively thin layers 280 and 410 of silicon dioxide) are now patterned, as described above, to form polysilicon structures 290 and 420 (see FIG. 13) overlying, respectively, the GASAD regions 270 and 400. As before, the sidewalls of these polysilicon structures must meet the requirement, discussed above. Silicon dioxide sidewall spacers 295 and 425 are formed on the polysilicon structures 290 and 420, respectively, as also described above.

A layer of metal capable of reacting with silicon to form a metal silicide, such as cobalt, is deposited onto the upper surfaces of the polysilicon structures 290 and 420, onto the surfaces of the sidewall spacers 295 and 425, onto the exposed surfaces of the GASAD regions (where the sources and drains are to be formed) and onto the upper and sidewall surfaces of the FOX 260. The thickness of the deposited cobalt is, for example, 0.02 $\mu$m. After deposition, the cobalt-covered substrate is heated in a reducing atmosphere, e.g., an atmosphere of $H_2$, to a temperature and for a corresponding time period of, for example, 450 degrees C. and ninety minutes, respectively. In those places where the cobalt contacts silicon, i.e., on the upper surfaces of the polysilicon structures as well as on the exposed surfaces of the GASAD regions, this heating procedure results in the formation of cobalt monosilicide (CoSi). In all other areas, the cobalt remains unreacted. The unreacted cobalt (but not the CoSi) is now stripped using a selective wet etchant such as $H_3PO_4$:$CH_3COOH$:$HNO_3$:$H_2O$ (16:2:1:1). The substrate is then heated a second time, in an inert atmosphere, e.g., an argon (Ar) atmosphere, to a temperature and for a corresponding time period of, for example, 700 degrees C. and 30 minutes, respectively. This second heating induces the CoSi to further react with underlying silicon to form cobalt disilicide (CoSi$_2$) having a thickness of about 0.07 $\mu$m. Thus, CoSi$_2$-containing regions 300 and 310 (see FIG. 14) are formed on opposite sides of and vertically aligned with, and a CoSi$_2$-containing region 320 is formed on top of, each polysilicon structure 290. Similarly, CoSi$_2$-containing regions 430 and 440 are formed on opposite sides of and vertically aligned with, and a CoSi$_2$-containing region 450 is formed on top of, each polysilicon structure 420.

To form p$^+$-type sources and drains for the p-channel MOSFETs in the n-tub 240, a photoresist, having a thickness of, for example, 1 $\mu$m, is deposited onto the substrate, and then patterned to expose the surface of the n-tub. Acceptor ions are now implanted into the CoSi$_2$-containing regions 430 and 440. (The resist serves to shield the p-tub 250 from this implant.) As before, the implant dose is chosen to satisfy the three conditions, discussed above, while the ion energies are chosen so that essentially all the ions are implanted into the regions 430 and 440. In this regard, if the acceptor ions are, for example, boron ions, then it has been determined that a useful implant dose is $8 \times 10^{15}$ cm$^{-2}$, and that a useful, corresponding implant energy is 10 keV.

16

The deposited and patterned photoresist is stripped, and another photoresist, also having a thickness of about 1 $\mu$m, is deposited onto the substrate and patterned, but this time to expose the surface of the p-tub 250. Donor ions are now implanted into the CoSi$_2$-containing regions 300 and 310. (The newly-deposited resist serves to shield the n-tub 240 from this second implant.) Again, the implant dose and ion energies are chosen to satisfy the conditions and requirements discussed above. In this regard, if the donor ions are, for example, arsenic ions, then it has been determined that a useful implant dose is $5 \times 10^{15}$ cm$^{-2}$, and a useful, corresponding implant energy is one which is equal to or less than 60 keV. On the other hand, if the donor ions are phosphorus ions, then a useful implant dose is $5 \times 10^{15}$ cm$^{-2}$, and a useful, corresponding implant energy is one which is equal to or less than 30 keV.

After ion implantation, an interlevel dielectric 600 (see FIG. 15) including, for example, successive layers of 0.2 $\mu$m-thick undoped TEOS and 0.8 $\mu$m-thick phosphorus-doped TEOS, is deposited onto the substrate. As before, the interlevel dielectric 600 is induced to flow, and the implanted dopants are diffused out of the CoSi$_2$-containing regions and into the underlying silicon to form CoSi$_2$-covered n$^+$-type sources and drains 330 and 340 (see FIG. 16) and CoSi$_2$-covered p$^+$-type sources and drains 460 and 470, by heating the substrate. In this regard, to achieve sources and drains having depths equal to or less than about 0.2 $\mu$m, it has been determined that a useful heating procedure is to heat the substrate to a temperature of 800 degrees C. for 120 minutes.

It should be noted, in connection with the fabrication of the CMOS IC, that there is an additional requirement which must be satisfied when choosing the heating temperature or temperatures used to diffuse the implanted dopants out of the metal silicide regions and into the substrate. That is, when using, for example, conventional furnace heating, it has been found that at temperature in excess of about 900 degrees C., the n-type dopants in the n-type polysilicon structures 420 tend to diffuse into, and thus counterdope, the p-type polysilicon structures 290 (which are typically connected to the n-type polysilicon structures 420). Such counterdoping is undesirable because it leads to undesirable threshold voltage shifts in the p-channel MOSFETs. As a result, in accordance with the second embodiment of the invention, the heating temperatures employed when using furnace heating to fabricate the CMOS IC are less than 900 degrees C., and preferably equal to or less than about 850 degrees C.

After the formation of the sources and drains, the interlevel dielectric 600 is patterned to open via holes to the sources, drains and gate electrodes. Barriers to the interdiffusion of aluminum and silicon, i.e., layers 350, 360, and 370 (see FIG. 17), and 480, 490, and 500, are deposited into the via holes. Interconnecting aluminum runners 375, 385, 395, and 505, 515, and 525 (see FIG. 17), extending form the sources, drains, and gate electrodes to metal contact pads, are formed, as described above.

The CMOS IC is completed by a series of conventional steps which includes the deposition of a silicon nitride layer onto the IC to form a barrier against moisture and mechanical damage.

What is claimed is:

1. A device, comprising:

4,914,500

## 17

a substrate which includes a surface, semiconductor material, and a substrate region having a conductivity which is opposite to that of the surrounding semiconductor material, said substrate region extending from said surface into said substrate and having a lateral extent less than that of said surface; and

a material region, having a composition which includes cobalt and silicon, contacting said surface and overlying said substrate region, CHARACTERIZED IN THAT

a depth of said substrate region, as measured from the top of said material region, is equal to or less than about 0.2 $\mu$m, and

## 18

a specific contact resistance of said material region to said substrate is equal to or less than about $10^{-6}\Omega$-$cm^2$.

2. The device of claim 1, wherein said device includes a MOSFET, and said material region and said substrate region constitute a source or drain of said MOSFET.

3. The device of claim 1, wherein said device includes a MESFET, and said material region and said substrate region constitute a source or drain of said MESFET.

4. The device of claim 1, wherein said composition includes cobalt silicide.

5. The device of claim 1, wherein said semiconductor material includes silicon.

* * * * *

# EXHIBIT 10

# United States Patent [19]

## Bredbenner et al.

[11] Patent Number: 4,919,748

[45] Date of Patent: Apr. 24, 1990

[54] **METHOD FOR TAPERED ETCHING**

[75] Inventors: **Craig N. Bredbenner**, Lehighton, Pa.; **Troy A. Giniecki**, South Plainfield, N.J.; **Nur Selamoglu**, Philadelphia, Pa.; **Hans J. Stocker**, Austin, Tex.

[73] Assignee: **AT&T Bell Laboratories**, Murray Hill, N.J.

[21] Appl. No.: **374,408**

[22] Filed: **Jun. 30, 1989**

[51] Int. Cl.⁵ ........................... **C23F 1/02; B44C 1/22; C03C 15/00; C03C 25/06**

[52] U.S. Cl. ................................... **156/643;** 156/646; 156/656; 156/659.1; 156/665; 204/192.35; 252/79.1

[58] Field of Search ............ 252/79.1; 156/643, 644, 156/646, 652, 656, 659.1, 661.1, 664, 665; 204/192.32, 192.35; 427/38, 39; 430/313, 318

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,082,604 | 4/1978 | Yanez | 156/665 X |
| 4,256,534 | 3/1981 | Levinstein et al. | 156/643 |
| 4,267,013 | 5/1981 | Iida et al. | 252/79.1 X |
| 4,412,885 | 11/1983 | Wang et al. | 252/79.1 X |
| 4,784,719 | 11/1988 | Schutz | 252/79.1 X |
| 4,838,992 | 6/1989 | Abraham | 156/665 X |

### OTHER PUBLICATIONS

IEDM 1986, "A1 Tapered Etching Application to Sub-micron Multilevel Interconnection Process", T. Arikado et al., pp. 54–57.

*Primary Examiner*—William A. Powell
*Attorney, Agent, or Firm*—John T. Rehberg

[57] **ABSTRACT**

A method for etching metal layers including aluminum to create tapered sidewalls is disclosed. The method features the use of trifluoromethane and chlorine in controlled amounts to create a tapered metal layer profile.

**6 Claims, 3 Drawing Sheets**



**U.S. Patent**    Apr. 24, 1990    Sheet 1 of 2    **4,919,748**

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FLOW BCl ≈ 95 sccm
RUNNER SPACING = 1.25 μm

TAPER ANGLE Θ

FLOW Cl₂ = 16 sccm

Ⓐ

Ⓑ

FLOW Cl₂ = 6 sccm

FLOW TRIFLUOROMETHANE (SCCM)

4,919,748

1

## METHOD FOR TAPERED ETCHING

### TECHNICAL FIELD

This invention relates to methods and apparatus for the manufacture of semiconductor integrated circuits and more particularly to methods and apparatus for the fabrication of patterned conductors in such circuits.

### BACKGROUND OF THE INVENTION

In the manufacture of integrated circuits, individual transistors are customarily interconnected with conductors, sometimes termed "runners." Interconnections are typically formed by processes which involve blanket depositing a layer of conductive material and then covering the conductive material with a photoresist. The photoresist is then usually exposed to light and (depending upon whether the photoresist is a "positive" or "negative" photoresist) either the exposed or the unexposed portion of the photoresist is washed away. The remaining photoresist covers a portion of the blanket conductive material, leaving other portions exposed. Next, the exposed conductive material is etched away by various means, leaving the desired conductive interconnections.

Aluminum is frequently used as a material for forming conductive interconnections in integrated circuits. A variety of aluminum etching techniques are in use. One example is found in U.S. Pat. No. 4,256,534 issued to Levinstein et al. The Levinstein et al. patent illustrates the etching of aluminum and aluminum-rich alloys by the use of halide- halogen combinations, such as e.g., boron trichloride and chlorine.

Another example of an aluminum etching technique is contained in: Arikado et al., "Al Tapered Etching Application to Submicron Multilevel Interconnection Process", IEDM pp. 54–57, 1986. The Arikado publication illustrates the use of chloroform together with chlorine to produce aluminum runners with tapered sidewalls. The tapered sidewalls are created in an effort to improve subsequent dielectric deposition.

### SUMMARY OF THE INVENTION

The present invention produces a tapered sidewall in various materials including aluminum-containing materials and in layered structures by the use of trifluoromethane (sold under the trademark "Freon 23") together with chlorine. Adjustment of the amounts of chlorine and trifluoromethane permits control of the taper angle. If desired, boron trichloride may be introduced into the etching reaction, principally to remove aluminum oxide (when it is present).

### BRIEF DESCRIPTION OF THE DRAWING

FIGS. 1, 2 and 3 are partial cross sectional views illustrating an exemplary processing sequence in the practice of the present invention; and

FIGS. 4 and 5 are graphs which illustrate the relationships between taper angle and etching parameters.

### DETAILED DESCRIPTION

In FIG. 1, reference numeral 11 denotes a substrate which may consist essentially of, for example, silicon dioxide, silicon, silicon nitride, or another suitable material.

Reference numeral 13 denotes a layer of blanket aluminum or an aluminum rich composition for example, an aluminum-copper alloy, an aluminum-silicon alloy,

2

or an aluminum-copper- silicon alloy. Reference numeral 13 may also denote a layered structure having one or more layers of the above-mentioned aluminum-rich compositions together with layers of titanium nitride, or titanium-tungsten or titanium. For example, reference numeral 13 may denote a layer of titanium-tungsten beneath a layer of an aluminum-rich composition. Alternatively, reference numeral 13 may denote a triple-layered structure with an aluminum-rich composition between two layers of titanium tungsten. By way of further example, reference numeral 13 may denote a layer of titanium-tungsten above a layer of an aluminum-rich composition. Alternatively, titanium nitride may be substituted for titanium-tungsten in the above examples. For simplicity, layer 13 will be simply termed the "metal layer" in subsequent discussion.

The layered structures described above are used in the fabrication of semiconductor integrated circuits to provide runners with greater adhesion and electromigration resistance. The titanium nitride or titanium-tungsten layers beneath the aluminum tend to improve adhesion of the aluminum to underlying oxides, tend to prevent spiking of aluminum into silicon (in those places where the aluminum might contact silicon) and serve to improve adhesion between the aluminum and an underlying oxide. Typically, more than five percent titanium is added to tungsten, with roughly ten percent titanium being typical. Additionally, an overlying layer of titanium tungsten or titanium nitride may be employed as an anti reflection coating. Since the titanium nitride or titanium tungsten layers are also deposited in a blanket fashion, it is necessary to etch through them as well as through the aluminum. In some applications the thickness of the titanium-tungsten or titanium nitride layer may be 1000–2000 Å (or even less) and the aluminum may be 0.5 μm or 1.0 μm. Those concerned with the development of semiconductor technology have consistently sought etching methods which will etch layered structures such as those described above without necessitating a change of chemistry. As will be described in further detail below, the present invention satisfies the above need while producing a structure with a tapered sidewall.

Reference numeral 15 denotes a resist material (or other mask material) which may be, for example, HPR 206 photoresist (a proprietary product of Hunt Chemical Company, which is basically a novolak resin with a quinone diazide sensitizer). Mask 15 has been patterned, leaving surface 17 of metal layer 13 exposed. Alternatively, a tri-level resist scheme may be employed, if desired.

An etching procedure is next performed to attack the exposed portion 17 of layer 13. Typically, the structure of FIG. 1 is transferred to the powered cathode of an hexagonal cathode etching apparatus, although other etching apparatus may also be utilized. The chamber is evacuated and etchant gases (to be described later) are introduced.

The structure illustrated in FIG. 2 is representative of what is produced at the end of the etching process. Examination of FIG. 2 shows that the exposed surface 17 of metal layer 13 has been etched away, leaving a tapered sidewall 19. It was found that the angle θ measured between sidewall surface 19 and substrate surface 11 is strongly governed by the relative proportions of trifluoromethane and chlorine used during the etching process (although other parameters also play a role

4,919,748

| 3 | 4 |

which will be discussed subsequently). It will be noted that a polymeric layer 23 has been formed during the etching process. Polymeric layer 23 contacts sidewall 19 of layer 13 and also contacts resist 15.

As will be further explained below, it has been hypothesized that formation of polymeric layer 23 provides protection from the etchant species for metal sidewall 19 during the process of its formation. Consequently, the tapered sidewall profile illustrated in FIG. 2 is obtained.

FIG. 3 illustrates the structure of FIG. 2 after mask 15 and polymeric film 23 have been removed. The structure is ready for further semiconductor processing.

FIG. 4 is a graph which illustrates an experimentally determined relationship (in the principal etch step) between the relative flow rates of chlorine and trifluoromethane and the metal taper angle $\theta$ in an hexagonal cathode etching apparatus. (The data for the graph were obtained for aluminum runners which were created approximately 1.25 $\mu$m apart with an initial mask photoresist thickness of approximately 2 $\mu$m. (The significance of spacing between aluminum runners and of photoresist thickness will be subsequently explained). It will be noted that the graph of FIG. 4 shows achievement of taper angles between ninety and approximately seventy degrees using trifluoromethane flow rates of between zero and 60 sccm (standard cubic centimeters per minute). Chlorine flow rates illustrated on the graph are between six and sixteen sccm. The gas flow also included boron trichloride at a flow rate of approximately 95 sccm.

A better understanding of the data presented in FIG. 4 can be gained if the function of the various gases is explained. Relatively pure chlorine attacks aluminum quickly and somewhat isotropically. Consequently, if chlorine alone were used to etch the exposed aluminum or aluminum rich material which is present in layer 13, an undercut profile would result (i.e. the aluminum would be etched under the mask edge).

Trifluoromethane apparently tends to form a protective polymeric film 23 on the sidewalls of the metal as it is being etched. As the etching process proceeds, more protective polymer is formed and it becomes progressively more difficult for the chlorine to attack the metal. The lateral growth of the polymer on the metal sidewall effectively changes the mask edge during the etch and thereby creates a tapered metal profile.

Thus, examination of the graph of FIG. 4 shows that for constant chlorine flow, increasing amounts of trifluoromethane tend to create smaller taper angles $\theta$. Correspondingly, for constant trifluoromethane flow, increasing amounts of chlorine tend to create larger taper angles $\theta$. Thus, the graph of FIG. 4 aids in choosing process conditions designed to achieve a desired taper angle for runners spaced approximately 1.25 $\mu$m apart.

Preliminary results indicate that the data displayed in FIG. 4 may be interpolated, i.e. a curve for a chlorine flow of 10 sccm is between the curves for chlorine flow of 16 sccm and 6 sccm displayed on the graph.

In general, aluminum layers contain a stable native oxide surface. The oxide frequently etches at a much slower rate than the aluminum layer itself. The slowness of the oxide etch can cause an irregular incubation period at the start of the etching process. The incubation period is difficult to take into account when timing is used to predict the endpoint. On other occasions, the resulting etched surface can be rough because of slight nonuniformities in the oxide thickness. Consequently, boron trichloride is added at least at the start of the etch process to scavenge oxygen and water vapor and to insure removal of any aluminum oxide.

The above-described taper etching procedure may be used to produce a tapered aluminum profile which may be useful in a variety of circumstances. For example, copending application, designated F. H. Fischer et al. 4-10-2-1, assigned to the same assignee as the present invention and incorporated herein by reference, may advantageously employ the present invention to form aluminum runners with regions of reduced thickness within each runner for subsequent laser severing. In addition, the present invention may be used to form tapered sidewalls on closely spaced metal runners. The tapered sidewalls may facilitate subsequent deposition of dielectric layers.

FIG. 5 is a graph which illustrates the experimentally determined relationship between the measured taper angle and the spacing between metal runners. The upper curve corresponds to process point "A" in FIG. 4, while the lower curve corresponds to process point "B" in FIG. 4. Thus, on a wafer processed under process "A", runners at 1.25 $\mu$m spacing will exhibit a taper angle $\theta$ of approximately eighty degrees. However, runners separated by more than 10 $\mu$m of approximately eighty degrees. However, runners separated by more than 10$\mu$m will exhibit a taper angle $\theta$ of approximately seventy degrees. Similarly, if process "B" were employed, runners at approximately 1.25 $\mu$m spacing would exhibit a taper angle $\theta$ of approximately seventy degrees. If process "B" were employed, runners separated by more than approximately 10 $\mu$m will exhibit a taper angle of approximately sixty degrees. Thus, the graph of FIG. 5 aids in choosing process conditions to achieve a desired taper angle for a given spacing between runners. (Should processes with gas flows significantly different from those corresponding to process points "A" or "B" in FIG. 4 be utilized, a new set of curves must be constructed to correspond to FIG. 5. Such construction is easily accomplished by one skilled in the art.

The results presented in FIGS. 4 and 5 were obtained for a constant thickness of photoresist (2 $\mu$m HPR 206). Preliminary investigations show that the taper angle $\theta$ may decrease slightly with decreasing photoresist thickness. The general shape of the curves obtained for lesser photoresist thickness is similar to those shown in FIGS. 4 and 5, however. The following examples are illustrative of the invention:

## EXAMPLE 1

To achieve an approximately 80 degree taper angle on aluminum runners that were to be separated by approximately 1.25 $\mu$m, a 5000 Å aluminum-coppersilicon ($\frac{1}{2}$% copper; 0.75% silicon) blanket layer was formed on a chemical vapor deposited silicon oxide. The metal was covered with a 120 Å polysilicon anti-reflection coating and then patterned with a 2.0 $\mu$m HPR 206 photoresist.

The sample was placed in AME 8130 hexode reactor (manufactured by Applied Materials Corporation) with alumina trays. The cathode temperature was 60 degrees Centigrade. Unused positions in the reactor were filled with silicon dummy wafers. The chamber was evacuated and boron trichloride (95 sccm) and helium (160 sccm) were introduced and a pressure of 16 mTorr was maintained. The helium served as a carrier gas. A

5

plasma was struck utilizing an RF frequency of 13.56 Mhz and a power of approximately 610 Watts to yield a self induced bias of −230 Volts. The boron trichloride accomplished a breakthrough of the anti reflective coating and native oxide coating on the metal.

The plasma was extinguished after one minute. Chlorine was introduced at a flow rate of 16 sccm together with the other two gases, maintaining a pressure of 16 mTorr. A plasma was struck and extinguished after one minute. The introduction of chlorine initiated the metal etch process.

Then the principal etch procedure was commenced. Trifluoromethane was added at 24 sccm to the other gases into the chamber, with the same pressure maintained. (The process corresponds to the process point captioned "A" in FIG. 4). A plasma was again struck and maintained until the metal was etched and the underlying oxide was first exposed. The endpoint at which the metal was etched through and the underlying oxide was exposed was detected visually (although spectroscopic measurements are also acceptable). The amount of time required for the principal etch procedure was measured.

