```
 1   MICHAEL E. MOLLAND (State Bar No. 111830)
     DANIEL JOHNSON, JR. (State Bar No. 57409)
 2   BRETT M. SCHUMAN (State Bar No. 162090)
     GREGG P. YATES (State Bar No. 224641)
 3   MORGAN, LEWIS & BOCKIUS LLP
     One Market, Spear Street Tower
 4   San Francisco, CA  94105-1126
     Tel:  415.442.1000
 5   Fax: 415.442.1001
     E-mail:  mmolland@morganlewis.com
 6   E-mail:  djjohnson@morganlewis.com
     E-mail:  bschuman@morganlewis.com
 7
     Attorneys for Plaintiff
 8   NXP SEMICONDUCTORS USA, INC.
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 08 0775<br><br>**NXP SEMICONDUCTORS USA, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7660313.1

1

CORP. DISCLOSURE STATEMENT AND CERT. OF
INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3-16 of the Civil Local Rules of U.S. District Court for the Northern District of California, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interets in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

The corporate parent of NXP SEMICONDUCTORS USA, INC., ("NXP") is NXP B.V., a Dutch private limited liability company. No publicly-held company owns 10% or more of the stock of NXP.

DATED: February 1, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Brett M. Schuman

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.