| *Attorney or Party without Attorney:*<br>MICHAEL E. MOLLAND<br>MORGAN LEWIS & BOCKIUS LLP<br>1 MARKET, SPEAR STREET TOWER<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-442-1000  *FAX No:* 415-442-1001 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>14703-058502-0029 |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court Northern District Of California |
| *Plaintiff:* NXP SEMICONDUCTORS USA, INC. |
| *Defendant:* LSI CORPORATION, ect. |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08-0775 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint For Declaratory Relief; Ncp Semiconductors Usa, Inc.'s Corporate Disclosure Statement And Certification Of Interested Entities Or Persons; Civil Cover Sheet; Location Guide To Court Offices; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. *Party served:*  LSI CORPORATION d/b/a LSI CORPORATION
   b. *Person served:*  MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*  818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 04, 2008 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LSI CORPORATION d/b/a LSI CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
   1511 W. BEVERY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111

   d. **The Fee** *for Service was:*
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:  5141
   (iii) County:  Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Feb. 07, 2008

   (DOUG FORREST)

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007
   PROOF OF SERVICE
   SUMMONS & COMPLAINT
   6398766.morle1.112280