# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

NXP SEMICONDUCTORS USA, INC.

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

LSI CORPORATION d/b/a LSI LOGIC CORPORATION

**CV 08 -0775 WDB**

ORIGINAL FILED

FEB 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: (Name and address of defendant)

LSI Corporation
d/b/a LSI Logic Corporation
1621 Barber Lane
Milpitas, CA  95035

c/o
(Agent for Service of Process)
C T Corporation System
818 West Seventh Street
Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael E. Molland (SBN 111830)
Daniel Johnson, Jr. (SBN 57409)
Brett M. Schuman (SBN 162090)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000, Fax: 415.442.1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

FEB 1 2008
DATE

NDCAO440

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MICHAEL E. MOLLAND<br>MORGAN LEWIS & BOCKIUS LLP<br>1 MARKET, SPEAR STREET TOWER<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | |
| Telephone No: 415-442-1000    FAX No: 415-442-1001 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>14703-058502-0029 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: NXP SEMICONDUCTORS USA, INC.
Defendant: LSI CORPORATION, ect.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0775 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Declaratory Relief; Ncp Semiconductors Usa, Inc.'s Corporate Disclosure Statement And Certification Of Interested Entities Or Persons; Civil Cover Sheet; Location Guide To Court Offices; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:       LSI CORPORATION d/b/a LSI CORPORATION
   b. Person served:    MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 04, 2008 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LSI CORPORATION d/b/a LSI CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                              d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**          e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                         (i)  Independent Contractor
      LOS ANGELES, CA 90071                        (ii) Registration No.:   5141
   c. 213-250-1111                                 (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 07, 2008

   (DOUG FORREST)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6398766.morle1.112280