United States District Court
For the Northern District of California

1

2

3                          IN THE UNITED STATES DISTRICT COURT

4

5                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   NXP SEMICONDUCTORS USA                    NO. CV 08-00775 WDB

8              Plaintiff,                     **CLERK'S NOTICE RE: FAILURE
         v.                                   TO FILE ELECTRONICALLY
9                                             DOCKET #5**

10  LSI CORPORATION

11             Defendant.
                                      /
12

13  On February 12, 2008, counsel for Plaintiff filed a Return of Summons as Executed, docket #5,

14  manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4 and

15  General Order 45.

16

17  The above mentioned  paper document has been filed and docketed. However, General Order 45

18  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

19  presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the Return

20  of Summons as Executed, docket #5, in PDF format within 10 days, as an attachment in an *e-mail*

21  message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click

22  on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been

23  previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

24  be e-filed.

25

26  Dated: February 12, 2008                   Cynthia Lenahan
                                               Deputy Clerk
27

28