IRELL & MANELLA LLP
Jonathan H. Steinberg (98044)
Samuel K. Lu (171969)
Jason G. Sheasby (205455)
C. Maclain Wells (221609)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, | Case No. CV 08-0775 (WDB) |
| Plaintiff | NOTICE OF APPEARANCE |
| v. | |
| LSI CORPORATION, a Delaware corporation, | |
| Defendant. | |

Notice is hereby given of the appearance as counsel for Defendant LSI Corporation in the above-captioned matter of the following:

Jonathan H. Steinberg (jsteinberg@irell.com)
Samuel K. Lu (slu@irell.com)
Jason G. Sheasby (jsheasby@irell.com)
C. Maclain Wells (mwells@irell.com)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
(310) 277-1010

1   Please serve copies of all notices and documents issued by the Court and filed by the parties upon

2   the above listed counsel.

3

4   Dated:  March 24, 2008                           Respectfully submitted,

5                                                    IRELL & MANELLA LLP
                                                     Jonathan H. Steinberg
6                                                    Samuel K. Lu
7                                                    Jason G. Sheasby
                                                     C. Maclain Wells
8

9                                                    By: /s/ C. Maclain Wells
                                                         C. Maclain Wells
10
                                                     Attorneys for Defendant
11                                                   LSI Corporation

12

13                      **CERTIFICATE OF SERVICE**

14          I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk

15  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

16  addresses on file with the Clerk of Court.

17                                                   By: /s/ C. Maclain Wells
                                                         C. Maclain Wells
18

19

20

21

22

23

24

25

26

27

28