IRELL & MANELLA LLP
Jonathan H. Steinberg (98044)
Samuel K. Lu (171969)
Jason G. Sheasby (205455)
C. Maclain Wells (221609)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, <br><br> Plaintiff <br><br> v. <br><br> LSI CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. CV 08-0775 (WDB) <br><br> CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16] AND**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Cert. Int. & Corp. Disc. Stmt.
Case No. CV-08 0775 (WDB)

1  There is no parent company to LSI Corporation and no publicly held company owns 10% or more of the stock in LSI Corporation.

Dated: March 24, 2008

Respectfully submitted,

IRELL & MANELLA LLP
Jonathan H. Steinberg
Samuel K. Lu
Jason G. Sheasby
C. Maclain Wells

By: /s/ C. Maclain Wells
    C. Maclain Wells

Attorneys for Defendant
LSI Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ C. Maclain Wells
    C. Maclain Wells