1  IRELL & MANELLA LLP
   Jonathan H. Steinberg (98044)
2  Samuel K. Lu (171969)
   Jason G. Sheasby (205455)
3  C. Maclain Wells (221609)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile:  (310) 203-7199
   E-mail: jsteinberg@irell.com
6  E-mail: slu@irell.com
   E-mail: jsheasby@irell.com
7  E-mail: mwells@irell.com

8  Attorneys for Defendant
   LSI CORPORATION
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   OAKLAND DIVISION

13

14  NXP SEMICONDUCTORS USA, INC.,  )  Case No. CV 08-0775 (WDB)
    a Delaware corporation,        )
15                                 )
           Plaintiff               )  DECLINATION TO PROCEED
16                                 )  BEFORE A MAGISTRATE JUDGE
       v.                          )  AND REQUEST FOR
17                                 )  REASSIGNMENT TO A UNITED
    LSI CORPORATION d/b/a/ LSI LOGIC ) STATES DISTRICT JUDGE
18  CORPORATION, a Delaware        )
    corporation,                   )
19                                 )
           Defendant               )
20  _____)

21      The undersigned party in the above-captioned civil matter hereby declines to consent to the

22  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

23  requests the reassignment of this case to a United States District Judge.

24
    Dated:  April 1, 2008                    Respectfully submitted,
25
                                             IRELL & MANELLA LLP
26                                           Jonathan H. Steinberg
                                             Samuel K. Lu
27                                           Jason G. Sheasby
28                                           C. Maclain Wells

Declination Re:  Magistrate Judge
Case No. CV-08 0775 (WDB)

Case 5:08-cv-00775-JW   Document 10   Filed 04/01/2008   Page 2 of 2

By: /s/ C. Maclain Wells
     C. Maclain Wells

Attorneys for Defendant LSI Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ C. Maclain Wells
     C. Maclain Wells