UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware Corporation <br><br> Defendants. <br> _____/ | No.  C 08-775 WDB <br><br> NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for May 21, 2008, at 4:00 p.m. is vacated.

Dated: April 2, 2008
                                                      Richard W. Wieking, Clerk
                                                      United States District Court

*Sarah Weinstein*

                                                       By:  SarahWeinstein
                                                          Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd