**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
———————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                         510.637.3530


**April 3, 2008**

**CASE NUMBER:  CV 08-00775 WDB**
**CASE TITLE:  NXP SEMICONDUCTORS USA-v-LSI CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JAMES WARE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: April 3, 2008


FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                      Entered in Computer 04/03/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA