| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | IRELL & MANELLA LLP |
| Michael E. Molland (111830) | Jonathan H. Steinberg (98044) |
| Daniel Johnson, Jr. (57409) | Samuel K. Lu (171969) |
| Brett M. Schuman (162090) | Jason G. Sheasby (205455) |
| Gregg P. Yates (224641) | C. Maclain Wells (221609) |
| One Market, Spear Street Tower | 1800 Avenue of the Stars, Suite 900 |
| San Francisco, CA 94105 | Los Angeles, California 90067-4276 |
| Telephone: (415) 442-1000 | Telephone: (310) 277-1010 |
| Facsimile: (415) 442-1001 | Facsimile: (310) 203-7199 |
| Email: mmolland@morganlewis.com | E-mail: jsteinberg@irell.com |
| Email: djjohnson@morganlewis.com | E-mail: slu@irell.com |
| Email: bschuman@morganlewis.com | E-mail: jsheasby@irell.com |
| Email: gyates@morganlewis.com | E-mail: mwells@irell.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| NXP SEMICONDUCTORS USA, INC. | LSI CORPORATION |

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 08-0775 (JW)<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT |

Pursuant to Local Civil Rule 6-1, the undersigned counsel have previously agreed to a thirty-day extension of time for Defendant LSI Corporation to answer, plead, or otherwise respond to Plaintiff's Complaint in the above-captioned litigation. The undersigned counsel hereby stipulate to an additional thirty-day extension, for a total extension of sixty days. Plaintiff served the Complaint in this matter on February 4, 2008. Defendant's Answer was originally due on February 24, 2008 (a Sunday). That date was extended by thirty days to March 25, 2008. The Parties hereby agree to extend that date again by thirty days to April 24, 2008.

Stip. Ext. Time
Case No. CV-08 0775 (WDB)

Dated: March 24, 2008

IRELL & MANELLA LLP
Attorneys for Defendant
LSI Corporation

By: /s/ C. Maclain Wells
      C. Maclain Wells

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiff
NXP Semiconductors USA, Inc.

By: /s/ Brett Michael Schuman
      Brett Michael Schuman

### ATTESTATION OF CONCURRENCE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories in lieu of their signature(s) on the document.

By: /s/ C. Maclain Wells
      C. Maclain Wells

### CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ C. Maclain Wells
      C. Maclain Wells