UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., | No. C 08-00775 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| LSI CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment of this case, a case management conference has been set before Judge James Ware **June 2, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference by **May 23, 2008.**

Dated: April 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy