1  IRELL & MANELLA LLP
   Jonathan H. Steinberg (98044)
2  Samuel K. Lu (171969)
   Jason G. Sheasby (205455)
3  C. Maclain Wells (221609)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile:  (310) 203-7199
   E-mail: jsteinberg@irell.com
6  E-mail: slu@irell.com
   E-mail: jsheasby@irell.com
7  E-mail: mwells@irell.com

8  Attorneys for Defendant
   LSI CORPORATION
9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13

14  NXP SEMICONDUCTORS USA, INC., )  Case No. CV 08-00775 (WDB)
    a Delaware corporation,       )
15                                )
              Plaintiff           )  NOTICE OF APPEARANCE
16                                )
        v.                        )
17                                )
    LSI CORPORATION, a Delaware   )
18  corporation,                  )
                                  )
19            Defendant.          )
                                  )
20  _____)

21       Notice is hereby given of the appearance as counsel for Defendant LSI Corporation in the

22  above-captioned matter of the following:

23            Jason G. Sheasby (jsheasby@irell.com)
              Irell & Manella LLP
24            1800 Avenue of the Stars, Suite 900
              Los Angeles, California 90067-4276
25            (310) 203-7199

26  Please serve copies of all notices and documents issued by the Court and filed by the parties upon

27  the above listed counsel.

28

Not. to App.
Case No. CV-08 0775 (WDB)

1 | Dated: April 8, 2008

Respectfully submitted,

2

3 | IRELL & MANELLA LLP
Jonathan H. Steinberg
Samuel K. Lu

4 | Jason G. Sheasby
C. Maclain Wells

5

6

7 | By: /s/ Jason G. Sheasby
Jason G. Sheasby

8 | Attorneys for Defendant, LSI Corporation

9

10 | **CERTIFICATE OF SERVICE**

11 | I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of

12 | the Court using the CM/ECF system which will send notification of such filing to the e-mail

13 | addresses on file with the Clerk of Court.

14 | By: /s/ Jason G. Sheasby
Jason G. Sheasby

15

16

17

18

19

20

21

22

23

24

25

26

27

28