1  IRELL & MANELLA LLP
   Jonathan H. Steinberg (98044)
2  Samuel K. Lu (171969)
   Jason G. Sheasby (205455)
3  C. Maclain Wells (221609)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile: (310) 203-7199
   E-mail: jsteinberg@irell.com
6  E-mail: slu@irell.com
   E-mail: jsheasby@irell.com
7  E-mail: mwells@irell.com

8  Attorneys for Defendant
   LSI CORPORATION
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION
13

14 | NXP SEMICONDUCTORS USA, INC., ) Case No. CV 08-00775 (JW)
    a Delaware corporation,        )
15 |                                )
                Plaintiff           ) NOTICE OF APPEARANCE
16 |                                )
        v.                          )
17 |                                )
    LSI CORPORATION, a Delaware     )
18 | corporation,                   )
                                    )
19 |            Defendant.          )
                                    )
20 |_____)

21      Notice is hereby given of the appearance as counsel for Defendant LSI Corporation in the
22 above-captioned matter of the following:

23           Samuel K. Lu (slu@irell.com)
             Irell & Manella LLP
24           1800 Avenue of the Stars, Suite 900
             Los Angeles, California 90067-4276
25           (310) 203-7948

26
   Please serve copies of all notices and documents issued by the Court and filed by the parties upon
27
   the above listed counsel.
28

Not. to App.
Case No. CV-08 0775 (JW)

1  Dated: April 9, 2008                              Respectfully submitted,

2                                                    IRELL & MANELLA LLP
3                                                    Jonathan H. Steinberg
                                                     Samuel K. Lu
4                                                    Jason G. Sheasby
                                                     C. Maclain Wells
5

6
                                                     By: /s/ Samuel K. Lu
7                                                            Samuel K. Lu

8                                                    Attorneys for Defendant, LSI Corporation

9

10                      **CERTIFICATE OF SERVICE**

11   I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of

12   the Court using the CM/ECF system which will send notification of such filing to the e-mail

13   addresses on file with the Clerk of Court.

14                                                   By: /s/ Samuel K. Lu
                                                             Samuel K. Lu
15

Not. of App.
Case No. CV-08 0775 (JW)                    - 2 -