IRELL & MANELLA LLP
Jonathan H. Steinberg (98044)
Samuel K. Lu (171969)
Jason G. Sheasby (205455)
C. Maclain Wells (221609)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>        Plaintiff<br><br>    v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. CV 08-00775 (JW)<br><br>NOTICE OF APPEARANCE |

Notice is hereby given of the appearance as counsel for Defendant LSI Corporation in the above-captioned matter of the following:

> Jonathan H. Steinberg (jsteinberg@irell.com)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> (310) 203-7520

Please serve copies of all notices and documents issued by the Court and filed by the parties upon the above listed counsel.

Not. to App.
Case No. CV-08 0775 (JW)

Dated: April 23, 2008                     Respectfully submitted,

                                                IRELL & MANELLA LLP
                                                Jonathan H. Steinberg
                                                Samuel K. Lu
                                                Jason G. Sheasby
                                                C. Maclain Wells

                                                By: /s/ Jonathan H. Steinberg
                                                            Jonathan H. Steinberg

                                                Attorneys for Defendant, LSI Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

                                                By: /s/ Jonathan H. Steinberg
                                                            Jonathan H. Steinberg