```
1  MICHAEL F. MOLLAND (State Bar No. 111830)
   DANIEL JOHNSON, JR. (State Bar No. 57409)
2  BRETT M. SCHUMAN (State Bar No. 189247)
   GREGG P. YATES (State Bar No. 224641)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001
   E-mail: mmolland@morganlewis.com
6  E-mail: djjohnson@morganlewis.com
   E-mail: bschuman@morganlewis.com
7
   Attorneys for Plaintiff
8  NXP SEMICONDUCTORS USA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 08-00775 (JW)<br><br>**ADR CERTIFICATION BY PLAINTIFF NXP SEMICONDUCTORS USA, INC., AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California,"* which is available on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7702038.1                                1                       ADR CERT. BY PARTIES & COUNSEL
                                                                       CV 08-00775 (JW)

| | |
|---|---|
| 1 | resolution options. |
| 2 | |
| 3 | Dated: May 9, 2008      NXP SEMICONDUCTORS USA, INC. |
| 4 | |
| 5 | By: /s/ |
| 6 | Juergen Krause-Polstorff<br>NXP Semiconductors USA, Inc. |
| 7 | Dated: May 12, 2008     MORGAN, LEWIS & BOCKIUS LLP |

By: /s/
Brett M. Schuman
Attorneys for Plaintiff NXP Semiconductors USA, Inc.

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Brett M. Schuman
Brett M. Schumann

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7702038.1           2           ADR CERT. BY PARTIES & COUNSEL
                                     CV 08-00775 (JW)