MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
GREGG P. YATES (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  mmolland@morganlewis.com
E-mail:  djjohnson@morganlewis.com
E-mail:  bschuman@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>             Defendant. | Case No. CV-08-0775 JW<br><br>**STIPULATION TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697116.1

1

STIPULATION TO FILE AMENDED COMPLAINT;
[PROPOSED] ORDER
CV-08-0775 JW

1   IT IS HEREBY STIPULATED AND AGREED between the parties that:

2   Plaintiff NXP SEMICONDUCTORS USA, INC. ("NXP") may file an Amended Complaint in this action. The proposed Amended Complaint attached hereto as Exhibit A shall and hereby is deemed filed and served on all parties as of the date of this Stipulation and Order.

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/   Gregg P. Yates
Gregg P. Yates
Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

IRELL & MANELLA LLP

By:    /s/   C. Maclain Wells
C. Maclain Wells
Attorneys for Defendant
LSI CORPORATION d/b/a LSI LOGIC CORPORATION

**\*\*\* ORDER \*\*\***

Plaintiff shall file its First Amended Complaint as a separate docket entry within ten (10) days from the date of this Order.

Dated: __May 28, 2008_____       _____
JAMES WARE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697116.1

2

STIPULATION TO FILE AMENDED COMPLAINT;
[PROPOSED] ORDER
CV-08-0775 JW

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Gregg P. Yates,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.

5  Executed this 22d day of May 2008, at San Francisco.

/s/   Gregg P. Yates
      Gregg P. Yates

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7697116.1

3

STIPULATION TO FILE AMENDED COMPLAINT;
[PROPOSED] ORDER
CV-08-0775 JW