| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Michael E. Molland (State Bar No. 111830)<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Brett M. Schuman (State Bar No. 189247)<br>Gregg P. Yates (State Bar No. 224641)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000<br>Fax:  415.442.1001<br>E-mail:  mmolland@morganlewis.com<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  bschuman@morganlewis.com<br>E-mail:  gyates@morganlewis.com<br><br>Attorneys for Plaintiff<br>NXP SEMICONDUCTORS USA, INC. | IRELL & MANELLA LLP<br>Jonathan H. Steinberg (State Bar No. 98044)<br>Samuel K. Lu (State Bar No. 171969)<br>Jason G. Sheasby (State Bar No. 205455)<br>C. Maclain Wells (State Bar No. 221609)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>Tel:  310.277-1010<br>Fax:  310-203-7199<br>E-mail:  jsteinberg@irell.com<br>E-mail:  slu@irell.com<br>E-mail:  jsheasby@irell.com<br>E-mail:  mwells@irell.com<br><br>Attorneys for Defendant<br>LSI CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-08-0775 JW<br><br>**JOINT CIV. L.R. 7-11 MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO APPEND OMITTED ATTACHMENTS TO JOINT CASE MANAGEMENT STATEMENT AND STIPULATION** |

1-SF/7709008.1

1

JOINT CIV. L.R. 7-11 MOT. APPEND OMITTED
ATTACHMENTS TO JCMS AND STIP.
CV-08-0775 JW

1    Pursuant to Civil L.R. 7-11, Plaintiff NXP SEMICONDUCTORS USA, INC. ("NXP") and Defendant LSI CORPORATION ("LSI") hereby jointly request the Court's leave to supplement the Joint Case Management Statement, filed on May 23, 2008, by appending two inadvertently omitted attachments.  The Joint Case Management Statement ("JCMS") references two related actions filed by LSI with the U.S. International Trade Commission ("ITC") and the U.S. District Court for the Eastern District of Texas.  *See* Declaration of Gregg P. Yates in Support of Joint Motion for Administrative Relief ("Yates Decl.") ¶ 1; **Exh. 1** at 5, 6.  Part X of the Joint Case Management Statement ("JCMS") expressly refers to the Notice of Investigation from the ITC action, and the complaint filed by LSI in the Eastern District of Texas action, and explains that those documents should have been attached to the JCMS.  *See Id*.  However, both of those documents were inadvertently omitted from the final filing.

The parties jointly seek administrative relief, allowing them to supplement the JCMS by appending these documents, which are attached as **Exhibits 2, 3** to the Yates Decl.  Neither party will be prejudiced by this request.

This request is based on the accompanying Yates Declaration and the exhibits thereto.

Pursuant to Civil L.R. 7-11 and Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED between the parties that the JCMS may be supplemented by appending **Exhibits 2-3** of the Yates Declaration to the JCMS.

Dated: May 30, 2008                             MORGAN, LEWIS & BOCKIUS LLP

                                                By:    /s/    Gregg P. Yates
                                                       Gregg P. Yates
                                                       Attorneys for Plaintiff
                                                       NXP SEMICONDUCTORS USA, INC.

Dated:  May 30, 2008                            IRELL & MANELLA LLP

                                                By:    /s/    C. Maclain Wells
                                                       C. Maclain Wells
                                                       Attorneys for Defendant
                                                       LSI CORPORATION d/b/a LSI LOGIC CORPORATION

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Gregg P. Yates,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories. I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.
5    Executed this 30th day of May 2008, at San Francisco.

/s/    Gregg P. Yates
       Gregg P. Yates

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7709008.1

3

JOINT CIV. L.R. 7-11 MOT. APPEND OMITTED ATTACHMENTS TO JCMS AND STIP.
CV-08-0775 JW

MORGAN, LEWIS & BOCKIUS LLP
Michael E. Molland (State Bar No. 111830)
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Gregg P. Yates (State Bar No. 224641)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: gyates@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

IRELL & MANELLA LLP
Jonathan H. Steinberg (State Bar No. 98044)
Samuel K. Lu (State Bar No. 171969)
Jason G. Sheasby (State Bar No. 205455)
C. Maclain Wells (State Bar No. 221609)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310.277-1010
Fax: 310-203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-08-0775 JW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO APPEND OMITTED ATTACHMENTS TO JOINT CASE MANAGEMENT STATEMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7709172.1

1

[PROPOSED] ORDER ON JOINT MOT. APPEND OMITTED ATTACHMENTS TO JCMS.
CV-08-0775 JW

1   IT IS HEREBY ORDERED THAT the Joint Case Management Statement, filed by the
2 parties on May 23, 2008, shall be supplemented to append: (1) the Notice of Investigation from
3 the U.S. International Trade Commission action filed by filed by LSI Corporation ("LSI") on
4 April 18, 2008, and (2) the Complaint filed by LSI with the U.S. District Court for the Eastern
5 District of Texas, which are included with this Joint Motion for Administrative Relief as Exhibits
6 2 and 3 to the Declaration of Gregg P. Yates.
7   Alternatively, the parties shall re-file their Joint Case Management Conference Statement
8 with these Attachments included, as a separate docket entry.
9 Dated: May ___, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7709172.1                    2          [PROPOSED] ORDER ON JOINT MOT. APPEND
                                              OMITTED ATTACHMENTS TO JCMS.
                                              CV-08-0775 JW