UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** June 2, 2008  **Court Reporter:** Not Reported
**Case No.:** C-08-0775 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

NXP Semiconductors USA, Inc.v. LSI Corporation

**Attorney(s) for Plaintiff(s):** Daniel Johnson, Brett Schuman
**Attorney(s) for Defendant(s):** Jason Sheasby, Samuel Lu

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Managment Conference held.  The Court set the following deadlines:

1. Deadline to file Joint Statement of Facts by November 15, 2008
2. Deadline to File Motion for Summary Judgment  by December 15, 2008
3. Opposition due January 15, 2009
4. Reply due January 30, 2009
5. Hearing on Anticipated Motion set for February 23, 2008 at 9:00 AM
6. Case Management Conference set for February 23, 2008 at 10:00 AM.

The Court to issue further order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: