MORGAN, LEWIS & BOCKIUS LLP
Michael E. Molland (State Bar No. 111830)
Daniel Johnson, Jr. (State Bar No. 57409)
Brett M. Schuman (State Bar No. 189247)
Gregg P. Yates (State Bar No. 224641)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: gyates@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

IRELL & MANELLA LLP
Jonathan H. Steinberg (State Bar No. 98044)
Samuel K. Lu (State Bar No. 171969)
Jason G. Sheasby (State Bar No. 205455)
C. Maclain Wells (State Bar No. 221609)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310.277-1010
Fax: 310-203-7199
E-mail: jsteinberg@irell.com
E-mail: slu@irell.com
E-mail: jsheasby@irell.com
E-mail: mwells@irell.com

Attorneys for
LSI CORPORATION

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-08-0775 JW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO APPEND OMITTED ATTACHMENTS TO JOINT CASE MANAGEMENT STATEMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7709172.1

1

[PROPOSED] ORDER ON JOINT MOT. APPEND
OMITTED ATTACHMENTS TO JCMS.
CV-08-0775 JW

1   IT IS HEREBY ORDERED THAT the Joint Case Management Statement, filed by the parties on May 23, 2008, shall be supplemented to append: (1) the Notice of Investigation from the U.S. International Trade Commission action filed by filed by LSI Corporation ("LSI") on April 18, 2008, and (2) the Complaint filed by LSI with the U.S. District Court for the Eastern District of Texas, which are included with this Joint Motion for Administrative Relief as Exhibits 2 and 3 to the Declaration of Gregg P. Yates.

The parties shall re-file their Joint Case Management Conference Statement with these Attachments included, as a separate docket entry.

Dated: June 6, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7709172.1

2

[PROPOSED] ORDER ON JOINT MOT. APPEND OMITTED ATTACHMENTS TO JCMS.
CV-08-0775 JW