1  IRELL & MANELLA LLP
   Jonathan H. Steinberg (98044)
2  Samuel K. Lu (171969)
   Jason G. Sheasby (205455)
3  C. Maclain Wells (221609)
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
5  Facsimile:  (310) 203-7199
   E-mail: jsteinberg@irell.com
6  E-mail: slu@irell.com
   E-mail: jsheasby@irell.com
7  E-mail: mwells@irell.com

8  Attorneys for Defendant LSI CORPORATION and
9  Defendant and Counterclaimant AGERE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, | Case No. CV-08-0775 JW |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| LSI CORPORATION d/b/a/ LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |
| AGERE SYSTEMS, INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, and | |
| Counterclaim-Defendant. | |

Cert. of Interested Entities &
Corporate Disclosure
Case No. CV-08-0775 (JW)

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Agere Systems Corp. is a wholly-owned subsidiary of LSI Corporation, which is publicly traded.

Dated: June 12, 2008

Respectfully submitted,

IRELL & MANELLA LLP
Jonathan H. Steinberg
Samuel K. Lu
Jason G. Sheasby
C. Maclain Wells

By: /s/ C. Maclain Wells
    C. Maclain Wells
Attorneys for Defendant
LSI Corporation and Defendant and Counterclaimant Agere Systems Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ C. Maclain Wells
    C. Maclain Wells