MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
GREGG P. YATES (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: gyates@morganlewis.com

Attorneys for Plaintiff and Counter Defendant
NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Defendants.<br> | Case No. CV-08-0775 JW<br><br>**NXP SEMICONDUCTORS USA, INC.'S ANSWER TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS** |
| AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br>　　　　　　Counter Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7718080.1

1

NXP SEMICONDUCTORS USA, INC.'S ANSWER TO
AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

1       Plaintiff and Counter Defendant NXP SEMICONDUCTORS USA, INC. ("NXP") hereby
2   responds to and answers Defendant and Counterclaimant AGERE SYSTEMS, INC.'s
3   ("AGERE") counterclaims designated as counterclaims ("Counterclaims"), as these appear in
4   AGERE's Answer to Amended Complaint and Counterclaims ("Answer"), beginning at page 9,
5   paragraph 63 of the Answer, as follows:
6       63.     NXP admits that AGERE incorporates paragraphs 1-62 of its Answer in paragraph
7   63 of its Counterclaims.
8       64.     NXP lacks sufficient knowledge and information as to paragraph 64 of AGERE's
9   Answer.  NXP is informed and believes that AGREE is a Delaware corporation, and has a place
10  of business at 1110 American Parkway NE, Allentown, Pennsylvania 18109.
11      65.     NXP admits that it is a Delaware corporation that has its principal place of
12  business at 1109 McKay Drive, San Jose, California 95131.  NXP further admits that NXP
13  conducts business in the Northern District of California.  NXP denies each and every other
14  allegation in paragraph 65.
15      66.     NXP admits that AGERE contends that its action arises under the U.S. Patent Act,
16  35 U.S.C. § 101 *et seq.*, including 35 U.S.C. § 271.  NXP admits that AGERE contends that
17  jurisdiction is proper over its claims under 28 U.S.C. §§ 1338(a) and 1331.  NXP denies each and
18  every other allegation in paragraph 66.
19      67.     NXP admits that this Court has personal jurisdiction over NXP.  NXP denies each
20  and other allegation in paragraph 67.
21      68.     NXP admits that venue is proper in this judicial district pursuant to 28 U.S.C.
22  §§ 1391(b) & (c).  NXP admits that AGERE contends that venue in this judicial district is proper
23  pursuant to 28 U.S.C. § 1400(b).
24  
**FIRST CLAIM FOR RELIEF**
(Infringement of U.S. Patent No. 5,909,149)
25  
26      69.     NXP admits that AGERE incorporates paragraphs 1-68 of its Answer in
27  paragraph 69.
28      70.     NXP admits that AGERE claims rights under U.S. Patent No. 5,909,149 (the "'149

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

2

NXP SEMICONDUCTORS USA, INC.'S ANSWER
TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

1  patent"), entitled Multiband phased Locked Loop Using a Switched Voltage Controlled

2  Oscillator," which was issued on June 1, 1999.  NXP lacks sufficient knowledge and information

3  as to each and every other allegation in paragraph 70.

4      71.    NXP denies that it is or has been infringing, contributorily infringing, or inducing

5  infringement of the '149 patent.  NXP denies each and every other allegation in paragraph 71.

6      72.    NXP denies each and every allegation in paragraph 72.

7      73.    NXP denies that it is infringing or has ever infringed the '149 patent.  NXP denies

8  that AGERE is or has ever suffered injury as a result of NXP's conduct.  NXP denies each and

9  every other allegation in paragraph 73.

10      74.    NXP denies that AGERE has been damaged or ever will be damaged by NXP's

11  conduct.

**SECOND CLAIM FOR RELIEF**
(Infringement of U.S. Patent No. 6,163,184)

12      75.    NXP admits that AGERE incorporates paragraphs 1-68 of its Answer in

13  paragraph 75.

14      76.    NXP admits that AGERE claims rights under U.S. Patent No. 6,163,184 (the "'184

15  patent"), entitled "Phase Locked Loop (PLL) Circuit," which was issued on December 19, 2000.

