# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

**WRITER'S DIRECT**
TELEPHONE (310) 203-7656
FACSIMILE (310) 556-5382
MWELLS@IRELL.COM

July 28, 2008

**VIA ELECTRONIC FILING AND U.S. MAIL**

The Honorable James Ware
United States District Court
280 South First Street
San Jose, CA 95113

    Re:   <u>NXP v. LSI and Agere</u> (Case No. CV-08-00775 (JW, RS))

Dear Judge Ware:

    This law firm represents LSI Corporation and Agere Systems, Inc. (collectively, "LSI") in the above-captioned action.

    We write to request that the Court take off calendar NXP Semiconductors USA, Inc.'s ("NXP") July 8, 2008 motion for partial summary judgment of invalidity on the basis of collateral estoppel of U.S. Patent No. 5,227,335 (the "'335 patent") (Docket No. 33), currently scheduled for hearing on October 27, 2008.

    The Court has already scheduled a February 23, 2009 hearing to consider a planned NXP motion for summary judgment that it has a complete license to the '335 patent. Because the outcome of this hearing may moot any further litigation involving the '335 patent, a hearing date for the collateral estoppel motion should not be set until after a decision on the license motion.

**NXP Agreed To Delay Substantive Litigation of Patent Infringement and Validity**

    The above-captioned action includes two distinct elements. First, NXP seeks a declaration that it has a license to practice numerous LSI patents, including the '335 patent, under a 1987 patent license agreement between Philips and AT&T (the "1987 PLA"). Second, NXP seeks declarations that certain LSI patents, including the '335 patent, are invalid and/or not infringed. LSI has counterclaimed on certain of these patents for infringement.

    At the request of the Parties, the Court adopted a schedule that phased this litigation, focusing initially on the 1987 PLA claim because this had the potential to limit the number of patents at issue. (Docket No. 28). According to this schedule, the Court will hear motions for summary judgment regarding the 1987 PLA in February 2009.

1900377

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

The Honorable James Ware
July 28, 2008
Page 2

NXP wrote in the Joint Case Management Conference Statement that:

NXP proposes that the Court phase this litigation, and **that the parties litigate through dispositive motion practice NXP's declaratory judgment claim regarding the effect of the Patent License Agreement before issues relating to the noninfringement or invalidity of the patents-in-suit**. Eight of thirteen patents currently being disputed are potentially subject to a complete defense under the 1987 license agreement that is the subject of NXP's First Claim for Relief in this case. By litigating the effect of the Patent License Agreement first, the Court could significantly clarify the scope of this dispute. (Emphasis added).

NXP made no mention of filing an early motion for partial summary judgment on collateral estoppel.

A possible result of the February 2009 hearing is that the Court will conclude that NXP has a complete license to the '335 patent. If this is the case, NXP's collateral estoppel motion regarding the '335 patent may be moot.

**The International Trade Commission Is Considering '335 Patent Collateral Estoppel**

LSI has asserted the '335 patent in the International Trade Commission against a number of respondents, including NXP. (Inv. No. 337-TA-648.) Currently before the ITC is a fully-briefed motion on the subject of collateral estoppel relating to the '335 patent.

On April 25, 2008, before filing the Joint Case Management Statement with this Court, NXP requested that the ITC consider the issue of collateral estoppel as it relates to the '335 patent. On June 5, certain respondents in the ITC proceeding filed a motion on '335 patent collateral estoppel. NXP subsequently filed a brief in support of the motion. Briefing is now complete. NXP chose not to inform this Court about the existence of the ITC motion

LSI asked NXP to agree to take its motion off calendar. NXP declined to agree. In order to conserve judicial and party resources, LSI respectfully requests that the Court schedule a hearing date for LSI's collateral estoppel motion after the February 2009 hearing on the scope of the 1987 PLA. Only at that point will the parties know if the '335 patent is going to be part of the litigation and therefore whether it makes sense to litigate NXP's collateral estoppel argument.

We thank the Court for its attention to this matter.

1900377

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

The Honorable James Ware
July 28, 2008
Page 3

Sincerely,

/s/ C. Maclain Wells

C. Maclain Wells

1900377