IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc.,<br><br>        Plaintiff,<br><br>  v.<br><br>LSI Corporation, et al.,<br><br>        Defendants. | No. C 08-00775 JW<br><br>**AMENDED SCHEDULING ORDER** |

The Court is in receipt of letters from counsel for the parties in the above entitled action. (See Docket Item Nos. 36, 37.) The letters address the propriety of Plaintiff's Motion for Partial Summary Judgment which has been noticed for a hearing on October 27, 2008. To resolve the parties' dispute and to correct a typographical error in the Scheduling Order issued on June 5, 2008, (see docket item no. 28), the Court issues an Amended Scheduling Order as follows:

**CASE SCHEDULE**

| | |
|---|---|
| **Plaintiff's Motion Re: Patent License Filing Date**<br>**Plaintiff's Motion for Partial Summary Judgment Re:**<br>    **Collateral Estoppel**[1] | **December 15, 2008** |

---

[1] The Court finds good cause to hear both motions at the same time. Thus, in light of this Order and the Court's desire to clear its docket, the Clerk shall terminate Docket Item No. 28. Plaintiff shall renotice its "collateral estoppel's" motion on the date provided above by refiling it as a separate docket entry.

| **Defendants' Opposition to Motions** | **January 15, 2009[2]** |
|---|---|
| **Plaintiff's Replies to Motions** | **January 30, 2009[3]** |
| **Hearing on Both Motions** | **February 23, 2009 at 9 a.m.** |
| **Case Management Conference** | **February 23, 2009 at 10 a.m.** |
| **Case Management Conference Statement** (*Due 10 days before conference*) | **February 13, 2009** |

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

### Standing Order to Lodge Printed Copy of "ECF" Papers

1.   In all cases, including cases covered by the Electronic Case Filing System of the Court "ECF," when filing papers in connection with any motion or any pretrial conference, in addition to filing the paper electronically, the filing parties shall lodge with the Clerk's Office a printed copy of the papers, in an envelop clearly marked "Chamber's Copy – Lodged for the Chambers of Judge James Ware."  The "Chamber's Copy" envelop must state the case name and case number and be delivered on or before the close of the next court day following the day the papers are filed electronically.  See Standing Order Regarding Case Management in Civil Cases.

### Compliance with Discovery Plan and Reference to Magistrate Judge

2.   The Court adopts the Discovery Plan proposed by the parties in their Joint Case Management Statement.  The parties are ordered to comply with the discovery plan.  Any disputes with respect to the implementation of the discovery plan and all disclosure or discovery disputes are referred to the assigned Magistrate Judge.  In addition, any disputes pertaining to service or joinder of parties or claims are referred to the assigned Magistrate Judge.

---

[2]   Erroneously listed as January 15, 2008 in the Scheduling Order.

[3]   Erroneously listed as January 30, 2008 in the Scheduling Order.

2

**Document Management During Pretrial Discovery and Electronic Evidence Presentation**

3. This Court has available a digital and video electronic evidence presentation system. Before commencement of pretrial discovery, the parties are ordered to familiarize themselves with the system, and to meet and confer about whether the case will involve voluminous documentary. If so, as the parties identify documentary material which is likely to be used as trial exhibits, the parties are ordered to electronically store these materials in a fashion which will facilitate displaying them electronically during the trial. The parties are reminded that Civil L.R. 30-2(b) requires sequential numbering of exhibits during depositions and that numbering must be maintained for those exhibits throughout the litigation. Each proposed exhibit shall be pre-marked for identification. All exhibits shall be marked with numerals. The parties shall meet and confer on a division which will avoid duplication (e.g., Plaintiff: 1-99,000; Defendant #1: 100,000-299,999; Defendant #2: 300,000-500,000).

Dated: August 5, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Jason George Sheasby JSheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Samuel Kai Lu slu@irell.com

**Dated: August 5, 2008**                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California

4