MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
GREGG P. YATES (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com

Attorneys for Plaintiff and Counterclaim-Defendant
NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation<br><br>Defendant. | Case No. C 08-00775 JW<br><br>**[PROPOSED] ORDER GRANTING NXP'S MOTION TO COMPEL**<br><br>Date:        September 17, 2008<br>Time:       9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:      Hon. Richard Seeborg |
| AGERE SYSTEMS, INC., a Delaware Corporation,<br><br>Counterclaimant<br>v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation<br><br>Counterclaim-Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20805696.1

1

[PROPOSED] ORDER GRANTING NXP'S MOTION TO COMPEL
CASE NO. C-08-00775 (JW)

1  Plaintiff NXP Semiconductors USA, Inc.'s ("NXP") Motion to Compel came on for
2  hearing on Wednesday, September 17, 2008 at 9:30 a.m. in Courtroom 4 of this Court, the
3  Honorable Richard Seeborg presiding.
4  After consideration of the papers and pleadings on file and the argument of counsel, IT IS
5  HEREBY ORDERED THAT:
6  Plaintiff NXP's Motion to compel is GRANTED.  It is FURTHER ORDERED THAT:

(i) Within five (5) business days after the Court's Order, LSI shall supplement its response to Interrogatory No. 1 of NXP's First Set of Interrogatories to include all the factual information currently in LSI's position relating to its contentions for why NXP and/or NXP's products are not licensed under the Patent License Agreement;

(ii) Within five (5) business days after the Court's Order, LSI shall produce information and documents responsive to Interrogatory No. 2 of NXP's First Set of Interrogatories and Request for Production No. 8 of NXP's First Set of Requests for Production;

(iii) Within five (5) business days after the Court's Order, LSI shall produce documents responsive to Request for Production Nos. 46 and 47 of NXP's First Set of Requests for Production, including but not limited to the licensing agreement(s) between LSI (and/or Agere) and Taiwan Semiconductor Manufacturing Company Ltd.; AND

(iv) Within ten (10) business days after the Court's Order, LSI shall produce documents responsive to Request for Production No. 1 of NXP's First Set of Requests for Production, including all documents and communications related to the negotiation, course of conduct and/or attempts to enforce the Patent License Agreement and other related agreements.

IT IS SO ORDERED.

DATED: _____     _____
                                  Hon. Richard Seeborg
                                  United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20805696.1

2    [PROPOSED] ORDER GRANTING NXP'S MOTION TO COMPEL.
     CASE NO. C-08-00775 (JW)