| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | Jonathan H. Steinberg (98044) |
| 2 | Samuel K. Lu (171969) |
| | Jason G. Sheasby (205455) |
| 3 | C. Maclain Wells (221609) |
| | Zachariah B. Summers (255284) |
| 4 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067-4276 |
| 5 | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| 6 | E-mail: jsteinberg@irell.com |
| | E-mail: slu@irell.com |
| 7 | E-mail: jsheasby@irell.com |
| | E-mail: mwells@irell.com |
| 8 | E-mail: zsummers@irell.com |

Attorneys for Defendant LSI CORPORATION and
Defendant and Counterclaimant AGERE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., | ) CASE NO. CV-08-00775 (JW, RS) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware Corporation and AGERE SYSTEMS, INC., a Delaware corporation, | ) |
| Defendants. | ) |
| AGERE SYSTEMS, INC., a Delaware corporation, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, | ) |
| Counterclaim-Defendant. | ) |

NOTICE OF APPEARANCE OF
ZACHARIAH B. SUMMERS
CASE NO. CV-08-00775 (JW, RS)

1914937

Notice is hereby given of the appearance as counsel for Defendant LSI Corporation and Defendant and Counterclaimant Agere Systems, Inc. in the above-captioned matter of the following:

> Zachariah B. Summers (zsummers@irell.com)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> (310) 203-7131

Please serve copies of all notices and documents issued by the Court and filed by the parties upon the above-listed counsel.

DATED: August 22, 2008

IRELL & MANELLA LLP
Jonathan H. Steinberg
Samuel K. Lu
Jason G. Sheasby
C. Maclain Wells
Zachariah B. Summers

By: /s/ Zachariah B. Summers
     Zachariah B. Summers

Attorneys for Defendant LSI CORPORATION and Defendant and Counterclaimant AGERE SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on file with the Clerk of Court.

By: /s/ Zachariah B. Summers
     Zachariah B. Summers

NOTICE OF APPEARANCE OF
ZACHARIAH B. SUMMERS
CASE NO. CV-08-00775 (JW, RS)        - 2 -