| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>MICHAEL E. MOLLAND,<br>  State Bar No. 111830<br>DANIEL JOHNSON, JR.,<br>  State Bar No. 57409<br>BRETT M. SCHUMAN,<br>  State Bar No. 189247<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: mmolland@morganlewis.com<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br><br>Attorneys for Plaintiff and Counterclaim-Defendant NXP SEMICONDUCTORS USA, INC. | IRELL & MANELLA LLP<br>JONATHAN H. STEINBERG,<br>  State Bar No. 98044<br>SAMUEL K. LU, State Bar No. 171969<br>JASON G. SHEASBY, State Bar No. 205455<br>C. MACLAIN WELLS, State Bar No. 221609<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Tel: 310.277-1010<br>Fax: 310-203-7199<br>E-mail: jsteinberg@irell.com<br>E-mail: slu@irell.com<br>E-mail: jsheasby@irell.com<br>E-mail: mwells@irell.com<br><br>Attorneys for Defendant LSI CORPORATION and Defendant and Counterclaimant AGERE SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED 9/3/08*

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation<br><br>        Defendants.<br><br>AGERE SYSTEMS, INC., a Delaware Corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation<br>        Counterclaim-Defendant. | Case No. C 08-00775 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE THE HEARING DATE ON PLAINTIFF NXP SEMICONDUCTORS USA, INC.'S MOTION TO COMPEL** |

1  Plaintiff NXP Semiconductors USA, Inc. ("NXP") and Defendants LSI Corporation and
2  Agere Systems, Inc. (collectively, "LSI"), by and through their respective counsel, hereby submit,
3  pursuant to Civil L.R. 6-1(b), 6-2 and 7-12, this stipulated and agreed request that the Court move
4  the hearing date for Plaintiff NXP's Motion to Compel from Wednesday, September 17, 2008 to
5  Wednesday, September 10, 2008.

6  WHEREAS LSI filed a Motion to Compel in this matter on August 6, 2008 and set such
7  motion to be heard before this Court on the first available hearing date of Wednesday, September
8  10, 2008;

9  WHEREAS NXP filed a Motion to Compel in this matter on August 11, 2008 and set
10 such motion to be heard before this Court on the first available hearing date of Wednesday,
11 September 17, 2008;

12 WHEREAS the Parties have fully briefed LSI's Motion to Compel and are prepared to
13 proceed with the hearing on September 10, 2008;

14 WHEREAS NXP's Motion to Compel will be fully briefed upon the filing of NXP's
15 Reply Memorandum on Wednesday, September 3, 2008;

16 WHEREAS the Parties would like their respective pending motions to compel to be heard
17 as quickly as possible;

18 WHEREAS NXP has requested, and LSI does not object to, the hearing date on NXP's
19 Motion to Compel being moved from September 17 to September 10 in order that both Parties'
20 motions may be heard on the same hearing date;

21 WHEREAS there have not been any previous modifications to the schedule for either of
22 the Parties' respective Motions to Compel;

23 WHEREAS the requested time modification will have no effect on the schedule for the
24 case.

25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20820796.2                    2            STIPULATION AND [PROPOSED] ORDER
                                               TO CHANGE THE HEARING DATE ON
                                               PLAINTIFF'S MOTION TO COMPEL

**IT IS HEREBY STIPULATED AND AGREED:**

Subject to the Court's approval, the hearing on NXP's Motion to Compel shall be moved to September 10, 2008 to allow it to be heard on the same date as LSI's Motion to Compel.

Dated: September 2, 2008    MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Brett M. Schuman
   Brett M. Schuman
   Attorneys for Plaintiff
   NXP SEMICONDUCTORS USA, INC.

I, Brett M. Schuman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that the signatory identified below has concurred in this filing.

Dated: September 2, 2008    IRELL & MANELLA LLP

By:  /s/ C. Maclain Wells
   C. Maclain Wells
   Attorneys for Defendants
   LSI CORPORATION and AGERE SYSTEMS, INC.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The hearing on Plaintiff NXP's Motion to Compel shall be scheduled for Wednesday, September 10, 2008 to allow it to be heard on the same date as LSI's Motion to Compel.

Dated: September 3, 2008    _____
   The Honorable Richard Seeborg
   United States Magistrate Judge