1  MICHAEL E. MOLLAND (State Bar No. 111830)
   DANIEL JOHNSON, JR. (State Bar No. 57409)
2  BRETT M. SCHUMAN (State Bar No. 189247)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  E-mail:  mmolland@morganlewis.com
   E-mail:  djjohnson@morganlewis.com
6  E-mail:  bschuman@morganlewis.com

7  Attorneys for Plaintiff and Counterclaim-Defendant
   NXP SEMICONDUCTORS USA, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 | NXP SEMICONDUCTORS USA, INC., | Case No. C 08-00775 JW |

| a Delaware corporation, | |

14 | | **SUPPLEMENTAL DECLARATION OF** |

| Plaintiff, | **BRETT M. SCHUMAN IN SUPPORT OF** |

15 | | **NXP'S REPLY IN SUPPORT OF ITS** |

| v. | **MOTION TO COMPEL** |

16 | | |

| LSI CORPORATION d/b/a LSI LOGIC | Date:        September 10, 2008 |

17 | CORPORATION, a Delaware corporation, | Time:        9:30 a.m. |

| and AGERE SYSTEMS, INC., a Delaware | Courtroom:  4, 5th Floor |

18 | corporation | Judge:       Hon. Richard Seeborg |

| | |

19 | Defendant. | |

20 | AGERE SYSTEMS, INC., a Delaware | |

| Corporation, | |

21 | Counterclaimant | |

22 | v. | |

23 | NXP SEMICONDUCTORS USA, INC., a | |

| Delaware corporation | |

24 | | |

25 | Counterclaim-Defendant. | |

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20823522.1

SUPPLEMENTAL DECLARATION OF BRETT M. SCHUMAN
IN SUPPORT OF NXP'S MOTION TO COMPEL

1

## DECLARATION OF BRETT M. SCHUMAN

2       I, Brett M. Schuman, declare:

3       1.      I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for

4    plaintiff NXP Semiconductors USA, Inc. ("NXP"). I have personal knowledge of the facts

5    contained in this declaration and, if called as a witness, would and could competently testify to

6    them.

7       2.      Attached hereto as Exhibit A is a true and correct copy of the email from Mark W.

8    Taylor to Maclain Wells, dated July 25, 2008, at 2:46 pm.

9       3.      Attached hereto as Exhibit B is a true and correct copy of a letter from Keith A.

10   Chanroo, Director of Intellectual Property at TSMC, Ltd., to Jean F. Rankin, General Counsel of

11   LSI Corporation, and David Sipiora of Townsend and Townsend and Crew, LLP, dated June 10,

12   2008.

13      4.      NXP thoroughly has reviewed the documents produced by LSI/Agere on July 29,

14   2008. As of the date of the filing of this declaration, LSI/Agere have not supplemented their July

15   29, 2008 production of documents. As part of NXP's review of LSI/Agere's production, NXP

16   observed that LSI has produced only a handful of documents that relate to the 1987 Patent

17   License Agreement ("PLA") between Philips and AT&T and/or the 1995 extension of the PLA.

18   Of that handful of documents, one document is the original 1987 Patent License Agreement

19   (LANC00019649- LANC00019666) and another is the 1995 Letter Agreement (LANC00023030-

20   LANC00023031).

21      5.      Attached hereto as Exhibit C is a true and correct copy of a presentation entitled

22   "Philips – Agere Systems Patent License Renewal Discussion," dated July 30, 2001, which upon

23   information and belief was created by Agere Systems, Inc. ("Agere") to be used at a meeting

24   between Agere and Philips in Berekley Heights, New Jersey, on or about July 30, 2001, regarding

25   a potential renewal of the PLA.

26      6.      Large quantities of information about NXP's products are publicly available,

27   including information provided on NXP's Internet website, www.nxp.com. By way of

28   illustration, attached hereto as Exhibit D, is a true and correct copy of some of the publicly

1    available information available on NXP's website concerning NXP Product No. BLF6G27-45,

2    one of the products accused of infringement by LSI/Agere.

3        7.    Attached hereto as Exhibit E is a true and correct copy of an email exchange

4    between Brett M. Schuman and Steven Slater of Slater & Matsil, LLP, dated September 2-3,

5    2008.

6        I declare under penalty of perjury under the laws of the United States that the foregoing is

7    true and correct.

8        Executed this 3rd day of September, 2008, in San Francisco, CA.

9

10                                    /s/ Brett M. Schuman
                                     Brett M. Schumann

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**



Mark W. Taylor/WA/MLBLaw
07/25/2008 02:46 PM

To    "Wells, Maclain" <MWells@irell.com>
cc    "'NXP0029@morganlewis.com'"
      <NXP0029@morganlewis.com>, LSI-NXP@irell.com
bcc
Subject   RE: 2008-7-18 Letter re: 30(b)(6) deposition of NXP

Maclain,

Please explain why you are reneging on your promise to supplement LSI/Agere's interrogatory responses by July 28. You set this date yourself in your letter dated July 18. Then, in your July 21 letter, you expressed your expectation that NXP would provide supplementation by the same date, noting that we should contact you immediately if we could not do so, and requesting a reply to your letters by July 23. NXP responded as requested on July 23, agreeing to provide supplementation. None of this explains yet another unilateral decision by LSI to stall discovery and push back your self-imposed deadline by over a week to August 5.

As I said in my July 24 e-mail, we will not discuss 30(b)(6) depositions until we have had the chance to review and assess what LSI (1) should have provided long ago; and (2) has now agreed to provide by way of "supplementation" to NXP's outstanding discovery requests. NXP's discovery requests were served long before LSI's draft deposition notice.

