MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
RYAN L. SCHER (State Bar No. 244706)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  mmolland@morganlewis.com
E-mail:  djjohnson@morganlewis.com
E-mail:  bschuman@morganlewis.com
E-mail:  rscher@morganlewis.com

*E-FILED 10/24/08*

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV-08-0775 JW, RS <br><br> **STIPULATION REGARDING NXP'S MOTION TO COMPEL LSI/AGERE'S COMPLIANCE WITH THE STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER** |
| AGERE SYSTEMS, INC., a Delaware Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> NXP SEMICONDUCTORS USA, INC., a Delaware corporation <br><br> Counterclaim-Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20881145.1

1

STIPULATION REGARDING NXP'S MOTION TO COMPEL
LSI/AGERE'S COMPLIANCE WITH THE STIPULATED
PROTECTIVE ORDER; [PROPOSED] ORDER (CV-08-0775)(JW, RS)

1    The above captioned parties NXP Semiconductors USA, Inc. ("NXP"), LSI Corporation

2    d/b/a LSI Logic Corporation, and Agere Systems, Inc. ("collectively LSI/Agere"), by and through

3    their respective attorneys, hereby enter this Stipulation to resolve NXP Semiconductor's Motion

4    to Compel LSI/Agere's Compliance with the Stipulated Protective Order ("Motion to Compel")

5    (Doc. No. 59).

6    WHEREAS, on October 21, 2008, NXP filed its Motion to Compel (Doc. No. 59), and its

7    Motion to Shorten Time Pursuant to L.R. 6-3 ("Motion to Shorten Time") (Doc. No. 63);

8    WHEREAS, on October 22, 2008, LSI/Agere filed its Non-Opposition to NXP's Motion

9    to Shorten Time (Doc. No. 68);

10    WHEREAS, on October 22, 2008, this Court Granted NXP's Motion to Shorten Time

11    (Doc. No. 69);

12    WHEREAS, on October 22, 2008, this Court set NXP's Motion to Compel for Hearing

13    for October 27, 2008, at 1:30 p.m., telephonically;

14    WHEREAS, on October 23, 2008, LSI/Agere filed its Opposition to NXP's Motion to

15    Compel (Doc. No. 70);

16    WHEREAS, NXP and LSI/Agere now desire to resolve the issues raised by the Motion to

17    Compel on the terms and conditions and subjection to the conditions of this Stipulation;

18    NOW, THEREFORE, in consideration of the mutual promises contained herein, and for

19    other good and valuable consideration, the receipt and sufficiency of which is hereby

20    acknowledged, it is hereby Stipulated and agreed to by and among the Parties, as follows:

21    1.    Upon approval of this Stipulation by the Court, NXP's Motion to Compel is

22    resolved and the hearing scheduled for October 27, 2008 at 1:30 PM is taken off calendar.

23    2.    This Stipulation shall apply to the deponent-witnesses Robert F. Lipscomb, James

24    Tierney, James Lamar, and Thomas Briody (collectively "Witnesses"), provided that the

25    Witnesses have executed Exhibit A to the Stipulated Protective Order.

26    3.    The examining attorney may properly disclose to the Witnesses, during their

27    depositions, any and all documents that have been produced by any party or non-party that relates

28    to the 1987 PLA, as amended in 1995, including all license-related documents produced during

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/20881145.1

2

STIPULATION REGARDING NXP'S MOTION TO COMPEL
LSI/AGERE'S COMPLIANCE WITH  STIPULATED PROTECTIVE
ORDER; [PROPOSED] ORDER (CV-08-0775)(JW, RS)

1    this phase of the litigation.

2         4.    The examining attorney may properly disclose to the Witnesses, during their

3    depositions, pages 1, 7, 8, and 9 (up through the end of the first supplemental response) of LSI

4    Corporation's Supplemental Response to NXP Semiconductors USA, Inc.'s First Set of

5    Interrogatories.

6

7    Dated: October 24, 2008                    MORGAN, LEWIS & BOCKIUS LLP

8

9

10                                              By   /s/ Brett M. Schuman
                                                   _____
11                                                 Brett M. Schuman
                                                   Attorneys for Plaintiff
12                                                 NXP SEMICONDUCTORS USA, INC.

13

14   Dated: October 24, 2008                    IRELL & MANELLA LLP

15

16

17                                              By   /s/ Jason Sheasby
                                                   _____
18                                                 Jason Sheasby
                                                   Attorneys for Defendants
19                                                 LSI CORPORATION d/b/a LSI LOGIC
                                                   CORPORATION, AGERE SYSTEMS,
20                                                 INC.

21        Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Brett M.

22   Schuman, attest that concurrence in the filing of this document has been obtained from each of

23   the other signatories.  I declare under penalty of perjury under the laws of the United States of

24   America that the foregoing is true and correct.  Executed this 24th day of October, 2008, at San

25   Francisco.

26

27                                              /s/ Brett M. Schuman
                                                _____
                                                Brett M. Schuman
28   //

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20881145.1                    3    STIPULATION REGARDING NXP'S MOTION TO COMPEL
                                       LSI/AGERE'S COMPLIANCE WITH  STIPULATED PROTECTIVE
                                       ORDER; [PROPOSED] ORDER (CV-08-0775)(JW, RS)

1

[**PROPOSED**] **ORDER**

2

Pursuant to the Parties' Stipulation set forth above, **IT IS SO ORDERED.**

3

4

Dated: 10/24/08 _____        _____

5

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20881145.1

4

STIPULATION REGARDING NXP'S MOTION TO COMPEL
LSI/AGERE'S COMPLIANCE WITH  STIPULATED PROTECTIVE
ORDER; [PROPOSED] ORDER (CV-08-0775)(JW, RS)