United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN JOSE DIVISION
10  NXP Semiconductors USA, Inc.,                NO. C 08-00775 JW

11              Plaintiff,               **ORDER RE: JOINT STATEMENT OF**
        v.                               **UNDISPUTED FACTS**
12
    LSI Corp., et al.,
13
                Defendants.
14      _____/

15      Presently before the Court is Plaintiff's Administrative Request for Clarification of the

16  Court's Scheduling Order.  (Plaintiff NXP Semiconductor Inc.'s Administrative Request for

17  Clarification of the Court's Scheduling Orders, hereafter, "Request," Docket Item No. 93.)  Plaintiff

18  contends that the Court did not require the parties to submit a Joint Statement of Undisputed Facts.

19  (Request at 2.)  Defendants have filed a timely response to Plaintiff's motion.  (See Docket Item No.

20  97.)

21      While Plaintiff's motion was under consideration, Plaintiff filed its own Statement of

22  Undisputed Facts on November 17, 2008.  (See Docket Item No. 114.)  Defendants filed their

23  response to challenge Plaintiff's contention that they have refused to join in the filing of the Joint

24  Statement.  (See Docket Item No. 118.)

25      Since the Court's intent was to have a Joint Statement of Undisputed Facts in preparation for

26  Plaintiff's anticipated motions currently set for hearing on February 23, 2009, the Court orders the

27  parties to meet and confer and file such Statement on or before **January 16, 2009.**  Each Statement

28  must properly cite to supporting exhibits and declarations.

1    In light of this Order, the Court denies Plaintiff's Motion to File a Reply to Defendants'

2  response as moot.  (Docket Item No. 110.)

3

4  Dated:  November 19, 2008

JAMES WARE
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
2

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel  Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby JSheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

**Dated:  November 19, 2008**                              **Richard W. Wieking, Clerk**


**By:        /s/ JW Chambers**
              **Elizabeth Garcia**
              **Courtroom Deputy**