UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

<u>C 08-00775 JW</u>    NXP Semiconductors USA, Inc. -v- LSI Corporation

<u>C 08-05682 MMC</u>    NXP Semiconductors USA, Inc. V. Agere Systems Inc. Et al

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: __January 14, 2009___    By: *Elizabeth C Garcia*
**Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: ____January 14, 2009___    By: *Elizabeth C Garcia*
**Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)