IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc., | NO. C 08-00775 JW |
| Plaintiff, | **ORDER RE: PENDING MOTIONS** |
| v. | |
| LSI Corporation, et al., | |
| Defendants. | |

In light of the Court's May 27, 2009 Order Denying Plaintiff's Motion for Partial Summary Judgment, the Court DENIES in part Plaintiff NXP's Objections and Motion to Strike as to Exhibit 19 of the Declaration of C. Maclain Wells. (See Docket Item No. 294.) The Court DENIES the remainder Plaintiff NXP's Objections and Motion to Strike as moot. (See id.) All other pending motions are DENIED as moot. (See Docket Item Nos. 247, 265, 267, 288, 312.)

Dated: May 28, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

**Dated: May 28, 2009**                               **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**