IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc.,<br><br>        Plaintiff,<br>   v.<br>LSI Corporation, et al.,<br><br>        Defendants.<br>_____/ | NO. C 08-00775 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SCHEDULING HEARING ON SUBSEQUENT MOTION FOR SUMMARY JUDGMENT** |

This case is scheduled for a case management conference on June 22, 2009. Pursuant to the Court's May 27, 2009 Order, the parties submitted a Joint Case Management Statement. Based on their joint submission, the Court finds that it is premature to set a Patent Scheduling Order at this time since Plaintiff intends to file a subsequent motion for summary judgment in light of the Court's May 28, 2009 Order. Accordingly, the case management conference is VACATED and the parties are ordered to comply with the following briefing schedule:

(1) The parties shall appear for a hearing on Plaintiff's anticipated second motion for summary judgment on **October 26, 2009 at 9 a.m.** Plaintiff shall notice its motion in accordance with the Civil Local Rules of the Court.

(2) The parties shall appear for a subsequent case management conference on **October 26, 2009 at 10 a.m.** The parties shall file a Joint Case Management on or before **October 16, 2009**. The parties' Statement shall address, among other things, a schedule for proceeding with the remainder of this case.

(3) Discovery is opened so that the parties may obtain relevant information from each other to file or defend the anticipated motion for summary judgment. All discovery disputes are referred to the assigned Magistrate Judge.

Dated: June 18, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

**Dated: June 18, 2009**                                **Richard W. Wieking, Clerk**

                                                        **By:    /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**