IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc., | NO. C 08-00775 JW |
| Plaintiff, v. | **AMENDED SCHEDULING ORDER RE: HEARING ON SUBSEQUENT MOTIONS FOR SUMMARY JUDGMENT** |
| LSI Corporation, et al., | |
| Defendants. | |

The Court previously issued a Scheduling Order concerning an anticipated subsequent motions for summary judgment. (See Docket Item No. 332.) The Court amends its previous Order in that any party may file a motion for summary judgment to heard on **October 26, 2009 at 9 a.m.** All briefing shall be in accordance with the Civil Local Rules of the Court.

Dated:  June 18, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

Dated: **June 18, 2009**                          **Richard W. Wieking, Clerk**

                                                  **By:     /s/ JW Chambers            **
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**