

IT IS SO ORDERED
AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. C 08-00775 JW, RS<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING SUMMARY JUDGMENT HEARING DEADLINE PENDING FURTHER MEDIATION BY THE PARTIES** |
| AGERE SYSTEMS, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>    Counterclaim-Defendant. | |

1    Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and
2    through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and
3    Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel,
4    hereby stipulate as follows:
5        WHEREAS, this case involves, among other things, (1) claims for declaratory judgment
6    of non-infringement and invalidity of twelve of Defendants' patents and (2) counterclaims for
7    infringement of four of Defendants' patents;
8        WHEREAS, in its June 18, 2009 Order, the Court amended its previous scheduling order
9    for anticipated motions for summary judgment to allow any party to file a motion for summary
10   judgment to be heard on October 26, 2009 at 9:00 a.m.;
11       WHEREAS, on July 7, 2009, the parties participated in a mediation session conducted by
12   the Honorable Edward A. Infante (Ret.);
13       WHEREAS, although the parties did not settle this and the co-pending case (assigned to
14   Judge Chesney, Case No. C 08-05682 MMC) between them at the mediation, they did agree on a
15   process for attempting to resolve the cases and are optimistic that further settlement discussions
16   will be successful;
17       WHEREAS, the case assigned to Judge Chesney involves claims for infringement by
18   Plaintiff of four patents and counterclaims for infringement by Defendants of five patents;
19       WHEREAS, the parties intend to have further business level discussions and have
20   scheduled a further session with Judge Infante on September 10, 2009 to explore possible
21   resolution of this and the co-pending case before Judge Chesney;
22       WHEREAS, in light of the of the upcoming mediation session on September 10, the
23   parties have agreed between them that their interests in pursuing settlement would best be served
24   by avoiding the expense and potential waste of judicial resources associated with any upcoming
25   motions for summary judgment;
26       WHEREAS, the parties believe that, in view of the parties' agreement on terms for
27   continuing their informal dispute resolution process, good cause exists for the Court to vacate the
28   October 26 summary judgment hearing deadline and stay discovery at least until after the parties

1  conduct a further mediation session;

2  THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and

3  respectfully request that the Court (1) vacate the October 26 summary judgment hearing deadline;

4  (2) stay discovery; and (3) conduct a further case management conference on **September 28, 2009**

5  at 10 a.m. to discuss whether a summary judgment hearing deadline should be re-imposed and

6  the stay on discovery lifted.  The parties shall submit a CMC statement on **September 18, 2009.**

7  The Statement shall including, among other things, an update on the parties' settlement efforts,
   and the parties' position as to whether the stay on discovery should be lifted and a new case
8  schedule should be imposed.

9

10

11  Dated: July 28, 2009                    MORGAN, LEWIS & BOCKIUS LLP

12

13                                          By:  /s/ Brett M. Schuman
                                                Brett M. Schuman
14                                              Attorneys for Plaintiff
                                                NXP SEMICONDUCTORS USA, INC.
15

16  Dated: July 28, 2009                    IRELL & MANELLA LLP

17

18                                          By:  /s/ Samuel K. Lu
                                                Samuel K. Lu
19                                              Attorneys for Defendants LSI CORPORATION
                                                and AGERE SYSTEMS, INC.

20

21          PURSUANT TO STIPULATION, IT IS SO RECOMMENDED

22
    Date: July 28, 2009                      /s/ Hon. Edward A. Infante (Ret.)
23                                           Hon. Edward A. Infante (Ret.)

24

25          PURSUANT TO STIPULATION, IT IS SO ORDERED  AS MODIFIED.

26
    Date:  July 29, 2009                     _James Ware_____
27                                           Hon. James Ware
                                             United States District Judge
28