United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NXP Semiconductors USA, Inc.,                    NO. C 08-00775 JW

                    Plaintiff,                   **ORDER CONTINUING CASE**
                                                 **MANAGEMENT CONFERENCE**
          v.

LSI Corporation, et al.,

                    Defendant.
_____/

        On September 28, 2009, the parties are scheduled to appear for a Case Management

Conference.  In their Supplemental Joint Case Management Statement, the parties represented that

they have participated in two mediation sessions with Judge Infante.  (See Docket Item No. 336.)

The parties seek a thirty-day continuance of the scheduled Case Management Conference in order to

allow the parties to resolve the co-pending cases.  The Court is encouraged that the parties report

substantial progress toward settlement and seek to continue negotiating.  Accordingly, the Court

GRANTS the parties a brief continuance of the Case Management Conference.

        On **November 2, 2009 at 10 a.m.**, the parties shall appear for a Case Management

Conference.  On or before **October 23, 2009**, the parties shall file a Supplemental Joint Case

Management Statement.  In their Statement, the parties shall provide the Court with a detailed

update of the status of their negotiations.

Dated:  September 24, 2009                        _____
                                                  JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

Dated:  September 24, 2009                    Richard W. Wieking, Clerk


                                              By:____/s/ JW Chambers_____
                                                    Elizabeth Garcia
                                                    Courtroom Deputy

**United States District Court**
For the Northern District of California