| | |
|---|---|
| MICHAEL E. MOLLAND (SB No. 111830) | JONATHAN STEINBERG (SB No. 98044) |
| DANIEL JOHNSON, JR. (SB No. 57409) | SAMUEL K. LU (SB No. 171969) |
| BRETT M. SCHUMAN (SB No. 189247) | JASON G. SHEASBY (SB No. 205455) |
| HERMAN J. HOYING (SB No. 257495) | C. MACLAIN WELLS (SB No. 221609) |
| RYAN L. SCHER (SB No. 244706) | ZACHARIAH SUMMERS (SB No. 255284) |
| MORGAN, LEWIS & BOCKIUS LLP | IRELL & MANELLA LLP |
| One Market, Spear Street Tower | 1800 Avenue of the Stars, Suite 900 |
| San Francisco, CA 94105-1126 | Los Angeles, CA 90067-4276 |
| Tel: 415.442.1000 | Tel: 310.277-1010 |
| Fax: 415.442.1001 | Fax: 310-203-7199 |
| E-mail: mmolland@morganlewis.com | E-mail: jsteinberg@irell.com |
| E-mail: djjohnson@morganlewis.com | E-mail: slu@irell.com |
| E-mail: bschuman@morganlewis.com | E-mail: jsheasby@irell.com |
| E-mail: hhoying@morganlewis.com | E-mail: mwells@irell.com |
| E-mail: rscher@morganlewis.com | E-mail: zsummers@irell.com |
| Attorneys for Plaintiff | Attorneys for Defendants |
| NXP SEMICONDUCTORS USA, INC. | LSI CORPORATION AND AGERE SYSTEMS, INC. |

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV-08-0775 JW, RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AGERE SYSTEMS, INC., a Delaware Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> NXP SEMICONDUCTORS USA, INC., a Delaware corporation <br><br> Counterclaim-Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21384658.1

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)

1  Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and
2  through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and
3  Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel,
4  hereby stipulate as follows:

5  WHEREAS, this case involves, among other things, (1) claims for declaratory judgment
6  of non-infringement and invalidity of twelve of Defendants' patents and (2) counterclaims for
7  infringement of four of Defendants' patents;

8  WHEREAS, on July 7, 2009 and September 10, 2009, the parties participated in
9  mediation sessions conducted by the Honorable Edward A. Infante (Ret.);

10  WHEREAS, although the parties did not settle this and the co-pending case (assigned to
11  Judge Chesney, Case No. C 08-05682 MMC) between them at the mediation sessions, they did
12  agree on a process for attempting to resolve the cases and are optimistic that further settlement
13  discussions will be successful;

14  WHEREAS, on September 18, 2009, the parties jointly requested that the Court continue
15  the September 28, 2009 Case Management Conference for approximately thirty days to allow the
16  parties to try to reach a binding resolution of the co-pending cases based on the understanding
17  that a third mediation session conducted by the Honorable Edward A. Infante (Ret.) would take
18  place on or about October 9, 2009 (Dkt. No. 336);

19  WHEREAS, on September 24, 2009, the Court issued an Order continuing the September
20  28, 2009 Case Management Conference to November 2, 2009 (Dkt. No. 337);

21  WHEREAS, the Honorable Edward A. Infante (Ret.) subsequently asked the parties to
22  agree to continue their October 9, 2009 mediation session to October 29, 2009 to accommodate
23  his own schedule;

24  WHEREAS, the parties agreed to continue their October 9, 2009 mediation session to
25  October 29, 2009;

26  WHEREAS, the parties believe that good cause exists for a short continuance of the
27  November 2, 2009 Case Management Conference to allow the parties the time to participate in
28  the October 29th mediation session and provide a status report to the Court not less than 10 days

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21384658.1

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)

1 | prior to the Case Management Conference.

2 | THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court continue the November 2, 2009 Case Management Conference to **November 23, 2009** at 10 a.m.  The parties shall submit a Case Management Conference Statement on **November 13, 2009.** The Statement shall include, among other things, an update on the parties' settlement efforts.

Dated: October 23, 2009           MORGAN, LEWIS & BOCKIUS LLP


                                  By /s/ Brett M. Schuman
                                      Brett M. Schuman
                                      Attorneys for Plaintiff

Dated: October 23, 2009           IRELL & MANELLA LLP


                                  By /s/ Samuel K. Lu
                                      Samuel K. Lu
                                      Attorneys for Defendants

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21384658.1

2

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)

**[~~PROPOSED~~] ORDER**

The Court GRANTS the parties a brief continuance of the Case Management Conference. On November **23**, 2009 at 10 a.m., the parties shall appear for a Case Management Conference. On or before November **13,** 2009 the parties shall file a Supplemental Joint Case Management Statement. In their Statement, the parties shall provide the Court with an update of the status of their negotiations.

**IT IS SO ORDERED.**

Dated: October 27, 2009

By _____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21384658.1

3

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)

**FILER'S ATTESTATION**

I, Ryan L. Scher, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Samuel K. Lu concur in this filing.

Dated: October 23, 2009

By /s/ Ryan L. Scher
Ryan L. Scher
Attorneys for Plaintiff

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21384658.1

4

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)