IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc., | NO. C 08-00775 JW |
| Plaintiff, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| LSI Corporation, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on November 2, 2009. The parties filed a Stipulation and Proposed Order Continuing Case Management Conference. (See Docket Item No. 338.) The parties request a continuance to facilitate mediation. (Id. at 2.) Upon review of the Stipulation, the Court finds good cause to continue the Case Management Conference.

Accordingly, the Court continues the Case Management Conference to **November 23, 2009 at 10 a.m.** On or before **November 13, 2009**, the parties shall submit a Joint Case Management Conference Statement. The Joint Statement shall include, among other things, an update on the parties' mediation efforts.

Dated: October 27, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

Dated:  October 27, 2009               Richard W. Wieking, Clerk

                                       By:    /s/ JW Chambers
                                              Elizabeth Garcia
                                              Courtroom Deputy