**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV-08-0775 JW, RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AGERE SYSTEMS, INC., a Delaware Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> NXP SEMICONDUCTORS USA, INC., a Delaware corporation <br><br> Counterclaim-Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21429071.1

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE MGMT. CONF.
(CV-08-0775 JW, RS)

Plaintiff and Counterdefendant NXP Semiconductors USA, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants and Counterclaimants, LSI Corporation and Agere Systems, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this case involves, among other things, (1) claims for declaratory judgment of non-infringement and invalidity of twelve of Defendants' patents and (2) counterclaims for infringement of four of Defendants' patents;

WHEREAS, on July 7, 2009, September 10, 2009, and October 29, 2009, the parties participated in mediation sessions conducted by the Honorable Edward A. Infante (Ret.);

WHEREAS, although the parties did not settle this and the co-pending case (assigned to Judge Chesney, Case No. C 08-05682 MMC) between them at the mediation sessions, they have made significant progress towards a settlement agreement through these mediation sessions;

WHEREAS, on September 24, 2009, the Court issued an Order continuing the September 28, 2009 Case Management Conference to November 2, 2009 (Dkt. No. 337);

WHEREAS, on October 27, 2009, the Court issued an Order continuing the November 2, 2009 Case Management Conference to November 23 (Dkt. No. 339);

WHEREAS, the parties participated in a further mediation session with the Honorable Edward A. Infante (Ret.) on October 29, 2009, and made further progress towards resolving the remaining outstanding issues in this and the co-pending case before Judge Chesney.  Additional settlement discussions (directly between the parties) have occurred since the October 29th mediation session, and such direct discussions will occur on an ongoing basis as the parties try in good faith to resolve complicated issues.  The parties remain optimistic that a final settlement can be achieved soon.;

WHEREAS, the parties believe that good cause exists to continue the November 23, 2009 Case Management Conference.  The parties respectfully ask the Court to continue the November 23, 2009 Case Management Conference to the first available date in January 2010.  If the parties have not settled the cases by that time, they will provide a status report and a Case Management Conference statement to the Court not less than 10 days prior to the rescheduled Case

Management Conference.

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court continue the November 23, 2009 Case Management Conference to the first available date in January 2010.  The parties shall submit a status report and a Case Management Conference Statement not less than 10 days prior to the rescheduled Case Management Conference.

Dated: November 13, 2009                    MORGAN, LEWIS & BOCKIUS LLP

                                            By /s/ Brett M. Schuman
                                               Brett M. Schuman
                                               Attorneys for Plaintiff

Dated: November 13, 2009                    IRELL & MANELLA LLP

                                            By /s/ Samuel K. Lu
                                               Samuel K. Lu
                                               Attorneys for Defendants

IT IS SO RECOMMENDED

Dated:  November 13, 2009

                                            By  /s/ Edward A. Infante
                                                Hon. Edward A. Infante (Ret.)

**FILER'S ATTESTATION**

I, Brett M. Schuman, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Samuel K. Lu and Hon. Edward A. Infante (Ret.) concur in this filing.

Dated: November 13, 2009                    By  /s/ Brett M. Schuman
                                                Brett M. Schuman
                                                Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21429071.1

2

STIP. & [PROPOSED] ORDER TO CONTINUE
CASE  MGMT. CONF.
(CV-08-0775 JW, RS)

1 **[PROPOSED] ORDER**

2 The Court GRANTS the parties request to continue the November 23, 2009 Case

3 Management Conference. On **December 21, 2009 at 10 a.m.**, the parties shall appear for a Case

4 Management Conference. The parties shall file a Supplemental Joint Case Management

5 Statement, including a status report on their settlement discussions, on or before **December 11,**

6 **2009.**

7 **IT IS SO ORDERED.**

8 Dated: November 17, 2009

9 By: _____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21429071.1                             3                    STIP. & [PROPOSED] ORDER TO CONTINUE
                                                                CASE MGMT. CONF.
                                                                (CV-08-0775 JW, RS)