IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP Semiconductors USA, Inc., | NO. C 08-00775 JW |
|     Plaintiff,<br>  v.<br>LSI Corporation, et al.,<br>    Defendants. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on December 21, 2009. The parties filed a Supplemental Joint Case Management Conference Statement. (Docket Item No. 343.) In their Joint Statement, the parties requested that the Court continue the Conference until January 2010 because the parties are close to finalizing a settlement agreement. (Joint Statement at 1.) Upon review of the Joint Statement, the Court finds good cause to continue the scheduled Conference.

Accordingly, the Court continues the Case Management Conference to **February 1, 2010 at 10 a.m.** On or before **January 22, 2010**, the parties shall file a Stipulated Dismissal, or, if the parties have not reached a final settlement by that time, a Joint Case Management Statement updating the Court on the parties' settlement efforts.

Dated: December 16, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brett Michael Schuman bschuman@morganlewis.com
Crawford Maclain Wells mwells@irell.com
Daniel Johnson djjohnson@morganlewis.com
Gregg Paris Yates gyates@morganlewis.com
Herman Joseph Freder Hoying hhoying@morganlewis.com
Jason George Sheasby Jsheasby@Irell.com
Jonathan Henry Steinberg jsteinberg@irell.com
Michael Eric Molland mmolland@morganlewis.com
Ryan Lindsay Scher rscher@morganlewis.com
Samuel Kai Lu slu@irell.com
Zachariah Bo Summers zsummers@irell.com

**Dated: December 16, 2009**         **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**