MICHAEL E. MOLLAND (State Bar No. 111830)
DANIEL JOHNSON, JR. (State Bar No. 57409)
BRETT M. SCHUMAN (State Bar No. 189247)
HERMAN J. HOYING (State Bar. No. 257495)
RYAN L. SCHER (State Bar No. 244706)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: hhoying@morganlewis.com
E-mail: rscher@morganlewis.com

Attorneys for Plaintiff
NXP SEMICONDUCTORS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV-08-0775 JW, RS<br><br>[~~PROPOSED~~] ORDER GRANTING NXP SEMICONDUCTORS USA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS FOUND AS MOOT<br><br>Date: March 9, 2009<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware |
| AGERE SYSTEMS, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation<br><br>Counterclaim-Defendant. | |

IT IS HEREBY ORDERED that the request is FOUND AS MOOT. The hearing has since passed.

**IT IS SO ORDERED.**

Dated: April 1, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21006912.1

1

[PROPOSED] ORDER GRANTING
MOTION FOR ADMINISTRATIVE RELIEF
(CV-08-0775 JW, RS)