| | |
|---|---|
| MICHAEL E. MOLLAND (SB No. 111830)<br>DANIEL JOHNSON, JR. (SB No. 57409)<br>BRETT M. SCHUMAN (SB No. 189247)<br>HERMAN J. HOYING (SB No. 257495)<br>RYAN L. SCHER (SB No. 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: mmolland@morganlewis.com<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br>E-mail: hhoying@morganlewis.com<br>E-mail: rscher@morganlewis.com | JONATHAN STEINBERG (SB No. 98044)<br>SAMUEL K. LU (SB No. 171969)<br>JASON G. SHEASBY (SB No. 205455)<br>C. MACLAIN WELLS (SB No. 221609)<br>ZACHARIAH SUMMERS (SB No. 255284)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Tel: 310.277-1010<br>Fax: 310-203-7199<br>E-mail: jsteinberg@irell.com<br>E-mail: slu@irell.com<br>E-mail: jsheasby@irell.com<br>E-mail: mwells@irell.com<br>E-mail: zsummers@irell.com |
| Attorneys for Plaintiff<br>NXP SEMICONDUCTORS USA, INC. | Attorneys for Defendants<br>LSI CORPORATION AND AGERE SYSTEMS, INC. |

IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NXP SEMICONDUCTORS USA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION d/b/a LSI LOGIC CORPORATION, a Delaware corporation, and AGERE SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. CV-08-0775 JW, RS<br><br>**NOTICE OF DISMISSAL** |
| AGERE SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>NXP SEMICONDUCTORS USA, INC., a Delaware corporation<br><br>　　　　Counterclaim-Defendant. | |

DB2/21495917.1

NOTICE OF DISMISSAL
(CV-08-0775 JW, RS)

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiff and counterclaim-defendant |
| 2 | NXP Semiconductors USA, Inc., defendant LSI Corp. d/b/a LSI Logic Corp., and defendant and |
| 3 | counterclaimaint Agere Systems, Inc., through their counsel of record pursuant to Rule 41(a)(1) |
| 4 | of the Federal Rules of Civil Procedure, that the complaint filed by NXP Semiconductors USA, |
| 5 | Inc. and counterclaim filed by Agere Systems, Inc. shall be dismissed with prejudice. Each party |
| 6 | shall bear their own attorneys' fees and costs. |

Dated: December 31, 2009                MORGAN, LEWIS & BOCKIUS LLP

By /s/ Brett M. Schuman
    Brett M. Schuman
    Attorneys for Plaintiff

Dated: December 31, 2009                IRELL & MANELLA LLP

By /s/ Samuel K. Lu
    Samuel K. Lu
    Attorneys for Defendants

### FILER'S ATTESTATION

I, Brett M. Schuman, am the ECF user whose identification and password are being used to file this Notice of Dismissal. In compliance with General Order 45.X.B, I hereby attest that Samuel K. Lu concurs in this filing.

Dated: December 31, 2009

By /s/ Brett M. Schuman
    Brett M. Schuman
    Attorneys for Plaintiff

**IT IS SO ORDERED**

The Court terminates all pending deadlines hearings and motions. The Clerk shall close this file.

Dated: January 12, 2010

_/s/ James Ware_
United States District Judge