A 20 percent overetch was then performed. When the etching process had visually removed the aluminum, the flow rates of trifluoromethane and chlorine were reduced to 18 and 12 sccm respectively and the total pressure was reduced to 12 mTorr. The plasma was extinguished after a period of time equal to twenty percent of the principal etch time span. The chamber was evacuated.

Finally, an ashing/passivation procedure was performed (in the same reactor). The ashing/passivation procedure removes mask 15 and most of polymeric layer 23. The procedure also removes some residual chlorine species which may remain in direct contact with the aluminum and will produce subsequent corrosion of the aluminum. Therefore, an oxygen/tetrafluoromethane mixture was introduced into the chamber at 300 sccm and 200 mTorr pressure. A plasma was struck with a power of 650 Watts and extinguished after 25 minutes. Then the samples were cleaned in a standard wet cleaning solution to remove residual photoresist and residual polymer.

EXAMPLE 2

A 70 degree taper angle was desired on aluminum runners separated by 1.25 μm and a process similar to that described in Example 1 was followed. However, the principal etch procedure was modified to include 40 sccm trifluoromethane and 6 sccm chlorine (i.e. corresponding to the process point captioned "B" in FIG. 4). When the endpoint was reached, the overetch procedure included the use of 18 sccm Freon and 6 sccm chlorine.

EXAMPLE 3

An approximtely 60 degree taper angle was desired on aluminum runners separated by a comparatively large distance, such as 10 μm. (Such a large distance corresponds to virtually "infinity" on the curve of FIG. 5). An examination of the graph of FIG. 5 shows that the same process utilized in Example 2 (which produced a taper angle of 70 degrees in runners spaced apart by 1.25 μm) may be used successfully.

In the practice of the above-mentioned copending application (F. H. Fischer et al. 4-10-2-1) in which it is

6

desired to form regions of reduced thickness within individual runners, the data corresponding to the approximate diameter of the reduced thickness region (approximately 10 μm) may be utilized in FIG. 5. Consequently, if one should desire to create an approximately 60 degree taper angle in the practice of the above-mentioned Fischer Application, the processes of Example 2 may be used.

The inventive process disclosed herein contains certain advantages over the use of chloroform for aluminum etching. Trifluoromethane is gaseous and generally non-toxic whereas chloroform is a liquid and toxic. Consequently, greater care must be taken in the handling of chloroform. The above- described procedures may be utilized to taper etch certain stacked metal structures without changes of chemistry.

Applicants' investigations have shown that flow ratios of trifluoromethane to chlorine greater than 0.75 and preferably greater than 1.0 have tended to produce desireable taper angles in structures of practical interest.

The present invention is also useful in etching layered structures containing aluminum, tungsten and titaniumtungsten, although some change of chemistry may be necessary to accomplish etching of the tungsten layer.

We claim:

1. A method of semiconductor device fabrication comprising:

forming a first layer upon a substrate;

forming a second layer containing aluminum upon said first layer;

etching both said first and said second layer with a gas mixture, characterized in that said gas mixture contains chlorine and trifluoromethane and said etching step produces a tapered profile.

2. The method of claim 1 in which said gas mixture further contains boron trichloride.

3. The method of claim 1 in which said etching occurs in a plasma environment.

4. The method of claim 1 wherein said first layer is made from a material chosen from the group consisting of: titanium- tungsten and titanium nitride.

5. The method of claim 1 in which the flow ratio of said trifluoromethane and chlorine is at least 0.75.

6. A method of semiconductor device fabrication comprising:

depositing a layer of titanium-tungsten upon a substrate, said layer containing at least five percent titanium by weight;

depositing an aluminum rich layer upon said layer of titanium-tungsten layer;

covering said aluminum rich layer with an anti reflective coating;

covering said anti reflective coating with a patterned mask, said mask having a thickness of 2 μm or less;

exposing said aluminum rich layer to boron trichloride;

exposing said aluminum rich layer said titanium-tungsten layer in a plasma environment to a mixture of chlorine and trifluoromethane, said chlorine having a flow rate of between 16 and 6 sccm and said trifluoromethane having a flow rate less than 60 sccm, said exposing step creating a polymeric layer in contact with said aluminum rich layer and said titanium tungsten layer and creating a tapered sidewall on said aluminum rich layer and said titaniumtungsten layer;

* * * * *

# EXHIBIT 11

US005600182A

# United States Patent [19]

## Schinella et al.

[11] **Patent Number:** 5,600,182

[45] **Date of Patent:** Feb. 4, 1997

[54] **BARRIER METAL TECHNOLOGY FOR TUNGSTEN PLUG INTERCONNECTION**

[75] Inventors: **Richard D. Schinella**, Saratoga; **Gobi R. Padmanabhan**, Sunnyvale; **Joseph M. Zelayeta**, Saratoga, all of Calif.

[73] Assignee: **LSI Logic Corporation**, Milpitas, Calif.

[21] Appl. No.: **378,027**

[22] Filed: **Jan. 24, 1995**

[51] Int. Cl.$^6$ ..................................... **H01L 29/54**
[52] U.S. Cl. ......................... **257/763**; 428/216; 428/336; 428/457; 428/469; 428/472; 428/698; 257/741; 257/748; 257/750; 257/751; 257/758
[58] Field of Search ...................................... 428/457, 469, 428/472, 698, 216, 336; 257/741, 748, 750, 751, 758, 763; 437/190, 192, 194, 195

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,783,248 | 11/1988 | Kohlhase | 204/192.17 |
| 4,884,123 | 11/1989 | Dixit | 357/71 |
| 4,965,656 | 10/1990 | Koubuchi | 357/71 |
| 5,227,335 | 7/1993 | Holschwandner | 437/192 |
| 5,242,860 | 9/1993 | Nulman | 437/190 |

### FOREIGN PATENT DOCUMENTS

0302538  12/1988  Japan .

*Primary Examiner*—Archene Turner
*Attorney, Agent, or Firm*—Townsend and Townsend & Crew LLP

[57] **ABSTRACT**

A method for producing a relatively thin titanium nitride barrier layer in an integrated circuit is presented. The titanium nitride layer may be utilized in a tungsten plug interconnection by providing a semiconductor wafer with a conducting layer covered by an insulating layer. The insulating layer is patterned and etched to form contact holes or vias. A layer of titanium is deposited on the surface of the wafer including the sidewalls and bottom of the via. A relatively thin titanium nitride layer is then formed on the titanium layer. The formation of the titanium nitride layer includes growing titanium nitride by a reaction of a nitrogen-bearing species with the titanium layer. The titanium nitride layer prevents the underlying titanium layer from reacting with the subsequent tungsten layer which is deposited on the wafer to fill the via. The tungsten layer is then etched so that the tungsten remaining forms a plug interconnection between conducting layers.

**26 Claims, 10 Drawing Sheets**





### FIG. 1A
PRIOR ART



### FIG. 1B
PRIOR ART



### FIG. 1C
PRIOR ART

Case 5:08-cv-00775-JW     Document 1-4     Filed 02/01/2008     Page 35 of 54



FIG. 1D
PRIOR ART



FIG. 1E
PRIOR ART



*FIG. 2A*



*FIG. 2B*



*FIG. 2C*



FIG. 3A



FIG. 3B



FIG. 3C

Case 5:08-cv-00775-JW    Document 1-4    Filed 02/01/2008    Page 38 of 54



*FIG. 3D*



*FIG. 3E*



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



FIG. 4D

Case 5:08-cv-00775-JW    Document 1-4    Filed 02/01/2008    Page 41 of 54



FIG. 5A



FIG. 5B



FIG. 5C



*FIG. 5D*



*FIG. 5E*



*FIG. 6*

5,600,182

1

## BARRIER METAL TECHNOLOGY FOR TUNGSTEN PLUG INTERCONNECTION

### BACKGROUND OF THE INVENTION

The present invention is directed toward semiconductor processing technology and, in particular, to the use of titanium nitride (TiN) layers with tungsten plugs in vias to make interlayer connections.

Present-day, high-performance integrated circuits typically have multiple layers of metal conducting lines. These metal layers are separated by thick, silicon dioxide insulating layers. Vias are made through the insulating layers to make connections between the metal lines. It is often desirable that the metal conducting lines be maintained in as much of a plane as possible to avoid undue stresses on the metal lines. A tungsten metal plug is often used to fill the via, or contact hole, in the insulating layer covering a first metal line so that the overlying metal layer from which a overlying second metal line is formed remains on the planar surface of the insulating layer. Without the plug, the overlying metal layer must dip into the via to make contact with the underlying first metal line.

A layer of titanium (Ti) is typically placed in contact with the underlying first metal line to facilitate the formation of controllable low ohmic contacts. As the Ti layer is very reactive, a layer of titanium nitride (TiN) is placed in contact with the plug as a reactive barrier layer between the tungsten and the Ti layer. For example, if the underlying first metal is aluminum, a Ti layer is conventionally placed on the aluminum layer, followed by a TiN layer, and then the tungsten layer. The Ti layer also acts as a "glue" between the insulating layer and the TiN layer.

Heretofore, it has been believed that the TiN layer should be formed to a fair thickness (approaching 1000 Å and more) to act an effective barrier. The present invention is based, to the contrary, that an effective TiN barrier is created with a thin layer, 100 Å and even less. With the present invention, a TiN processing step is simplified with increased throughput and reliability of the TiN layer.

### SUMMARY OF THE INVENTION

The present invention provides a method for forming a relatively thin TiN barrier layer to passivate an underlying Ti layer. The formation of the TiN layer includes the growing of TiN by the reaction of a nitrogen-bearing species with the underlying Ti layer. The TiN barrier layers of the present invention have a higher integrity than the relatively thick deposited TiN layers presently known. This results in higher yield and higher reliability. Furthermore, the process of the present invention is cleaner, faster and less expensive than presently known methods.

In one embodiment of the present invention, the TiN layer is formed in a tungsten plug interconnection. A semiconductor wafer is provided having a lower conducting layer covered by an insulating layer that has been patterned and etched with vias. A Ti layer is deposited within the via or over the surface of the insulating layer. A relatively thin, high integrity TiN layer is formed on the Ti layer. The formation of the TiN layer includes growing TiN by a reaction of a nitrogen-bearing species with the Ti layer. The nitrogen-bearing species can be introduced into a plasma used to sputter TiN films during a TiN sputtering process. A tungsten (W) plug is formed in the via by the decomposition of tungsten-hexafluoride (WF₆) in a thermal reactor. The tungsten layer or film is then plasma-etched to remove

2

tungsten from the entire surface of the wafer except the vias, thereby forming a tungsten plug interconnection.

In another embodiment of the present invention, the TiN layer is formed in a tungsten plug of a different construction. A semiconductor wafer is provided having a lower conducting layer covered by a Ti layer. An insulating layer that has been patterned and etched with vias is formed over the Ti layer. The Ti layer is exposed at the bottom of the vias. A relatively thin, high integrity TiN layer is formed on the exposed Ti layer according to the present invention with or without the prior deposition of another Ti layer by sputtering. A tungsten plug is formed by depositing tungsten in the via and etching to remove tungsten tungsten from the entire surface of the wafer except the vias, thereby forming a tungsten plug interconnection.

A further understanding of the nature and advantages of the present invention may be realized by reference to the remaining portions of the specification and the drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–1E are cross-sectional views of the various steps in a prior art method for making a tungsten plug interconnection in an integrated circuit;

FIGS. 2A–2C are cross-sectional views showing a tungsten growth defects occurring in prior art methods;

FIGS. 3A–3E are cross-sectional views of the various steps in a method for making a tungsten plug interconnection according to the present invention;

FIGS. 4A–4D are cross-sectional views of the various steps in another method for making a tungsten plug interconnection according to the present invention;

FIGS. 5A–5E are cross-sectional views of the various steps in yet another method for making a tungsten plug interconnection according to the present invention; and

FIG. 6 is a bar graph of the defects per wafer vs. TiN thickness in a semiconductor wafer having tungsten plug interconnections.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention provides a method for forming a relatively thin, high integrity titanium nitride barrier layer. The following paragraphs describe titanium nitride barrier layers of the prior art and according to the present invention in reference to tungsten plug interconnections in integrated circuits. However, these descriptions should not be taken to limit the present invention to tungsten plug interconnections.
Tungsten Plugs According to the Prior Art

A known process for forming tungsten plugs is shown in FIGS. 1A–1E. A semiconductor wafer is provided having a lower metal conducting layer 10 covered by an insulating layer 12, as shown in FIG. 1A. The insulating layer has been patterned and etched with vias. A layer of titanium 14 of approximately 700 Angstroms thick is first deposited over the wafer surface, as shown in FIG. 1B. The titanium deposition is followed by the deposition of a layer of titanium nitride 16 approximately 700 to 1100 Angstroms thick, as shown in FIG. 1C. These two films coat the entire wafer surface, with various degrees of conformance over sidewalls and bottoms of the vias. In FIG. 1D, a layer of tungsten 18 is deposited to fill the via by the decomposition of tungsten-hexafluoride (WF₆) in a thermal reactor. The tungsten film is then plasma-etched to remove tungsten from the entire surface of the wafer except the vias, thereby

5,600,182

**3**

forming a tungsten plug interconnection, as shown in FIG. 1E.

Titanium nitride layer 16 is used as a barrier layer to prevent the tungsten-hexafluoride from reacting with titanium layer 14. Titanium layer 14 is generally used as a "glue" layer between the insulating layer and titanium nitride layer 16. The titanium layer also facilitates the formation of controllable and low ohmic contacts to the underlying metal conducting layer.

However, a tungsten defect, and subsequent tungsten growth, can result from the reaction of tungsten-hexafluoride with titanium through a failure in the barrier properties of the titanium nitride layer or film. In FIG. 2A, an aluminum conducting layer 30 is covered by an insulating layer 32, a deposited titanium layer 34, and a deposited titanium nitride layer 36. The titanium nitride layer may break at the step because it is highly stressed which results in a tungsten growth 38 during the tungsten deposition. The tungsten growths are generally larger than the thickness of the tungsten layer and are not effectively removed or planarized during the tungsten etchback process for plug formation. Consequently, these growths can act as electrical bridges between metal lines in a given conducting layer or plane and/or as shorts between different conducting layers. Additionally, the tungsten growths can cause non-planarization of subsequently deposited layers, which adversely effects lithography performed on the layers.

Another defect can result from the reaction of tungsten-hexafluoride with exposed titanium as shown in FIGS. 2B–2C. At the bottom of the via as shown in FIG. 2B, titanium layer 34 may react with aluminum layer 30 to form titanium-trialuminum (TiAl₃). This reaction is a volume expansive reaction which increases the compressive stresses on the aluminum conducting layer causing an enhancement of the grain-boundary diffusion of aluminum. As a result, the highly mobile aluminum molecules may be forced through a defect in both the titanium and titanium nitride films before or during tungsten deposition. As the aluminum proceeds through the defect, forming an aluminum "whisker" 40, titanium molecules may be carried along with the diffusing aluminum. During the tungsten layer deposition process shown in FIG. 2C, tungsten-hexafluoride reacts with the exposed titanium molecules to form a very large tungsten defect 42.

These tungsten defects result in reduced product yields and reduced device reliability. One method known in the industry for reducing the tungsten defects described above is to increase the thickness of the deposited titanium nitride layer (approaching 1000 Angstroms or more). However, as the thickness of the titanium nitride increases, the cost and time to perform the process also increases. The present invention utilizes a relatively thin titanium nitride layer which has not heretofore been attempted because of the belief that a relatively thin titanium nitride layer would not passivate the highly reactive titanium layer.

**Tungsten Plugs According to the Present Invention**

FIGS. 3A–3E illustrate a process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 3A, a conducting layer 50 is formed on a semiconductor wafer (not shown) with a covering insulating layer 52. The insulating layer is a dielectric material, typically silicon dioxide with a typical thickness normally in a range from 5000 to 15,000 Angstroms formed by chemical vapor deposition (CVD). Preferably, the wafer is then subjected to an annealing process, which may help to reduce the number of tungsten defects due to a relaxation of stresses in the underlying metal

**4**

conducting layer to a degree sufficient to render the subsequently occurring increases in compressive stress and thermal agitation inadequate to drive "hillock" or "whisker" growth.

A contact hole or via 54 is then formed by standard photolithographic and etching techniques in insulating layer 52 where it is desired to make an interconnection with the underlying conducting layer. Preferably, the photoresist used to pattern the vias is treated with a 230° C. deep ultraviolet (UV) hardbake process which may help reduce the number of tungsten defects because of reduced polymer contamination in via 54 after etch, and/or relaxation of stresses in the underlying conducting layer due to grain boundary/grain size modification.

The insulating layer 52 is then covered by a titanium layer 56, as shown in FIG. 3B, by sputtering. The titanium layer coats the entire wafer surface with various degrees of conformance over the sidewalls and bottom of via 54. Typically the titanium layer has a thickness of approximately 50 to 700 Angstroms at the upper surface and 100 Angstroms may be optimal.

Then a titanium nitride layer 58 is formed by sputtering a relatively thin layer of titanium nitride on the wafer, as shown in FIG. 3C. The sputtered titanium nitride layer may be in the range of 50 to 200 Angstroms thick on the upper surface of the wafer and 100 Angstroms may be optimal. Preferably, the wafer is not exposed to atmospheric contamination between the titanium and titanium nitride deposition steps. During the sputtering process, nitrogen-bearing species react with the titanium layer to grow titanium nitride either initially or through voids in the thin deposited titanium nitride layer. The relatively thin layer of deposited titanium nitride has reduced stress over thicker films because the additional thickness adds to the stress. The combination of the reduced stress titanium nitride layer and the grown titanium nitride produces a titanium nitride barrier layer with higher integrity.

Additionally, the flux of sputtered titanium nitride decreases toward the bottom of the via. There may be approximately a 9:1 difference between the thickness of sputtered titanium nitride on the upper surface as compared to the bottom of the via. Thus, the sputtered titanium nitride at the bottom of the via may be 10 Angstroms or less. It is believed that the titanium nitride layer on the bottom of the via is primarily caused by the reaction of a nitrogen-bearing species with the titanium layer, thereby forming a grown titanium nitride layer. The nitrogen-bearing species being present in the plasma normally used for the sputtering of TiN from a titanium or titanium nitride target. The grown titanium nitride layer at the bottom of the via may be in the range of 20 to 50 Angstroms thick and 40 Angstroms may be optimal.

FIG. 6 is a bar graph that shows the relationship between the number of defects per wafer and the titanium nitride thickness in a tungsten plug interconnection made according to the present invention. Semiconductor wafers with etched vias were covered by a titanium layer of approximately 800 Angstroms thick. Titanium nitride layers with varying thicknesses were then formed on different wafers and the number of tungsten defects per wafer were counted for each titanium nitride thickness. FIG. 6 shows that the number of defects is reduced when the titanium nitride thickness is reduced to approximately 100 Angstroms. The defects in the wafers include both of the tungsten defects described earlier in reference to FIGS. 2A–2C.

When the thickness of the sputtered titanium nitride layer on the upper surface of the wafer is reduced (e.g. below 700

5,600,182

5

Angstroms), as suggested by the present invention, it should be noted that good ohmic contact characteristics with the underlying conducting layer are achieved if the thickness of the titanium layer on the upper surface of the wafer is also reduced. This may be because the stresses in the titanium and titanium nitride layers balance each other. Preferably, the titanium layer is substantially equal to the thickness of the titanium nitride layer on the upper surface of the wafer. Good ohmic contact characteristics are achieved with a titanium layer on the upper surface of 200 to 400 Angstroms and 300 Angstroms may be optimal. It is believed that this results in a titanium layer at the bottom of the via from 30 to 50 Angstroms thick.

Alternatively, it is believed that an effective titanium nitride layer 58 may be grown on the titanium layer without the simultaneous sputtering or deposition of titanium nitride. The titanium nitride layer is grown by the reaction of a nitrogen-bearing species, such as ammonia, with the surface of the titanium layer. One method for forming the titanium nitride layer includes rapid thermal nitration (RTN) techniques in a cluster tool application. Preferably, the titanium nitride layer is grown without removing the wafer from the vacuum environment utilized to deposit the titanium layer. The grown titanium nitride layer may be in the range of 20 to 50 Angstroms thick to passivate the underlying titanium layer. A titanium nitride layer of 40 Angstroms may be optimal.

In FIG. 3D, a conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 60. The tungsten film may be comprised of several layers deposited using different process parameters. The thickness of the tungsten film is such that the height of the tungsten in the via is above the plane of the upper surface of the desired via opening. Preferably, the tungsten film is deposited at a lower temperature of 450° C. which may help reduce the number of tungsten defects because of a reduced tendency of the conducting layer to form intermetallic compounds, such as $TiAl_3$, with the titanium layer and/or a reduced ability of $WF_6$ to diffuse through defects to the underlying titanium layer.

The tungsten film is then plasma-etched to remove tungsten from the entire surface of the wafer except the via openings to form a tungsten plug 62 as shown in FIG. 3E. Alternatively, the tungsten etchback process may be stopped at upper surface of the titanium nitride layer or the titanium layer. After the tungsten etchback process, a second conducting layer can be deposited that electrically contacts the tungsten plug. The tungsten layer can alternatively be removed from the wafer surface by use of a chemo-mechanical polish (CMP) process.

FIGS. 4A–4D illustrate another process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 4A, a conducting layer 70 formed on a semiconductor wafer (not shown) is covered by a titanium layer 72 and a titanium nitride layer 74. Although titanium layer 72 is shown covered by titanium nitride layer 74, it is only important that the titanium layer be exposed after the subsequent via etch process.