16  NXP lacks sufficient knowledge and information as to each and every other allegation in

17  paragraph 76.

18      77.    NXP denies that it is or has been infringing, contributorily infringing, or inducing

19  infringement of the '184 patent.  NXP denies each and every other allegation in paragraph 77.

20      78.    NXP denies each and every allegation in paragraph 78.

21      79.    NXP denies that it is infringing or has ever infringed the '149 patent.  NXP denies

22  that AGERE is or has ever suffered injury as a result of NXP's conduct.  NXP denies each and

23  every other allegation in paragraph 79.

24      80.    NXP denies that AGERE has been damaged or ever will be damaged by NXP's

25  conduct.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7718080.1

3

NXP SEMICONDUCTORS USA, INC.'S ANSWER
TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

## THIRD CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 5,227,335)

81. NXP admits that AGERE incorporates paragraphs 1-68 of its Answer in paragraph 81.

82. NXP admits that AGERE claims rights under U.S. Patent No. 5,227,335 (the "'335 patent"), entitled "Tungsten Metallization," which was issued on July 13, 1993. NXP lacks sufficient knowledge and information as to each and every other allegation in paragraph 82.

83. NXP denies that it is or has been infringing, contributorily infringing, or inducing infringement of the '335 patent. NXP denies each and every other allegation in paragraph 83.

84. NXP denies each and every allegation in paragraph 84.

85. NXP denies that it is infringing or has ever infringed the '335 patent. NXP denies that AGERE is or has ever suffered injury as a result of NXP's conduct. NXP denies each and every other allegation in paragraph 85.

86. NXP denies that AGERE has been damaged or ever will be damaged by NXP's conduct.

## FOURTH CLAIM FOR RELIEF
(Infringement of U.S. Patent No. 5,599,739)

87. NXP admits that AGERE incorporates paragraphs 1-68 of its Answer in paragraph 87.

88. NXP admits that AGERE claims rights under U.S. Patent No. 5,599,739 (the "'739 patent"), entitled "Barrier Layer Treatments for Tungsten Plug," which was issued on February 4, 1997. NXP lacks sufficient knowledge and information as to each and every other allegation in paragraph 88.

89. NXP denies that it is or has been infringing, contributorily infringing, or inducing infringement of the '739 patent. NXP denies each and every other allegation in paragraph 89.

90. NXP denies each and every allegation in paragraph 90.

91. NXP denies that it is infringing or has ever infringed the '739 patent. NXP denies that AGERE is or has ever suffered injury as a result of NXP's conduct. NXP denies each and

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

4

NXP SEMICONDUCTORS USA, INC.'S ANSWER TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

1 every other allegation in paragraph 91.

2     92.    NXP denies that AGERE has been damaged or ever will be damaged by NXP's

3 conduct.

**FIFTH CLAIM FOR RELIEF**
(Infringement of U.S. Patent No. 5,373,180)

6     93.    NXP admits that AGERE incorporates paragraphs 1-68 of its Answer in

7 paragraph 93.

8     94.    NXP admits that AGERE claims rights under U.S. Patent No. 5,373,180 (the "'180

9 patent"), entitled "Planar Isolation Technique for Integrated Circuits," which was issued on

10 December 13, 1994. NXP lacks sufficient knowledge and information as to each and every other

11 allegation in paragraph 94.

12     95.    NXP denies that it is or has been infringing, contributorily infringing, or inducing

13 infringement of the '180 patent. NXP denies each and every other allegation in paragraph 95.

14     96.    NXP denies each and every allegation in paragraph 96.

15     97.    NXP denies that it is infringing or has ever infringed the '180 patent. NXP denies

16 that AGERE is or has ever suffered injury as a result of NXP's conduct. NXP denies each and

17 every other allegation in paragraph 97.

18     98.    NXP denies that AGERE has been damaged or ever will be damaged by NXP's

19 conduct.