Please confirm that LSI/Agere will provide the agreed-upon supplementations to interrogatory responses on July 28. If LSI refuses to supplement its interrogatory responses before August 5, we will not meet and confer with you about depositions on August 1. Further, LSI must also understand that if it delays supplementing its interrogatory responses until August 5 NXP will have no choice but to file any motion to compel, if necessary, without further meet and confer. The schedule is extremely tight and LSI's delay is already prejudicing NXP's ability to prepare for the upcoming summary judgment proceedings.

Regards,

Mark W. Taylor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: 202.739.5030
Cell: 202.271.0698
Fax: 202.739.3001

mark.taylor@morganlewis.com
www.morganlewis.com

"Wells, Maclain" <MWells@irell.com>



"Wells, Maclain"
<MWells@irell.com>
07/25/2008 11:56 AM

To    "'Mark W. Taylor'" <mark.taylor@morganlewis.com>,
      "'NXP0029@morganlewis.com'"
      <NXP0029@morganlewis.com>
cc
Subject   RE: 2008-7-18 Letter re: 30(b)(6) deposition of NXP

Mark:

LSI agrees that the parties are to complete initial productions of documents on July 29, 2008 with rolling productions thereafter.

LSI agrees to meet and confer regarding the scheduling of the 30(b)(6) deposition on Aug. 1. If the meet and confer does not happen by August 1 or if NXP fails to come to the meet and confer prepared to offer proposed dates for the deposition, we will consider the meet and confer completed.

LSI agrees to the parties providing supplemental interrogatory responses on August 5, 2008.

Regards,
Maclain

**From:** Mark W. Taylor [mailto:mark.taylor@morganlewis.com]
**Sent:** Thursday, July 24, 2008 8:59 AM
**To:** Summers, Zach
**Cc:** NXP-LSI (Local); #LSI NXP/litigation [Int]
**Subject:** RE: 2008-7-18 Letter re: 30(b)(6) deposition of NXP

Zach:

The good faith meet and confer provision of the Northern District of California local rules does not contemplate imposing unilateral short deadlines, accompanied by threats to take action if those deadlines are not met. Yet this practice seems to be a continuing trend for Irell attorneys of late.

We do not believe that it is appropriate to discuss 30(b)(6) depositions until the upcoming supplementation of interrogatory responses and initial exchange of documents have taken place, so that the parties may evaluate the full scope of the topics and take into consideration the schedules of the proper personnel to designate. NXP's discovery requests were served on May 13, 2008. More than ten weeks later, neither LSI nor Agere has produced a single document or any interrogatory responses in compliance with FRCP 33(b). Indeed, LSI/Agere has continued to stall and equivocate regarding recently agreed upon dates for production and supplementation. Once these long outstanding issues have been remedied, 30(b)(6) depositions may be suitable for discussion. Therefore, please confirm that the supplementation of interrogatory responses will be completed on July 28, LSI/Agere's initial production will be completed on July 29, and that the parties will then meet and confer by telephone on August 1 at 11am PDT regarding 30(b)(6) depositions. Please let us know if a later time or date is preferred for the meet and confer.

Unilaterally choosing the date and location without NXP's input would be considered an attempt to circumvent the good faith meet and confer process, and NXP would not appear for a deposition noticed as such.

Regards,

Mark W. Taylor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Tel: 202.739.5030
Cell: 202.271.0698
Fax: 202.739.3001

mark.taylor@morganlewis.com
www.morganlewis.com
   "Summers, Zach" <ZSummers@irell.com>

| | | |
|---|---|---|
| **"Summers, Zach"** <br> **<ZSummers@irell.com>** | | |
| 07/23/2008 09:33 PM | To | "~Schuman, Brett" <br> <bschuman@morganlewis.com> |
| | cc | "'NXP0029@morganlewis.com'" <br> <NXP0029@morganlewis.com> |
| | Subject | RE: 2008-7-18 Letter re: 30(b)(6) deposition of <br> NXP |

Brett:
In my July 18 letter regarding a 30(b)(6) deposition of NXP, I requested that by Tuesday you propose a date to meet and confer on or before Friday, July 25th. It is now Wednesday, and you have not proposed a date to meet and confer. If you are not willing to meet and confer with us by Friday, we will be forced to choose a date and location for the deposition without NXP's input. Please immediately propose a date and time for the meet and confer.

Zach Summers
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7131
Fax: (310) 556-5382
E-mail: zsummers@irell.com

**From:** Summers, Zach
**Sent:** Friday, July 18, 2008 8:08 PM
**To:** ~Schuman, Brett
**Cc:** 'NXP0029@morganlewis.com'
**Subject:** 2008-7-18 Letter re: 30(b)(6) deposition of NXP

Brett:

Attached, please find a letter regarding a 30(b)(6) deposition of NXP, as well as a draft notice of such a deposition for your review.

Zach Summers
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7131
Fax: (310) 556-5382
E-mail: zsummers@irell.com


<< File: 2008-07-18 Letter to B. Schuman re 30(b)(6) Meet & Confer.pdf >> << File: LSI Corporations First Notice of 30(b)(6)Deposition of NXP (Draft for NXP review).pdf >>

ccmailg.irell.com made the following annotations-------------------------------------------------------------------PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.