An insulating layer 76 covers titanium nitride layer 74. Typically the insulating layer is silicon dioxide deposited by chemical vapor deposition (CVD). A contact hole or via is then formed by standard photolithographic and etching techniques in insulating layer 76 where it is desired to make an interconnection with the underlying conducting layer. The etching process etches away the titanium nitride layer at the bottom of the via exposing the titanium layer.

Then a relatively thin titanium nitride layer 78 is formed on the exposed titanium, as shown in FIG. 4B. The

6

formation of the titanium nitride layer includes the growing of titanium nitride by the reaction of a nitrogen-bearing species with the surface of the titanium layer. The underlying titanium layer may be substantially consumed by the formation of the titanium nitride layer so that, advantageously, an inadequate amount of titanium remains to react with the tungsten-hexafluoride to form tungsten defects of significance in the event of TiN barrier failure.

In FIG. 4C, a conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 80. As described earlier, the thickness of the tungsten film is such that the height of the tungsten in the via is above the plane of the upper surface of the desired via opening. After the tungsten etchback process to form a tungsten plug 82 as shown in FIG. 4D, a second conducting layer can be deposited that electrically contacts the tungsten plug. A tungsten plug interconnection formed in this manner has adequate titanium in the via region resulting in acceptable quality ohmic contacts with the underlying conducting layer.

FIGS. 5A–5E illustrate yet another process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 5A, a conducting layer 90 formed on a semiconductor wafer (not shown) is covered by a titanium layer 92 and a titanium nitride layer 94.

An insulating layer 96 covers titanium nitride layer 94. Typically the insulating layer is silicon dioxide deposited by chemical vapor deposition (CVD). A contact hole or via is then formed by standard photolithographic and etching techniques in insulating layer 96 where it is desired to make an interconnection with the underlying conducting layer. The etching process etches away the titanium nitride layer at the bottom of the via exposing the titanium layer.

Then a titanium layer 98 is deposited over the wafer, as shown in FIG. 5B. Titanium layer 98 contacts the exposed portion of titanium layer 92 at the bottom of the via. In FIG. 5C, a relatively thin titanium nitride layer 100 is formed on titanium layer 98. The formation of the titanium nitride layer includes the growing of titanium nitride by the reaction of a nitrogen-bearing species with the surface of titanium layer 98.

A conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 102, as shown in FIG. 5D. A tungsten plug 104 is formed by an etchback process, as shown in FIG. 5E.

While the above is a complete description of specific embodiments of the invention, various modifications, alternative constructions, and equivalents may be used. Therefore, the above description should not be taken as limiting the scope of the invention as defined by the following claims.

What is claimed is:

1. An integrated circuit device, comprising:

a first conducting layer having a top surface;

a titanium layer on said first conducting layer, said titanium layer having a top surface;

a titanium nitride layer in a range of 20 to 50 Angstroms thick on said titanium layer; and

a second conducting layer on said titanium nitride layer.

2. The integrated circuit device of claim 1, wherein said titanium nitride layer is approximately 40 Angstroms thick.

3. The integrated circuit device of claim 1, wherein said titanium layer is in a range of 30 to 50 Angstroms thick.

4. The integrated circuit device of claim 1, wherein said titanium nitride layer is grown by a reaction of a nitrogen-bearing species with said titanium layer.

5,600,182

7

5. The integrated circuit of claim 1, wherein said titanium layer and said titanium nitride layer have a same thickness.

6. The integrated circuit device of claim 1, further comprising an insulating layer over said first conducting layer, said insulating layer having an opening to said top surface of said first conducting layer, said opening having side and bottom surfaces, and said titanium layer is located on said side and bottom surfaces of said opening.

7. The integrated circuit device of claim 1, further comprising an insulating layer over said titanium layer, said insulating layer having an opening to said top surface of said titanium layer, said opening having side and bottom surfaces, and said titanium nitride layer is located on said titanium layer on said bottom surface of said opening.

8. The integrated circuit of claim 1, wherein said titanium nitride layer is a single layer.

9. An interconnection in an integrated circuit device, said integrated circuit device formed within and on a semiconductor substrate, said interconnection comprising:

a first conducting layer having a top surface;

an insulating layer on said first conducting layer, said insulating layer having a top surface and an opening having side and bottom surfaces;

a titanium layer on said first conducting layer at said bottom surface of said opening;

a titanium nitride layer in a range of 20 to 50 Angstroms thick on said titanium layer; and

a second conducting layer in said opening on said titanium nitride layer.

10. The interconnection of claim 9, wherein said titanium nitride layer is approximately 40 Angstroms thick.

11. The interconnection of claim 9, wherein said titanium layer is in a range of 30 to 50 Angstroms thick.

12. The interconnection of claim 9, wherein said titanium nitride layer is grown by a reaction of a nitrogen-bearing species with said titanium layer.

13. The interconnection of claim 9, wherein said titanium layer and said titanium nitride layer have a same thickness.

14. The interconnection of claim 9, wherein said titanium layer is on said top surface of said insulating layer.

8

15. The interconnection of claim 9, wherein said second conducting layer is tungsten.

16. The interconnection of claim 9, wherein said titanium nitride layer is a single layer.

17. The interconnection of claim 9, wherein said titanium layer is in a range of 30 to 700 Angstroms thick.

18. An interconnection in an integrated circuit device, said integrated circuit device formed within and on a semiconductor substrate, said interconnection comprising:

a first conducting layer having a top surface;

an insulating layer on said first conducting layer, said insulating layer having a top surface and an opening having side and bottom surfaces;

a titanium layer on said side and bottom surfaces of said opening;

a titanium nitride layer in a range of 20 to 200 Angstroms thick on said titanium layer; and

a second conducting layer in said opening on said titanium nitride layer.

19. The interconnection of claim 18, wherein said titanium nitride layer is approximately 40 Angstroms thick.

20. The interconnection of claim 18, wherein said titanium nitride layer is approximately 100 Angstroms thick.

21. The interconnection of claim 17, wherein said titanium layer is approximately 100 Angstroms thick.

22. The interconnection of claim 18, wherein said titanium nitride layer is grown by a reaction of a nitrogen-bearing species with said titanium layer.

23. The interconnection of claim 18, wherein said titanium layer and said titanium nitride layer have a same thickness.

24. The interconnection of claim 18, wherein said titanium layer is on said top surface of said insulating layer.

25. The interconnection of claim 18, wherein said second conducting layer is tungsten.

26. The interconnection of claim 18, wherein said titanium nitride layer is a single layer.

*   *   *   *   *

# EXHIBIT 12

US005844928A

## United States Patent [19]

### Shastri et al.

[11] **Patent Number:** 5,844,928

[45] **Date of Patent:** Dec. 1, 1998

[54] **LASER DRIVER WITH TEMPERATURE SENSOR ON AN INTEGRATED CIRCUIT**

[75] Inventors: **Kalpendu Ranjitrai Shastri**, Allentown; **David Alan Snyder**, Springfield Township, Bucks County, both of Pa.

[73] Assignee: **Lucent Technologies, Inc.**, Murray Hill, N.J.

[21] Appl. No.: **803,405**

[22] Filed: **Feb. 20, 1997**

#### Related U.S. Application Data

[60] Provisional application No. 60/012,378 Feb. 27, 1996.

[51] **Int. Cl.[6]** ............................................ **H01S 3/102**
[52] **U.S. Cl.** ................................... **372/38**; 372/34
[58] **Field of Search** ............................ 372/9, 29, 31–34, 372/38

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,710,631 | 12/1987 | Aotsuka et al. | 250/354.1 |
| 5,019,769 | 5/1991 | Levinson | 372/31 |
| 5,043,992 | 8/1991 | Royer et al. | 372/38 |
| 5,278,404 | 1/1994 | Yeates et al. | 250/214 |
| 5,334,826 | 8/1994 | Sato et al. | 372/29 X |
| 5,337,254 | 8/1994 | Knee et al. | 364/489 |
| 5,396,059 | 3/1995 | Yeates | 250/214 |
| 5,625,616 | 4/1997 | Koike et al. | 372/33 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 421 674 A2 | 9/1990 | European Pat. Off. | H01S 3/096 |
| 0 421 674 A3 | 9/1990 | European Pat. Off. | H01S 3/096 |
| 0 431 832 A3 | 11/1990 | European Pat. Off. | H02H 5/04 |
| 60-251731 A | 12/1985 | Japan | H04B 9/00 |
| 02-020084 A | 1/1990 | Japan | H04B 9/00 |

*Primary Examiner*—John D. Lee

[57] **ABSTRACT**

There is disclosed a laser driver or transmitter in which a drive current is generated by monitoring the temperature of an integrated circuit that generates drive current for the laser. The temperature sensed at the integrated circuit is transformed to a corresponding temperature at the laser. A drive current is generated for the laser that is dependent on the corresponding temperature at the laser.

**8 Claims, 2 Drawing Sheets**



**U.S. Patent**       Dec. 1, 1998       Sheet 1 of 2       **5,844,928**

*FIG. 1*



*FIG. 2*



**U.S. Patent**　　　Dec. 1, 1998　　　Sheet 2 of 2　　　**5,844,928**

*FIG. 3*



*FIG. 4*



5,844,928

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## LASER DRIVER WITH TEMPERATURE SENSOR ON AN INTEGRATED CIRCUIT

This application claims benefit of Provisional application Ser. No. 60,012,378 filed Feb. 27, 1996.

### TECHNICAL FIELD

This invention relates generally to laser drivers or transmitters, and particularly to laser drivers having temperature compensation.

### BACKGROUND OF THE INVENTION

The optical output (light) of a laser diode or laser is a nonlinear function of the current driving the laser. The light-current characteristic of a laser is also temperature dependent. The minimum driving current that causes the laser to operate in a lasing mode is known as the threshold current. Over the temperature operating range of a laser, higher operating temperatures require higher threshold currents to cause the laser to operate in a lasing mode. Correspondingly, lower operating temperatures require smaller threshold currents to cause the laser to operate in a lasing mode. The threshold current is a function of the operating temperature of the laser and may vary as much as an order of magnitude over the temperature operating range of the laser.

Integrated circuits are employed to modulate data onto the laser output. The laser is turned on and off by a driving current commensurate with the data to be modulated. The driving current is generally comprised of two components, a bias current that maintains the laser at the edge of operating in the lasing mode and a modulation current. The bias current has been controlled to be the threshold current of the laser. Since a laser will not operate in the lasing mode until the threshold current has been reached (or exceeded) it is important that the bias current be controlled precisely to be the threshold current at the temperature at which the laser is operating. Should the bias current fall below the threshold current, an unacceptable laser turn-on delay occurs. A turn-on delay is particularly undesirable when the laser operates at high switching speeds. A bias current higher than the threshold current is also undesirable because an extinction ratio problem is introduced into the laser output. An extinction ratio problem occurs when the light emitted by the laser should decrease to zero, and not be offset from zero, when the modulation current component of the laser drive circuit is zero, however the light emitted by the laser does not decrease to zero due to the bias current being higher than the threshold current. It is thus desirable to maintain the bias current precisely at the threshold current level for the temperature at which the laser is operating.

In one known bias current control technique, such as disclosed in U.S. Pat. No. 5,019,769, a laser and backface diode are mounted on a thermoelectric cooler. The thermoelectric cooler maintains the laser operating temperature at a controlled set point. A laser temperature sensor, also mounted on the thermoelectric cooler, senses the temperature of the thermoelectric cooler which is the same temperature as the operating temperature of the laser. A laser controller employs a programmed microcontroller to sense the laser temperature, control the thermoelectric cooler (and hence the laser temperature), and control the process of turning on and selecting the operating point of the laser. Using a thermoelectric coder introduces additional cost and requires more complex controls.

In another known technique, a temperature compensating circuit is mounted in thermal contact with the laser. A temperature compensating circuit produces a current component for driving the laser that is proportional to the operating temperature of the laser. This technique varies the laser drive current to compensate for temperature variations, without the need for a thermoelectric cooler.

### SUMMARY OF THE INVENTION

In accordance with the present invention, a drive current for a laser driver is generated by monitoring the temperature of an integrated circuit that generates drive current for the laser. The temperature sensed at the integrated circuit is transformed to a corresponding temperature at the laser. A drive current is generated for the laser that is dependent on the corresponding temperature at the laser.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described by way of example in which:

FIG. 1 is a block diagram illustration of a laser package, including control electronics, in accordance with the present invention;

FIG. 2 is a schematic diagram of a portion of the control electronics in the block diagram of FIG. 1;

FIG. 3 is a graphical illustration of the optical output of a laser, L, for a given drive current, i, at three temperatures over the operating temperature range of a laser; and

FIG. 4 is a electrical representation of a thermodynamic model of a laser transmitter package that may be used to analytically determine, from a temperature at the integrated circuit, a corresponding temperature at the laser over the operating temperature range of the laser.

### DETAILED DESCRIPTION

An illustrative embodiment of a laser driver 10 in accordance with the present invention is shown in FIG. 1. Laser driver 10 is enclosed in a package 12 which is represented symbolically. Laser driver 10 includes a laser 14, a backface diode 16, an integrated circuit 18 providing a multiplicity of functions, and a look-up table 20 such as an electrically erasable programmable read only memory (EEPROM). A remotely sensed temperature at integrated circuit 18 is translated through data stored in look-up table 20 to a corresponding temperature at laser 14, and laser 14 is controlled in response to the corresponding temperature at the laser. Laser driver 10 may also include a lens 22 for focusing light emitted by laser 14.

Laser 14 has a front facet 24 from which coherent light 26 is emitted. The coherent light, which may be passed through lens 22, is passed into a fiber 28 for transmission. A small portion of the light emitted from laser 14 is emitted from rear facet 30. A portion 32 of the light emitted from rear facet 30 impinges on backface diode 16. Since the optical power output from front facet 24 of laser 14 is proportional to the optical power output from rear facet 30, backface diode 16 continuously monitors the optical power output by laser 14. The optical power output by laser 14 can be correlated to that generated by laser 14. Backface diode 16 provides a signal, such as a current, over a conductor 34 to the control portion 36 of integrated circuit 18.

The temperature within package 12 has local variations. There is not a single temperature within package 12. Some components generate or dissipate more heat than other components, and some regions of the package may dissipate heat transferred to it from heat generating components more readily than other regions of the package. In accordance with

5,844,928

3

the present invention, a temperature is measured on an integrated circuit 18 within package 12 of laser driver 10, remotely relative to laser 14. Thus, the temperature of laser 14 is not measured. The measured temperature may be less than or greater than the temperature of laser 14. Typically, the measured temperature will be lower than the temperature of laser 14. The temperature is measured by a temperature sensor 38 on integrated circuit 18, such as a temperature sensitive circuit, varying a temperature sensitive parameter. The temperature sensitive parameter either is or creates a temperature sensitive signal. In the illustrative embodiment, the temperature sensitive signal is converted from an analog form to a digital form in analog-to-digital converter 40 on integrated circuit 18, which in turn is converted by address generator 42 to a corresponding address. The address so generated is used to access look-up table 20 to retrieve data stored at that address relative to operation of laser driver 10 at a corresponding temperature. Also retrieved may be other data such as back face monitor setpoint, the value at which to limit current to the laser should it fail which is the extremum aging coefficient or current. The aging coefficient is ratio of the actual laser threshold current, at a given temperature, to the beginning-of-life threshold current at the same temperature. This data may represent multiple channels 44 of data. The data stored in look-up table 20 is predetermined from a model described below with respect to FIG. 4. The measured temperature is a temperature on integrated circuit 18 that corresponds to an operating temperature of laser 14. The data predetermined and stored in look-up table 20 is based on the temperature at the laser corresponding to the measured temperature.

The data retrieved from look-up table 20 over channels 44 is provided to control 36 and may include a digital representation of the backface diode current set point 46, a digital representation of the desired bias and modulation currents 48 and 50 at the measured temperature, and maximum allowed aging coefficient 52. The current signal generated by backface diode 16 is digitized by analog-to-digital converter 54 for comparison in comparator 56 to the digital representation of the backface diode current set point 46 retrieved from look-up table 20. If the digital representation of the current signal is greater than the backface diode set point 46, a feedback loop operates in that up-down counter 58 counts down. This correction is used to multiply, in multipliers 62 and 64, the bias current 48 and modulation current 50 retrieved from look-up table 20. This reduces the drive current to laser 14, interalia, reducing the portion of light 32 emitted from rear facet 30. This feedback loop eliminates the difference between set point 46 and the digital representation of the backface diode output. The counter output, when multiplied with the digital representation of the bias current, results in a modified bias current 48' that is provided to driver 43, which in turn generates the drive current to drive laser 14. If the digital representation of the current signal from backface diode 16 is less than the backface diode set point 46, the feedback loop operates in that up-down counter 58 counts up, as limited by maximum aging coefficient 52 in upper limit 68, increasing its output to driver 43, which increases the drive current to laser 14 and in turn increases the portion of light 32 emitted from rear facet 30. Again, operation of the feedback loop eliminates the difference between set point 46 and the digital representation of the backface diode output.

If appropriate, modulation current 50 for the sensed temperature is also retrieved from look-up table 20. As shown in FIG. 2, either or both of the bias current 48 and modulation current 50 can be modified, such as by multi-

4

plication factors M1 and M2 respectively, in multipliers 62 and 64. The age compensated digital representation of bias current is designated 48'. The age compensated digital representation of modulation current is designated 50'. Note that when factors M1 and M2 equal to 1, unmodified bias current 48 and modulation current 50 are provided to driver 43. The digital representations of bias current 48' and the digital representation of modulation current 50' are provided driver 43 to be converted to an analog current signal to drive laser 14. Data to modulate the operation of laser 14 is also provided to driver 43. The data is used by driver 43 to switch on and off the modulation current.

Upon power-up of laser driver 10, with the feedback loop turned off, configuration information is downloaded from look-up table 20. This is done since the same integrated circuit and look-up table can be used for various configurations in the physical packaging of laser driver 10. The predetermined digital representations of drive current stored in the look-up table are unique to the package and components in the package. The temperature is sensed by temperature sensor 38 and once the temperature is sensed and the various analog-to-digital and digital-to-analog converters settle, the feedback loop is turned on to control operation of laser driver 10.

The optical output, L, of a laser is a nonlinear function of the forward bias and modulation currents, or drive current, of the laser as shown in FIG. 3. When drive current is applied to a laser, the laser does not commence lasing operation until the drive current reaches a minimum, known as the threshold current. The threshold current varies among lasers, with laser aging, and as seen in FIG. 3, also varies with temperature. FIG. 3 illustrates graphically the threshold current variation with temperature of the laser being driven, as well as how the drive current is temperature dependent. The drive current is illustrated for three temperatures, a low temperature $T_L$, medium temperature $T_M$ and high temperature $T_H$, over the operating range of the laser. The threshold current for each of the low, medium, and high temperature ranges is shown as $I_L$, $I_M$, and $I_H$, respectively.

A thermal model is shown in FIG. 4 that may be used to analytically evaluate the temperature of the laser based on the temperature sensed by temperature sensor 38 on integrated circuit 18. FIG. 4 represents a thermal model 400 of laser driver 10. Node 402 represents the temperature measured at the integrated circuit 18, temperature sensor 38. Node 404 represents the temperature at laser 14. Node 406 represents the temperature at the housing or case in which the laser and integrated circuit are packaged. Node 408 represents the ambient, an infinite reservoir for heat dissipation. Thermal resistance 410 represents the thermal resistance between heat generated in integrated circuit 18 and the housing or case in which the laser and integrated circuit are packaged. Current generator 412 represents the heat generated by the drive circuit, which is a function of the drive current provided to the laser. Thermal resistance 414 represents the thermal resistance between heat generated in the laser and the housing or case in which the laser and integrated circuit are packaged. Current generator 416 represents heat generated at laser 14, which is a function of the laser drive current. Thermal resistance 418 represents a thermal resistance between the case or housing and the surrounding ambient.

By varying parameters in model 400, the thermal characteristics of laser driver 10 can be modeled to determine the appropriate laser drive current for measured temperatures at integrated circuit 18 under the modeled conditions. While a more complex thermal model could be employed, applicants

5,844,928

5

have found this model to suffice. Model **400** is versatile and can accommodate many variations in locating the integrated circuit and laser relative to each other, various packaging materials and shapes, as well as environmental factors such as ambient air or forced air environment.

The model equations may be solved in any known manner by one skilled in the art. Solving the model equations may be recursive until a solution converges, as is known in the art.

While the invention has been described as measuring the temperature of an integrated circuit that generates drive current for a laser and converting the temperature of the integrated circuit to a corresponding temperature at the laser and generating a drive current for the laser that is a function of the corresponding temperature at the laser, it should be readily recognized that once the relationship between the temperature of the integrated circuit and the corresponding temperature at the laser is determined, it is not necessary to generate the actual temperature at the laser. In this manner, it is contemplated that it is not necessary to generate the actual temperature at the laser but rather be able to generate a drive current for the laser that is a function of the temperature at the laser.

While the invention has been described as predetermining a plurality of discrete drive currents over a range of corresponding laser temperatures, which suggests a digital implementation, it is recognized that the invention could be implemented in a total analog capability.

While the invention has been described as predetermining digital representations of the bias and modulation current data for the look-up table using a thermal model, alternatively the digital representations of the bias and modulation current data could be determined by empirical testing.

While the maximum aging current has been disclosed as limiting the output of an up-down counter when counting up, the invention is not limited thereto. Other techniques of implementing the aging coefficient are contemplated within the scope of the invention.

The invention claimed is:

1. A method of generating a drive current for a laser, comprising the steps of:

monitoring the temperature of an integrated circuit that generates drive current for a laser, the integrated circuit remotely located with respect to said laser;

converting the temperature of the integrated circuit to a corresponding temperature at the laser; and

6

generating a drive current for the laser that is a function of the corresponding temperature at the laser.