**AFFIRMATIVE AND OTHER DEFENSES**

21     Further answering AGERE's Counterclaims, NXP asserts the following defenses. NXP

22 reserves the right to amend this Answer to AGERE's Counterclaims with additional defenses as

23 further information is obtained.

**FIRST DEFENSE**
(License)

26     99.    AGERE can state no cause of action relating to the infringement of the '335, '739,

27 and '180 patents on the ground that NXP's alleged use of these patents is licensed under a certain

28 1987 Patent License Agreement, as amended and modified in 1995, between AT&T and Philips

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

5

NXP SEMICONDUCTORS USA, INC.'S ANSWER
TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

1  Electronics, N.V. ("PHILIPS").  NXP is a successor-in-interest to Philips and has rights under the
2  Patent License Agreement, as amended and modified.

**SECOND DEFENSE**
(Non-infringement of the Asserted Patents)

100.   NXP has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '149, '184, '335, '739, and '180 patents, and is not liable for infringement of any of these patents.

101.   Any and all products that NXP makes, uses, offers to sell, sells, exports, and/or imports, that AGERE accuses of infringing its patents, have substantial uses that do not infringe and therefore cannot induce or contribute to the infringement of the aforementioned patents.

102.   No product that NXP makes, uses, offers to sell, sells, exports and/or imports infringes the aforementioned patents.

**THIRD DEFENSE**
(Collateral Estoppel/Res Judicata)

**103.**   AGERE's claim of infringement based upon the '335 patent is barred by the doctrine of collateral estoppel and/or res judicata.

**FOURTH DEFENSE**
(Invalidity of the Asserted Patents)

**104.**   One or more claims of the '149, '184, '335, and '739 patents are invalid for failing to comply with the provisions of the patent laws of the United States, as codified in Title 35 of the United States Code.

**FIFTH DEFENSE**
(Failure to Mark)

105.   AGERE's Counterclaims are barred or limited due to failure by AGERE to allege compliance with, and failure to comply with, the requirements of 35 U.S.C. § 287.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

6

NXP SEMICONDUCTORS USA, INC.'S ANSWER
TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

**SIXTH DEFENSE**
(Unavailability of Relief)

106. AGERE has failed to plead and meet the requirements of 35 U.S.C. § 271(b) and (c) and is not entitled to any alleged damages prior to providing any actual notice to NXP of the '149, '184, '335, '739, and '180 patents.

**SEVENTH DEFENSE**
(Unavailability of Enhanced Damages)

107. AGERE has failed to plead and meet the requirements of 35 U.S.C. § 284 for enhanced damages and is not entitled to any damages prior to providing any actual notice to NXP of the '149, '184, '335, '739, and '180 patents.

**EIGHTH DEFENSE**
(Failure to State a Claim)

108. AGERE's Counterclaims fail to state a claim upon which relief may be granted.

**NINTH DEFENSE**
(Laches/Prosecution Laches/Estoppel)

109. AGERE's counterclaims are barred or limited by the doctrine of laches, prosecution laches, and/or equitable estoppel.

**TENTH DEFENSE**
(Adequate Remedy at Law)

110. AGERE's counterclaims for injunctive relief are barred in light of the fact that AGERE has an adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, NXP prays that this Court enter a judgment on AGERE's Counterclaims:

A. that AGERE take nothing for relief;

B. that AGERE's claims for relief be dismissed with prejudice;

C. that NXP be awarded its attorney's fees and costs in this action; and

D. for such other and further relief as the Court deems just and equitable.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

7

NXP SEMICONDUCTORS USA, INC.'S ANSWER TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW

1
2  Dated: July 2, 2008				MORGAN, LEWIS & BOCKIUS LLP
3								By /s/ Brett M. Schuman
								   Brett M. Schuman
4								   Attorneys for Plaintiff and Counter
								   Defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7718080.1

8

NXP SEMICONDUCTORS USA, INC.'S ANSWER
TO AGERE SYSTEMS, INC.'S COUNTERCLAIMS
CV-08-0775 JW