------------------------------------------------------------------

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

ccmailg.irell.com made the following annotations----------------------------------------------------------------PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

-------------------------------------------------------------------

**Exhibit B**

 台灣積體電路製造股份有限公司
**Taiwan Semiconductor Manufacturing Company, Ltd.**

300-77新竹科學工業園區力行六路8號
8 Li-Hsin Rd. 6, Hsinchu Science Park, Hsinchu, Taiwan 300-77, R. O. C.
Tel 886-3-5636688    Ext.712-5088    Fax 886-3-5786295

June 10, 2008

Jean F. Rankin
General Counsel
LSI Corporation
1621 Barber Lane
Milpitas, CA 95035

Mr. David Sipiora
Townsend and Townsend and Crew, LLP
1200 17th Street, Suite 2700
Denver, CO 80212

    Re:   Allegations of Patent Infringement Against NXP

Dear Ms. Rankin and Mr. Sipiora,

    LSI has asserted several patents against NXP's Part No. PNX8550H1 MHSE having a date code of 0533 (the "Accused Product"). Specifically, LSI has asserted the Accused Product infringes several manufacturing invention patents that are covered by the Patent License Agreement between TSMC and Agere systems, Inc. (the "Asserted Patents").

    You might not be aware that TSMC is a manufacturer of Accused Product for NXP. Hence, to the extent TSMC manufactures the Accused Product, such manufacture is licensed under the Patent License Agreement and any further rights that would otherwise exist to enforce the Asserted Patents against the Accused Product manufactured by TSMC are exhausted.

    We trust that LSI's actions in seeking to assert patents against product that TSMC has manufactured under license from Agere is solely because LSI was unaware that TSMC manufactures the Accused Product. We ask that LSI withdraw its assertion of the Asserted Patents against those Accused Product manufactured by TSMC.

    If you have other questions or comments, please feel free to contact me.

Sincerely,

Keith A. Chanroo
Director of Intellectual Property
TSMC, Ltd.

Cc:   Guido Dierick, General Counsel, NXP Semiconductors
                      PO Box 80073
                      5600B A Eindhoven, Netherlands

**Exhibit C**











## License Structure Proposal

agere systems

- Parties:  Agere Systems and Philips Semiconductors
- Patents:  Applications Filed as of Signing
- Grant:  Semiconductive Devices
- Term:  5 Years
- Consideration:  Philips to Agere
  - Settlement for 1998-2000
  - 0.06% Commuted Rate

## Value Proposal - Philips Semic Option

agere systems

|  | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|
| **Philips** | | | | | | | | | |
| Revenues in Euros (B) | 3.700 | 3.963 | 4.597 | 6.612 | 5.463 | 5.596 | 6.594 | 7.253 | 7.979 |
| Conversion to $ | | 3.86 | 0.9912 | 1.074 | | | | | |
| Revenues in $(B) | | $4.608 | $4.597 | $6.343 | $5.074 | $5.582 | $6.140 | $6.754 | $7.429 |
| less discretes | 20% | $3.687 | $3.678 | $5.074 | $4.059 | $4.465 | $4.912 | $5.403 | $5.943 |
| | | | | | | | | | |
| **Agere** | | | | | | | | | |
| Revenues ($B) | $2.200 | $2.700 | $3.700 | $3.500 | $2.600 | $3.380 | $3.356 | $3.027 | $4.099 |
| less non-IC | 10% | $2.420 | $2.790 | $3.150 | $2.600 | $2.772 | $3.049 | $3.354 | $3.690 |
| | | | | | | | | | |
| Difference | | $1.267 | $ .888 | $1.924 | $1.509 | $1.693 | $1.663 | $2.049 | $2.254 |
| | | | | | | | | | |
| Royalty | 0.060% | $ 2.5 | $ 1.8 | $ 3.8 | $ 3.1 | $ 3.4 | $ 3.7 | $ 4.1 | $ 4.5 |
| effective Rate | | | | 0.06% | 0.06% | 0.06% | 0.06% | 0.06% | 0.06% |

**Exhibit D**


founded by Philips

Home  About NXP  News  In Focus  Careers  Investors  Tech support  Contact  my

Products  ...  WiMAX  2.5 - 2.7 GHz LDMOS transistors  **BLF6G27-45**

**BLF6G27-45; BLF6G27S-45**  Preview  Product information ℹ  Selection guide 🔍

**Datasheet**

📄 BLF6G27-45; BLF6G27S-45
(Preliminary Specification)
07-Feb-08, 15 Pages,
124kB

# WiMAX Power LDMOS transistor

General description       Pricing/ordering/availability       Design support
Features                  Samples                             Parametrics/similar produ
Products/packages         Applications                        Print/email
Chemical content          Block diagrams/pinning

Download datasheet
Download all documentation

## General description                                                                    Hi

45 W LDMOS power transistor for base station applications at frequencies from 2500 MHz to 2700 MHz.

**CAUTION**
This device is sensitive to ElectroStatic Discharge (ESD). Therefore care should be taken during transport and handling.

## Features

Typical 1-carrier N-CDMA performance (single carrier N-CDMA with pilot, paging, sync and 6 traffic channels [Walsh codes 8 - 1 Channel bandwidth is 1.23 MHz), a supply voltage of 28 V and an $I_{Dq}$ of 350 mA:

Qualified up to a maximum $V_{DS}$ operation of 32 V
Integrated ESD protection
Excellent ruggedness
High efficiency
Excellent thermal stability
Designed for broadband operation
Internally matched for ease of use
Low gold plating thickness on leads
Compliant to Directive 2002/95/EC, regarding Restriction of Hazardous Substances (RoHS)