2. The method as recited in claim 1, wherein the converting step comprises entering a look-up table with a representation of the integrated circuit temperature to obtain the corresponding temperature at the laser.

3. The method as recited in claim 1, wherein the generating step comprises:

predetermining a plurality of discrete drive currents over a range of corresponding laser temperatures; and

storing a digital representation of the plurality of discrete drive currents in a look-up table.

4. The method as recited in claim 3, further comprising the steps of:

entering the look-up table based on a temperature of the integrated circuit; and

retrieving from the look-up table a digital representation of one of the plurality of drive currents that correlates to the temperature of the integrated circuit.

5. A laser transmitter, comprising

a laser for receiving a drive current and for emitting light in response thereto;

an integrated circuit for generating the drive current for the laser and remotely located with respect to said laser, the integrated circuit comprising a temperature sensing circuit that senses the temperature of the integrated circuit, the integrated circuit converting the temperature at the integrated circuit to a representation corresponding to the temperature at the laser;

a look-up table for receiving the representation corresponding to the temperature at the laser and for generating a representation of a corresponding drive current; and

a driver for converting the representation of the drive current into a drive current, the drive current provided to the laser.

6. The laser transmitter as recited in claim 5, wherein the look-up table is stored in an electrically erasable programmable read only memory.

7. The laser transmitter as recited in claim 5, wherein the representation of the corresponding drive current is a digital representation.

8. The laser transmitter as recited in claim 7, wherein the driver is a digital-to-analog converter.

*    *    *    *    *

# EXHIBIT 13

US005909149A

## United States Patent [19]

### Bath et al.

[11] **Patent Number:** 5,909,149

[45] **Date of Patent:** Jun. 1, 1999

[54] **MULTIBAND PHASE LOCKED LOOP USING A SWITCHED VOLTAGE CONTROLLED OSCILLATOR**

[75] Inventors: **Gareth Bath**, Blandon; **Jorgen Bojer**, Fleetwood, both of Pa.

[73] Assignee: **Lucent Technologies, Inc.**, Murray Hill, N.J.

[21] Appl. No.: **08/924,723**

[22] Filed: **Aug. 29, 1997**

[51] **Int. Cl.**$^6$ .......................... **H03L 7/089; H03L 7/099; H03L 7/18**

[52] **U.S. Cl.** .................................. **331/2;** 331/14; 331/16; 331/17; 331/25

[58] **Field of Search** .................................. 331/2, 14, 16, 331/25, 17

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,510,461  4/1985  Dickes et al. ................................. 331/2

| | | |
|---|---|---|
| 5,339,050 | 8/1994 | Llewellyn ................................. 331/16 |
| 5,625,325 | 4/1997 | Rotzoll et al. .......................... 331/16 |
| 5,686,864 | 11/1997 | Martin et al. ............................ 331/2 |

*Primary Examiner*—Siegfried H. Grimm
*Attorney, Agent, or Firm*—Synnestvedt & Lechner LLP

[57] **ABSTRACT**

A multi-band phase locked loop employing multiple, switchable voltage controlled oscillators. A single PLL is provided having a different voltage controlled oscillator for each desired frequency band of operation. The transfer function of the phase detector in the phase locked loop is switched responsive to the particular band selected so as to maintain the loop natural frequency at the same point regardless of other changes in the loop transfer function that are associated with operating at alternate frequencies, such as, but not limited to, changes in the frequency slope of the voltage controlled oscillators and changes in the division ratio of the loop divider circuit.

**26 Claims, 2 Drawing Sheets**



*FIG. 1*



(BAND$_1$, BAND$_2$)
BAND SELECT

*FIG. 2*



*FIG. 3*



*FIG. 4*



5,909,149

**1**

# MULTIBAND PHASE LOCKED LOOP USING A SWITCHED VOLTAGE CONTROLLED OSCILLATOR

## FIELD OF THE INVENTION

The invention pertains to phase locked loops. More particularly, the invention pertains to phase locked loops for use with multiple spaced frequency bands.

## BACKGROUND OF THE INVENTION

Phase locked loops have varied and wide applications in communications equipment and other fields. Specifically, they can be used wherever it is necessary to synchronize the phase and/or frequency of two signals. In a typical communications type application, a phase locked loop (PLL) is used to synchronize a local oscillator to the frequency (or phase) of an incoming data signal. Phase locked loops also are used to tune a high frequency local oscillator itself to a separate, more stable, lower frequency local oscillator. For instance, in certain communications applications such as digital tele-communications applications, a very high frequency voltage controlled oscillator (VCO) signal may be necessary for synchronizing to an incoming radio frequency signal at, for example, 800 MHz. In order to very precisely control the frequency of the high frequency VCO, the VCO itself may be in a phase locked loop with a crystal oscillator, since crystal oscillators tend to be extremely accurate. However, crystal oscillators typically do not operate at high enough frequencies to be used directly for high radio frequency applications.

In the telecommunications field, incoming data or voice signals are FM modulated on a radio frequency (RF) carrier frequency of, for example, 800 MHz. The incoming data signal is brought down to the base band frequency, e.g., 0–4 KHz, in two steps. First it is frequency down converted into an intermediate frequency e.g., 70 MHz, and then the intermediate frequency (IF) signal is further down converted to the base band. Commonly, the 800 MHz RF signal is converted down to the IF frequency by means of hetero-dyning the incoming signal with a local oscillator signal that differs from the RF carrier frequency by an amount equal to the intermediate frequency. Thus, in the present example, a local oscillator operating at 870 MHz is needed. Since crystal oscillators that operate at such high frequencies typically are not available, it is common to utilize a voltage controlled oscillator for generating the 870 MHz local oscillator signal. However, since voltage controlled oscilla-tors require highly accurate voltage control to maintain the local oscillator frequency with precision, the high frequency VCOs typically are embedded within a phase locked loop with a crystal oscillator operating at a much lower fre-quency.

Because the frequency bands dedicated to cellular tele-phone communications have rapidly become overloaded with communication traffic, both North America and Europe have recently added new radio frequency (RF) band ranges dedicated for cellular telephone communications. Particularly, in North America, where the 824–894 MHz band has been dedicated to cellular telephone communica-tion use, the 1850–1990 MHz band has been added as a second cellular telephone communication band. In Europe, where 890–960 MHz has been dedicated to cellular tele-phone communications, 1710–1780 MHz has been added as a second frequency band for cellular telephone communi-cations. Within each band there are a number of channels spaced at, for example, 200 KHz intervals so that multiple

**2**

telephone calls can be supported in the same geographic cell simultaneously.

In view of these new bands for cellular telephone communications, there is a need for cellular telephones and other cellular communications equipment, including fac-simile machines, pagers, wireless PCs, wireless modems, etc., that can receive and transmit signals within two sepa-rate RF carrier frequency bands, e.g., 824–894 MHz and 1850–1990 MHz.

Accordingly, there is a need for local oscillators which can operate at two very different RF frequencies. For instance, assuming a 70 MHz intermediate frequency, in order for a cellular telephone to be able to receive and transmit data in either band, it should be capable of gener-ating a local oscillator signal in the 894–964 MHz range and a local oscillator signal in the 1920–2060 MHz range. However, while it is not difficult to produce an oscillator capable of generating signals at different frequencies within a tight band, such as 894–964 MHz or 1920–2060 MHz, it is not practical to produce a single oscillator that can produce signals over so broad a range as to cover 894–2060 MHz. Accordingly, multi-band operation requires special design considerations.

One method of providing multi-band capability is to simply provide two individual phase locked loops, one capable of generating local oscillator signals in the 1920–2060 MHz band and the other capable of generating local oscillator signals in the 894–964 MHz band. However, when switching from one band to the other in such a system, there is necessarily a start-up delay while the capacitors and other circuit components of the PLL charge up. In other words, when the telephone switches from one PLL to the other, there will be a long initial settling period before the VCO in the newly activated PLL locks to the desired frequency. Another disadvantage of this solution is that the use of two PLLs increases the circuit componentry in the telephone and thus also increases the size, weight and cost, of the equipment.

Another option is to choose an intermediate frequency for the transceiver that is precisely halfway between the two possible operation bands, i.e., in our example in which the two bands are 824–894 MHz and 1850–1990 MHz, the intermediate frequency would be 1350 MHz. In this manner, only a single band PLL is necessary. However, such an IF frequency constraint, particularly at such a high frequency, can lead to significant overall architectural difficulties and disadvantages.

Accordingly, it is an object of the present invention to provide an improved multi-band phase locked loop.

It is another object of the present invention to provide a multi-band phase locked loop with optimal dynamics and close-in-phase-noise with minimal voltage controlled oscil-lator tuning voltage.

It is a further object of the present invention to provide a multi-band phase locked loop with maximized voltage con-trolled oscillator frequency slope.

It is yet a further object of the present invention to provide a multi-band phase locked loop with minimal additional circuitry for handling multiple bands.

It is yet another object of the present invention to provide a multi-band phase locked loop with minimal start-up-lock time upon switching from a first voltage controlled oscillator to another voltage controlled oscillator.

## SUMMARY OF THE INVENTION

The invention is a phase locked loop with multiple VCOs, one VCO for each frequency band, that can be selectively

5,909,149

3

and alternately coupled into the loop. Given that the natural frequency of a phase locked loop is a direct function of the individual transfer functions of the phase detector, loop filter, voltage controlled oscillator and divider circuit, the natural frequency of the loop is maintained at a single point for any number of frequency bands by switching the transfer function of the phase detector to compensate for any change in the transfer functions of the other circuit components in the loop when frequency band is changed. In most cases, the change in the divide-by ratio of the loop divider circuit that will accompany a change in band will have the most significant effect on the natural frequency of the loop.

The transfer function of the phase detector can be altered, for example, by altering the magnitude of the current source (s) in the phase detector in unison with the switching of bands. In a preferred embodiment, the switching of the current sources is directly responsive to the band select signal.

Alternately, the transfer functions of the various VCOs themselves can be selected so that each VCO transfer function maintains the same natural frequency of the overall loop relative to the change in the divide-by ratio of the loop divider circuit (or any other changes to the overall loop transfer function). This can be accomplished by appropriate selection of the VCO frequency slope (i.e., MHz per volt).

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is block diagram of a multi-band phase locked loop in accordance with the present invention.

FIG. 2 is a block diagram illustrating the transfer function of the phase locked loop of FIG. 1.

FIG. 3 is a more detailed diagram of the phase detector block in FIG. 1.

FIG. 4 is a block diagram of a phase locked loop in accordance with another embodiment of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION

FIG. 1 is a block diagram of an exemplary circuit including a phase locked loop in accordance with the present invention. The phase locked loop is shown at 10. It is a single phase locked loop with multiple VCOs, such as illustrated by VCOs 12 and 14, that can be alternately switched into the loop depending on the band. In operation, the PLL 10 locks the phase of the selected VCO 12 or 14 in synchronism with the reference signal 26 that is input to the PLL 10.

As shown, the reference signal is taken from a crystal oscillator 22 which, preferably, is a temperature controlled crystal oscillator. Divider 24 may or may not be necessary to provide a suitable reference frequency $f_{ref}$ on input line 26. A phase detector 16 compares the phase of the reference signal $f_{ref}$ on line 26, with a feedback signal on line 28. The feedback signal on line 28 is the conditioned output signal of the selected voltage controlled oscillator 12 or 14. The signal output of the selected VCO is fed back to the phase detector 16 through a buffer amplifier 30 and a programmable divide-by-N divider circuit 20. Switch 32 selects one of the two VCOs 12 or 14 responsive to a BAND SELECT signal indicating the receive band currently in operation.

The transfer function of a PLL is a function of the individual transfer functions of the loop circuitry, e.g., the phase detector 16, loop filter 18, VCO 12 or 14, and divider 20. In turn, the loop has a natural frequency, $\omega_n$, that is

4

dictated by the loop transfer function. The natural frequency, $\omega_n$, should be precisely set so as to minimize the loop settling time and provide optimal loop performance. However, as the loop is switched between frequency bands, the transfer function of the loop will change. Most notably, the division ratio of the divider 20 would need to change dramatically. Also, the different VCOs 12 and 14 might have different transfer functions. Accordingly, the natural frequency of the loop will change dramatically. Unless somehow "corrected", the natural frequency of the loop cannot be optimally set for more than one of the bands and, therefore, at least one of the bands will have a slower than acceptable settling time.

Further, since the damping coefficient of the loop is proportional to the natural frequency, it too will be changed from the optimal value. The close-in-phase-noise of the system is closely tied to the damping coefficient due to spectral peaking. Accordingly, it too will be set to a less than optimal value for at least one of the bands and, thus, the performance of the PLL will be significantly compromised for at least one of the bands. The changes in the natural frequency and damping coefficient caused by the much smaller changes in the divide-by ratio which occur when the equipment switches between channels within a single band are so small as not to create a concern.

Since the natural frequency of the phase locked loop is a direct function of the individual transfer functions of the phase detector, loop filter, voltage controlled oscillator and divider circuit, the present invention can maintain the natural frequency of the loop at a single optimized point for any number of frequency bands by switching the transfer function of the phase detector to compensate for any change in the transfer functions of the other circuit components in the loop when frequency band is changed. In most cases, the change in the divide-by ratio of the loop divider circuit that will accompany a change in band will have the most significant effect on the natural frequency of the loop.

In the embodiment shown in FIG. 1 where there are only two bands, and thus only two VCOs, the band select signal 40 may be a single bit signal with one level representing the first band, e.g. 824–894 MHz, and the other level signifying the second band, e.g. 1850–1990 MHz. Divider circuits 20 and 24 divide their respective input signals by an integer value selected so as to cause the signals on lines 26 and 28 which are to be compared to each other to have the same frequency so that a phase comparison can be made by phase detector 16. Phase detector 16 outputs a current pulse which is proportional to the difference in phase between the two compared signals on lines 26 and 28. The signal on line 34 is passed through a loop filter 18 prior to being supplied to the voltage controlled oscillators 12 and 14. The loop filter determines the band width of the loop and eliminates out-of-band noise, including, but not limited to, bleed through noise at the frequencies of the crystal oscillator 22, the VCOs 12 and 14, and the phase comparator 16.

The output of the loop filter is a voltage on line 36. As is well known, the VCOs 12 and 14 output a sinusoidal signal at a frequency within their band of operation dictated by the input voltage received on line 36. As previously mentioned, the output of the selected VCO is passed through switch 32 and buffer amplifier 30 and is the output signal of the buffer amplifier. Also as previously mentioned, the output of buffer amplifier 30 is looped back through divide-by-N circuit 20 to the phase detector 16 for comparison with the reference signal.

The dividers 20 and 24 allow the PLL to operate at a low frequency relative to the frequencies of the crystal oscillator

5,909,149

5

22 and the VCOs 12 and 14. This allows the VCO frequency to be programmed in steps of the phase comparison frequency within the VCO band. Most commonly, the phase comparison frequency is set to the channel separation within the bands, usually 200 KHz.

For purposes of the discussion herein, let us assume that the circuit shown in FIG. 1 is embodied in a cellular telephone in which the output signal on line 38 of the PLL is the local oscillator signal for the transceiver of a multi-band cellular telephone for use in North America and that the intermediate frequency of the telephone is 70 MHz. Accordingly, VCO 12 is intended to generate a sinusoidal output signal on line 38 in the 894–964 MHz band, while VCO 14 is intended to generate an output signal on line 38 in the 1920–2060 MHz band. Let us also assume that the dividers 20 and 24 are selected to set a phase detector comparison frequency of 200 KHz. Accordingly, the loop filter is set to have a cut off frequency much lower than 200 KHz to eliminate any reference comparison feedthrough.

Programmable divide-by-N circuit 20 is programmable between at least two division ratios, (i.e., two values of N) responsive to the band select signal 40. Particularly, the feedback signal 28 at the output of divider 20 must have a frequency of approximately 200 KHz. Of course, the divide-by-N circuit also is programmable between the various channels within each band responsive to a separate channel-select signal. However, in order to simplify the discussion, we shall assume two channels of operation in each band at 870 MHz and 1970 MHz, respectively. Thus, when VCO 12 is selected (having a desired output of 870 MHz); the division ratio $N_1$ for the first band is set to 870 MHz÷200 KHz=4,350. When VCO 14 (having a desired output frequency of 1970 MHz) is selected, the division ratio $N_2$ is set to 1970 MHz÷200 KHz=9,850. The ratio $N_2$:$N_1$, therefore, is 2.2644:1

FIG. 2 is a block diagram illustrating the transfer function of the phase locked loop shown in FIG. 1. With the contributions of the individual circuit elements represented by the different blocks. Block 42 represents the transfer function of the phase detector 16. Sub-block 44 represents the determination of the difference between the feedback signal and the reference signal. Block 46 presents the gain of the detector $I_{PDx}/2\Pi$, where x is a variable indicating the selected band. $I_{PDx}$, for example, may be 2.5 milliamps per 2Π radians.

The transfer function of the loop filter is represented in block 48 as function F(S), where S is the phase transfer function in the frequency domain. The capacitors in the loop filter 18 integrate the output current of the phase detector and the filter generates a voltage which is proportional in both magnitude and polarity to the phase difference between the feedback signal and the reference signal.

The transfer function of the selected VCO is shown in block 50 as $2\Pi K_{VCO}/S$, where $K_{VCO}$ is the frequency slope of the VCO. The units of $K_{VCO}$ are Megahertz per volt (MHz/V).

The transfer function 52 of the divider circuit 20 is simply $1/N_x$.

In the PLL system illustrated by FIGS. 1 and 2, as in most PLL systems, the loop natural frequency $\omega_n$ can be generally expressed in the form

$$\omega_n^2 = \frac{I_{PD} \cdot K_{VCO}}{C \cdot N} \qquad \text{Eq. 1}$$

where C is the integrating capacitance value in the system (contributed primarily by the loop filter 18).

6

The damping coefficient of the loop can be expressed as

$$\rho = \frac{\omega_n}{2} \cdot \tau_s \qquad \text{Eq. 2}$$

where $\tau_s$ is the time constant of the loop filter F(S).

As can be seen from Equations 1 and 2 above, when the division ratio N is switched to accommodate the particular, selected VCO, the loop natural frequency $\omega_n$ is also changed in direct inverse proportion thereto. Thus, in our example, in which the two frequencies are 870 MHz and 1970 MHz, and wherein the ratio $n_2$:$n_1$ is 2.2644:1, the shifting of the loop natural frequency $\omega_n$ is significant since it varies as

$$\left(\sqrt{n}\right)^{-1}$$

Furthermore, it can also be seen that the damping coefficient, ρ, changes directly proportionally to the change in $\omega_n$. Thus, if the transfer functions of the phase detector, filter and selected VCO are held constant, the natural frequency of the loop will be altered dramatically from band to band.

Thus, in accordance with the present invention, the $I_{PD}$ value of the phase detector 16 also is altered responsive to the band select signal 40. $I_{PD1}$ is selected when VCO 12 is in operation, i.e., when the 870 MHz band is selected (hereinafter Band1) and $I_{PD2}$ is selected when VCO 14 is selected, i.e., when the 1970 MHz band is selected (hereinafter Band2) The ratio of $I_{PD1}$ to $I_{PD2}$ is dictated in accordance with the equations below. Particularly, as previously described,

$$\frac{f_{band1}}{N_1} = f_{ref} \qquad \text{Eq. 3}$$

and

$$\frac{f_{band2}}{N_2} = f_{ref} \qquad \text{Eq. 4}$$

Thus,

$$\frac{f_{Band1}}{N_1} = \frac{f_{Band2}}{N_2} \qquad \text{Eq. 5}$$

and, therefore,

$$\frac{f_{Band1}}{f_{Band2}} = \frac{N_1}{N_2} \qquad \text{Eq. 6}$$

Further,

$$\omega_n^2 = \frac{I_{PD1} \cdot K_{VCO1}}{C \cdot N_1} = \frac{I_{PD2} \cdot K_{VCO2}}{C \cdot N_2} \qquad \text{Eq. 7}$$

Accordingly,

$$\frac{I_{PD2}}{I_{PD1}} = \frac{\frac{K_{VCO1}}{N_1}}{\frac{K_{VCO2}}{N_2}} \qquad \text{Eq. 8}$$

Thus, the phase detector gain is controlled in accordance with Equation 8, preferably so that the frequency slope of each of the VCOs can be held as high as tolerated while still

5,909,149

7

maintaining optimum PLL dynamics. If the frequency slopes of the VCOs are both maintained at maximum reliable slope and those values are relatively equal, i.e., $K_{VCO1} = K_{VCO2}$, then the ratio of Equation 8 reduces to;

$$\frac{I_{PD2}}{I_{PD1}} = \frac{N_2}{N_1} \qquad \text{Eq. 9}$$

By maintaining the natural frequency of the loop at the appropriate point for all of the potential operation bands, start up lock time can be kept to a minimum, oscillator frequency slope can be maximized without restriction, and the VCO control voltage levels can be kept low. Further, the close-in-phase-noise can be optimized. Also, the additional circuitry for accommodating multiple frequency bands is minimal.

FIG. 3 is a circuit diagram of an exemplary phase detector with programmable current gain in accordance with the present invention. In a manner well known to those acquainted with the art, the phase detection portion 70 of the phase detector determines the difference in phase between the two input signals, $f_{ref}$ and $f_{VCOx}$ and outputs a pulse on either its UP output line 72 or its DOWN output line 74, depending on whether $f_{VCOx}$ is lagging or leading $f_{ref}$, respectively. The duration of the pulse is directly proportional to the magnitude of the phase difference.