## Products/packages

| Type number | North American Type number | Ordering code (12NC | Product status | Package | Packing | Marking |
|---|---|---|---|---|---|---|
| BLF6G27-45 | BLF6G27-45 | 9340 609 08112 | Samples available | SOT608A | Blister pack | Standard Marking |
| BLF6G27-45 | | 9340 609 08135 | Samples available | SOT608A | Tape reel smd | Standard Marking |
| BLF6G27S-45 | BLF6G27S-45 | 9340 609 12112 | Samples available | SOT608B | Bulk Pack | Standard Marking |
| BLF6G27S-45 | | 9340 609 12118 | Samples available | SOT608B | Reel Pack, SMD, 13" | Standard Marking |

| BLF6G27S-45 | 9340 609 12135 | Samples available | SOT608B | Reel Pack, SMD, Large | Standard Marking |

## Pricing/ordering/availability

| Type number | Ordering code(12NC) | Indicative price/unit($) | Region | Distributor | In s |
|---|---|---|---|---|---|
| BLF6G27-45 | 9340 609 08112 | | NA | AVNET ELECTRONICS MARKETING | 15 |
| BLF6G27-45 | 9340 609 08135 | | | | |
| BLF6G27S-45 | 9340 609 12112 | | NA | AVNET ELECTRONICS MARKETING | 40 |
| BLF6G27S-45 | 9340 609 12118 | | | | |
| BLF6G27S-45 | 9340 609 12135 | | | | |

## Applications

RF power amplifiers for base stations and multi carrier applications in the 2500 MHz to 2700 MHz frequency range

## Design support

**Support Documents**
75015566; WiMAX product portfolio (2006-05-30)
75016060; WiMAX product portfolio (2007-05-01)

## Parametrics/similar products

| Type number | Package | Description | Efficiency(%) | MODE | MIN. POWER GAIN(dB) | Package Material |
|---|---|---|---|---|---|---|
| BLF6G27-45 | SOT608A | WiMAX RF POWER Transistor | 24 | IS-95 | 18 | SOT608A |
| BLF6G27S-45 | SOT608B | WiMAX RF POWER Transistor | 24 | IS-95 | 18 | SOT608B |

**Similar products**
BLF6G27-45; BLF6G27S-45 links to the similar products page containing an overview of products that are similar in function or rela
similar products page includes products from the same catalog tree(s), relevant selection guides and products from the same functi

## Print/email

Email this product information
Print this product information

## Disclaimer

The information published on product information pages of the www.nxp.com or www.semiconductors.com websites is an extract fr
only. For detailed information please check the most recent version of the relevant product data sheet as published on these websit
information pages and data sheets or deviations from information provided in the product data sheets on these product information
sheets shall prevail.

The product status of the product(s) described in the product data sheet may have changed since publication of the data sheet and
may be outdated. The latest information on product status is published on the product information pages of the above-mentioned w

As from October 1st, 2006 Philips Semiconductors has a new trade name - NXP Semiconductors, which will be used in future data where the previous Philips references remain, please use the new links as shown below.

http://www.philips.semiconductors.com use http://www.nxp.com
http://www.semiconductors.philips.com use http://www.nxp.com (Internet)
sales.addresses@www.semiconductors.philips.com use salesaddresses@semiconductors.com (e-mail)

The copyright notice at the bottom of each page (or elsewhere in the document, depending on the version)
- © Koninklijke Philips Electronics N.V. (year). All rights reserved -
is replaced with:
- © NXP B.V. (year). All rights reserved.-

If you have any questions related to the data sheet, please contact our nearest sales office via e-mail or phone (details via salesadc cooperation and understanding.

NXP  |  Privacy policy  |  Terms of use  |  Sitemap  |  Switch to classic mode

©2006-2008 NXP Semiconductors. All rights reserved.

# BLF6G27-45; BLF6G27S-45

## WiMAX power LDMOS transistor

**Rev. 02 — 7 February 2008**          **Preliminary data sheet**

## 1. Product profile

### 1.1 General description

45 W LDMOS power transistor for base station applications at frequencies from 2500 MHz to 2700 MHz.

**Table 1.  Typical performance**
*RF performance at $T_{case}$ = 25 °C in a class-AB production test circuit.*

| Mode of operation | f | $V_{DS}$ | $P_{L(AV)}$ | $G_p$ | $\eta_D$ | ACPR$_{885k}$ | ACPR$_{1980k}$ |
|---|---|---|---|---|---|---|---|
|  | (MHz) | (V) | (W) | (dB) | (%) | (dBc) | (dBc) |
| 1-carrier N-CDMA[1] | 2500 to 2700 | 28 | 7 | 18 | 24 | −49[2] | −64[2] |

[1]  Single carrier N-CDMA with pilot, paging sync and 6 traffic channels (Walsh codes 8 - 13). PAR = 9.7 dB at 0.01 % probability on CCDF. Channel bandwidth is 1.23 MHz.

[2]  Measured within 30 kHz bandwidth.

**CAUTION**



This device is sensitive to ElectroStatic Discharge (ESD). Therefore care should be taken during transport and handling.

### 1.2 Features

- Typical 1-carrier N-CDMA performance (single carrier N-CDMA with pilot, paging, sync and 6 traffic channels [Walsh codes 8 - 13]. PAR = 9.7 dB at 0.01 % probability on CCDF. Channel bandwidth is 1.23 MHz), a supply voltage of 28 V and an $I_{Dq}$ of 350 mA:
- Qualified up to a maximum $V_{DS}$ operation of 32 V
- Integrated ESD protection
- Excellent ruggedness
- High efficiency
- Excellent thermal stability
- Designed for broadband operation
- Internally matched for ease of use
- Low gold plating thickness on leads
- Compliant to Directive 2002/95/EC, regarding Restriction of Hazardous Substances (RoHS)


founded by Philips

**NXP Semiconductors**                    **BLF6G27-45; BLF6G27S-45**

WiMAX power LDMOS transistor

### 1.3 Applications

■ RF power amplifiers for base stations and multi carrier applications in the 2500 MHz to 2700 MHz frequency range

## 2. Pinning information

Table 2.    Pinning

| Pin | Description | Simplified outline | Symbol |
|---|---|---|---|
| **BLF6G27-45 (SOT608A)** | | | |
| 1 | drain | | |
| 2 | gate | | |
| 3 | source | [1] | sym112 |
| | | | |
| **BLF6G27S-45 (SOT608B)** | | | |
| 1 | drain | | |
| 2 | gate | | |
| 3 | source | [1] | sym112 |

[1]   Connected to flange.