Current sources 76, 78, 80 and 82 are turned on responsive to the pulses on lines 72 and 74. More particularly, current sources 76 and 80 are responsive to a pulse on UP line 72, while current sources 78 and 82 are responsive to a pulse on DOWN line 74. Even more particularly, current source 80 contributes 1.45 milliamps to the output of the phase detector and is controlled directly by the pulse on line 72. Current source 76 contributes about 1.83 milliamps to the output of the phase detector 16. However, AND-gate 84 only allows the control pulse on line 72 to reach current source 76 when the BAND SELECT signal is set to Band2 (1970 MHz). Thus, when Band1 is selected (and the VCO phase lags the reference phase), phase detector 16 generates an output signal for controlling the frequency of the VCO having a magnitude of 1.45 milliamps and a duration corresponding to the duration of the pulse on line 72. If Band2 is selected, the output has a magnitude of about 3.28 milliamps (i.e., the 1.45 milliamps from current source 80 plus the 1.05 milliamps from current source 76) for the duration of the current pulse. The current ratios, i.e., about 3.28 mA:1.45 mA, were selected assuming that the frequency slopes of the two VCOs are equal and thus, the current ratio should be equal to the $N_2:N_1$ ratio in accordance with equation 9 (2.2644:1 in the present example).

It should be apparent that current sources 78 and 82 operate in a parallel manner as that discussed above with respect to current sources 76 and 80, except that they are responsive to the pulses on DOWN line 74 rather than UP line 72.

FIG. 4 is a block diagram of a second embodiment of the present invention. In this embodiment, the phase detector 16a is not programmable, but has a constant $I_{PD}$ value. Rather, the separate VCOs 12a and 14a have K values in accordance with Equation 10 below;

$$\frac{K_{VCO2}}{K_{VCO1}} = \frac{N_2}{N_1} \qquad \text{Eq. 10}$$

This embodiment is advantageous over the embodiment of FIG. 1 in that it further minimizes circuitry requirements

8

since the phase detector need not be programmable. However, it is disadvantageous over the embodiment of FIGS. 1–3 in that the frequency slope $K_{VCO}$ of at least one of the VCOs cannot be maximized and/or one of the VCOs will require a much larger input voltage swing than the other. Either of these conditions is undesirable, particularly in a battery or solar operated device where it is advantageous to keep voltage requirements to a minimum in order to minimize power requirements.

Having thus described a few particular embodiments of the invention, various other alterations, modifications, and improvements will readily occur to those skilled in the art. Such alterations, modifications and improvements as are made obvious by this disclosure are intended to be part of this description though not expressly stated herein, and are intended to be within the spirit and scope of the invention. The foregoing description is by way of example only, and not limiting. The invention is limited only as defined in the following claims and equivalents thereto.

What is claimed is:

1. A multi-band phase locked loop comprising:
   a voltage controlled oscillator for selectively generating an oscillating output signal in a selected frequency band selected from a plurality of frequency bands within which said voltage controlled oscillator is capable of generating said oscillating output signal;
   a frequency divider coupled to receive said oscillating output signal of said voltage controlled oscillator and divide said frequency thereof by a selected value to generate an output signal, said value being responsive to said selected frequency band;
   a phase detector coupled to receive a reference signal and said output of said frequency divider, and generating an output signal indicative of the phase difference between said reference signal and said frequency divider output signal, said output signal being coupled to a voltage control input of said oscillator;
   wherein said phase detector comprises a plurality of current sources and wherein selected ones of said plurality of current sources are enabled responsive to said selected frequency band such that a transfer function of said phase detector is selectively set responsive to said selected frequency band so as to maintain an approximately constant natural frequency of said phase locked loop regardless of the selected frequency band.

2. A multi-band phase locked loop as set forth in claim 1 wherein a transfer function of said voltage controlled oscillator is controlled relative to an overall transfer function of said phase locked loop so as to cause said phase locked loop to have approximately the same natural frequency regardless of the selected frequency band.

3. A multi-band phase locked loop as set forth in claim 1 further comprising a loop filter coupled between said phase detector and said voltage controlled oscillator.

4. A multi-band phase locked loop as set forth in claim 3 wherein said reference signal is generated by a crystal oscillator.

5. A multi-band phase locked loop as set forth in claim 1 wherein said phase detector further comprises:
   a circuit for generating a directional signal indicating a direction of offset between the phase of said reference signal and the phase of said output of said frequency divider; and
   an AND-gate associated with at least one of said current sources, said AND-gate having an output coupled to said corresponding current source and further having

5,909,149

| 9 | 10 |

inputs coupled to receive said directional signal and a signal indicative of the selected frequency band, said AND-gate selectively disabling said corresponding current source from responding to said directional signal when said signal indicative of the selected frequency band is in a first condition.

6. A multi-band phase locked loop comprising:

first and second voltage controlled oscillators, each for generating an oscillating output signal within first and second frequency bands, respectively, responsive to a signal at a voltage control input terminal thereof;

a switch, responsive to a band select control signal, for selectively coupling one of said first and second voltage controlled oscillators into said phase locked loop;

a frequency divider coupled to receive said oscillating output signal of said selected voltage controlled oscillator for generating an output signal that is a frequency divided version of said selected oscillating output signal; and

a phase detector coupled to receive as inputs (1) a reference signal of a first frequency and (2) said output of said frequency divider and generating an output signal indicative of the phase difference between said reference signal and said frequency divider output signal, said output signal being coupled to said voltage control input terminal of said voltage controlled oscillators, and said phase detector having a transfer function that is controlled responsive to said band select control signal.

7. A multi-band phase locked loop as set forth in claim 6 wherein said transfer function of said phase detector is controlled relative to an overall transfer function of said loop so as to cause said loop to have approximately the same natural frequency regardless of the frequency band selected.

8. A multi-band phase locked loop as set forth in claim 7 further comprising a loop filter coupled between said phase detector and said voltage controlled oscillators.

9. A multi-band phase locked loop as set forth in claim 7 wherein said phase detector has a gain that is programmable responsive said band select control signal.

10. A multi-band phase locked loop as set forth in claim 9 wherein said phase detector comprises:

a phase detection unit for generating a pulse of a duration proportional to a difference between said phases of said reference signal and said frequency divider output signal;

a first current source coupled to generate a current of a first fixed magnitude responsive to said pulse; and

a second current source coupled to generate a current of a second fixed magnitude responsive to said pulse and said band select control signal being in a first state.

11. A multi-band phase locked loop as set forth in claim 9 wherein said reference signal is generated by a crystal oscillator.

12. A multi-band phase locked loop as set forth in claim 7 wherein said phase detector comprises at least first and second positive current sources and first and second negative current sources and wherein only said first current sources are enabled when said band select signal is in a first state and wherein said first and second current sources are enabled when said band select signal is in a second state.

13. A multi-band phase locked loop as set forth in claim 12 wherein a current ratio of a current provided by said first current sources to a combined current of said first and second corresponding current sources is such that said phase locked loop has the same natural frequency regardless of which voltage controlled oscillator is selected by said switch.

14. A multi-band phase locked loop as set forth in claim 13 wherein:

each of said voltage controlled oscillators has the same transfer function;

said frequency divider also is responsive to said band select signal to divide said frequency of said oscillating output signal by a first division factor responsive to said band select signal being in a first state and to divide said frequency of said oscillating output signal by a second division factor responsive to said band select signal being in a second state; and

said ratio of said current provided by said first current sources to said combined current of said first and second corresponding current sources is equal to a ratio of said first division factor to said second division factor.

15. A multi-band phase locked loop as set forth in claim 14 wherein said phase detector further comprises:

a circuit for generating a directional signal indicating a direction of offset between the phase of said reference signal and the phase of said output of said frequency divider; and

an AND-gate corresponding to each of said second current sources, each of said AND-gates having a first input coupled to said directional signal and a second input coupled to said band select signal and an output coupled to said corresponding second current source such that said corresponding second current source is enabled responsive to said band select signal being in said second state and said directional signal being in a corresponding state.

16. An integrated circuit having a multi-band phase locked loop, said integrated circuit comprising:

first and second voltage controlled oscillators, each for generating an oscillating output signal within first and second frequency bands, respectively, responsive to a signal at a voltage control input terminal thereof;

a switch, responsive to a band select control signal, for selectively coupling one of said first and second voltage controlled oscillators into said phase locked loop;

a frequency divider coupled to receive said oscillating output signal of said selected voltage controlled oscillator for generating an output signal that is a frequency divided version of said selected oscillating output signal; and

a phase detector coupled to receive as inputs (1) a reference signal of a first frequency and (2) said output of said frequency divider and generating an output signal indicative of the phase difference between said reference signal and said frequency divider output signal, said output signal being coupled to said voltage control input terminal of said voltage controlled oscillators, and said phase detector having a transfer function that is controlled responsive to said band select control signal.

17. An integrated circuit as set forth in claim 16 wherein said transfer function of said phase detector is controlled relative to an overall transfer function of said loop so as to cause said loop to have approximately the same natural frequency regardless of the frequency band selected.

18. An integrated circuit as set forth in claim 17 further comprising a loop filter coupled between said phase detector and said voltage controlled oscillators.

19. An integrated circuit as set forth in claim 17 wherein said phase detector has a gain that is programmable responsive said band select control signal.

5,909,149

| 11 | 12 |

**20**. A integrated circuit as set forth in claim **19** wherein said phase detector comprises;

a phase detection unit for generating a pulse of a duration proportional to a difference between said phases of said reference signal and said divider output signal;

a first current source coupled to generate a current of a first fixed magnitude responsive to said pulse; and

a second current source coupled to generate a current of a second fixed magnitude responsive to said pulse and said band select control signal being in a first state.

**21**. An integrated circuit as set forth in claim **19** wherein said reference signal is generated by a crystal oscillator.

**22**. A multi-band phase locked loop comprising:

first and second voltage controlled oscillators for generating an oscillating output signal of said phase locked loop, said first oscillator for generating an output signal in a first frequency band and said second oscillator for generating an output signal in a second frequency band;

a switch, responsive to a band select control signal, for selectively coupling one of said first and second voltage controlled oscillators into said phase locked loop;

a frequency divider coupled to receive said oscillating output signal of said selected voltage controlled oscillator; and

a phase detector coupled to receive a reference signal and an output signal of said frequency divider and generating an output signal indicative of the phase difference between said reference signal and said frequency divider output signal, said output signal being coupled to said selected voltage controlled oscillator, and said phase detector having a transfer function that is controlled responsive to said band select control signal.

**23**. A method of maintaining a particular natural frequency of a multi-band phase locked loop capable of selectively operating in one of a plurality of frequency bands, said phase locked loop comprising at least an oscillator and a phase detector for comparing a phase of said oscillator with a phase of a reference signal, said method comprising the steps of:

switching said phase locked loop to generate an output signal in one of said plurality of frequency bands;

changing a transfer function of said phase detector responsive to the one of said plurality of frequency bands within which said phase locked loop is operating such that said natural frequency of said phase locked loop is a specified value for all of said frequency bands; and

wherein said phase detector comprises a plurality of current sources for generating currents for controlling said oscillator and wherein said changing step comprises selectively enabling one or more of said current sources responsive to said frequency band.

**24**. A method as set forth in claim **23** wherein said phase locked loop comprises a plurality of said oscillators and wherein said oscillators are voltage controlled oscillators, each of said voltage controlled oscillators capable of generating said phase locked loop output signal in one of said frequency bands, and a switch for selectively coupling one of said voltage controlled oscillators to generate said phase locked loop output signal and wherein;

said switching step comprises operating said switch.

**25**. A method as set forth in claim **24** wherein said phase locked loop further comprises a frequency divider, a division ratio of which is controlled as a function of the one of the frequency bands selected, and wherein;

said changing step comprises changing said transfer function of said phase detector as a function of said division ratio for each of said bands.

**26**. A method of maintaining a particular natural frequency of a multi-band phase locked loop capable of selectively operating in one of a plurality of frequency bands, said phase locked loop comprising at least an oscillator and a phase detector for comparing a phase of said oscillator with a phase of a reference signal and generating an UP current signal if said phase of said oscillator leads said phase of said reference signal and a DOWN current signal if said phase of said oscillator lags said phase of said reference signal, said oscillator generating a signal having a frequency that is controlled by said UP and DOWN currents of said phase detector, said method comprising the steps of:

selecting one of said plurality of frequency bands: and

changing a transfer function of said phase detector as a function of the selected frequency band such that said natural frequency of said phase locked loop is a specified value for all of said frequency bands;

wherein said phase detector comprises a plurality of current sources for generating each of said UP and DOWN currents and wherein said changing step comprises selectively enabling one or more of said current sources as a function of said selected frequency band in order to set a magnitude of said UP and DOWN current signals as a function of said selected frequency band.

* * * * *

# EXHIBIT 14

US006163184A

# United States Patent [19]

## Larsson

[11] **Patent Number:** 6,163,184

[45] **Date of Patent:** Dec. 19, 2000

[54] **PHASE LOCKED LOOP (PLL) CIRCUIT**

[75] Inventor: **Patrik Larsson**, Matawan, N.J.

[73] Assignee: **Lucent Technologies, Inc.,** Murray Hill, N.J.

[21] Appl. No.: **09/208,524**

[22] Filed: **Dec. 9, 1998**

[51] **Int. Cl.[7]** ..................................... **H03L 7/06**

[52] **U.S. Cl.** ........................ **327/156**; 327/147; 327/157

[58] **Field of Search** ................................ 327/147, 148, 327/156, 157; 331/15, 16, 17, 25

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,367,269 | 11/1994 | Yanagidaira et al. | 331/14 |
| 5,420,545 | 5/1995 | Davis et al. | 331/17 |

*Primary Examiner*—Tuan T. Lam
*Assistant Examiner*—Linh Nguyen
*Attorney, Agent, or Firm*—Henry I. Schanzer

[57] **ABSTRACT**

A phase locked loop (PLL) includes a programmable frequency multiplier section and a programmable divide-by-N network connected in a feedback loop between an output and an input of the frequency multiplier. The frequency multiplier section includes programmable circuitry which is programmed to vary as a function of N to render the bandwidth of the PLL independent of the divider ratio "N". The frequency multiplier includes a charge pump circuit, a filter circuit and a voltage controlled oscillator (VCO) circuit with the programmable circuitry being formed in one of these circuits to render the bandwidth of the PLL independent of the divider ratio, whereby the bandwidth is increased and the jitter at the PLL output is decreased.

**49 Claims, 9 Drawing Sheets**





*FIG. 1*
(PRIOR ART)



*FIG. 2*
(PRIOR ART)



*FIG. 3*

Case 5:08-cv-00775-JW    Document 1-5    Filed 02/01/2008    Page 16 of 45

*FIG. 3A*



Case 5:08-cv-00775-JW    Document 1-5    Filed 02/01/2008    Page 17 of 45

*FIG.3B*





FIG. 4



*FIG. 5*



**FIG. 5A**
(PRIOR ART)



FIG. 6

6,163,184

| 1 | 2 |

## PHASE LOCKED LOOP (PLL) CIRCUIT

### BACKGROUND OF THE INVENTION

This invention relates to phase locked loop (PLL) circuits and, in particular, to PLL circuits exhibiting little jitter and enhanced bandwidths.

A problem resolved by the invention may be better explained by reference to FIGS. 1 and 2, which show a known prior art PLL circuit. FIG. 1 is a block diagram of a prior art PLL circuit which includes a crystal oscillator 11 for generating a low noise reference frequency clock signal ($f_{ref}$). The $f_{ref}$ is supplied to one input of a phase detector 15 having a second input to which is supplied an output ($f_o$/N) of a divide-by-N circuit 16. The output of the phase detector 15 supplies an up-count or a down-count signal to a charge pump circuit 17. Charge pump circuit 17 then supplies a current output to a filter network 19 whose output (in the form of a control voltage) is supplied to an input of a voltage controlled oscillator (VCO) 21, which produces an output clock signal, $f_o$, having a frequency which is equal to (N)($f_{ref}$). The $f_o$ signal is supplied to divide-by-N network 16 to produce a feedback signal equal to $f_o$/N which is supplied to the phase detector 15.

Noise ($n_{ref}$) associated with the reference frequency ($f_{ref}$) is injected into the front end of the system and is represented in FIG. 1 by block 13 which is part of the input to the phase detector 15. There is also noise ($n_{vco}$) associated with VCO 21 which is injected into the output of the PLL system. The noise injected into the system by VCO 21 is illustrated in FIG. 1 as an $n_{vco}$ input in block 23. Typically, $n_{vco}$ is much greater than $n_{ref}$ and is the leading cause of jitter at the PLL output. It is an object of the invention to reduce the noise and jitter present at the PLL output.

When the VCO noise dominates, it is known that the output noise associated with the VCO (and hence, $f_o$) can be reduced by increasing the bandwidth of the PLL (also referred to hereinafter as the PLL bandwidth or ($\omega_{BW}$). For stability reasons, there is an upper limit placed on $\omega_{BW}$. A common rule of thumb is to select the PLL bandwidth such that $\omega_{BW}/f_{ref} < 2\pi/10$.

However, there is a problem in trying to increase the bandwidth which is better explained with reference to the semi-schematic, semi-block diagram of FIG. 2. The charge pump circuit 17 includes a reference current source $I_{ref}$ which is mirrored via a mirror amplifier (comprising transistors Tr, T1 and P1) to produce a pull up current, Ipu (via a mirror transistor P3), or a pull down current, Ipd (via mirroring transistors P2, T2 and T3). The bandwidth ($\omega_{BW}$) for a PLL having a charge pump circuit 17 of the type shown in FIG. 2 may be expressed as follows:

$$\omega_{BW} = [(Kvco)(Ip)R]/N \qquad \text{eq. 1}$$

Where:

a) Kvco is the control voltage ($V_{CTL}$) to output frequency ($f_o$) transfer constant of the VCO (e.g., Kvco=$f_o$/$V_{CTL}$ of VCO21 as shown in FIG. 2);

b) Ip is the charge pump current produced at the output of charge pump 17 which flows into or out of the filter network 19;

c) N is the division ratio of the feedback divider network 16; and

d) R is the resistance of filter network 19.

The filter network also includes an integrating capacitor C. However, C is generally neglected in the discussion to follow.

As is evident from eq. 1, the bandwidth ($\omega_{BW}$) of the PLL is a function of "N" and, since it is inversely proportional to N, $\omega_{BW}$ decreases as N increases. However, N is normally set by the user after the PLL has been designed. Thus, for all but the smallest values of N, the PLL will be operating in a suboptimal condition producing an output noise which is larger than necessary. That is, the greater N is made, the lower $\omega_{BW}$ is going to be; and, as a result of $\omega_{BW}$ being decreased, more of the output noise ($n_{vco}$) will pass to the output of the PLL.

However, in many applications, the division ratio "N" can not be set to an optimum value because in those applications the division ratio "N" is varied during the operation of the system. For example, in microprocessor systems, power reduction is often achieved by reducing the divider ratio N which causes a corresponding reduction in the clock frequency supplied to the system. In other applications, such as a wireless communication system, the divider ratio N is changed during run-time. That is, a user may switch between different frequency bands or different channels by changing the value of "N" during run-time. In still other applications such as a standard cell PLL, the division ratio "N" may be varied by different users resulting, for many applications, in a decrease in the bandwidth with an attendant increase in the output noise and jitter of the VCO output supplied to the system.

### SUMMARY OF THE INVENTION

In PLL circuits embodying the invention, where the PLL includes a divide-by-N network, the bandwidth of the PLL is made substantially independent of the division ratio N of the divide-by-N network. Generally, this is achieved in various embodiments of the invention by making Kvco, Ip or R a function of N. As a result, advantageously, PLL circuits embodying the invention exhibit less noise and less jitter than prior art PLL circuits.

More specifically, a phase locked loop (PLL) embodying the invention includes a frequency multiplier circuit having an input port and an output port, where the frequency multiplier is responsive to the application of an input signal having a frequency, fref, at its input port for producing at its output port an output signal, $f_o$, having a frequency equal to (N)($f_{ref}$). A programmable frequency divider network is connected between the output and input ports of the frequency multiplier for feeding back a signal equal to $f_o$/N. The divider network is selectively programmable to divide by a number "N", where N is a number greater than 1. In a PLL embodying the invention the frequency multiplier circuit includes programmable circuitry, programmed to be a function of N, for selectively modifying the transfer function of the frequency multiplier as a function of the divider ratio N.

In certain embodiments of the invention the programmable circuitry of the frequency multiplier is programmed to be a function of N for rendering the bandwidth of the PLL substantially independent of the divider ratio "N" of the divider network.

In still other embodiments of the invention the programmable frequency divider network and the programmable circuitry are responsive to similar, or similar, command signals for changing the value of N of the programmable frequency divider network.

The frequency multiplier circuit of a PLL embodying the invention may include a charge pump circuit, a filter circuit and a voltage controlled oscillator with the programmable circuitry of the frequency multiplier being contained in one of the charge pump, filter and voltage controlled oscillator circuits.

6,163,184

| 3 | 4 |

The frequency multiplier circuit of a PLL embodying the invention may include a phase detector responsive to fre$_{f}$ and to the signal f$_o$/N for producing an up/down control signal applied to a charge pump circuit. The charge pump circuit produces a sourcing (charging) or a sinking (discharging) current which is supplied to a capacitive filter network for developing a control voltage proportional to the sourcing/sinking current.

The control voltage is applied to a voltage controlled oscillator (VCO) for producing an output signal having a frequency f$_o$ equal to (N)(fref) which is supplied to the divider network which is programmed to have a selected divider ratio "N", for generating the f$_o$/N signal applied to the phase detector. In a PLL embodying the invention at least one of the charge pump circuit, the filter network and the voltage controlled oscillator, is made a function of the divider ratio N for enabling the PLL to have a greater bandwidth, and for reducing the jitter at its output.