## 3. Ordering information

Table 3.    Ordering information

| Type number | Package | | | Version |
|---|---|---|---|---|
| | Name | Description | | |
| BLF6G27-45 | - | flanged ceramic package; 2 mounting holes; 2 leads | | SOT608A |
| BLF6G27S-45 | - | ceramic earless flanged package; 2 leads | | SOT608B |

## 4. Limiting values

Table 4.    Limiting values
*In accordance with the Absolute Maximum Rating System (IEC 60134).*

| Symbol | Parameter | Conditions | Min | Max | Unit |
|---|---|---|---|---|---|
| $V_{DS}$ | drain-source voltage | | - | 65 | V |
| $V_{GS}$ | gate-source voltage | | −0.5 | +13 | V |
| $I_D$ | drain current | | - | 20 | A |
| $T_{stg}$ | storage temperature | | −65 | +150 | °C |
| $T_j$ | junction temperature | | - | 225 | °C |

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**                    **BLF6G27-45; BLF6G27S-45**

WiMAX power LDMOS transistor

## 5. Thermal characteristics

**Table 5.    Thermal characteristics**

| Symbol | Parameter | Conditions | Type | Typ | Unit |
|---|---|---|---|---|---|
| $R_{th(j-case)}$ | thermal resistance from junction to case | $T_{case}$ = 80 °C; $P_L$ = 34 W (CW) | BLF6G27-45 | 1.7 | K/W |
|  |  |  | BLF6G27S-45 | 1.7 | K/W |

## 6. Characteristics

**Table 6.    Characteristics**
*$T_j$ = 25 °C per section; unless otherwise specified.*

| Symbol | Parameter | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| $V_{(BR)DSS}$ | drain-source breakdown voltage | $V_{GS}$ = 0 V; $I_D$ = 0.5 mA | 65 | - | - | V |
| $V_{GS(th)}$ | gate-source threshold voltage | $V_{DS}$ = 10 V; $I_D$ = 60 mA | 1.4 | 1.9 | 2.4 | V |
| $I_{DSS}$ | drain leakage current | $V_{GS}$ = 0 V; $V_{DS}$ = 28 V | - | - | 1.4 | μA |
| $I_{DSX}$ | drain cut-off current | $V_{GS}$ = $V_{GS(th)}$ + 3.75 V; $V_{DS}$ = 10 V | 8.8 | 10.4 | - | A |
| $I_{GSS}$ | gate leakage current | $V_{GS}$ = 11 V; $V_{DS}$ = 0 V | - | - | 140 | nA |
| $g_{fs}$ | forward transconductance | $V_{OS}$ = 10 V; $I_D$ = 2.5 A | - | 4.3 | - | S |
| $R_{DS(on)}$ | drain-source on-state resistance | $V_{GS}$ = $V_{GS(th)}$ + 3.75 V; $I_O$ = 2.1 A | - | 0.24 | 0.385 | Ω |
| $C_{rs}$ | feedback capacitance | $V_{GS}$ = 0 V; $V_{DS}$ = 28 V; f = 1 MHz | - | 1.1 | - | pF |

## 7. Application information

**Table 7.    Application information**
*Mode of operation: Single carrier N-CDMA with pilot, paging, sync and 6 traffic channels (Walsh codes 8 - 13). PAR 9.7 dB at 0.01 % probability on CCDF; channel bandwidth = 1.23 MHz; f = 2700 MHz; RF performance at $V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; $T_{case}$ = 25 °C; unless otherwise specified; in a class-AB production circuit.*

| Symbol | Parameter | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| $P_{L(AV)}$ | average output power |  | - | 7 | - | W |
| $G_p$ | power gain | $P_{L(AV)}$ = 7 W | 16.5 | 18 | - | dB |
| $RL_{in}$ | input return loss | $P_{L(AV)}$ = 7 W | - | −10 | −5 | dB |
| $\eta_D$ | drain efficiency | $P_{L(AV)}$ = 7 W | 22 | 24 | - | % |
| $ACPR_{885k}$ | adjacent channel power ratio (885 kHz) | $P_{L(AV)}$ = 7 W [1] | - | −49 | −46 | dBc |
| $ACPR_{1980k}$ | adjacent channel power ratio (1980 kHz) | $P_{L(AV)}$ = 7 W [1] | - | −64 | −61 | dBc |

[1]   Measured within 30 kHz bandwidth.

### 7.1 Ruggedness in class-AB operation

The BLF6G27-45 and BLF6G27S-45 are capable of withstanding a load mismatch corresponding to VSWR = 10 : 1 through all phases under the following conditions: $V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; $P_L$ = 45 W (CW); f = 2600 MHz.

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**　　　　**BLF6G27-45; BLF6G27S-45**

WiMAX power LDMOS transistor

### 7.2 Single carrier N-CDMA performance



$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; f = 2600 MHz;
single carrier N-CDMA; PAR = 9.7 dB at 0.01 %
probability; channel bandwidth = 1.23 MHz;
instantaneous bandwidth = 30 kHz.