In one PLL circuit embodying the invention, the current (Ip) produced at the output of the charge pump circuit is made a function of the divider ratio "N"; [i.e., Ip is made equal to (N)(I$_{ref}$), where N is the divider ratio and I$_{ref}$ is a reference current]. The bandwidth ($\omega_{BW}$) of the PLL may then be expressed as:

$$\omega_{BW}=(K_{vco})(I_{ref})(R);$$

where (N)(I$_{ref}$)=I$_p$, and R represents the resistance of the filter network.

In another PLL circuit embodying the invention, the control voltage to frequency transfer constant (K$_{vco}$) of the VCO is made a function of the divider ratio "N"; [i.e., K$_{vco}$ is programmed to equal (N)(Ku), where Ku is a selected unit value of the transfer constant]. The bandwidth ($\omega_{BW}$) of the PLL may then be expressed as:

$$\omega_{BW}=(Ku)(Ip)(R); \text{ where } Ku=(N)(K_{vco})$$

In still another PLL circuit embodying the invention, the PLL is made a function of f$_{ref}$ and the current (Ip) produced at the output of the charge pump circuit is made equal to (X)(I$_{vco}$)/N; where X is a proportionality constant, and I$_{vco}$ is a current produced in response to a control voltage which is also applied to the VCO of the PLL circuit. The bandwidth ($\omega_{BW}$) of the PLL may then be expressed as:

$$\omega_{BW} (Kvco)(R)(X)(f_{ref})^2/b^2; \text{ where } I_p=(X)(I_{vco}/N)$$

In yet still another PLL circuit embodying the invention, the filter network is made a function of "N"; [i.e., the filter includes a resistor R which is programmed to equal Ru/N, where Ru is a selected unit value of resistance]. The bandwidth ($\omega_{BW}$) of the PLL for this embodiment may be expressed as:

$$\omega_{BW}=(Kvco)(Ip)(Ru); \text{ where } R=Ru/N \text{ or } Ru=NR$$

Thus, PLL circuits formed in accordance with the invention have a different bandwidth equation than prior art PLL circuits. That is, the basic bandwidth ($\omega_{BW}$) of a PLL, which may be generally expressed by equation 1, above, is modified in accordance with the invention such that the effect of the divider ratio "N" is substantially eliminated from the bandwidth equation.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the accompanying drawing like reference characters denote like components, and:

FIG. 1 is a block diagram of a prior art PLL circuit;

FIG. 2 is a partial block and partial schematic diagram illustrating an implementation of the prior art diagram of FIG. 1;

FIG. 3 is a partial schematic, partial block, diagram of a PLL circuit embodying the invention incorporating an amplifying current mirror circuit in the charge pump circuit;

FIGS. 3A and 3B are block diagrams illustrating alternate arrangements for setting a divider network ratio and a charge pump circuit multiplier ratio in accordance with the invention;

FIG. 4 is a partial schematic partial block diagram of a PLL circuit embodying the invention incorporating a network for modifying the voltage to frequency transfer constant of the VCO;

FIG. 5 is a partial schematic partial block diagram of a PLL circuit embodying the invention incorporating a current divider network in the charge pump circuit;

FIG. 5A is a partial block and partial schematic diagram illustrating a different implementation of the prior art diagram of FIG. 1; and

FIG. 6 is a partial schematic partial block diagram of a PLL circuit embodying the invention incorporating a resistance modifying network in the filter circuit.

## DETAILED DESCRIPTION OF THE INVENTION

In PLL circuits embodying the invention the bandwidth ($\omega_{BW}$) of the PLL is made independent of the divider ratio N, whereby the PLL will always run at its maximum allowed bandwidth which minimizes jitter at the PLL output. As detailed below, the PLL includes a frequency multiplier section which includes a charge pump circuit, a filter circuit and a voltage controlled oscillator circuit. In accordance with the invention, any one of these three circuits may be modified to be a function of "N" to render the bandwidth of the PLL substantially independent of the divider ratio "N".

In accordance with the invention, the bandwidth $\omega_{BW}$ of a PLL can be made substantially independent of the division ratio N as shown in FIG. 3. The charge pump circuit 17$a$ of FIG. 3 is different than the prior art charge pump circuit 17 shown in FIGS. 1 and 2. The charge pump circuit 17$a$ of FIG. 3 includes current mirror multiplication, in accordance with the invention, to make the bandwidth $\omega_{BW}$ of the PLL independent of N.

In the circuit of FIG. 3, the charging/discharging charge pump current, Ipu or Ipd (Ip), supplied to the filter capacitor network 19 is made (substantially) equal to (N)(I$_{ref}$); where "N" is equal to the divider ratio "N" of divider network 16. Ip is made equal to (N)(I$_{ref}$) based on the recognition that the number N may be expressed as a binary number such that:

$$N=(N_m2^m+\ldots+N_12^1+N_02^0);$$

with each N$_i$ being a binary bit with a value of 1 or 0.

Referring to FIG. 3, note that a reference current I$_{ref}$ flows through a reference transistor T$_r$. A number m of current mirror amplifying transistors (T$_{1A0}$–T$_{1Am}$) have their gate-to-source paths connected in parallel with the gate-to-source path of T$_r$. For purpose of illustration, the sizing of the current mirror amplifying transistors T$_{1A0}$–T$_{1Am}$ is such that T$_{1A0}$ is the same size as T$_r$, T$_{1A1}$ is twice (2$^1$) the size of T$_r$, T$_{1A2}$ is four times (2$^2$) the size of T$_r$, and T$_{1Am}$ is 2$^m$ times the size of T$_r$.

In certain of the figures, reference is made to transistors and, in particular, to complementary metal oxide semicon-

6,163,184

| 5 | 6 |

ductor (CMOS) devices. Transistors of P-conductivity are identified with a reference character beginning with the letter P, while transistors of N-conductivity type are identified with a reference character beginning with the letter T.

In the charge pump circuit $17a$ of FIG. 3, each one of the current mirror amplifier transistors $T_{1A0}$–$T_{1Am}$ is selectively switched into the circuit via a corresponding switching transistor, $T_{20}$–$T_{2m}$, to a current summing node 31. These switching transistors, $T_{20}$–$T_{2m}$, enable a selected number (1 through m) of units of $I_{ref}$ to be summed at node 31, whereby a number N of units of $I_{ref}$ are summed at node 31. Therefore, there is produced a current $I_p=(N)(I_{ref})$ flowing through a transistor $P_1$.

The current Ip flowing through transistor $P_1$ is mirrored in transistor $P_2$, whereby a current Ip equal to $(N)(I_{ref})$ flows through transistors $P_2$ and $T_2$. The "sourcing" current flowing through $P_2$ is mirrored via transistor $P_3$ whereby a "source" current $I_p$ which is equal to N times $I_{ref}$ (also designated as $I_{pu}$ for "pull-up" current) can flow through P3 to charge up capacitor C of the RC filter network 19. Likewise, the "sinking" current flowing through T2 is mirrored via transistor T3 whereby a "sink" current $I_p$ which is equal to N times $I_{ref}$ (also designated as $I_{pd}$ for pull-down) can flow through T3 to discharge capacitor C, of the RC filter network 19, to ground.

In the circuit of FIG. 3, the "sourcing" current flowing through P3 and into capacitor C is equal to $(N)(I_{ref})$. It is this current which charges up the capacitor C and raises the "control" voltage ($V_{CTL}$) developed at node 20 (which is applied to VCO 21). Similarly, the discharging (sinking) current flowing through T3 and drawn out of capacitor C is also equal to $(N)(I_{ref})$. It is this current which lowers the control voltage developed at node 20 which is applied to VCO 21. Making the value of the output current of the charge pump circuit $17a$ a function of the divider ratio "N" is in sharp contrast to the structure and operation of the charge pump circuit 17 of FIG. 2.

In the circuit of FIG. 2, the value of the output current (Ip) of the charge pump circuit 17 is preset and fixed. That is, the reference current $I_{ref}$ flowing in $T_c$ is multiplied by some fixed constant K to make $KI_{ref}$ equal to Ip, where K is equal to some design constant.

In contrast to the prior art, in the circuit of FIG. 3, the output current Ip of the charge pump circuit $17a$ is made a function of the divider ratio (N) of the divider network 16 such that $Ip=(N)(I_{ref})$; where N varies as the divider ratio varies. Thus, as N changes, so does the amplitude of the output current of the charge pump circuit. As shown in block form in FIG. 3A, a control circuit 25, under the control of one or more command signals, may be used to supply control signals to the divider network 16 to control and set the ratio "N" of divider network 16. The control circuit 25 concurrently supplies control signals (i.e., $N_o$ through $N_m$) to control and set the current multiplying ratio in charge pump circuit $17a$. Alternatively, as shown in FIG. 3B, the control circuit 25, under the control of one or more command signals, may be used to supply control signals to the divider network 16 which then generates control signals ($N_o$ through $N_m$) to charge pump circuit $17a$ for controlling and setting its current multiplying ratio.

The operation of the circuit of FIG. 3 is such that depending on the condition of $f_{ref}$ and $f_o/N$ the output of phase detector 15 generates an UP signal or a DOWN signal. That is, the output frequency of the programmable divide-by-"N" counter locks onto and tracks the phase of the reference frequency. A phase difference between the divide-by-"N" counter output and the reference frequency produces

a correction voltage at the output of the phase comparator 15. The polarity of this correction voltage is such that it will pull the voltage-controlled oscillator (VCO) frequency in such a direction that the divide-by-"N" output frequency will phase-track the reference frequency. When an UP signal is generated switch S11 (See FIG. 3) is closed (i.e., turned-on) and a sourcing current equal to $(N)(I_{ref})$ flows into the filter (RC) network 19 causing the control voltage at node 20 to rise. When a DOWN signal is generated switch S12 (See FIG. 3) is closed (i.e, turned-on) and a sinking current equal to $(N)(I_{ref})$ flows out of the filter (RC) network 19 causing the control voltage at node 20 to decrease.

In practice, switches S11 and S12 may be any suitable transistor(s) which are turned on and off in response to the UP/DOWN control signals produced by phase detector 15. In the operation of the circuit, only one of S11 and S12 is normally on at any one time, or S11 or S12 may both be off during a period of time; normally, S11 and S12 are not both on at the same time.

By making the output current of the charge pump circuit equal to N times $I_{ref}$, it may be demonstrated that the bandwidth of the PLL is rendered essentially independent of the divider ratio "N" introduced by divider network 16.

The bandwidth ($\omega_{BW}$) of the PLL of FIG. 3 may be derived by substituting $(N)(I_{ref})$ for $I_p$ in eq. 1, above. The substitution yields:

$$\omega_{BW}=[(Kvco)(R)/N][(N)(I_{ref})] \qquad \text{eq. 2}$$

The constant N may be eliminated from the numerator and denominator of eq. 2, yielding:

$$\omega_{BW}=(Kvco)(R)(I_{ref}) \qquad \text{eq. 3}$$

Therefore, as demonstrated by equation 3, the bandwidth of the PLL of FIG. 3 is substantially independent of "N". That is, for the PLL of FIG. 3, the design parameters Kvco, $I_{ref}$ and R are chosen to maximize the bandwidth of the PLL and to meet the stability constraints that $[\omega_{BW}/f_{ref}]=[2 \pi/10]$. As a result, the PLL of FIG. 3 may be designed such that the jitter of $f_o$ is reduced and the bandwidth is greater than in prior art PLL circuits.

FIG. 4 illustrates a PLL in which the voltage transfer constant (Kvco) of the VCO is programmed to make $\omega_{BW}$ independent of the division ratio N. In FIG. 4, the charge pump 17 is of the same type as shown in FIG. 2, with the output of the charge pump driving the filter network 19 to develop a control voltage ($V_{CTL}$) which is applied to the VCO $21a$. In FIG. 4, the VCO of the prior art is modified in accordance with the invention to include a programmable current multiplier network 41 which, in response to a control voltage ($V_{CTL}$), controls the current and voltage supplied to an oscillating network 42 (illustrated, by way of example, as three inverters connected in cascade with positive feedback being provided between the output of the third inverter and the input of the first inverter). The network 41 includes "m" paths, with each of the "m" paths for supplying a different, binary increasing, current level and each path being selectable by means of switching transistors (Tsi). In contrast to the prior art, the VCO $21a$ embodying the invention is programmed to be a function of the division ratio "N".

The network 41 of FIG. 4 includes "m" paths, connected in parallel between ground and a terminal 43, with each one of the m paths including a current amplifying transistor ($T_{1A\phi}$ to $T_{1Am}$) connected in series with a corresponding switching transistor ($T_{S\phi}$ to $T_{Sm}$). As in the circuit of FIG. 3, the sizing of the current mirror amplifying transistors is such that transistor $T_{1A\phi}$ is selected to be of given size, then $T_{1A1}$

6,163,184

**7**

is twice the size of $T_{1A\phi}$, $T_{1A2}$ is four times the size of $T_{1A\phi}$, and so on, with $T_{1Am}$ being $2^m$ times the size of $T_{1A\phi}$. In FIG. 4, the gate-to-source paths of the current mirror amplifying transistors are connected in parallel between terminal **20** and ground with the control voltage ($V_{CTL}$) being applied to terminal **20**. The turn-on of switching transistors $T_{S\phi}$ to $T_{Sm}$ may be controlled by a controller of similar type to controller **25** as shown in FIG. 3A or to signals derived from divider network **16** as shown in FIG. 3B. Thus, in FIG. 4, as the divider ratio "N" changes, so does the control voltage to frequency transfer constant ($K_{vco}$). Thus, as N increases, the network **41** causes more current to flow in the VCO section **42** resulting in a higher frequency being produced. This is advantageous in some applications. In FIG. 4, the VCO section **42** is represented by three inverters connected in cascade. It should be appreciated that the inverters may be designed to provide any desired signal characteristics (e.g., symmetrical output and amplitude).

In accordance with the invention, in the circuit of FIG. 4, Kvco, which is equal to $f_o/V_{CTL}$, is made equal to (N)(Ku); where N is equal to the division ratio of network **16** and Ku is a unit (or reference) value assigned to the voltage to frequency transfer constant of the VCO **21a**. Substituting the value of (N)(Ku) for Kvco in eq. 1, above, yields the following:

$$\omega_{BW} = (Kvco)(Ip)(R/N) = [(N)(Ku)(Ip)(R)]/N \qquad \text{eq. 4}$$

Cancelling N in the numerator and denominator of eq. 4 yields the following:

$$\omega_{BW} = (K)(Ip)(R) \qquad \text{eq. 5}$$

It is evident from equation 5 that the PLL of FIG. 4, like the PU circuit of FIG. 3, has a bandwidth ($\omega_{BW}$) which is independent of the division ratio "N". In the circuit of FIG. 4, only one network **41** is shown for the 3 inverter oscillator network. It should be appreciated that a separate network **41** could be connected to control each inverter. That is, each inverter ($I_1$, $I_2$, $I_3$) could have its own $K_{vco}$ control network **41**.

In certain applications, it is desirable to make the bandwidth ($\omega_{BW}$) of the PLL synthesizer a function of the reference frequency $f_{ref}$. This may be achieved by controlling the amplitude and the output current of the charge pump circuit **17b** with a control voltage $V_{CTL}$ as shown in FIG. 5A. Thus, FIG. 5A shows a known method for making $\omega_{BW}$ vary as a function of $f_{ref}$. For the PLL of FIG. 5A, the value of $f_o$ in terms of the PLL parameters may be expressed as follows:

$$f_0 = Kvco(V_{CTL} - Vt) = b\sqrt{Ivco} = (N)(f_{ref}) \qquad \text{eq. A}$$

where, referring to FIG. 5A:

a) $V_{CTL}$ is the control voltage ($V_{CTL}$) applied to the VCO **21** and fed back to the base of a charge pump transistor $T_{1b}$;

b) Vt is the threshold voltage of transistor $T_{1b}$, which, by way of example, is an N-type MOS transistor;

c) Ivco is the drain current in $T_{1b}$ which flows in response to $V_{CTL}$; and

d) "b" is a current ($I_{vco}$) to frequency ($f_o$) transfer constant (i.e., $b^2 = f_o^2/I_{vco}$).

In the prior art circuit of FIG. 5A, the current, Ip, supplied by the charge pump to the filter circuit (RC) is made proportional to $I_{vco}$, such that $I_p = (X)(I_{vco})$. The factor X is a fixed constant which may, for example, be set by controlling the sizing of transistors $P_{3b}$ to $P_{2b}$ and $T_{3b}$ to $T_{2b}$.

**8**

The bandwidth ($\omega_{BW}$) for the circuit of FIG. 5A may be expressed as follows by substituting $(X)(I_{vco})$ for $I_p$, in eq. 1 above:

$$\omega_{BW}(K_{vco})(Ip)(R)/N = [(Kvco)(X)(Ivco)(R)]/N \qquad \text{eq.B}$$

Since

$$\sqrt{I_{vco}} = \frac{N \cdot f_{ref}}{b}. \qquad \text{eq. C}$$

Equation B may be rewritten as:

$$\omega_{BW} = [(Kvco)(X)/N][(f_{ref})^2/b^2](R) = (Kvco)(X)(N)(f_{ref})^2(R) \qquad \text{eq. D}$$

Thus, the bandwidth of the prior art circuit of FIG. 5A is a function of $f_{ref}$. However, $\omega_{BW}$ is also a function of N, which is undesirable for the reasons discussed above. In accordance with an aspect of the invention, the circuit of FIG. 5A may be modified as shown in FIG. 5, to eliminate the dependence of the $\omega_{BW}$ on the divider ratio "N". This is accomplished in FIG. 5 by making the charge pump output current ($I_p$) a function of N such that $I_p = (X)(I_{vco})/N$.

In FIG. 5, a current divider network **51** is connected between a node **53** and ground. The network **51** of FIG. 5 includes "m" paths connected in parallel between node **53** and ground, with each one of the m paths including a current mirror dividing transistor ($T_{D\phi}$ to $T_{Dm}$) connected in series with a corresponding switching transistor ($T_{S\phi}$ to $T_{Sm}$). As in the circuits of FIGS. 3 and 4, the sizing of the current dividing transistors is such that transistor $T_{D\phi}$ is selected to be of given size; then, $T_{D1}$ is twice the size of $T_{D\phi}$, $T_{D2}$ is four times the size of $T_{D\phi}$, and so on with $T_{Dm}$ being $2^m$ times the size of $T_{D\phi}$. In FIG. 4, the gate-to-source and drain-to-source paths of the current dividing transistors are selectively switched to provide parallel paths between node **53** and ground. The turn-on of switching transistors $T_{S\phi}$ to $T_{Sm}$ may be controlled by a controller of similar type to controller **25** shown in FIG. 3A or to signals derived from divider network **16** as shown in FIG. 3B.

In FIG. 5, the gate-to-source path of a transistor $T_{2C}$ is connected between node **53** and ground and, where transistor $T_{2C}$ is sized to be of the same size as transistor $T_{D\phi}$, the current ($I_p$) flowing in the source-drain path of $T_{2C}$ is equal to $I_{vco}/N$. The gate-to-source path of a transistor $T_{3C}$ is connected in parallel with the gate-to-source path of $T_{2C}$ to produce a sink current $I_{pd}$ out of node **20** which will have the same amplitude current as the Ip where $T_{2C}$ and $T_{3C}$ are of the same size. The current in $T_{2C}$ is mirrored via transistors $P_{2C}$ and $P_{3C}$ to produce a source current $I_{pu}$ into node **20** which is designed to be equal to $I_{pd}$ by making $P_{2C}$ and $P_{3C}$ the same size.

The current divider network **51** makes the response of the charge pump circuit **17C** a function of the divider ratio N. As demonstrated below, doing this eliminates the divider ratio "N" as a factor in the bandwidth equation of the PLL of FIG. 5.

The bandwidth equation for the PLL circuit of FIG. 5 may be derived by substituting $(X)(I_{vco})/N$ for $I_p$ in equation B, above, as shown below:

$$\omega_{BW} = [(Kvco)(Ip)(R)]/N = [(Kvco)(X)(Ivco)(R)]/N^2 \qquad \text{eq. E}$$

6,163,184

9

Then, substituting the value of

$$\sqrt{I_{vco}} = (N)(f_{ref})/b$$

from equation C, above, into equation E yields:

$$\omega_{BW} = (Kvco)(X)(R)(f_{ref}/b)^2 \qquad \text{eq. F}$$

An examination of the bandwidth equation F for the circuit of FIG. 5 indicates that modifying the PLL of FIG. 2A, in accordance with applicant's invention, yields a PLL bandwidth ($\omega_{BW}$) which is independent of the division ratio N while still being a function of $f_{ref}$.

A detailed examination of the circuit of FIG. 5 confirms the operation outlined above. The current $I_{vco}$ mirrored via $P_{1c}$ and flowing into node 53 is divided into "m" paths. The left hand path can carry a unit of current ($2^0$) via TD$\phi$, the next path can carry 2 units of current ($2^1$) via TD1, the next one 4 units of current, and so on, until the "m"th path which can carry ($2^m$) units of current via TDm. The current paths are switched into the circuit by means of corresponding current switches Tso through Tsm. The current flowing through transistor TD$\phi$ is equal to 1/N the $I_{vco}$ current flowing into node 53 (i.e., $I_{TD\phi}$=IVCO/N).