Fig 1.　Power gain and drain efficiency as functions of
average load power; typical values



$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; f = 2600 MHz;
single carrier N-CDMA; PAR = 9.7 dB at 0.01 %
probability; channel bandwidth = 1.23 MHz;
instantaneous bandwidth = 30 kHz.

(1)　Low frequency component

(2)　High frequency component

Fig 2.　Adjacent channel power ratio as function of
average load power; typical values

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**　　　　**BLF6G27-45; BLF6G27S-45**

### 7.3  Two-tone

 

$V_{DS}$ = 28 V; $f_1$ = 2598.75 MHz; $f_2$ = 2601.25 MHz;
2.5 MHz tone spacing.

(1)  $I_{Dq}$ = 250 mA
(2)  $I_{Dq}$ = 300 mA
(3)  $I_{Dq}$ = 350 mA
(4)  $I_{Dq}$ = 400 mA
(5)  $I_{Dq}$ = 500 mA

**Fig 3.  Power gain as function of peak envelope load power; typical values**

$V_{DS}$ = 28 V; $f_1$ = 2598.75 MHz; $f_2$ = 2601.25 MHz;
2.5 MHz tone spacing.

(1)  $I_{Dq}$ = 250 mA
(2)  $I_{Dq}$ = 300 mA
(3)  $I_{Dq}$ = 350 mA
(4)  $I_{Dq}$ = 400 mA
(5)  $I_{Dq}$ = 500 mA

**Fig 4.  Third order intermodulation distortion as function of peak envelope load power; typical values**

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**                    **BLF6G27-45; BLF6G27S-45**

### 7.4  Continuous wave



$I_{Dq}$ = 350 mA; f = 2600 MHz; $T_{case}$ = 25 °C;
$V_{DS}$ = 28 V.

Fig 5.   Power gain and drain efficiency as functions of
CW load power; typical values



$I_{Dq}$ = 350 mA; f = 2600 MHz; $T_{case}$ = 25 °C.
(1)  $V_{DS}$ = 32 V
(2)  $V_{DS}$ = 28 V
(3)  $V_{DS}$ = 24 V
(4)  $V_{DS}$ = 20 V
(5)  $V_{DS}$ = 16 V
(6)  $V_{DS}$ = 12 V

Fig 6.   Power gain as function of CW load power;
typical values

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**          **BLF6G27-45; BLF6G27S-45**

### 7.5  Single carrier N-CDMA broadband performance at 7 W average





$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; single carrier N-CDMA; PAR = 9.7 dB at 0.01 % probability; instantaneous bandwidth = 30 kHz.

**Fig 7.** Power gain and drain efficiency as functions of frequency; typical values

$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; single carrier N-CDMA; PAR = 9.7 dB at 0.01 % probability; instantaneous bandwidth = 30 kHz.

(1)  Low frequency component
(2)  High frequency component

**Fig 8.** Adjacent channel power ratio as function of frequency; typical values




$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; single carrier N-CDMA; PAR = 9.7 dB at 0.01 % probability; instantaneous bandwidth = 30 kHz.

**Fig 9.** Power gain and input return loss as functions of frequency

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**

# BLF6G27-45; BLF6G27S-45

WiMAX power LDMOS transistor

### 7.6 Single carrier N-CDMA broadband performance at 20 W average





$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; single carrier N-CDMA;
PAR = 9.7 dB at 0.01 % probability;
instantaneous bandwidth = 30 kHz.

**Fig 10.** Power gain and drain efficiency as functions of
frequency; typical values

$V_{DS}$ = 28 V; $I_{Dq}$ = 350 mA; single carrier N-CDMA;
PAR = 9.7 dB at 0.01 % probability;
instantaneous bandwidth = 30 kHz.

(1) Low frequency component
(2) High frequency component

**Fig 11.** Adjacent channel power ratio as function of
frequency; typical values

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**

# BLF6G27-45; BLF6G27S-45

**WiMAX power LDMOS transistor**

## 8.   Test information



See Table 8 for list of components.

**Fig 12. Test circuit for operation at 2500 MHz to 2700 MHz**

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**

# BLF6G27-45; BLF6G27S-45

**WiMAX power LDMOS transistor**



Striplines are on a double copper-clad Taconic RF35 Printed-Circuit Board (PCB) with $\varepsilon_r$ = 3.5 and thickness = 0.76 mm.
See Table 8 for list of components.

**Fig 13. Component layout for 2500 MHz to 2700 MHz test circuit**

**Table 8.    List of components**
*For test circuit, see Figure 12 and Figure 13.*

| Component | Description | Value | Remarks |
|---|---|---|---|
| C1 | multilayer ceramic chip capacitor | 0.3 pF | [1] |
| C2 | multilayer ceramic chip capacitor | 0.5 pF | [1] |
| C3, C4, C7, C8 | multilayer ceramic chip capacitor | 11 pF | [1] |
| C5, C10, C11, C12, C13 | multilayer ceramic chip capacitor | 4.7 µF | C4532X7R1H475M |
| C6 | tantalum capacitor | 10 µF; 35 V | Kemet (Farnell) |
| C9 | multilayer ceramic chip capacitor | 8.2 pF | |
| C14 | electrolytic capacitor | 470 µF; 63 V | |
| L1 | ferrite SMD bead | - | Ferroxcube BDS 3/3/4.6-4S2 or equivalent |
| R1 | resistor | 22 Ω | package 0603 |
| R2 | resistor | 12 Ω | package 1206 |
| Q1 | BLF6G27-45 or BLF6G27S-45 | - | |

[1]  American Technical Ceramics type 100B or capacitor of same quality.