Assuming the impedance of the current switches, when turned-on, to be negligible, note that the gate-to-source of transistor $T_{2c}$ is then in parallel with the gate-to-source paths of all the $T_{Di}$ transistors switched into the circuit. Then, by making the size of $T_{2c}$ the same as $T_{D\phi}$, the current mirrored in the source-drain path of $T_{2c}$ is equal to $I_{vco}/N$. This current is drawn through $P_{2c}$ and the current through $P_{2c}$ and $T_{2c}$ are respectively mirrored via $P_{3c}$ and $T_{3c}$ to produce an output current Ipu=Ipd=$I_{vco}/N$.

In the PLL circuit of FIG. 5, the charge pump circuit 17c was modified to eliminate the dependence of $\omega_{BW}$ on the division ratio N. Applicant recognized that a similar result may be obtained by modifying the resistance of the filter resistors in filter network 19, as shown in FIG. 6. Referring to FIG. 6, note that the resistance R may be subdivided into "m" resistors ranging from the highest resistance down to the lowest value of resistance having a value equal to Ru/2$^m$. The "m" resistors can be selectively switched into the circuit via switching transistors (T6$\phi$–T6m) controlled by input signals N$\phi$–Nm. In FIG. 6, the command signal applied to the divider network 16 determines the ratio N. The ratio N determines the value of $f_o$/N. Also, outputs of the divider network control the value of the resistive network in the filter network.

In the circuits of FIG. 6, the total resistance R in the filter network is equal to Ru/N where Ru is a unit of resistance.

Substituting Ru/N for R in equation B, above, yields:

$$\omega_{BW} = [(Kvco)(X)(Ivco)(R)]/N;$$

$$\omega_{BW} = (Kvco)(X)(Ivco)[Ru/N^3];$$

Replace Ivco by using equation C, above:

$$\omega_{BW} = (Kvco)(N^2)[(f_{ref})^2(Ru)(b^2N^2)];$$

$$\omega_{BW} = (Kvco)(Ru)[(f_{ref})^2/(b^2)];$$

Thus, the PLL circuit of FIG. 6, modified in accordance with the invention, has a bandwidth which is not dependent on the division ratio N.

In the discussion above, it has been shown that, in accordance with the invention, the bandwidth of the PLL can be made independent of the division ration N. However, it

10

should be understood that, due to various circuit limitations in the various components and subcomponents of the PLL, the "cancellation" of the division ratio N may not be total. But it should be clear that it is sufficient that the bandwidth of the PLL be substantially, or essentially, independent of the division ratio "N".

It should also be evident from the discussion above that the combination of a charge pump circuit, a filter circuit and a voltage controlled oscillator circuit may be considered to be a frequency multiplier. It has also been shown that any of the sub circuits may be modified in accordance with the invention to achieve "substantial" independent operation of the division ratio N.

In the discussion above, reference was made to a phase detector to compare $f_{ref}$ and $f_o$/N. It should be appreciated that any suitable phase detector and/or phase comparator could be used instead to practice the invention. Likewise, any suitable charge pump circuit, filter circuit or voltage controlled oscillator circuit could be used to practice the invention.

In the discussion of the invention, reference was made to the use of complementary metal oxide semiconductor devices. However, it should be understood that MOS semiconductor devices of either conductivity and/or bipolar transistors and/or any other suitable technology could be used to practice the invention.

What is claimed is:

1. A phase locked loop (PLL) comprising:

a frequency multiplier circuit having first and second inputs and an output, said frequency multiplier circuit being responsive to the application to the first input of an input signal having a frequency, fref, for producing at said output an output signal, fo, having a frequency which is a function of the product of N and said frequency fref;

a programmable frequency divider network programmable to divide by any number "N", where N is a number greater than 1, said divider network being connected between the output and the second input of the frequency multiplier so as to feed back to the second input a signal equal to fo/N;

wherein the frequency multiplier circuit includes programmable circuitry, programmed to be a function of N, for selectively modifying the transfer function of the frequency multiplier as a function of the divider ratio N.

2. A PLL as claimed in claim 1 wherein the programmable circuitry is programmed to be a function of N for rendering the bandwidth of the PLL independent of the divider ratio N.

3. A PLL as claimed in claim 1 wherein the programmable divider network and the programmable circuitry are responsive to the same command signal controlling a change in the value of N.

4. A PLL as claimed in claim 1, wherein said frequency multiplier circuit includes a phase detector, a charge pump, a filter and a voltage controlled oscillator (VCO); and wherein said programmable circuitry is formed in at least one of the charge pump circuit, the filter circuit and the VCO circuit.

5. A PLL as claimed in claim 4, wherein the programmable circuitry is formed in the charge pump circuit and wherein the programmable circuitry includes a current multiplier with programmable current multiplying circuits whose current multiplying ratio is proportional to N.

6. A PLL as claimed in claim 4, wherein the programmable circuitry is formed in the filter circuit and wherein the circuitry includes a resistive network whose resistance is a programmable function of N.

6,163,184

**11**

7. A PLL circuit as claimed in claim **4**, wherein the programmable circuitry is formed in the VCO and wherein the programmable circuitry includes current multiplying circuitry whose multiplying ratio is proportional to N.

8. A PLL as claimed in claim **4**, wherein the circuitry is formed in the charge pump circuit, and wherein the circuitry includes programmable current divider network whose divide ratio is proportional to N.

9. A PLL as claimed in claim **3**, wherein the programmable frequency divider network is responsive to a control signal for changing the value of N of the divider network and wherein the frequency divider network produces signals for controlling and changing the transfer function response of the frequency multiplier circuit in concurrence with the changing of the divider ratio value of the divider network.

10. A PLL as claimed in claim **3**, wherein the programmable frequency divider network and the programmable circuitry within the frequency multiplier circuit are responsive to a common control command for concurrently changing the divider ration and the transfer function of the frequency multiplier when N is changed.

11. A PLL as claimed in claim **10**, wherein the frequency multiplier circuit includes m inputs for selectively generating up to 2 to the m different values.

12. A PLL as claimed in claim **4** wherein the charge pump circuit produces a current at its output, which current is supplied to said filter for developing a control voltage, which control voltage is applied to said VCO for producing said fo signal at said output of the frequency multiplier; and wherein the phase detector has first and second inputs which define said first and second inputs of said frequency multiplier circuit and an output coupled to the charge pump for controlling the polarity of its output current.

13. A PLL as claimed in claim **12**, wherein the control voltage is also fed back to an input of the charge pump circuit for controlling the amplitude of its output current.

14. A phase locked loop (PLL) comprising:

a programmable frequency multiplier circuit having an input port and an output port;

a programmable frequency divider network connected to the output port of the frequency multiplier;

control circuitry coupled to the programmable frequency divider and the programmable frequency multiplier for concurrently changing a division ratio of the divider and a transfer function of the frequency multiplier;

wherein an input signal having a frequency, $f_{ref}$, is applied to said input port and wherein the frequency multiplier produces an output signal, $f_o$, having a frequency equal to $(N)(f_{ref})$ at said output port and wherein the frequency divider network is programmable to divide by a selected number "N" and the divider network being connected between said output port and a second input port of the frequency multiplier circuit for feeding back to said second input port a signal equal to $f_o/N$; and

wherein the frequency multiplier circuit includes circuitry which is programmed to change its transfer function as a function of N for rendering the bandwidth of the PLL independent of the divider ratio N.

15. A PLL as claimed in claim **14** wherein the frequency divider ratio "N" and the frequency multiplier ratio are responsive to the same control signals.

16. A PLL as claimed in claim **14** wherein the frequency multiplier includes a phase detector having a first input adapted to receive said reference frequency ($f_{ref}$) signal and a second input adapted to receive said feed back signal $f_o/N$ and wherein the phase detector has an output coupled to the

**12**

input of a charge pump for controlling a charge pump output current supplied to a filter circuit for developing a control voltage which is applied to a voltage controlled oscillator (VCO) for producing an output frequency signal ($f_o$), and wherein $f_o$ is applied to said programmable frequency divider network whose output is fed back to the second input of the phase detector.

17. A PLL as claimed in claim **16** wherein at least one of the charge pump circuit, the filter circuit and the VCO circuit, includes programmable circuitry which is programmable as a function of the divider ration "N" for rendering the bandwidth of the PLL independent of the divider ratio N.

18. A PLL as claimed in claim **17** wherein the programmable circuitry is formed in the charge pump circuit.

19. A PLL as claimed in claim **17** wherein the programmable circuitry is formed in the charge pump circuit and wherein the programmable circuitry includes programmable current multiplying circuits whose multiplying ratio is proportional to N.

20. A PLL as claimed in claim **17**, wherein the programmable circuitry is formed in the filter circuit.

21. A PLL as claimed in claim **17**, wherein the programmable circuitry is formed in the filter circuit and wherein the circuitry includes a resistive network whose resistance is a programmable function of N.

22. A PLL as claimed in claim **17**, wherein the programmable circuitry is formed in the VCO.

23. A PLL as claimed in claim **17**, wherein the programmable circuitry is formed in the VCO and wherein the circuitry includes current multiplying circuitry whose multiplying ratio is proportional to N.

24. A PLL as claimed in claim **17** wherein the programmable circuitry is formed in the charge pump circuit, and wherein the programmable circuitry includes programmable current divider circuits whose divide ratio is proportional to N.

25. A PLL as claimed in claim **17** wherein the programmable circuitry includes current multiplying circuits whose multiplying ratio is a programmable function of N.

26. A PLL as claimed in claim **17** wherein the programmable circuitry includes programmable current dividers programmable as a function of N.

27. In a PLL having a frequency multiplier with a divide-by-N network connected between an input and output of the frequency multiplier for producing an output frequency ($f_o$) equal to $(N)(f_{ref})$, where $f_{ref}$ is the frequency of a reference input signal applied to the input of the frequency multiplier and N is a divider ratio to which the divide-by-N network is selectively set, and wherein $f_{ref}$ and $f_o/N$ are supplied to the inputs of a phase detector whose output controls the polarity of conduction of a charge pump circuit having an output current which is supplied to a capacitive filter network, the improvement comprising:

programmable current amplifying circuitry within the charge pump circuit for producing an output current equal to $(N)(I_{ref})$, where $I_{ref}$ is a reference current in the charge pump circuit and N is equal to the divider ratio.

28. A charge pump circuit for a PLL having a frequency divider network with a division ratio equal to N, comprising:

a current mirror amplifier whose current multiplication ratio is settable to a value equal to the division ratio N of the divider network; and

a reference current ($I_{ref}$) supplied to said current mirror amplifier for producing an output current equal to $(N)(I_{ref})$.

29. In a phase locked loop (PLL) circuit responsive to a reference input signal (fref) for producing an output signal

6,163,184

13

having a frequency ($f_o$) equal to (N)($f_{ref}$), where $f_{ref}$ is applied to an input of a phase detector and the $f_o$ signal is fed back via a programmable divide-by-N network to another input of the phase detector and wherein the output of the phase detector controls the output of a charge pump circuit which is supplied to a resistive-capacitive filter network for developing a control voltage applied to a voltage controlled oscillator (VCO) for producing the output signal ($f_o$), an improvement comprising:

a programmable network located in at least one of the charge pump circuit, the filter circuit and the VCO circuit, said programmable network being for rendering the circuit containing the programmable network a function of the divider ratio N, whereby the bandwidth of the PLL is reduced and the jitter of $f_o$ is reduced.

30. In a phase locked loop (PLL) circuit responsive to a reference input signal ($f_{ref}$) for producing an output signal having a frequency ($f_o$) equal to (N)($f_{ref}$), where $f_o$ is applied to a divide-by-N network to produce $f_o$/N, and where $f_{ref}$ and $f_o$/N are applied to the inputs of a phase detector, and wherein the output of the phase detector controls a charge pump circuit whose output current is supplied to a capacitive-resistive (RC) filter network for developing a control voltage applied to a voltage controlled oscillator (VCO) for producing at the output of the VCO the output signal ($f_o$), an improvement comprising:

circuitry formed within a selected component of the PLL, other than the divide-by-N network, for rendering the selected component a function of N, whereby the bandwidth of the PLL is enhanced and the jitter of the PLL output is reduced.

31. A phase locked loop (PLL) system comprising:

a phase detector circuit having first and second inputs and an output;

circuitry for applying a reference signal (fref) to the first input of the phase detector;

a charge pump circuit having a control input coupled to the output of the phase detector for producing an output current supplied to an RC filter circuit for producing a control voltage;

a voltage controlled oscillator (VCO) circuit responsive to the control voltage for producing an output frequency signal (fo) equal to (N)(fref); where N is an integer greater than 1;

a programmable divide-by-N network connected to the output of the VCO for producing fo/N and for supplying fo/N to the second input of the phase detector; and

programmable circuitry formed in a selected circuit of the PLL, other than the divide-by-N network, for rendering the selected circuit a function of N and thereby enhancing the bandwidth of the PLL and reducing the jitter at the PLL output.

32. A PLL system as claimed in claim 31 wherein the programmable circuitry is formed in the charge pump circuit.

33. A PLL system as claimed in claim 31 wherein the programmable circuitry is formed in the charge pump circuit includes a programmable current multiplier.

34. A PLL system as claimed in claim 31 wherein the programmable circuitry is formed in the VCO.

35. A PLL system as claimed in claim 34 wherein the programmable circuitry in the VCO includes a programmable current multiplier.

36. A PLL system as claimed in claim 31 wherein the programmable circuitry is formed in the filter circuit.

37. A PLL as claimed in claim 36 wherein the programmable circuitry formed in the filter circuit includes selec-

14

tively enabled switching transistors for controlling the value of the resistance of the filter circuit.

38. A PLL system as claimed in claim 31 wherein the PLL has a bandwidth which may be expressed as a function of the control voltage to frequency conversion of the VCO ($K_{vco}$), the output current (Ip) of the charge pump, the impedance of the filter network and the divider ratio "N"; and wherein one of $K_{vco}$, Ip and the impedance of the filter is made a function of N, in order to eliminate N as a factor in the bandwidth of the PLL.

39. A PLL as claimed in claim 31 wherein said VCO produces an output signal whose frequency ($f_o$) is equal to $K_{vco}=f_o/V_{CTL}$; and wherein Kvco is made to vary as a function of N; and $V_{CTL}$ is the control voltage applied to the VCO.

40. A PLL as claimed in claim 4 wherein the control voltage is a function of the output charge pump current and the impedance of the filter, and wherein the impedance of the filter is made to vary as a function of N.

41. A PLL as claimed in claim 40 wherein the impedance of the filter is a function of its resistance and its capacitance.

42. A PLL as claimed in claim 31 wherein the output current of the charge pump circuit is equal to a multiplying constant times a reference current and wherein the multiplying constant is made to vary as a function of N.

43. A phase locked loop (PLL) comprising:

a programmable frequency multiplier section having an input port and an output port;

a programmable divide-by-N network connected in a feedback loop between an output port and an input port of the frequency multiplier; and

said frequency multiplier section including programmable circuitry which is programmed to vary as a function of N for causing the bandwidth of the PLL to be substantially independent of the divider ratio "N".

44. A PLL as claimed in claim 43 wherein the programmable frequency multiplier includes a charge pump circuit, a filter circuit and a voltage controlled oscillator (VCO) circuit; and wherein the programmable circuitry is formed in one of these circuits to render the bandwidth of the PLL independent of the divider ratio, whereby the bandwidth is increased and the jitter at the PLL output is decreased.

45. A phase locked loop (PLL) comprising:

a frequency multiplier circuit having an input port and an output port, the frequency multiplier circuit being responsive to the application of an input signal having a frequency, fref, at its input port for producing at its output port an output signal, $f_o$, having a frequency equal to the product of N and $f_{ref}$, where N is an integer greater than one (1);

a programmable frequency divider network connected between the output port and input port of the frequency multiplier for feeding back a signal equal to $f_o$/N, said frequency divider network being selectively programmable to divide by a number "N"; and

the frequency multiplier circuit including programmable circuitry, programmed to be a function of N, for selectively modifying the transfer function of the frequency multiplier as a function of the divider ratio N.

46. A PLL as claimed in claim 45 wherein the programmable circuitry in the frequency multiplier circuit is programmed to be a function of N for rendering the bandwidth of the PLL substantially independent of the divider ratio "N".

47. A PLL as claimed in claim 46 wherein the programmable frequency divider network has a divider ratio which

6,163,184

## 15

can be changed by a command signal and wherein the programmable frequency divider network and the programmable circuitry are responsive to the same command signal.

48. A phase locked loop (PLL) comprising:

a frequency multiplier section and a programmable divide by N network connected across said frequency multiplier section; and

said frequency mulitplier section including means responsive to the value of N for producing an inverse function of N so that the bandwidth of said PLL is substantially independent of the value of N.

49. A phase locked loop (PLL) comprising:

a first circuit having an input port and an output port, said first circuit being responsive to the application at its input port of an input signal having a frequency, fref, for producing at said output an output signal, fo, having

## 16

a frequency which is a function of the product of N and said frequency fref;

a programmable frequency divider network programmable to divide by any number "N", where N is a number greater than 1, said divider network being connected between the output port and the input port of the first circuit so as to feed back to the input port a signal which is a function of fo/N; and

wherein the first circuit includes programmable means which is a functinn of N, for selectively modifying the transfer function of the frequency multiplier as a function of the divider ratio N and for rendering the bandwidth of the PLL independent of the ratio N.

*  *  *  *  *

# EXHIBIT 15

US005827777A

# United States Patent [19]

## Schinella et al.

[11] **Patent Number:** 5,827,777

[45] **Date of Patent:** Oct. 27, 1998

[54] **METHOD OF MAKING A BARRIER METAL TECHNOLOGY FOR TUNGSTEN PLUG INTERCONNECTION**

[75] Inventors: **Richard D. Schinella**, Saratoga; **Gobi R. Padmanabhan**, Sunnyvale; **Joseph M. Zelayeta**, Saratoga, all of Calif.

[73] Assignee: **LSI Logic Corporation**, Milpitas, Calif.

[21] Appl. No.: **718,852**

[22] Filed: **Sep. 24, 1996**

### Related U.S. Application Data

[62] Division of Ser. No. 378,027, Jan. 24, 1995, Pat. No. 5,600,182.

[51] Int. Cl.$^6$ ................................................ H01L 21/4763
[52] U.S. Cl. .......................... **438/629**; 438/643; 438/653; 438/672; 438/656; 438/654; 438/644
[58] Field of Search ................................. 437/192, 195; 438/653, 654, 656, 785, 637, 629, 672, 643

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,783,248 | 11/1988 | Kohlhase | 204/192.17 |
| 4,884,123 | 11/1989 | Dixit | 357/71 |
| 4,965,656 | 10/1990 | Koubuchi | 357/71 |
| 5,225,372 | 7/1993 | Savkar et al. | 438/653 |
| 5,227,335 | 7/1993 | Holschwandner | 437/192 |
| 5,242,860 | 9/1993 | Nulman | 437/190 |

#### FOREIGN PATENT DOCUMENTS

63-0302538   12/1988   Japan .

*Primary Examiner*—Charles L. Bowers, Jr.
*Assistant Examiner*—Lynne A. Gurley
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP

[57] **ABSTRACT**

A method for producing a relatively thin titanium nitride barrier layer in an integrated circuit is presented. The titanium nitride layer may be utilized in a tungsten plug interconnection by providing a semiconductor wafer with a conducting layer covered by an insulating layer. The insulating layer is patterned and etched to form contact holes or vias. A layer of titanium is deposited on the surface of the wafer including the sidewalls and bottom of the via. A relatively thin titanium nitride layer is then formed on the titanium layer. The formation of the titanium nitride layer includes growing titanium nitride by a reaction of a nitrogen-bearing species with the titanium layer. The titanium nitride layer prevents the underlying titanium layer from reacting with the subsequent tungsten layer which is deposited on the wafer to fill the via. The tungsten layer is then etched so that the tungsten remaining forms a plug interconnection between conducting layers.

**28 Claims, 10 Drawing Sheets**



Case 5:08-cv-00775-JW    Document 1-5    Filed 02/01/2008    Page 32 of 45



*FIG. 1A*
PRIOR ART



*FIG. 1B*
PRIOR ART



*FIG. 1C*
PRIOR ART

Case 5:08-cv-00775-JW    Document 1-5    Filed 02/01/2008    Page 33 of 45



**FIG. 1D**
PRIOR ART



**FIG. 1E**
PRIOR ART



FIG. 2A
PRIOR ART



FIG. 2B
PRIOR ART



FIG. 2C
PRIOR ART



FIG. 3A



FIG. 3B



FIG. 3C



*FIG. 3D*



*FIG. 3E*

Case 5:08-cv-00775-JW    Document 1-5    Filed 02/01/2008    Page 37 of 45



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



FIG. 4D

**U.S. Patent**      Oct. 27, 1998      Sheet 8 of 10      5,827,777



*FIG. 5A*



*FIG. 5B*



*FIG. 5C*



*FIG. 5D*



*FIG. 5E*



*FIG. 6*

5,827,777

1

# METHOD OF MAKING A BARRIER METAL TECHNOLOGY FOR TUNGSTEN PLUG INTERCONNECTION

This is a Division of application Ser. No. 08/378,027, filed Jan. 24, 1995 now U.S. Pat. No. 5,600,182.

## BACKGROUND OF THE INVENTION

The present invention is directed toward semiconductor processing technology and, in particular, to the use of titanium nitride (TiN) layers with tungsten plugs in vias to make interlayer connections.

Present-day, high-performance integrated circuits typically have multiple layers of metal conducting lines. These metal layers are separated by thick, silicon dioxide insulating layers. Vias are made through the insulating layers to make connections between the metal lines. It is often desirable that the metal conducting lines be maintained in as much of a plane as possible to avoid undue stresses on the metal lines. A tungsten metal plug is often used to fill the via, or contact hole, in the insulating layer covering a first metal line so that the overlying metal layer from which an overlying second metal line is formed remains on the planar surface of the insulating layer. Without the plug, the overlying metal layer must dip into the via to make contact with the underlying first metal line.