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**

# BLF6G27-45; BLF6G27S-45

WiMAX power LDMOS transistor

## 9. Package outline

Flanged ceramic package; 2 mounting holes; 2 leads                                    SOT608A



**DIMENSIONS (millimetre dimensions are derived from the original inch dimensions)**

| UNIT | A | b | c | D | D₁ | E | E₁ | F | H | p | Q | q | U₁ | U₂ | w₁ | w₂ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mm | 4.62 3.76 | 7.24 6.99 | 0.15 0.10 | 10.21 10.01 | 10.29 10.03 | 10.21 10.01 | 10.29 10.03 | 1.14 0.89 | 15.75 14.73 | 3.30 2.92 | 1.70 1.35 | 15.24 | 20.45 20.19 | 9.91 9.65 | 0.25 | 0.51 |
| inches | 0.182 0.148 | 0.285 0.275 | 0.006 0.004 | 0.402 0.394 | 0.405 0.395 | 0.402 0.394 | 0.405 0.395 | 0.045 0.035 | 0.620 0.580 | 0.130 0.115 | 0.067 0.053 | 0.600 | 0.805 0.795 | 0.390 0.380 | 0.010 | 0.020 |

| OUTLINE VERSION | REFERENCES | | | | EUROPEAN PROJECTION | ISSUE DATE |
|---|---|---|---|---|---|---|
| | IEC | JEDEC | EIAJ | | | |
| SOT608A | | | | | | 01-02-22 02-02-11 |

**Fig 14. Package outline SOT608A**

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**

# BLF6G27-45; BLF6G27S-45

WiMAX power LDMOS transistor

Ceramic earless flanged package; 2 leads                                                        SOT608B



DIMENSIONS (mm dimensions are derived from the original inch dimensions)

| UNIT | A | b | c | D | D₁ | E | E₁ | F | H | Q | U₁ | U₂ | w₁ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mm | 4.62 3.76 | 7.24 6.99 | 0.15 0.10 | 10.21 10.01 | 10.29 10.03 | 10.21 10.01 | 10.29 10.03 | 1.14 0.89 | 15.75 14.73 | 1.70 1.35 | 10.24 9.98 | 10.24 9.98 | 0.51 |
| inch | 0.182 0.148 | 0.285 0.275 | 0.006 0.004 | 0.402 0.394 | 0.405 0.395 | 0.402 0.394 | 0.405 0.395 | 0.045 0.035 | 0.620 0.580 | 0.067 0.053 | 0.403 0.393 | 0.403 0.393 | 0.020 |

| OUTLINE VERSION | REFERENCES | | | | EUROPEAN PROJECTION | ISSUE DATE |
|---|---|---|---|---|---|---|
| | IEC | JEDEC | JEITA | | | |
| SOT608B | | | | | | 06-11-27 06-12-06 |

Fig 15. Package outline SOT608B

BLF6G27-45_BLF6G27S-45_2

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**                    **BLF6G27-45; BLF6G27S-45**

WiMAX power LDMOS transistor

## 10. Abbreviations

Table 9.    Abbreviations

| Acronym | Description |
|---------|-------------|
| CCDF | Complementary Cumulative Distribution Function |
| CW | Continuous Wave |
| LDMOS | Laterally Diffused Metal-Oxide Semiconductor |
| N-CDMA | Narrowband Code Division Multiple Access |
| PAR | Peak-to-Average power Ratio |
| RF | Radio Frequency |
| VSWR | Voltage Standing-Wave Ratio |
| WiMAX | Worldwide Interoperability for Microwave Access |

## 11. Revision history

Table 10.    Revision history

| Document ID | Release date | Data sheet status | Change notice | Supersedes |
|-------------|--------------|-------------------|---------------|------------|
| BLF6G27-45_BLF6G27S-45_2 | 20080207 | Preliminary data sheet | - | BLF6G27-45_BLF6G27S-45_1 |
| Modifications: | • Moved Figure 9 on page 7 from Section 8 on page 9 to Section 7.5 on page 7 | | | |
| BLF6G27-45_BLF6G27S-45_1 | 20080129 | Preliminary data sheet | - | - |

© NXP B.V. 2008. All rights reserved.

**NXP Semiconductors**     # BLF6G27-45; BLF6G27S-45

**WiMAX power LDMOS transistor**

## 12. Legal information

### 12.1 Data sheet status

| Document status[1][2] | Product status[3] | Definition |
|---|---|---|
| Objective [short] data sheet | Development | This document contains data from the objective specification for product development. |
| Preliminary [short] data sheet | Qualification | This document contains data from the preliminary specification. |
| Product [short] data sheet | Production | This document contains the product specification. |

[1]    Please consult the most recently issued document before initiating or completing a design.

[2]    The term 'short data sheet' is explained in section "Definitions".

[3]    The product status of device(s) described in this document may have changed since this document was published and may differ in case of multiple devices. The latest product status information is available on the Internet at URL http://www.nxp.com.

### 12.2 Definitions

**Draft** — The document is a draft version only. The content is still under internal review and subject to formal approval, which may result in modifications or additions. NXP Semiconductors does not give any representations or warranties as to the accuracy or completeness of information included herein and shall have no liability for the consequences of use of such information.

**Short data sheet** — A short data sheet is an extract from a full data sheet with the same product type number(s) and title. A short data sheet is intended for quick reference only and should not be relied upon to contain detailed and full information. For detailed and full information see the relevant full data sheet, which is available on request via the local NXP Semiconductors sales office. In case of any inconsistency or conflict with the short data sheet, the full data sheet shall prevail.