A layer of titanium (Ti) is typically placed in contact with the underlying first metal line to facilitate the formation of controllable low ohmic contacts. As the Ti layer is very reactive, a layer of titanium nitride (TiN) is placed in contact with the plug as a reactive barrier layer between the tungsten and the Ti layer. For example, if the underlying first metal is aluminum, a Ti layer is conventionally placed on the aluminum layer, followed by a TiN layer, and then the tungsten layer. The Ti layer also acts as a "glue" between the insulating layer and the TiN layer.

Heretofore, it has been believed that the TiN layer should be formed to a fair thickness (approaching 1000 Å and more) to act an effective barrier. The present invention is based, on the contrary, that an effective TiN barrier is created with a thin, 100 Å and even less. With the present invention, a TiN processing step is simplified with increased throughput and reliability of the TiN layer.

## SUMMARY OF THE INVENTION

The present invention provides a method for forming a relatively thin TiN barrier layer to passivate an underlying Ti layer. The formation of the TiN layer includes the growing of TiN by the reaction of a nitrogen-bearing species with the underlying Ti layer. The TiN barrier layers of the present invention have a higher integrity than the relatively thick deposited TiN layers presently known. This results in higher yield and higher reliability. Furthermore, the process of the present invention is cleaner, faster and less expensive than presently known methods.

In one embodiment of the present invention, the TiN layer is formed in a tungsten plug interconnection. A semiconductor wafer is provided having a lower metal conducting layer covered by an insulating layer that has been patterned and etched with vias. A Ti layer is deposited within the via or over the surface of the insulating layer. A relatively thin, high integrity TiN layer is formed on the Ti layer. The formation of the TiN layer includes growing TiN by a reaction of a nitrogen-bearing species with the Ti layer. The nitrogen-bearing species can be introduced into a plasma used to sputter TiN films during a TiN sputtering process. A

2

tungsten (W) plug is formed in the via by the decomposition of tungsten-hexafluoride ($WF_6$) in a thermal reactor. The tungsten layer or film is then plasma-etched to remove tungsten from the entire surface of the wafer except the vias, thereby forming a tungsten plug interconnection.

In another embodiment of the present invention, the TiN layer is formed in a tungsten plug of a different construction. A semiconductor wafer is provided having a lower conducting layer covered by a Ti layer. An insulating layer that has been patterned and etched with vias is formed over the Ti layer. The Ti layer is exposed at the bottom of the vias. A relatively thin, high integrity TiN layer is formed on the exposed Ti layer according to the present invention with or without the prior deposition of another Ti layer by sputtering. A tungsten plug is formed by depositing tungsten in the via and etching to remove tungsten from the entire surface of the wafer except the vias, thereby forming a tungsten plug interconnection.

A further understanding of the nature and advantages of the present invention may be realized by reference to the remaining portions of the specification and the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A–1E are cross-sectional views of the various steps in a prior art method for making a tungsten plug interconnection in an integrated circuit;

FIGS. 2A–2C are cross-sectional views showing a tungsten growth defects occurring in prior art methods;

FIGS. 3A–3E are cross-sectional views of the various steps in a method for making a tungsten plug interconnection according to the present invention;

FIGS. 4A–4D are cross-sectional views of the various steps in another method for making a tungsten plug interconnection according to the present invention;

FIGS. 5A–5E are cross-sectional views of the various steps in yet another method for making a tungsten plug interconnection according to the present invention; and

FIG. 6 is a bar graph of the defects per wafer vs. TiN thickness in a semiconductor wafer having tungsten plug interconnections.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention provides a method for forming a relatively thin, high integrity titanium nitride barrier layer. The following paragraphs describe titanium nitride barrier layers of the prior art and according to the present invention in reference to tungsten plug interconnections in integrated circuits. However, these descriptions should not be taken to limit the present invention to tungsten plug interconnections.

Tungsten Plugs According to the Prior Art

A known process for forming tungsten plugs is shown in FIGS. 1A–1E. A semiconductor wafer is provided having a lower metal conducting layer 10 covered by an insulating layer 12, as shown in FIG. 1A. The insulating layer has been patterned and etched with vias. A layer of titanium 14 of approximately 700 Angstroms thick is first deposited over the wafer surface, as shown in FIG. 1B. The titanium deposition is followed by the deposition of a layer of titanium nitride 16 approximately 700 to 1100 Angstroms thick, as shown in FIG. 1C. These two films coat the entire wafer surface, with various degrees of conformance over sidewalls and bottoms of the vias. In FIG. 1D, a layer of tungsten 18 is deposited to fill the via by the decomposition of tungsten-hexafluoride ($WF_6$) in a thermal reactor. The

5,827,777

**3**

tungsten film is then plasma-etched to remove tungsten from the entire surface of the wafer except the vias, thereby forming a tungsten plug interconnection, as shown in FIG. 1E.

Titanium nitride layer 16 is used as a barrier layer to prevent the tungsten-hexafluoride from reacting with titanium layer 14. Titanium layer 14 is generally used as a "glue" layer between the insulating layer and titanium nitride layer 16. The titanium layer also facilitates the formation of controllable and low ohmic contacts to the underlying metal conducting layer.

However, a tungsten defect, and subsequent tungsten growth, can result from the reaction of tungsten-hexafluoride with titanium through a failure in the barrier properties of the titanium nitride layer or film. In FIG. 2A, an aluminum conducting layer 30 is covered by an insulating layer 32, a deposited titanium layer 34, and a deposited titanium nitride layer 36. The titanium nitride layer may break at the step because it is highly stressed which results in a tungsten growth 38 during the tungsten deposition. The tungsten growths are generally larger than the thickness of the tungsten layer and are not effectively removed or planarized during the tungsten etchback process for plug formation. Consequently, these growths can act as electrical bridges between metal lines in a given conducting layer or plane and/or as shorts between different conducting layers. Additionally, the tungsten growths can cause non-planarization of subsequently deposited layers, which adversely effects lithography performed on the layers.

Another defect can result from the reaction of tungsten-hexafluoride with exposed titanium as shown in FIGS. 2B–2C. At the bottom of the via as shown in FIG. 2B, titanium layer 34 may react with aluminum layer 30 to form titanium-trialuminum (TiAl$_3$). This reaction is a volume expansive reaction which increases the compressive stresses on the aluminum conducting layer causing an enhancement of the grain-boundary diffusion of aluminum. As a result, the highly mobile aluminum molecules may be forced through a defect in both the titanium and titanium nitride films before or during tungsten deposition. As the aluminum proceeds through the defect, forming an aluminum "whisker" 40, titanium molecules may be carried along with the diffusing aluminum. During the tungsten layer deposition process shown in FIG. 2C, tungsten-hexafluoride reacts with the exposed titanium molecules to form a very large tungsten defect 42.

These tungsten defects result in reduced product yields and reduced device reliability. One method known in the industry for reducing the tungsten defects described above is to increase the thickness of the deposited titanium nitride layer (approaching 1000 Angstroms or more). However, as the thickness of the titanium nitride increases, the cost and time to perform the process also increases. The present invention utilizes a relatively thin titanium nitride layer which has not heretofore been attempted because of the belief that a relatively thin titanium nitride layer would not passivate the highly reactive titanium layer.

Tungsten Plugs According to the Present Invention

FIGS. 3A–3E illustrate a process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 3A, a conducting layer 50 is formed on a semiconductor wafer (not shown) with a covering insulating layer 52. The insulating layer is a dielectric material, typically silicon dioxide with a typical thickness normally in a range from 5000 to 15,000 Angstroms formed by chemical vapor deposition (CVD). Preferably, the wafer is then subjected to an annealing

**4**

process, which may help to reduce the number of tungsten defects due to a relaxation of stresses in the underlying metal conducting layer to a degree sufficient to render the subsequently occurring increases in compressive stress and thermal agitation inadequate to drive "hillock" or "whisker" growth.

A contact hole or via 54 is then formed by standard photolithographic and etching techniques in insulating layer 52 where it is desired to make an interconnection with the underlying conducting layer. Preferably, the photoresist used to pattern the vias is treated with a 230° C. deep ultraviolet (UV) hardbake process which may help reduce the number of tungsten defects because of reduced polymer contamination in via 54 after etch, and/or relaxation of stresses in the underlying conducting layer due to grain boundary/grain size modification.

The insulating layer 52 is then covered by a titanium layer 56, as shown in FIG. 3B, by sputtering. The titanium layer coats the entire wafer surface with various degrees of conformance over the sidewalls and bottom of via 54. Typically the titanium layer has a thickness of approximately 50 to 700 Angstroms at the upper surface and 100 Angstroms may be optimal.

Then a titanium nitride layer 58 is formed by sputtering a relatively thin layer of titanium nitride on the wafer, as shown in FIG. 3C. The sputtered titanium nitride layer may be in the range of 50 to 200 Angstroms thick on the upper surface of the wafer and 100 Angstroms may be optimal. Preferably, the wafer is not exposed to atmospheric contamination between the titanium and titanium nitride deposition steps. During the sputtering process, nitrogen-bearing species react with the titanium layer to grow titanium nitride either initially or through voids in the thin deposited titanium nitride layer. The relatively thin layer of deposited titanium nitride has reduced stress over thicker films because the additional thickness adds to the stress. The combination of the reduced stress titanium nitride layer and the grown titanium nitride produces a titanium nitride barrier layer with higher integrity.

Additionally, the flux of sputtered titanium nitride decreases toward the bottom of the via. There may be approximately a 9:1 difference between the thickness of sputtered titanium nitride on the upper surface as compared to the bottom of the via. Thus, the sputtered titanium nitride at the bottom of the via may be 10 Angstroms or less. It is believed that the titanium nitride layer on the bottom of the via is primarily caused by the reaction of a nitrogen-bearing species with the titanium layer, thereby forming a grown titanium nitride layer. The nitrogen-bearing species being present in the plasma normally used for the sputtering of TiN from a titanium or titanium nitride target. The grown titanium nitride layer at the bottom of the via may be in the range of 20 to 50 Angstroms thick and 40 Angstroms may be optimal.

FIG. 6 is a bar graph that shows the relationship between the number of defects per wafer and the titanium nitride thickness in a tungsten plug interconnection made according to the present invention. Semiconductor wafers with etched vias were covered by a titanium layer of approximately 800 Angstroms thick. Titanium nitride layers with varying thicknesses were then formed on different wafers and the number of tungsten defects per wafer were counted for each titanium nitride thickness. FIG. 6 shows that the number of defects is reduced when the titanium nitride thickness is reduced to approximately 100 Angstroms. The defects in the wafers include both of the tungsten defects described earlier in reference to FIGS. 2A–2C.

5,827,777

| 5 | 6 |

When the thickness of the sputtered titanium nitride layer on the upper surface of the wafer is reduced (e.g. below 700 Angstroms), as suggested by the present invention, it should be noted that good ohmic contact characteristics are achieved if the thickness of the titanium layer on the upper surface of the wafer is also reduced. This may be because the stresses in the titanium and titanium nitride layers balance each other. Preferably, the titanium layer is substantially equal to the thickness of the titanium nitride layer on the upper surface of the wafer. Good ohmic contact characteristics are achieved with a titanium layer on the upper surface of 200 to 400 Angstroms and 300 Angstroms may be optimal. It is believed that this results in a titanium layer at the bottom of the via from 30 to 50 Angstroms thick.

Alternatively, it is believed that an effective titanium nitride layer 58 may be grown on the titanium layer without the simultaneous sputtering or deposition of titanium nitride. The titanium nitride layer is grown by the reaction of a nitrogen-bearing species, such as ammonia, with the surface of the titanium layer. One method for forming the titanium nitride layer includes rapid thermal nitration (RTN) techniques in a cluster tool application. Preferably, the titanium nitride layer is grown without removing the wafer from the vacuum environment utilized to deposit the titanium layer. The grown titanium nitride layer may be in the range of 20 to 50 Angstroms thick to passivate the underlying titanium layer. A titanium nitride layer of 40 Angstroms may be optimal.

In FIG. 3D, a conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 60. The tungsten film may be comprised of several layers deposited using different process parameters. The thickness of the tungsten film is such that the height of the tungsten in the via is above the plane of the upper surface of the desired via opening. Preferably, the tungsten film is deposited at a lower temperature of 450° C. which may help reduce the number of tungsten defects because of a reduced tendency of the conducting layer to form intermetallic compounds, such as $TiAl_3$, with the titanium layer and/or a reduced ability of $WF_6$ to diffuse through defects to the underlying titanium layer.

The tungsten film is then plasma-etched to remove tungsten from the entire surface of the wafer except the via openings to form a tungsten plug 62 as shown in FIG. 3E. Alternatively, the tungsten etchback process may be stopped at upper surface of the titanium nitride layer or the titanium layer. After the tungsten etchback process, a second conducting layer can be deposited that electrically contacts the tungsten plug. The tungsten can alternatively be removed from the wafer surface by use of a chemomechanical polish (CMP) process.

FIGS. 4A–4D illustrate another process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 4A, a conducting layer 70 formed on a semiconductor wafer (not shown) is covered by a titanium layer 72 and a titanium nitride layer 74. Although titanium layer 72 is shown covered by titanium nitride layer 74, it is only important that the titanium layer be exposed after the subsequent via etch process.

An insulating layer 76 covers titanium nitride layer 74. Typically the insulating layer is silicon dioxide deposited by chemical vapor deposition (CVD). A contact hole or via is then formed by standard photolithographic and etching techniques in insulating layer 76 where it is desired to make an interconnection with the underlying conducting layer. The etching process etches away the titanium nitride layer at the bottom of the via exposing the titanium layer.

Then a relatively thin titanium nitride layer 78 is formed on the exposed titanium layer, as shown in FIG. 4B. The formation of the titanium nitride layer includes the growing of titanium nitride by the reaction of a nitrogen-bearing species with the surface of the titanium layer. The underlying titanium layer may be substantially consumed by the formation of the titanium nitride layer so that, advantageously, an inadequate amount of titanium remains to react with the tungsten-hexafluoride to form tungsten defects of significance in the event of TiN barrier failure.

In FIG. 4C, a conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 80. As described earlier, the thickness of the tungsten film is such that the height of the tungsten in the via is above the plane of the upper surface of the desired via opening. After the tungsten etchback process to form a tungsten plug 82 as shown in FIG. 4D, a second conducting layer can be deposited that electrically contacts the tungsten plug. A tungsten plug interconnection formed in this manner has adequate titanium in the via region resulting in acceptable quality ohmic contacts with the underlying conducting layer.

FIGS. 5A–5E illustrate yet another process for making a tungsten plug interconnection according to the present invention. In the initial step shown in FIG. 5A, a conducting layer 90 formed on a semiconductor wafer (not shown) is covered by a titanium layer 92 and a titanium nitride layer 94.

An insulating layer 96 covers titanium nitride layer 94. Typically the insulating layer is silicon dioxide deposited by chemical vapor deposition (CVD). A contact hole or via is then formed by standard photolithographic and etching techniques in insulating layer 96 where it is desired to make an interconnection with the underlying conducting layer. The etching process etches away the titanium nitride layer at the bottom of the via exposing the titanium layer.

Then a titanium layer 98 is deposited over the wafer, as shown in FIG. 5B. Titanium layer 98 contacts the exposed portion of titanium layer 92 at the bottom of the via. In FIG. 5C, a relatively thin titanium nitride layer 100 is formed on titanium layer 98. The formation of the titanium nitride layer includes the growing of titanium nitride by the reaction of a nitrogen-bearing species with the surface of titanium layer 98.

A conformal tungsten coating is deposited from the decomposition of $WF_6$ in a thermal reactor forming a tungsten film 102, as shown in FIG. 5D. A tungsten plug 104 is formed by an etchback process, as shown in FIG. 5E.

While the above is a complete description of specific embodiments of the invention, various modifications, alternative constructions, and equivalents may be used. Therefore, the above description should not be taken as limiting the scope of the invention as defined by the following claims.

What is claimed is:

1. A method of forming a titanium nitride barrier layer in an integrated circuit device, comprising:

providing a first metal conducting layer having a top surface;

depositing a titanium layer on said first metal conducting layer, said titanium layer having a top surface;

forming a relatively thin titanium nitride layer in a range of 20 to 50 Angstroms thick on said titanium layer; and

providing a second metal conducting layer over said titanium nitride layer.

2. The method of forming a titanium nitride barrier layer of claim 1, wherein said titanium nitride layer is approximately 40 Angstroms thick.

5,827,777

| 7 | 8 |

3. The method of forming a titanium nitride barrier layer of claim 1, wherein said titanium layer is in a range of 30 to 50 Angstroms thick.

4. The method of forming a titanium nitride barrier layer of claim 1, wherein said step of forming said titanium nitride layer includes the step of growing titanium nitride by a reaction of a nitrogen-bearing species with said titanium layer.

5. The method of forming a titanium nitride barrier layer of claim 4, wherein said step of growing titanium nitride includes rapid thermal nitration.

6. The method of forming a titanium nitride barrier layer of claim 1, wherein said step of forming said titanium nitride layer includes the steps of:

depositing titanium nitride on said titanium layer; and
growing titanium nitride on said titanium layer.

7. The method of forming a titanium nitride barrier layer of claim 6, wherein said steps of depositing said titanium layer and growing said titanium nitride layer are performed within a same vacuum environment.

8. The method of forming a titanium nitride barrier layer of claim 1, further comprising the step of depositing an insulating layer over said first conducting layer, said insulating layer having an opening to said top surface of said first conducting layer, said opening having side and bottom surfaces, and said titanium layer is located over said side and bottom surfaces of said opening.

9. The method of forming a titanium nitride barrier layer of claim 1, further comprising the step of depositing an insulating layer over said titanium layer, said insulating layer having an opening to said top surface of said titanium layer, said opening having side and bottom surfaces, and said titanium nitride layer is located over said titanium layer on said bottom surface of said opening.

10. A method of forming an interconnection in an integrated circuit device, said integrated circuit device formed within and on a semiconductor substrate, said method comprising the steps of:

forming a first metal conducting layer over said substrate, said first metal conducting layer having a top surface;
forming an insulating layer over said first metal conducting layer, said insulating layer having a top surface;
forming an opening in said insulating layer, said opening having side and bottom surfaces;
depositing a titanium layer on said first metal conducting layer at said bottom surface of said opening;
forming a relatively thin titanium nitride layer in a range of 20 to 200 Angstroms thick on said titanium layer; and
depositing a second metal conducting layer in said opening over said titanium nitride layer.

11. The method of forming an interconnection of claim 10, wherein said titanium nitride layer is in a range of 20 to 50 Angstroms thick.

12. The method of forming an interconnection of claim 11, wherein said titanium nitride layer is approximately 40 Angstroms thick.

13. The method of forming an interconnection of claim 10, wherein said titanium layer is in a range of 30 to 50 Angstroms thick.

14. The method of forming an interconnection of claim 10, wherein said step of forming said titanium nitride layer includes the step of growing titanium nitride by a reaction of a nitrogen-bearing species with said titanium layer.

15. The method of forming an interconnection of claim 14, wherein said step of growing titanium nitride includes rapid thermal nitration.

16. The method of forming an interconnection of claim 10, wherein said step of forming said titanium nitride layer includes the steps of:

depositing titanium nitride on said titanium layer; and
growing titanium nitride on said titanium layer.

17. The method of forming an interconnection of claim 16, wherein said steps of depositing said titanium layer and growing said titanium nitride layer are performed within a same vacuum environment.

18. The method of forming an interconnection of claim 10, wherein said titanium layer is deposited after said insulating layer is formed, said titanium layer being deposited on said insulating layer.

19. The method of forming an interconnection of claim 10, wherein said titanium layer is deposited before said insulating layer is formed, said titanium layer being deposited on said first conducting layer.

20. The method of forming an interconnection of claims 10, wherein said second conducting layer is tungsten.

21. The method of forming an interconnection of claim 10, further comprising the step of annealing said semiconductor substrate after said insulating layer forming step.

22. A method of forming an tungsten plug interconnection in an integrated circuit device, said integrated circuit device formed within and on a semiconductor wafer, said method comprising the steps of:

forming a first metal conducting layer over said wafer, said first metal conducting layer having a top surface;
forming an insulating layer over said first metal conducting layer, said insulating layer having a top surface;
forming an opening in said insulating layer, said opening having side and bottom surfaces;
depositing a titanium layer on said first metal conducting layer at said bottom surface of said opening;
depositing a relatively thin titanium nitride layer on said titanium layer, said titanium nitride layer being 50 to 200 Angstroms thick on an upper surface of said wafer; and
depositing an tungsten layer in said opening over said titanium nitride layer, said tungsten layer filling said opening.

23. The method of forming a tungsten plug interconnection of claim 22, wherein said titanium nitride layer is 100 Angstroms thick on an upper surface of said wafer.

24. The method of forming a tungsten plug interconnection of claim 22, wherein said titanium layer is 200 to 400 Angstroms thick on an upper surface of said wafer.

25. The method of forming a tungsten plug interconnection of claim 22, wherein said titanium layer is approximately 300 Angstroms thick on an upper surface of said wafer.

26. The method of forming a tungsten plug interconnection of claim 22, wherein said titanium layer is deposited after said insulating layer is formed, said titanium layer being deposited on said insulating layer.

27. The method of forming a tungsten plug interconnection of claim 22, wherein said titanium layer is deposited before said insulating layer is formed, said titanium layer being deposited on said first conducting layer.

28. The method of forming a tungsten plug interconnection of claims 22, further comprising the step of annealing said semiconductor substrate after said insulating layer forming step.

* * * * *