### 12.3 Disclaimers

**General** — Information in this document is believed to be accurate and reliable. However, NXP Semiconductors does not give any representations or warranties, expressed or implied, as to the accuracy or completeness of such information and shall have no liability for the consequences of use of such information.

**Right to make changes** — NXP Semiconductors reserves the right to make changes to information published in this document, including without limitation specifications and product descriptions, at any time and without notice. This document supersedes and replaces all information supplied prior to the publication hereof.

**Suitability for use** — NXP Semiconductors products are not designed, authorized or warranted to be suitable for use in medical, military, aircraft, space or life support equipment, nor in applications where failure or

malfunction of an NXP Semiconductors product can reasonably be expected to result in personal injury, death or severe property or environmental damage. NXP Semiconductors accepts no liability for inclusion and/or use of NXP Semiconductors products in such equipment or applications and therefore such inclusion and/or use is at the customer's own risk.

**Applications** — Applications that are described herein for any of these products are for illustrative purposes only. NXP Semiconductors makes no representation or warranty that such applications will be suitable for the specified use without further testing or modification.

**Limiting values** — Stress above one or more limiting values (as defined in the Absolute Maximum Ratings System of IEC 60134) may cause permanent damage to the device. Limiting values are stress ratings only and operation of the device at these or any other conditions above those given in the Characteristics sections of this document is not implied. Exposure to limiting values for extended periods may affect device reliability.

**Terms and conditions of sale** — NXP Semiconductors products are sold subject to the general terms and conditions of commercial sale, as published at http://www.nxp.com/profile/terms, including those pertaining to warranty, intellectual property rights infringement and limitation of liability, unless explicitly otherwise agreed to in writing by NXP Semiconductors. In case of any inconsistency or conflict between information in this document and such terms and conditions, the latter will prevail.

**No offer to sell or license** — Nothing in this document may be interpreted or construed as an offer to sell products that is open for acceptance or the grant, conveyance or implication of any license under any copyrights, patents or other industrial or intellectual property rights.

### 12.4 Trademarks

Notice: All referenced brands, product names, service names and trademarks are the property of their respective owners.

## 13. Contact information

For additional information, please visit: **http://www.nxp.com**

For sales office addresses, send an email to: **salesaddresses@nxp.com**

**NXP Semiconductors**                    **BLF6G27-45; BLF6G27S-45**

WiMAX power LDMOS transistor

## 14. Contents

| | | |
|---|---|---|
| 1 | Product profile | 1 |
| 1.1 | General description | 1 |
| 1.2 | Features | 1 |
| 1.3 | Applications | 2 |
| 2 | Pinning information | 2 |
| 3 | Ordering information | 2 |
| 4 | Limiting values | 2 |
| 5 | Thermal characteristics | 3 |
| 6 | Characteristics | 3 |
| 7 | Application information | 3 |
| 7.1 | Ruggedness in class-AB operation | 3 |
| 7.2 | Single carrier N-CDMA performance | 4 |
| 7.3 | Two-tone | 5 |
| 7.4 | Continuous wave | 6 |
| 7.5 | Single carrier N-CDMA broadband performance at 7 W average | 7 |
| 7.6 | Single carrier N-CDMA broadband performance at 20 W average | 8 |
| 8 | Test information | 9 |
| 9 | Package outline | 11 |
| 10 | Abbreviations | 13 |
| 11 | Revision history | 13 |
| 12 | Legal information | 14 |
| 12.1 | Data sheet status | 14 |
| 12.2 | Definitions | 14 |
| 12.3 | Disclaimers | 14 |
| 12.4 | Trademarks | 14 |
| 13 | Contact information | 14 |
| 14 | Contents | 15 |

Please be aware that important notices concerning this document and the product(s) described herein, have been included in section 'Legal information'.

© NXP B.V.  2008.                    **All rights reserved.**

For more information, please visit: http://www.nxp.com
For sales office addresses, please send an email to: salesaddresses@nxp.com

Date of release: 7 February 2008
Document identifier: BLF6G27-45_BLF6G27S-45_2


founded by


**PHILIPS**

**Exhibit E**



"Steven Slater"
<slater@slater-matsil.com>
09/03/08 05:00 PM

To  "'Brett M. Schuman'" <bschuman@morganlewis.com>

cc

bcc

Subject  RE: NXP v. LSI

History:          🖅 This message has been replied to and forwarded.

Hi Brett,

My understanding is that TSMC will be sending today a letter to LSI's counsel stating TSMC's position that it does not object to production of the License Agreement under appropriate designation of confidentiality per the Protective Order.

Regards,
Steve Slater

Slater & Matsil, L.L.P.
Suite 1000
17950 Preston Road
Dallas, Texas 75252
972-732-1001 (phone)
972-732-9218 (fax)

**From:** Brett M. Schuman [mailto:bschuman@morganlewis.com]
**Sent:** Tuesday, September 02, 2008 7:05 PM
**To:** Steven Slater
**Subject:** NXP v. LSI

Steve,

You previously told me orally that you thought TSMC would be willing to share a copy of the Agere-TSMC license agreement with NXP for purposes of the pending litigation between NXP and LSI/Agere but that TSMC had not yet approved that. As you probably know, LSI/Agere is claiming it cannot produce the agreement to us until TSMC provides its consent. To be clear, NXP does not agree with LSI/Agere's position on that issue for a number of reasons that I won't go into here. But I was hoping you could clarify TSMC's position on this issue by close of business tomorrow. Discovery motions on this and other issues are pending and it would potentially save the court and the parties a lot of time and effort if TSMC would communicate its consent soon.

Thanks.

Brett

Brett M. Schuman
Morgan, Lewis & Bockius LLP
DISCLAIMER

This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.